G

## ORIGINAL

Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
Phone  480-213-0897

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUL 16 2008

CLERK, U.S. DISTRICT COURT
By _____ RK
        Deputy

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Glenn Winningham; house of Fearn | Case # CIV-08_____ |
| Petitioner | |
| v | **3-08 CV 1 2 0 4 - G** |
| THE CROWN | |
| THE QUEEN IN RIGHT OF Inc | |
| HER MAJESTY THE QUEEN Inc. | |
| REGINA Inc. | |
| Elizabeth Alexandra Mary Windsor | |
| PROVINCE OF ALBERTA, Inc. | |
| Ed Stelmach, Premier | |
| Ron Stevens, Minister for (so-called) Justice | |
| Norman L. Kwong, Lieutenant Governor | |
| Lloyd Snelgrove, Minister for Service | |
| THE VILLAGE OF GLENWOOD, Inc. | |
| Ardell Hartley, Mayor | |
| THE HUDSON'S BAY COMPANY Inc. | |
| Jerry Zucker (Estate) Governor | |
| CANADA, Inc. | |
| Stephen Harper, Prime Minister | |
| Michaelle Jean | |
| The Parliament of CANADA, Inc.(2007) | |
| The Bank of England | |
| THE UNITED STATES OF AMERICA4, CORP. | PETITION |
| George W. Bush, President | |
| THE UNITED STATES SUPREME COURT | |
| John R. Roberts, Chief (so-called) Justice | |
| INTERNATIONAL MONETARY FUND | FOR RELIEF |
| Henry Paulson, Governor | |
| INTERNAL REVENUE SERVICE | |
| Douglas Shulman, Commissioner | |
| UNITED STATES DEPARTMENT OF JUSTICE | |
| Michael Mukasey, Attorney General | |
| THE UNITED STATES HOUSE OF | |
| REPRESENTATIVES | |
| Nancy Pelosi, Speaker | |
| US DEPARTMENT OF HOMELAND SECURITY | |

Michael Chertoff, Secretary                                 ]
Steve Fickles, hired thug                                   ]
Patricia Schmidt, hired thug                                ]
THE UNITED STATES SENATE                                    ]
Richard B. Cheney, President                                ]
Harry Reid, Majority Leader                                 ]
THE CHURCH OF JESUS CHRIST OF                               ]
              LATTER-DAY SAINTS Inc.                        ]
Thomas S. Monson, President & CEO                           ]
US AIRWAYS                                                  ]
W. Douglas Parker, CEO                                      ]
THE STATE OF ARIZONA                                        ]
Janet Napolitano, Governor                                  ]
THE STATE OF WASHINGTON                                     ]
Christine Gregoire, Governor                                ]
Joy Denton                                                  ]
Marie Hollman                                               ]
John Doe 1, Jane Doe 2, and other unknown persons]
                              Respondents    ]
                  (Privately Liable Men and Woman    ]
                  and their criminal corporations)    ]

---

## PETITION

---

IN THE MATTER OF Thou Shalt Not Steal
IN THE MATTER OF Thou Shalt Not Bear False Witness Against Thy Neighbor
IN THE MATTER OF CHAPTER 40 *Magna Carta 1215*
IN THE MATTER OF CHAPTER 61 *Magna Carta 1215*
IN THE MATTER OF Common Law
IN THE MATTER OF Equity
IN THE MATTER OF Constructive Genocide
IN THE MATTER OF Fraud

This action is brought pursuant to My unlimited right as found in Scripture and the Magna Carta Section 61, which says;

**"Since for God, for the improvement of our kingdom, and to better allay the discord arisen between us and our barons, we have granted all these concessions, and wishing that the concessions be enjoyed in their entirety with firm endurance (for ever), we give and grant to the barons the following security:**

**Namely, that the barons choose any twenty-five barons of the kingdom they wish,**

2

who must with all their might observe and hold, and cause to be observed, the peace and liberties we have granted and confirmed to them by this our present Charter. Then, if we, our chief justiciar, our bailiffs or any of our officials, offend in any respect against any man, or break any of the articles of the peace or of this security, and the offence is notified to four of the said twenty-five barons, the four shall come to us—or to our chief justicicar if we are absent from the kingdom—to declare the transgression and petition that we make amends without delay.

And if we, or in our absence abroad the chief justice, have not corrected the transgression within forty days, reckoned from the day on which the offence was declared to us (or to the chief justice if we are out of the realm), the four barons mentioned before shall refer the matter to the rest of the twenty-five barons. Together with the community of the whole land, they shall then distrain and distress us in every way possible, namely by seizing castles, lands, possessions and in any other they can (saving only our own person and those of the queen and our children), until redress has been obtain in their opinion. And when amends have been made, they shall obey us as before.

Whoever in the country wants to, may take an oath to obey the orders of the twenty-five barons for the execution of all the previously mentioned matters and, with the barons, to distress us to the utmost of his power. We publicly and freely give permission to every one who wishes to take this oath, and we shall never forbid any one from taking it. Indeed, all those in the land who are unwilling to this oath, we shall by our command compel them to swear to it.

If any one of the twenty-five barons dies or leaves the country, or is in any other manner incapacitated so the previously mentioned provisions cannot be undertaken, the remaining barons of the twenty-five shall choose another in his place as they think fit, who shall be duly sworn in like the rest.

If there is any disagreement amongst the twenty-five barons on any matter presented to them, or if some of them are unwilling or unable to be present, what the majority of those present ordain or command shall be held as fixed and established, exactly as if all twenty-five had consented in this.

The said twenty-five barons shall swear to faithfully observe all the aforesaid articles and will do all they can to ensure that the articles are observed by others.

And we shall procure nothing from any one, either personally or indirectly, whereby any part of these concessions and liberties might be revoked or diminished; and if any such thing has been procured, let it be void and null, and we shall never make use of it ourselves or through someone else."

which is affirmed by the Scripture, particularly, the Seventh Commandment; "Honor thy father and thy mother so thy life may be long upon the land the Lord gave to you." etc

which is affirmed by the Declaration of Independence, which says;

**"In every stage of these oppressions we have petitioned for redress in the most humble terms: our repeated petitions have been answered only by repeated injury. A prince, whose character is thus marked by every act which may define a tyrant, is unfit to be the ruler of a free people."**

which is affirmed by the first Article in Amendment to the Constitution for the united States of America, which says;

**"Congress shall make no law.....abridging.....the right of the people.....to petition the government for a redress of grievances."**

## DEFINITIONS

1. **Yahuah:** The Creator of; Abraham, Isaac, Jacob and Me, I, Myself. Yahuah is His Name as found in the Hebrew Scriptures.

2. **Constitutum:** In the civil law. An agreement to pay a subsisting debt which exists without any stipulation, whether of the promissor or another party. It differs from a stipulation in that it must be for an existing debt. The word "Constitution" of the UNITED STATES is rooted in the word "Constitutum".

   *Black's Law Dictionary-Third Edition*

3. **Autochthonous Territory:**   All lands not ceded or surrendered, by Treaty, to the CROWN of Great Britain, for commercial purposes only, as proven by the *Royal Proclamation 1763*, are confirmed to be lands reserved to the Autochthonous which would include, but not limit those boundaries to all lands of what is sometimes referred to as "North America", excluding the Thirteen Colonies of the east coast of Turtle Island but includes *Rupert's Land.*

4. **State:** Composed of a body of privately liable men and women carrying on business with a de jure corporate "governing structures" such as; "Canada", "Alberta", "Arizona state" and "united States of America"

5.    **STATE:**    The Vatican and the City of London (Londinium)  carrying on business with a *de facto* municipal corporate governing structure under law merchant, such as "federal", "provincial", "municipal", UNITED STATES OF AMERICA, CANADA, Canada Ltd., Alberta Ltd., UNITED STATES OF AMERICA, LTD., UNITED STATES OF AMERICA4, CORP., PROVINCE OF ALBERTA, STATE OF ARIZONA, and are engaged in commercial interests for foreign jurisdictions such as the sovereign city-states of Londinium and Vatican. These entities are municipal corporations set up for the sole purpose to enslave the People of the world through the scheme of the "monetary system" for the unknown owners of Londinium and Vatican, "they", under private international law, a/k/a ecclesiastical law, a/k/a law merchant, a/k/a canon law, a/k/a Satanic Law, with the intent of sucking the wealth, property and birthrights from the People in an attempt to leave All powerless. They force the *de jure* State set up by "the people" into bankruptcy again, and again, through various international intrigues, each time gaining ownership of more and more of the *de jure* corporation, while they transfer the assets into the Law Merchant corporation, until the *de jure* corporation is left with no assets, and the owners of the Law Merchant corporation owns everything. They coerce and intimidate legitimate, well meaning government officials through assassinations, and other intrigues to perjure their Oaths of Office in order to convert as many People as possible into their bond servants, a/k/a slaves.

6.    **QUEEN:**    QUEEN can mean KING. A corporate entity consolidated with POPE INC. in 1213. QUEEN ELIZABETH THE SECOND is a corporation to which Elizabeth Alexandra Mary Windsor cannot part take of lest she blasphemies the King James Scripture therefore, Elizabeth Alexandra Mary Windsor cannot hold any other title save and except "Queen of Judah".

7.    **KING JAMES VERSION of the Scripture.** Brought out in 1611 as an affront to the ancient Hebrew Scriptures with the intent of replacing "Yahuah" with "GOD" and "LORD" of which there is no definition of which "GOD" and which "LORD" QUEEN ELIZABETH worshiped when her son Francis Bacon a/k/a William

5

Shakespeare undertook the corruption of the Hebrew Scripture. The further intent was to mask Yahuah's Son's Name, "Yahushuah", by substituting It with "Jesus" knowing full well the letter "J" was not in the Hebrew Language of Yahushuah's Time.

8.    **The Queen of England:**    The Queen of England, Elizabeth Alexandra Mary Windsor, holder of the Scepter, remnant of the Tribe Yudah (Judah). . In power by virtue of Judges 8:7.

9.    **Religion:** Commercial enterprise. Nothing to do with Scripture. Once referred to as the "narcotics of the people" but supplanted by "entertainment".

10.    **The Civil List:**    Established in 1660 the Civil List makes provision for the Imperial Parliament to manage the affairs of the reigning Queen or King of Judah. In exchange, all privately Men and Women forming the Imperial Parliament pay the King or Queen a pension and other household expenses then to run the "Royal Affairs" of the Realm on the King or Queen's behalf.

11.    **THE QUEEN, REGINA, THE QUEEN IN RIGHT OF, HER MAJESTY THE QUEEN, CROWN & Co'y.** Corporations, or "personages" invented by privately liable Men and Women forming current and past sessions of the Imperial Parliament with the intent to mislead all People of the world into believing it is in reference to the King or Queen of Judah.

12.    Deuteronomy 10:17 and 2 Samuel 14:14 provides Yahuah, the Creator of Abraham, Isaac and Yacob is not a respecter of "persons".

13.    **POPE INC.** A corporation sole carrying on business of religion, not Scripture, from the Sovereign corporate City state of Vatican. Holder of International secular Treaties. POPE. INC., is a fictitious entity, and does not exist. POPE Inc. is the front for the anti-Christ. Whoever signs a privately liable Man's incorporation

6

papers, to carry on the business as POPE INC. is the anti-Christ or the front for the anti-Christ. POPE INC. has nothing to do with Scripture as if it did it would be committing blasphemy by violating the aforementioned passages of Scripture.

14.     **POPE INC.,** is the current owner of the City of London.

**"We wish it to be known to all of you, through this our charter, furnished with our seal, that inasmuch as we had offended in many ways God and our mother the holy church, and in consequence are known to have very much needed the divine mercy, and can not offer anything worthy for making due satisfaction to God and to the church unless we humiliate ourselves and our kingdoms: we, wishing to humiliate ourselves for Him who humiliated Himself for us unto death, the grace of the Holy Spirit inspiring, not induced by force or compelled by fear, but of our own good and spontaneous will and by the common counsel of our barons, do offer and freely concede to God and His holy apostles Peter and Paul and to our mother the holy Roman church, and to our lord pope Innocent and to his Catholic successors, the whole kingdom of England and the whole kingdom Ireland, with all their rights and appurtenances, for the remission of our own sins and of those of our whole race as well for the living as for the dead; and now receiving and holding them, as it were a vassal, from God and the Roman church, in the presence of that prudent man Pandulph, subdeacon and of the household of the lord pope, we perform and swear fealty for them to him our aforesaid lord pope Innocent, and his catholic successors and the Roman church, according to the form appended; and in the presence of the lord pope, if we shall be able to come before him, we shall do liege homage to him; binding our successors aid our heirs by our wife forever, in similar manner to perform fealty and show homage to him who shall be chief pontiff at that time, and to the Roman church without demur.**
Concessions of May 15, 1213 to the Pope

15.     **2 Kings 25 v. 21-28 KJV:**     Differentiation between the Tribes of Judah and the Jews. Judah is from the Tribes of Jacob Y'Isra'El whilst the Jews are both from the Tribes of Esau-Edom and Hittite-Canaan. The Jews could not be a member of the Tribe of Judah but were a hybrid of Canaanites and Edomites with the intermarriage between Edom and the Hittite sisters. The Hittites were the money power of the day. The Jews, working in tandem with the remnants of Canaan, have their own people in power through the "democratic" scheme. The Jews are out for material wealth/gain whilst the Canaanites are out to destroy the planet with everything therein and thereon.

7

16. **Democracy:** There are at least 10 types of democracy. Due to the fact the "Constitution" of the UNITED STATES OF AMERICA, and all the Lands forming the common wealth of Land, is rooted in debt, the "democracy" of all common wealth Lands is a "totalitarian" democracy meaning the People get to select the dictator of their, limited, choice. A way of snaring the People into paying taxation brought about by fictitious debt. Democracy is how corporate commercial corporations called "governments" rule their "employees".

17. **Government:** Was an institution ordained by Yahuah when Men wanted to be ruled by Me but has become an institution invented with three objectives. 1. To pay down orchestrated debt. 2. To create new debt. 3. To enslave the People to the debt through the "franchise" or voting process. Government has yet to do anything positive for the People, but is in fact, nothing more than a protection racket. Governments were established to provide protection from foreign enemies, and the City of London and their Jesuit handlers in the Vatican will make sure there are lots of enemies even if they have to get one of their owned and operated governments to make war on you.

18. **New World Order:** A premeditated plan to consolidate all Tribal identity into corporations then to consolidate those corporations into countries then to further consolidate those countries into unions with the end run the consolidation of the unions into the hands of one "owner", sometimes referred to as "Satan" or "Lucifer" or the "anti-Yahushua". The New World Order, in reality, is an "Olde World Consolidation Scheme".

19. **Person:** A corporate entity lacking flesh, blood, bones, conscience and soul and created by private men and women with the intent to create slaves to service fictitious debts created by private men and women working for a state. A "person" is a fictitious entity, and does not exist. A person is created by statute and includes a; "body politic" and b: "body corporate".

20. **Commonwealth:** Is the common wealth which is a precipitate of the colonial expansion brought about by private men and women who carried on and are carrying on business as members of the Imperial Parliament. Colonial expansion was brought about as a consequence to orchestrated Imperial debt brought about with the invention and deliberate mismanagement of the Bank of England Charter.

21. **Common Wealth Banks:**   All banks of the common wealth of Lands are subsidiaries or franchises of the Bank of England by virtue of the Bank of England Charter.

22. **The Bank of England:**   A private company owned by persons unknown. The Bank of England was established when William and Mary through gave Royal Assent, by charter, to its formation in 1694. When formed, there were 1,200 shareholders and the only one I am aware of is John Locke who was also treasurer of the Imperial Parliament. The name; "Bank of England" is misleading and was selected in order for it to be misunderstood in order to make the people believe it has something to do with the English people and the Imperial Parliament but doesn't.

23. **1717:** Twenty three years after the invention of the Bank of England the Imperial Parliament became a debtor to its creation, the Bank of England and the Bank became the creditor. In force and effect the Bank of England has owned the Imperial Parliament since 1717 and continues to do so to this day. The Imperial Parliament is an instrument owned by privately liable men and women. Also, they own all the governing structures within all the common wealth land and this would include the military powers of those lands.

24. **Colonization:**   Colonization was the result of the need to find novel means to satisfy the fictitious debt created by the privately liable men and women shareholders of the Bank of England. It was actually the privately liable men and women utilizing their instrument, all privately men and women forming the

9

Imperial Parliament, to "rape, loot, pillage, murder, destroy other people of other lands and in most cases under the pretext of war.

25.   **The Law:**      No one is above the law. No monarch, no servant, no man or woman are above the law and all are accountable for their actions.

26.   **Solicitor-Client Privilege:**   A trick used by the law profession to usurp the law specifically invented to shield the identity of the personally liable men and women who are shareholders of corporations. Solicitor-client privilege is applicable to known men and women but it does not and cannot shield the identities of shareholders of private holdings insofar as "white collar crime" is concerned for to be allowed to continue to shield such identities could only be viewed as operating to defeat the key element of the law, being, no one is above the law.

27.   **Rothschilds:** The "Nathan Meyer Bauer" family of Edomite/Hittite/Canaanite blood lines. The Canaanite blood line is out to destroy Yahuah's Creations while the Edomite blood line is out for material gain consequent to being "Jacobed" out of his birthright due to a conspiracy between Rebekah and Jacob at the closing of Isaac's life. The Canaanite's deeds can be seen with the creation of the deserts of the world and the soon to be Prairie, Amazon and Pacific and Atlantic Oceanic deserts. The Rothschild family are the principal stockholders in the Bank of England.

28.   **Inner City of London:**      The northern most branch office/city of the wholly Roman Empire. This is a walled city separate and apart from the metropolitan city of London. The ancient Roman name of the inner city of London is called "Londinium" and was recognized as a Sovereign city-state-country because William the Conqueror never did conquer Londinium, and *per Magna Carta 1215, ch.* 13, they could not longer charge customs to enter into the city. The B.A.R., Inns of Court and Fleet Street banking concerns are located within. The Inner City of London is a private, unincorporated, company such as the; Inner Temple, Middle

10

Temple, and other Inns of Court are and are unincorporated in order to hide the identity of the true owners. Through various bankruptcies, it was eventually seized by the so-called creditors and it is now completely owned and operated by POPE, Inc. This is the fate of CANADA, as well as the UNITED STATES OF AMERICA, and any person which does business with these law merchant crooks.

29.   **Currency:**   According to the Law of the Land, *viz*, Scripture, the only lawful currency is the "Shekel". The Shekel is a one-ounce coin of pure silver in contradistinction to paper money, which is just that, a record of a book keeping record and gold and silver backed paper. The Shekel is what I call "hard currency" meaning the precious metal is in one's hand and not by proxy via paper.

30.   **Esquire:**   A foreign title given to all members of the law profession in the UNITED STATES OF AMERICA. All members of the UNITED STATES OF AMERICA law profession are of the Middle and Inner Temple and work for the CROWN TEMPLE. They are Templars of the Crown Temple or Knights Templars. The CANADIAN lawyers are Inner Templars of the Crown Temple. BAR members hereinafter spawn of Satan.

31.   **Indian:** Coming from the word "Los Indios", meaning "those without the "Christian" soul".

32.   **Christian:**   Someone who follows the law of God as found in the Holy Bible as described by those who claim to have followed Jesus Christ.

33.    **"Autochthonous":**   Those Men and Women of the blood line of the Original People of what they term "Turtle Island" (unincorporated) but exclude immigrants. "Indian" is a slang and derogatory way in describing the original inhabitants of North America. The flesh and blood original inhabitants are called the "Autochthonous" of what is corporately called "North America". Autochthonous are unincorporated.

11

34. **Law of the Land:**    The Law of the Land is the Mosiac Law as written in Scripture. Common Law as referred to in the Magna Carta, 1215. Whenever the term "law of the land" is used it is always referring to Common Law because Common Law was always on the land first. Common Law predates any constitution, statute, code, rule, or regulation, ever written, therefore, it is the law of the land.

35. **Birthright:**    The Land which the Almighty gave to Us at birth and whom the remnant of the Edomites-Canaanites are trying to steal from Us. The birthright is contingent upon clause 7 of the Ten Commandments given to Moses by Yahuah on the mountain.

36. **Sovereign:** One who is born through the fruits of the Creator, Yahuah, and owes fealty only to Yahuah. May include those who have subscribed to oaths as long as they adhere to the secular civil laws and as long as those laws are not inconsistent with His Laws.

37. **Taxation:** Normally, taxation is as applied only to those engaged in commercial activities.  With the advent of secret debt created by the Imperial Parliament and lawyers (B.A.R. members) it became necessary to collateralize the birth certificates of the people to finance the fictitious debt. This was done through fraud, TREASON, and SEDITION, because the birth certificates cannot belong to the people, for the People do not need to prove they were born due to the mere fact they can; eat, sleep, breathe, walk, talk, reason and carrying with other activities corporations cannot. As created by the government it can only have been created with fraudulent intent and to be used in conjunction with the "census" for the purpose of ascertaining each Man and Women's "fair share" of the "debt" and as a further instrument necessary for the defendants to take to their "masters" in order to create more debt against the People.

12

38.  **B. A. R.**        British Accredited Registry associated with Inns of Court, a private collegiate institute based in the City of London (Londinium) with the exclusive privilege of appointing men to the BAR. Hereinafter BAR

39.  **Birth Certificate:**    An attempt to convince People they need a piece of paper to prove they were born, but, in reality, is an incorporation paper not unlike a certificate of berth a ship would require to offload cargo. The Edomite/Hittite/Canaanite blood line are attempting to lay claim over the land through banking slight of hand and by using its own purchased governmental private Men and Women, the traitors forming the substance of this action, to meet this end. Their "birth certificates" turn the People from being created by Yahuah to being created by Satan or Lucifer, because as the scriptures tell us, if you are not for God, then you are His enemy.

40.  **State and Education:**       In 1921 the international criminal corporation United States of America set up a federal bureau called the Federal Bureau of Children. This agency began a program of initializing or educating the states to register children. They guided the states to begin pressing for, or getting parents to issue or accept, a Certificate of Birth for their offspring. In 1933 this process was put fully into force within local counties in hospitals and birthing houses, etc. Through the registration of births, these criminals converted the children of the people into chattel and then they collateralized this chattel for the fictitious federal debt. A birth certificate is evidence of United States citizenship, which is a corporation. Therefore, there must be a division of State and Education.

41.  **Strawman/vessel:** A fictitious entity or "person" created by FRAUD, by criminals in government with a name spelled exactly the same as the name of the People, except that it is in all block capital letters, or in My case, "GLENN WINNINGHAM FEARN", of GLENN W FEARN, or FEARN, GLENN W, and etc. It is a privately invented vessel in commerce and thus falls within private international law, or admiralty maritime law, and is treated as such. The name

13

spelling in all block capital letters is not by accident, because the intent is to obtain, through FRAUDULENT MEANS the sovereign living soul to be a surety or accommodation party for the "person" to support the so-called federal bankruptcy, or insolvency and the fictitious federal debt.

42.  **Oaths:** An oath is a personal pledge of the subscriber who agrees to be a servant of a foreign national or a corporation, foreign or domestic, domestically or foreign owned. One who subscribes to an oath to "CANADA" is making an oath to a corporation and not to the private men and women of a particular area, region or land. One who subscribes to an oath to the "QUEEN" is making an oath to a foreign corporation owned, operated and managed by private men and women comprising the Imperial Parliament on behalf of POPE INC. To be born on this land and in subscribing to oaths to a foreign jurisdiction and to serve that foreign jurisdiction to the detriment of the Sovereign People renders the subscriber to such oaths a TRAITOR. Because criminals tend to gravitate to government, it has become tradition, and required by the Constitutions of many countries for all government officials to provide an Oath of Office wherein they pledge to follow the law, before they are allowed to take office. The first evidence of this is taken from the Magna Carta (1215) chapter 45, wherein it says;

**"We will appoint as justices, constables, sheriffs, or other officials, only men that know the law of the realm and are minded to keep it well."**

Obviously many of the same things complained of in this Petition have been going on for millennia because in 1215 AD, they put a sword to a King's throat and demanded that he sign a Charter, or they will run him through, which co-incidentally is two years after that same King signed the Concessions to the Pope 1213 AD. These same kinds of things were in fact going on, and in varying degrees continue to this day.

43.  **Judges 8:7 KJV Scripture:** Men and women rejected being ruled by the Creator, Yahuah, instead, demanding to be ruled by men. Men have been allowed to rule

each other as long as they are ruling and are ruled according to Scripture. It is incumbent upon the Sovereign to tell the court which Law to follow however, the private men and women of the divers governing structures cannot put the stumbling blocks before the blind and curse the deaf.

44.   **Common Law:**      a/k/a The Unwritten Law, a/k/a The Law of the Land, a/k/a Christian Law, a/k/a God's Law. In England, it largely consists of 800 years of jury trial decisions. As described by the highly respected Sir William Blackstone, in his *Commentaries on the Laws of England*, (circa 18th century), it is Yahuah's Law as found in the Bible. According to Sir Edward Coke in his *Commentaries on Littleton*, (circa 16th century) it was brought into England by the *Magna Carta* and other writs and charters prior to the *Magna Carta*. It is said to go as far back as the Old Testament period, or even farther. The Courts have ruled that, in America, Common Law was here before any organized government was established. Essentially, Common Law says, that you can do anything you want as long as you don't injure someone else's body, or their property *viz* no victim … no crime. At Common Law, all contracts have to be knowing, willing, and intentional. (Blackstone extrapolated most of his thoughts from the *Code of Hammurabi.)* Common Law is the law of the land.

45.   **Law Merchant:**      a/k/a Admiralty Maritime Law, a/k/a Private International Law, a/k/a Ecclesiastical Law, a/k/a Martial Law, a/k/a Military Law, a/k/a Canon Law, a/k/a Lucifer's Law, a/k/a Satan's Law, known to go back as far as the Babylonian Empire. (THIS IS THE LAW CURRENTLY BEING APPLIED … CANON LAW VIA THE TAL MUD, KABALLA AND NOADIC LAW OF WHICH THERE ARE 7 AND IT HAS NOTHING TO DO WITH NOAH.), Currently, originates with the Vatican and the (so-called) Holy (wholly) Roman Empire. It has been used for centuries to enslave millions, (probably billions), and facilitate the murder of millions more.  Its use by criminals is responsible for some of the greatest atrocities in history. According to the Bible, if it is not Yahuah's Law, then it can be the law of ONLY of one other entity, Satan or Lucifer, (Bert

15

Pike, Morals and Dogma p. 321) who is the enemy of Yahuah. There is nothing Holy about the Roman Empire. Rome was established on or about 751 B. C. or about the time the Jews released Judah from captivity. Law Merchant is not positive law and in the America states, because the War of Independence was started because of Law Merchant, as proven by the **Causes and Necessity of Taking Up Arms (1775)**, it exists only because of TREASON, SEDITION, and Perjury of Oath by the criminal Legislatures and Governors in the various states through their charade with municipal corporations.

46.   **Freemasons:**         People who are tricked into, or wander into it by their own misadventure, freemasonry. It is a regimented secret society giving "privilege" to those who choose to join. The Freemasons are actually dupes or "front men" for the Luciferians who are the heads of state throughout the world. The Freemasons include the Shriners and they believe they are doing some kind of good for the People of the world but in actuality they have no idea the god they are worshipping is Lucifer and Satan. It is an "outer brotherhood concealing an inner elect". They follow orders from the higher degrees to the lower degree chain of command and are sometimes referred to as the "outer masons" protecting or shielding the "inner masons".

47.   **Illumninati:**   All the world leaders and POPE INC. are apart of the Illuminati or are in power through the Illuminati's permission and power. The Illuminati serve Lucifer and Satan as their gods and are knowing and mindful of this and worship those two negative entities. They are engaged in occult practices such as, but not limited to; Zoroasterism, Helena Blavatsky's and Alice Bailey's writings, witchcraft and other occult practices. They are knowledgeable of the "Dread Book of the Anthropos". They derive their beliefs from; Dionysius (mysteries of the soul and human regeneration), Roman collgia and the Arabian Rosicrucians. They are "into"; Thelema, Baphomet, Alistair Crowley and the "secret of secrets", "arcanum arcanorum" which, according to Bert Pike at page 321 of his "Morals and Dogma", is the worship of Lucifer, the son of the morning light, the light bearer.

48. **Public:**      Means "government" and has nothing to do with People. Public; interest, safety and necessity in reality is government; interest, safety and necessity and is always used as an excuse to ram through oppressive legislation. "Public Safety", Public Necessity" and "Public Interest" are all in reference to "Government Safety (from the People) Government Necessity (to betray the People further) Government Interest (to assist foreign jurisdictions to destroy the People).

49. **Police:**      Hired guns whose primary responsibility is to protect BAR members, esquires and the publick/government then to act as armed tax collectors, and enforce Law Merchant (so-called) contracts. Sometimes they engage in crime detection for the People. Hereinafter "hired thugs".

50. **FEDERAL RESERVE:**     A private company formed in the middle of the night on or about December 25th, 1913 as a means to put part of Turtle Island into servitude and slavery. Criminal Tortfeasors in the US Congress unlawfully delegated powers which were granted to them by "We the people" without any authority whatsoever, and perjured their Oath of Office in the process.

51. **Federal Reserve Notes:**     Bank Note - Paper with no value. Commercial paper. Evidence of the so-called debt of the United States pursuant to 12 USC § 411, which also says that they are supposed to be redeemable, but they are not as found in the Affidavit of Criminal Complaint 04/14/07 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-059087, all of which is incorporated herein by reference in its entirety. Federal Reserve Notes are in clear violation of the Law of the Land insofar as the Shekel being the only lawful currency.

52. **Green Back:** US Treasury Note - Money backed by the full faith and credit of the United States only.

53.   **Gold or Silver coin:**  The Lawful money and medium of exchange internationally.

**THE STATE OF WASHINGTON and THE STATE OF ARIZONA**

54.   Municipal corporations set up which sits as an overlay to the State of Washington or the State of Arizona to make the people think that it is the same thing, when in fact it is not. The municipal corporations THE STATE OF WASHINGTON and THE STATE OF ARIZONA are sub-corporations of the international criminal municipal corporation United States of America, Inc. and functions as a territory in the United States of America, Inc., and they are the vehicle by which the BAR members can justify violating the rights of the people of Washington, and the people of Arizona. The whole idea that there is such a thing as the State of Washington, State of Arizona, or even THE STATE OF WASHINGTON and THE STATE OF ARIZONA are a fraud due to a defect in the enabling acts which were never properly approved and adopted by the criminals in the US Congress. It was shelved probably because they didn't have any authority as the *Hudson's Bay Company* didn't have, and have interests therein.

55.   Criminals in THE STATE OF WASHINGTON and THE STATE OF ARIZONA brought law merchant on the land of Washington so they could help out POPE, INC., and The City of London make more money. They did this by using municipal corporations as revenue sources by putting the municipal corporations in debt with baseball parks and other needless garbage, and then they send out their code enforcers, and hired thugs, (police) to impose law merchant contracts on the people, to the point now that police revenue is a major portion of any budget of any of these criminal municipal corporations. They use the fraudulent created US citizen/strawman/vessel as the vehicle to kidnap the people and bring them into their corporate commercial foreign so-called court room, that has a desecrated version of the United States flag hanging in the corner, with gold fringe around the edges to show the martial law jurisdiction, in violation of Title 4, USC § 3. After they play some law merchant games and can justify that under their law merchant, the living soul is now a surety for their fraudulently created strawman/vessel, they

issue bonds pursuant to the Miller Reinsurance Act, a bid bond, a performance bond, and a payment bond, and hold the living soul as ransom in their warehouse (jail) until the International Monetary Fund has paid off the bond. All of this money goes into the CAFR account for their retirement and is used to invest in stocks and bonds on the world markets. The International Monetary Fund pays $150.00 a night for keeping the living soul in their warehouse and $70,000.00 for the first 3 days, which is why they always come and get you just before a long weekend, so they can get that windfall, because the first regular session of their so-called Court is after the long weekend, after the 72 hours is up, and 72 hours is the time needed to season a contract under law merchant.

56.     Law Merchant is not positive law, but that doesn't stop the criminals in the municipal corporations from doing their dirty deeds and it is a great money making business for the municipal corporations, the City of London, and Pope, Inc., and all of this because most people have no idea what is really going on, and also because there is no honor among thieves. All of these so-called courts are not courts of record, and the so-called judge is a dictator in his court room and he will tell you that. The judge will also tell you that he can do anything he wants and the Constitution doesn't apply in there, "so I don't want to hear about it!" However the judge doesn't tell you about the royalty he gets from the money collected from the International Monetary Fund, and neither does the prosecutor tell you about the royalty he gets, because this is all a commercial transaction and they each get a piece of the action. This is exactly the same process and procedure that criminals just like these criminals murdered millions of people in the Spanish Inquisition, but they made lots of money! All of this is with the full blessing of the criminals on the US Supreme Court, and with the knowing, willing aid by BAR members everywhere, who are busy assisting the charade, and profiting from the charade in every way they can.

19

57.  Paul O. Golding, Rob KcKenna, and Christine Gregoire were at all material times instrument of the privately liable men and women shareholders of the Bank of England and are mandated to ensure the wishes of the shareholders are carried out.

58.  The tortfeasor Paul O. Golding, Rob KcKenna, and Christine Gregoire were at all material times, lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan, and are privately liable, and have an Oath of Office that says they will; "support and defend the constitution of the United States and of Washington state against all enemies, foreign and domestic".

59.  Paul O. Golding, Rob KcKenna, and Christine Gregoire were at all material times, private men and women carrying on business as a Assistant Attorney General, Attorney General, and Governor of Washington state respectively.

60.  Paul O. Golding, Rob KcKenna, and Christine Gregoire were at all material times, BAR members, and they forfeited their US citizenship, when they became members of the BAR.

61.  Paul O. Golding, Rob KcKenna, and Christine Gregoire have an Oath of Office that says they will; "support and defend the constitution of the United States against all enemies, foreign and domestic" when in fact they are the enemy by profession.

62.  Paul O. Golding, Rob KcKenna, and Christine Gregoire are all owned by the *Bank of England*.

63.  Janet Napolitano, Terry Goddard, and Ruth V. McGregor, were at all material times instruments of the privately liable men and women shareholders of the Bank of England and are mandated to ensure the wishes of the shareholders are carried out.

64.   The tortfeasors Janet Napolitano, Terry Goddard, and Ruth V. McGregor, were at all material times, a lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan, privately liable man or woman with an Oath of Office that says they will; "support and defend the constitution of the United States and of Arizona state against all enemies, foreign and domestic".

65.   Janet Napolitano, Terry Goddard, and Ruth V. McGregor, was at all material times, a private man or woman carrying on business as the Governor of Arizona state, Attorney General of Arizona state, or Chief Judge of the Arizona Supreme court respectively.

66.   Janet Napolitano, Terry Goddard, and Ruth V. McGregor, were at all material times, BAR members, and they forfeited their US citizenship, when they became members of the BAR.

67.   Janet Napolitano, Terry Goddard, and Ruth V. McGregor, each have an Oath of Office that says they will; "support and defend the constitution of the United States against all enemies, foreign and domestic" when in fact they are the enemy by profession.

68.   Janet Napolitano, Terry Goddard, and Ruth V. McGregor, are each owned by the *Bank of England.*

### Hudson's Bay Company

69.   *The Governor and Company of Adventurers of England Trading into Hudson's Bay* was the forerunner to the *Hudson's Bay Company.* The first company came about consequent to a Royal Charter issued by Charles the Second to his nephew Prince Rupert in 1670.

70.   The aforementioned *Charter* was a private deal headed by a monarch with the intention to turn the management of the company over to its agent, the *Imperial*

*Parliament.* In reality, it was an undertaking on behalf of the *Imperial Parliament* as a "law laundering" scheme intended to by-pass debates in the House of Commons and the "other place" of the *Imperial Parliament U. K.* not unlike the Canadian parliament by-passing the house of commons and senate through "orders in council".

71.    The *Hudson's Bay Company* was a successor corporation of the *Governor and Company of Adventurers of England Trading into Hudson's Bay*, established in 1670. One of the agendas of the *Hudson's Bay Company* was to secure a monopoly on the fur trade within Autochthonous Territory, the corporate *"Rupert's Land"* area.

72.    The mandate of the *Hudson's Bay Company* was to; issue licenses to those wishing to trade with the Autochthonous, engage with trade with the Autochthonous and to set up a governing structure ostensibly to protect the Autochthonous from the European traders, improvident bargains, molestation and property encroachment. The Hudson's Bay Company is another municipal corporation.

73.    The *Hudson's Bay Company* may have surrendered its Charter in 1870 but there exists no proof it entered into any agreements with the Autochthonous releasing the *Hudson's Bay Company* of its duty, obligations and responsibilities to the Autochthonous, through Treaties enacted prior to 1870 and after 1670. The *Hudson's Bay Company*, under Treaty, was not permitted to engage in immigration into the territory of the Autochthonous . The *Hudson's Bay Company* may have "surrendered" its *Charter* in 1870 but this did not stop it from being involved with the *James Bay* (so-called) *Treaty 9* some 40 years later.

74.    The *Hudson's Bay Company* sold 116,000 square miles for 10 shillings and "other considerations" to (House of) Lord(s) Selkirk, (aka Tommy Douglas) land which the *Hudson's Bay Company* did not own. Lord Selkirk created the "Selkirk Settlement". Settlement was not part of any Treaties between the Autothchonous

and the *Hudson's Bay Company* and this is proof of their Breach of Trust, TREASON, SEDITION and premeditated genocide.

75.     The area of land giving rise to this action is situated within the confines of Autochthonous territory, and in the absence of the aforementioned Treaty waivers, under the exclusive commercial monopoly of the *Hudson's Bay Company*.

76.     The Principals of the *Hudson's Bay Company* were actively involved with the attempted destruction of the Autochthonous through the Residential School scheme, land encroachment, immigration and through other sinister, PAPAL, means. The *Hudson's Bay Company* is a fictitious entity owned by privately liable men and women.

77.     The principals of the *Hudson's Bay Company* were required to procure the natural resources of the land and due to the vast amounts of water thereon embarked upon the fur trade which centered on the beaver. To drain the land it was essential to the scheme of things to destroy the beaver and its habitat and to meet that end the *Hudson's Bay Company* invented the beaver skin hat and coats and started a fad which ended when the numbers of beavers fell to near extinction.

78.     Pursuant to Chapter 45 of the Magna Carta, all of the respondents in this case have a duty to make sure that all of their hired thugs know the law and are of a mind to observe it properly.

**Lawyers, Barristers, Solicitors:**

79.     The enemy inside the gates. They are the "hired guns" of the private Fleet/Threadneedle Street concerns and their prime objective is debt collection and to implement new ways, *viz*, laws, intended to keep raising money, through divers taxation schemes, by hook and by crook. They are agents for the *Bank of England*.

**IMPERIAL PARLIAMENT OF GREAT BRITIAN**

80.   The current *Imperial Parliament* came to pass in 1660 after the decapitation of Charles the First. The "*Civil List*" was brought about at this time in order for the *Imperial Parliament* to manage the affairs of the King or Queen due to indiscretions of past Kings and Queens but has nothing to do with causing commercial titlement of the King or Queen..

81.   The English Revolution which culminated with the beheading of Charles the First was financed by private, unknown People and after 1660 the *Imperial Parliament* using their "tool", Ollie Cromwell, to achieve this. The *Imperial Parliament* became the debtors to its creation, the *Bank of England* either due to the financial fraud for the so-called English Revolution or by 1717 when the *Imperial Parliament* couldn't meet its debt obligations to its creation, the *Bank of England*. The *Imperial Parliament* is a private company owned by the shareholders of the *Bank of England*, which was created by the *Imperial Parliament.*

82.   After William and Mary invented the *Bank of England Charter* of 1694 the (mis)management of the *Bank of England* was delegated to the *Imperial Parliament*.

83.   Within 20 years of taking charge of the *Bank of England,* England became insolvent due to the deliberate mismanagement of the *Bank of England* by privately liable men forming the *Imperial Parliament* of that day.

84.   Consequent to the debt created through mismanagement of the *Bank of England* by privately liable men forming the *Imperial Parliament* colonial expansion was required in order to meet fictitious debt payments and this would include murder and genocide to meet this end.

85.   The *Bank of England* and the *Civil List* are shell games. The *Bank* was invented by a monarch. The *Civil List* invented by the *Imperial Parliament.* The *Bank* creates money, out of thin air, charges interest, in contravention of the King James Bible,

24

for the monarch, and is being mismanaged by the *Imperial Parliament* ostensibly on behalf of the monarch for the sole purpose of consolidating the entire planet, People, places and things, into the hands of one entity which is sometimes referred to as the "anti-Christ" or the god of freemasonry and the illuminati, Lucifer and Satan (Morals and Dogma by Bert Pike @ page 321.

86.   The *Bank of England* and the *Imperial Parliament* are, for all intents and purposes, one in the same. It is a question as to how England owes itself money while entrusted with the management of this institution, created by an alleged remnant of the Tribe of Judah.

> "*There is something so consummately ridiculous in the idea of a nation's getting money by paying interest to itself upon its own stock, that the mind of every rational man naturally rejects it. It is, really, something little short of madness to suppose, that a nation can increase its wealth; increase its means of paying others; that it can do this by paying interest to itself. When time is taken to reflect, no rational man will attempt to maintain a proposition so shockingly absurd*"
> (William Cobbett, M.P., *Paper Against Gold*, p.83).

87.   Under the veil of debt obligations to itself the *Imperial Parliament* embarked upon colonial expansion with the intent of cultural and People destruction and the *Dominion of Canada* was one if its excuses to meet this end.

88.   Thomas Beckett drove out the money masters in the 12th, century and Oliver Cromwell was financed, by them, and the money masters returned to England in the mid 17th., Century.

89.   The current *Imperial Parliament* is the result of the money master's control over brought about in 1660 using Charles the Second as their puppet.

90.   In keeping with their master's objectives, all privately liable men forming the *Imperial Parliament* of 1660 invented the "*Civil List*" as a shell game aimed at obtaining royal privileges, duties and responsibilities in exchange pensioning off the monarchs not unlike what occurred under 2Kings25 v. 21-28 KJV of the Bible.

25

91. The "*Civil List*" not only relieved the monarch of its duties, responsibilities and obligations but had the effect of turning the *Imperial Parliament* into the King or Queen of Judah who are a part of Yahuah's chosen People.

92. The intent of the "*Civil List*" was to usurp Parliamentary procedure by using the guise of Royal Charter to hide seedy actions brought about by the privately liable men and women who own the Bank of England and who intend to control the planet through the use of monetary slavery under the guise of "debt".

**93.** One of it inventions which has stood the test of time from 1694 to now, is the invention of the *Bank of England* allegedly brought about by William and Mary but who, in fact, could not grant any royal Charter due to the fact they were "owned" by the *Imperial Parliament* through the "*Civil List*". The Imperial Parliament was in turn owned by those unknown privately liable men and women, who financed Ollie Cromwell to invent the English Revolution, when the newly formed Parliament could not meet its payment plan not unlike the Revolutionists at 1789.

**Imperial Parliament**

94. The tortfeasors in the Imperial Parliament is a body of privately owned men and women slaves also known as the; "House of Lords", "House of Commons", the Church of England/Westminster and the Liar forming, in part, the law making body known as the "*Imperial Parliament*". The Imperial Parliament fell into the ownership of the privately liable men and women forming the Bank of England as early as 1717.

95. The *Imperial Parliament* has or had jurisdiction, directly or indirectly, over all nations forming the common wealth, sometimes referred to as the "Commonwealth", of nations of Great Britain allegedly through commercial treaty arrangements.

96.   There are at least two classes of citizens, state citizens and federal citizens, and you can be a citizen of a state without being a federal citizen. Federal citizens do not have any rights, and are in fact corporations, which is why they have no rights. Corporations do not have any rights because they are property. A corporation is the entity distinguished as having its title, or name, spelled in all block capital letters, because at common law, a proper name is never spelled in all block capital letters. By FRAUD My property was registered in the commercial registry called Land Titles and the proof of the fact that the land is registered in the name of GLENN WINNINGHAM FEARN, which is a corporation. My Name has been criminally converted to a corporate fiction in order to facilitate the theft of My Birthright (property), to extort their so-called taxes and to use Me as a surety to fictitious debts with their law merchant so-called contracts. Those who have undertaken this transgression are engaged in the Common Law offense of Extortion under Color of Office.

97.   The word "person" excludes a sovereign living soul;

*" 'in common usage, the term 'person' does not include the sovereign, [and] statutes employing the [word] are normally construed to exclude it.'* Wilson v Omaha Tribe, 442 US653 667, 61 L Ed 2d 153, 99 S Ct 2529 (1979) (quoting United States v Cooper Corp. 312 US 600, 604, 85 L Ed 1071, 61 S Ct 742 (1941). See also United States v Mine Workers, 330 US 258, 275, 91 L Ed 884, 67 S Ct 677 (1947)"* Will v Michigan State Police, 491 US 58, 105 L. Ed. 2d 45, 109 S.Ct. 2304*

*"a sovereign is not a person in a legal sense"* In re Fox, 52 N. Y. 535, 11 Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192

98.   The *Imperial Parliament* is a fictitious entity and does not exist and operates exclusively under the color of law for its masters, all shareholders forming the *Bank of England*. It is a privately owned entity.

99.   CANADA, LTD is a fictitious entity, created by the *Bank of England*, by its tool, the *Imperial Parliament*, and does not exist and operates exclusively under the color of law.

27

100. ALBERTA, LTD., ALBERTA, INC., THE PROVINCE OF ALBERTA, THE GOVERNMENT OF THE PROVINCE OF ALBERTA, LAND TITLES, THE PROVINCIAL COURT, and THE COURT OF QUEEN'S BENCH, are all fictitious entities and do not exist but operate exclusively under the color of law.

101. UNITED STATES OF AMERICA4, CORP., and UNITED STATES OF AMERICA, LTD., are fictitious entities, created by the tool of the *Bank of England,* the *Imperial Parliament*, and do not exist but operates exclusively under the color of law.

102. These TREASONOUS, SEDITIOUS, *Imperial Parliament* and US Congress criminals claim that the people created a new unincorporated Canada, (United States of America, Arizona, Texas, or Alberta as applicable) in trust by their silence in accepting the loss of the ability of the people to pay their debts at law. These criminals claim that consequently, a resulting or implied trust rushed in to fill the void. These criminals also claim that in a resulting or implied trust there are no terms of how or who is to administer the trust, therefore, their hired thugs in the Courts get to administer the trust. HOW CONVENIENT, but it goes further! They claim that the Canadian Government, (government of the United States of America, Arizona, Texas, or Alberta as applicable) may be the trustee of a charitable trust, and Canada , (United States of America, Arizona, Texas, or Alberta as applicable) has the capacity to take and hold property upon a charitable trust, but in the absence of a statute otherwise providing, the charitable trust is unenforceable against Canada , (United States of America, Arizona, Texas, or Alberta as applicable) but it gets better! They admit that the code they passed regulating the criminals in the Canada Customs and Revenue Agency (or IRS as applicable) does not define who is required to file and what the terms are, but when one of the people uses the code as any small part of their argument, it is considered an admission by their foreign agents of the Crown/BAR member/buddies, to conveying an estate to the public trust, which admission, they claim, makes all arguments of little or no merit. So, to sum it up, these Imperial Parliament/US Congress criminals take away the lawful

money that is required by what the People are led to believe is a "Constitution", when in fact it is a constitutum, and then with the help of their foreign agents of the Crown/BAR member buddies, a/k/a spawn of Satan, they claim the right to steal everything everywhere. These Imperial Parliament criminals are the lowest form of life there is and they should all be taken out back and hung from a tree, but oh, I forgot, they got rid of the death penalty, except when you kill one of their hired thugs. They know EXACTLY what they are doing!

103.   These lying thieving crooks have imposed Martial Law rule on everybody in Canada and the states, provinces, territories, municipalities and other governing structures and the proof of it is everywhere. It is in the military Royal Rothschild-Canaanite Coats of Arms hanging in the House of Commons, it is in the gold fringe flag hanging behind their official pictures they have on the internet and elsewhere, it is in the military Coat of Arms hanging in every court room in Canada and the states/provinces, it is in the gold fringed desecrated flag hanging in every court room in the American states, it is in the military troops they have patrolling the streets called police with the ranks of Sergeant, Captain, Colonel, and etc., which is confirmed by the Utah Supreme Court in their case Dayette v Turner, 439 P2d 266 at 269 in Judge A.H. Ellett's Expose' entitled THE NON-RATIFICATION OF THE FOURTEENTH AMENDMENT in which he says that we are under martial law rule and have been since the 30's and possibly since the civil war in the united States of America.

## PARLIAMENT OF CANADA

104.   The Parliament of Canada is an invention of the *Bank of England's* tool, the *Imperial Parliament*, who are the gang of criminals who brought law merchant on the land of Canada so they could use it as a tool in order to facilitate the enslavement, and where "necessary", the murder and genocide of all of the people on the land of Canada. Every last one of the criminals responsible for the formation of this fraud were of a pseudo military force known as "lawyers" or under the control of those spawns of Satan.

29

105. The Parliament if Canada is a fictitious entity created by the Imperial Parliament so they could separate themselves from the crimes that the Parliament of Canada was going to commit and to cause another fictitious entity to embark on slavery through a confederated "treadmill of debt" creating machine.

106. The Canadian coat of arms and the House of Rothschild coat of arms are very similar and consistent with 2 Kings 25: 21-28 insofar as the Edomite/Jew-Hittite/Canaanite pensioning off Judah. The Canadian Coat of Arms is a military symbol which shows the House of Rothchild (the lion) holding the unicorm (the children of Israel) in slavery (chains).

**Media**

107. A tool of the *Bank of England* entrusted with spewing lies and suppressing the truth ESPECIALLY with the suppression of the facts surrounding the "efforts" of Prescott Bush/Sherffe in financing Adolph Hitler, through the *Bank of England's* subsidiary the *Union Bank* and the "reward" he was given through his son and grandson being appointed presidents of USA Inc.

**All Judges Everywhere**

108. All Judges in all Courts have a duty to follow the law and honor their Oaths of Office, and any judgment that is not within their authority is *brutum fulmen*;

Black's Law Dictionary, 4t Edition: *"brutum fulmen"*: *"An empty noise; an empty threat. A judgment void upon its face which is in legal effect no judgment at all, and by which no rights are divested, and from which none can be obtained; and neither binds nor bars anyone. Dollert v. Pratt-Hewitt Oil Corporation, Tex.Civ.Appl, 179 S.W.2d 346, 348. Also, see Corpus Juris Secundum, "Judgments" §§ 499, 512 546, 549.*

Furthermore, they must act within their authority or in the absence there of, would place them as being engaged in TREASON, and if they have a duty to act, they must act,

Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or acts of treason. *U.S. v. Will*, 449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406 (1980); *Cohens v. Virginia*, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821)

## UNITED STATES OF AMERICA

109.   The United States of America is a corporation set up by criminals, who are tortfeasors, in the District of Columbia, (hereinafter known as the District of Criminals) for the purpose of enriching the Crown of England, a.k.a. the *Bank of England*, and POPE Inc., in the Vatican.

110.   The English criminals financed the so-called War of Independence;

**"YIELDING AND PAYING yearly, to us, our heirs and Successors, for the same, the yearly Rent of Twenty Marks of Lawful money of England, at the Feast of All Saints, yearly, forever, The First payment thereof to begin and be made on the Feast of All Saints which shall be in the year of Our Lord One thousand six hundred Sixty and five; AND also, the fourth part of all Gold and Silver Ore which, with the limits aforesaid, shall, from time to time, happen to be found."** The Carolina Charter, 1663

**"And provided further, that nothing herein contained shall affect the titles or possessions of individuals holding or claiming under the laws heretofore in force, or grants heretofore made by the late King George II, or his predecessors, or the late lords proprietors, or any of them."**
Declaration of Rights 1776, North Carolina Constitution

111.   The so-called debts owed to the English criminals continue to this day as found in the contract Between the King and the Thirteen Colonies of the United States of North America, signed at Versailles July 16, 1782.;

**ARTICLE 1**
**"It is agreed and certified that the sums advanced by His Majesty to the Congress of the United States under the title of a loan, in the years 1778, 1779, 1780, 1781, and the present 1782, amount to the sum of eighteen million of livres, money of France, according to the following twenty-one receipts of the above-mentioned underwritten Minister of Congress, given in virtue of his full powers, to wit:**

**1. 28 February 1778 750,000**
**2. 19 May do 750,000**
**3. 3 August do 750,000**
**4. 1 November do 750,000**
**Total 3,000,000**

**5. 10 June 1779 250,000**
**6. 16 September do 250,000**
**7. 4 October do 250,000**
**8. 21 December do 250,000**
**Total 1,000,000**

**9. 29 February 1780 750,000**
**10. 23 May do 750,000**
**11. 21 June do 750,000**
**12. 5 October do 750,000**
**13. 27 November do 1,000,000**
**Total 4,000,000**

**14. 15 February 1781 750,000**
**15. 15 May do 750,000**
**16. 15 August do 750,000**
**17. 1 August do 1,000,000**
**18. 15 November do 750,000**
**Total 4,000,000**

**19. 10 April 1782 1,500,000**
**20. 1 July do 1,500,000**
**21. 5 of the same month 3,000,000**
**Total 6,000,000**

**Amounting in the whole to eighteen millions, viz 18, 000,000.**

**By which receipts the said Minister has promised, in the name of Congress**
**and in behalf of the thirteen United States, to cause to be paid and**
**reimbursed to the royal treasury of His Majesty, on the 1st of January, 1788,**
**at the house of his Grand Banker at Paris, the said sum of eighteen millions,**
**money of France, with interest at five per cent per annum."**
Source: Treaties and Other International Acts of the United States of America.
Edited by Hunter Miller Volume 2 Documents 1-40 : 1776-1818 Washington :
Government Printing Office, 1931.

112.    And it continues to this day;

*"....In Terrett v. Taylor, it was stated that the dissolution of the regal government, no more destroyed the rights of the church to possess and enjoy the property which belonged to it, than it did the right of any other corporation or individual to his or its own property. In the later case, the Chief Justice, in reference to the corporation of the college, observes that it is too clear to require the support of argument, that all contracts and rights respecting property remained unchanged by the revolution; and the same sentiment was enforce, more at length, by the other judge who noticed this point in the cause...."*
The Society, &c., v. The Town of New Haven. Et Al. 8 Wheat. 464; 5 Cond. Rep. 489.

113.   Like they always do, the criminals in the City of London financed both sides in the initial phases of American War of Independence, which sealed the fate of the fledgling united States of America. Once they forced the united States of America into bankruptcy the first time, it is a simple matter to make sure that once it emerges from bankruptcy, it quickly returns into bankruptcy, and each time the criminals in the City of London seize more assets until the point comes when they own everything, like they do today. The United States of America is owned and operated by international criminals based in the City of London and the Vatican through which they impose their private international law on everybody. With their tool, the United States of America, they are able to forcibly impose their private international law on anybody they wish on the planet. Whether it is through their so-called loans, or through wars, and then their so-called loans, they care not how many people they murder, or how many lives are ruined, as long as they can make a profit, and as long as their get more power. It is not my government, it is an international criminal cartel!

114.   The United States of America is known under many fictitious entities such as; the UNITED STATES LTD., and THE UNITED STATES OF AMERICA, LTD, in Great Britain, or UNITED STATES OF AMERICA4, CORP., in the District of Criminals, or the non-profit corporation in Delaware called United States of America.

115.   The United States of America by whatever other fictitious entity it is known has been taken over by criminals, sometimes called; lawyers, barristers, solicitors, attorneys, spawn of Satan and other creations of the Inns of Court emanating from the sovereign city-state-nation of Londinium, who are carrying on their treachery of international genocide under the guise of profit to pay down fictitious debts created through its masters, the *Bank of England*. Through the various bankruptcies, it is now owned and operated by Elizabeth Mary Windsor, THE CROWN (Fleet Street), and POPE, INC. That is why the entity in the District of Criminals is UNITED STATES OF AMERICA4, CORP., because the first three were liquidated in bankruptcy, and we are now on number four. The criminals of the Inns of Court are in the process of orchestrating the fifth bankruptcy, so they can merge it into a North American Union as part of their agenda to merge everything on the planet into the UNITED NATIONS as a one world government, or NEW WORLD ORDER, or NEW WORLD CONSOLIDATION talked about by the tortfeasor George H. W. Bush, aka Sherffe, Sr., in his well documented public speeches.

116.   On February 21, 1871, the US Congress passed an Act to provide a government for the District of Columbia, entitled "The Act of 1871" which created a municipal corporation called UNITED STATES OF AMERICA, CORP., which is now owned and operated by the international banksters, and has since been liquidated in bankruptcy 3 times because if you do a company search at the DUNN and BRADSTREET website for 'UNITED STATES OF AMERICA in the district of Columbia, you will come up with a UNITED STATES OF AMERICA4, CORP., a true copy of the search results are attached hereto, and incorporated herein by reference in their entirety. The goal of the foreign corporation being, to invade America and gradually change its policies to better control the commerce of the land, to put the people into bondage or slavery through Law Merchant. The US, subtly and efficiently, replaced the republic called united States of America in its functions and duties. In the beginning the jurisdiction of the US extended only to the ten miles square of the area of Washington D.C. plus the territories that the US had purchased, however the US eventually took control of the 50 State republics by

34

creating a corporation for each State named "STATE OF…" plus the corresponding State's name.

**Schedule "A" various United States of America entities as taken from Dunn & Bradstreet and other sources.**

117.    On December 23, in the year 1913, the Federal Reserve Act was passed in the middle of the night by TREASONOUS criminals in the US Congress through the use of legislative tricks which allowed a very small group to facilitate the TREASON.

118.    On October 6, 1917, the UNITED STATES passed a corporate policy called the Trading with the Enemy Act. In Section 2, sub-section (c) of the Act it defines the enemy as "other than the citizens of the United States". The American people were sovereign which makes them "foreign governments" to the UNITED STATES and therefore, the sovereigns unknowingly became enemies of the State. On March 3, 1933, the Trading with the Enemy Act was then amended in order to confiscate gold from the US citizens (not the American Sovereigns) who were reimbursed with "emergency money", issued by a private corporation known as the Federal Reserve Bank, which represented debt owed to the Federal Reserve Bank. A dollar of gold was exchanged for a dollar of debt owed to the Federal Reserve Bank plus interest (Income Tax). Basically all Americans lost two dollars in the exchange.

119.    By manipulating the markets and causing the 1929 crash of the stock market, by criminals in the City of London and their cronies, it took less than 20 years for the privately owned and operated Federal Reserve Bank to bankrupt the United States again, and on March 9, 1933, due to impending bankruptcy, the UNITED STATES made a "New Deal" with Senate Document No. 43, 73rd Congress, 1st Session, which stated, "It (Federal Reserve Notes, Bills and Bonds, etc.) will represent a mortgage on all the homes and other property of all the people in the Nation." As a result, title of all property was turned over to the State as evidenced by the statement, "The ownership of all property is in the State". In order to account for

35

the monetary increases gained by the use of the people's property and production, by FRAUD, the UNITED STATES created artificial entities termed "Persons," for each of the people using the people's own names, however spelled in all capital letters. For example, John Doe the man would have a Person entitled JOHN DOE named after him. . The liars protect this/their "system" by attorning the property purchase into a property lease without fully informing the "purchaser" of that fact.

120.    In 1933, the private foreign operated corporation called UNITED STATES seized the gold. The US was heavily in debt, fictitiously, to the Federal Reserve Bank so the US passed a law that required all US citizens to turn in their gold.

121.    Discharge of Public Debt. On June 5, 1933, part of the contract, entitled House Joint Resolution 192, stipulated that since the UNITED STATES removed the gold and substance required to "pay" off debt, they then had to state that "any obligation which purports to give the obligee the right to require payment….in an amount in money of the UNITED STATES measured thereby, is declared to be against public policy." Therefore, by "public policy" they forced the people to use their fraudulent money system, so they could then be taxed. WHAT A SCAM!

122.    Since the U.S. Secretary of Treasury was the delegated Trustee of the bankruptcy, it was his duty to discharge all public debt that the creditor of the bankruptcy would be charged with (pursuant to the copyrighted U.S. Rules of Bankruptcy).

123.    Whenever anyone is given birth in America of a woman, the UNITED STATES through fraud and coercion, and without any authority whatsoever, creates an artificial entity called a trust entitled JOHN HENRY DOE, hereinafter "Person". The application for the birth certificate for that Person, herein "title", created by the state when John Henry Doe was born, was the instrument through which the Person was created. The title was then registered in the commercial registry by the State, and it was collateralized to finance the fictitious debt without any authority whatsoever. Proof of this is found in the birth of My son, Hunter Pierre; house of

36

Fearn, in the Notice and Declaration of birth which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-028177, and the subsequent Affidavit of Criminal Complaint 09/19/05 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-125335, all of which are incorporated herein by reference in their entirety.

**Schedule "B" Notice and Declaration of Birth which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-028177.**

**Schedule "C" Affidavit of Criminal Complaint 09/19/05 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-125335.**

124. The international criminal corporation United States of America Inc. is now being run by the tortfeasor George W. Bush, as President of Congress, and the tortfeasor Richard Cheney, as Vice-President of the United States Inc., and President of the US Senate, the tortfeasor Michael Mukasey, as Attorney holding rank of General, the tortfeasor Michael Chertoff, US Secretary of Homeland Security, the tortfeasor Condoleeza Rice as US Secretary of State, the tortfeasor Nancy Pelosi as Speaker of the US House of Representatives, and the tortfeasor Harry Reid, as US Senate Majority Leader.

125. Past criminals (lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan) forming the government of the UNITED STATES OF AMERICA rewarded Prescott Bush (Sherffe) for financing Adolph Hitler, through a *Bank of England* subsidiary, the *Union Bank* in white washing his involvement and by appointing his son and grandson as presidents of the UNITED STATES OF AMERICA, CORP.

126. These criminals (lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan) who are operating the international criminal corporation called by various names, all of which include the States United Inc., are engaged in genocide of their own sovereignty and People. The US Supreme court said;

*"As used in the Fourteenth Amendment to the United States Constitution, the word "person" does not include the unborn."*

Roe v Wade, 410 US 113, 93 S.Ct. 705

This landmark case is the excuse that is used to murder millions of unborn babies in the country every year. What the Court said is that unborn babies are not a "person" as defined by their fraudulent Fourteenth Amendment and therefore they are not entitled to the protection of their life. This is so typical of these criminals, and a very good demonstration of who is doing this and what their agenda is.

If they are not a "person" then they are state citizens and therefore they are members of the sovereignty. Therefore, the US Supreme court gave permission for the murder of millions of sovereign citizens as found in the section below on CITIZENSHIP.

127.   The unborn are not entitled to the protection of the Law. Marijuana is not a "drug" until such time as it actually produces what is known as the "bud" but the criminals (lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan) get their hired thugs (police) to arrest people, charge and convict them when, like the unborn, it is not what they claim it is. "Pot is pot" without maturity but a fetus is not a child without maturity. Every once in a while you hear about somebody being charged with manslaughter for causing the death of someone's unborn child through negligence, and yet they endorse the murder of millions. I guess it is OK for a doctor to commit murder, as long as he has a government license to do it.  They know EXACTLY what they are doing! This is further proof of genocide being committed upon the People of the world by the Liar, alias & Co'y., and POPE Inc, and their hired thugs in the international criminal corporation UNITED STATES OF AMERICA.

128.   This is further proof that these people are worse than common criminals, because they are engaged in the genocide of their own sovereignty. They are mass murderers that make Hitler and Stalin look like Angels.

129.   There is nothing more innocent than the unborn. The purpose of government is to protect the innocent, and defend those who have no voice, not facilitate their murder.

130.   The real, unstated purpose of these so-called governments is to depopulate the planet. The remnants of Edom (Jews) and Canaan (demon seed) promote the theory there is over population when in point of fact, there are too many of the Tribes of Y'Isra'El and too few of them. With the North American Continent comprising some 5 billion square acres, and the population of the world at about 6 billion, it can safely be assumed if everyone on the planet were "given" one square acre of land it wouldn't fill up; North, Central and South America leaving; Asia, Europe, Africa and the South Pacific to produce food for the entire population of the world.

131.   Because these criminals forced My wife to live in exile for two years by prohibiting her from traveling home to Arizona in May of the year of our Lord, Two Thousand and Two, My wife has been afraid of traveling to the land of British Columbia, to visit relatives, ever since. These tortfeasors have violated her right to travel for things like her father's funeral and to see her relatives due to the tyrannical edicts of the criminals (lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan) running the executive of the UNITED STATES OF AMERICA4 Inc.

132.   These criminal (lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan) thugs who work for the international criminal corporation called the UNITED STATES OF AMERICA, regularly deprive Sovereign Men and Women, who are US nationals of their right to travel home from different lands created by Yahuah to one of the American states simply because they don't understand the law enough to know that they are in fact a US national, and free. You can watch it on national TV! They even say on their own web pages that they are going to harass anyone who does not pay the extortion and get a US Passport. Furthermore, because they are making a US Passport mandatory, it should be free, or it is an extortion racket.

**Schedule "D" US Department of Homeland Security webpage**

**US DEPARTMENT OF HOMELAND SECURITY**

133.   Michael Chertoff, Steve Fickles, and Patricia Schmidt, were at all material times instrument of the privately liable men and women shareholders of the Bank of England and are mandated to ensure the wishes of the shareholders are carried out.

134.   The tortfeasor Michael Chertoff, lawyer / barrister / solicitor / attorney / counsel / spawn of Satan, was, at all material times, a privately liable man carrying on business as the US Secretary of Homeland Security.

135.   Michael Chertoff is a BAR member, and he forfeited his US citizenship, when he became a member of the BAR. Michael Chertoff is a retired federal judge and traitor.

136.   Michael Chertoff, Steve Fickles, and Patricia Schmidt, each have an Oath of Office that says: they will; "support and defend the constitution of the United States against all enemies, foreign and domestic". In fact, Michael Chertoff is one of the enemy by profession.

137.   Michael Chertoff, Steve Fickles, and Patricia Schmidt, are each owned by the *Bank of England*.

138.   The tortfeasors Steve Fickles, and Patricia Schmidt were at all material times, a privately liable man and woman carrying on business as an agent and Supervisor, respectively, for the US Immigration and Naturalization Service.

139.   Because Steve Fickles and Patricia Schmidt know that they are criminals engaging in criminal activity, they use the alias' of David Vincent, and Eileen McFadyen respectively.

40