**US DEPARTMENT OF JUSTICE**

140.   Michael Mukasey, and Paul D. Clement were at all material times instruments of the privately liable men and women shareholders of the Bank of England and are mandated to ensure the wishes of the shareholders are carried out.

141.   Michael Mukasey, and Paul D. Clement, who are both lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan, were at all material times, privately liable men carrying on business as the US Attorney holding rank of General, and US Solicitor holding the rank of General respectively.

142.   Michael Mukasey is a BAR member, and he forfeited his US citizenship, when he became a member of the BAR. Michael Mukasey is a retired Federal Judge.

143.   Michael Mukasey, and Paul D. Clement, each have an Oath of Office that says they will; "support and defend the constitution of the United States against all enemies, foreign and domestic" when, in fact, they are the enemy by profession.

144.   Michael Mukasey, and Paul D. Clement are each owned by the *Bank of England*.

145.   Paul D. Clement waived his right to respond for the international criminal corporation United States of America, in my recent case in the US Supreme Court case # 07-5674 by sending an unsigned document to the so-called court. Then his BAR member buddies on the Supreme Court proceeded to deny the Petition, which is proof of their TREASON, and SEDITION. By waiving his right to respond, Paul D. Clement admitted all of the allegations in the case and essentially said, "so what".

**US CONGRESS**

146.   The US CONGRESS is an instrument of the privately liable men and women shareholders of the Bank of England.

41

147.   The tortfeasors in the US Congress consists of the tortfeasors in the US House of Representatives, and the tortfeasors in the US Senate and deals with; bankruptcy, insolvency and development of the "military industrial complex". (D. D. Eisenhower)

148.   Every member of the US Congress has perjured his oath of Office by being derelict in his duty to provide lawful money as directed by US Constitution Article IV, Section II where it says; "No state shall make anything but gold or silver coin a tender in the payment of a debt."

149.   Every member of Congress are traitors as they have subscribed to oaths of alignment to the Inns of Court, a foreign jurisdiction in violation of the true Article Thirteen in Amendment.

150.   Without any authority whatsoever, these TREASONOUS, SEDITION criminals in Congress have delegated to a private bank the authority to control the money in America and they have deprived the people of the right to pay their debts in the process, in exchange for discharging their debts with limited liability and then they have the gall to call it a contract, and tax them for it.

151.   These criminals (lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan) passed the Federal Reserve Act in the middle of the night in 1913, and it took less than 20 years for the privately owned Federal Reserve Bank to bankrupt the country in 1933. Then they proceeded to steal all of the gold, and ruin the market for gold in the process, but even then, if they wanted to, they could have still used silver coin for lawful money, but they chose not to, which is proof of their intentional TREASON, and SEDITION.

152.   Pursuant to 12 USC 411, it says that Federal Reserve Notes are evidence of the debt of the United States, and they are supposed to be redeemable, but when I attempted to redeem them, I was laughed at, as found in the Affidavit of Criminal

Complaint 04/14/07 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-059087, which is incorporated herein by reference in its entirety. Therefore, Federal Reserve Notes are forced loans as confirmed by the Utah Supreme Court in their case Dayette v Turner, 439 P2d 266 at 269 in Judge A.H. Ellett's Expose entitled THE NON-RATIFICATION OF THE FOURTEENTH AMENDMENT, and they are not redeemable and they are nothing more than Commercial paper, and these US congress criminals have perjured their Oath of Office again by compelling loans from everybody in the country to operate their criminal corporation.

153. I HEREBY MAKE DEMAND THAT THE CRIMINALS (lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan) FORMING THE UNITED STATES OF AMERIC4 DIVULGE EXACTLY WHOM OR WHAT THEIR FICTITIOUS DEBT IS ACTUALLY OWED TO.

154. These TREASONOUS, SEDITIOUS, US Congress criminals claim that the people created a new unincorporated United States in trust by their silence in accepting the loss of the ability of the people to pay their debts at law. These criminals claim that consequently, a resulting or implied trust rushed in to fill the void. These criminals also claim that in a resulting or implied trust there are no terms of how or who is to administer the trust, therefore, their hired thugs (lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan) in the Courts get to administer the trust. HOW CONVENIENT, but it goes further! They claim that "The United States Government may be the trustee of a charitable trust", and "the United States or a state has the capacity to take and hold property upon a charitable trust, but in the absence of a statute otherwise providing, the charitable trust is unenforceable against the United States or a state", as taken from the case Russell v Allen 107 U.S. 163, 27 L.Ed. 397, therefore, their little scam is helped along by their BAR member buddies (lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan) in the Courts, too, but it gets better! They admit that the code they passed regulating the criminals in the Internal Revenue Service does not define who is

required to file and what the terms are, but when one of the People use the code as any small part of their argument, it is considered an admission, of guilt, by their foreign agents of the Crown/BAR member/buddies, to conveying an estate to the public trust, which admission, they claim, makes all arguments of little or no merit. So these US Congress criminals (lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan) take away the lawful money that is required by the Constitution, and then with the help of their foreign agents (lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan) of the Crown/BAR member buddies, they claim the right to steal everything in the country everywhere. These US Congress criminals (lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan) are the lowest form of life there is and they should all be taken out back and hung from a tree, but oh, I forgot, they got rid of the death penalty, except when you kill one of their hired thugs. They know EXACTLY what they are doing!

155. Then these criminals (lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan) send out foreign agents of the International Monetary Fund called the Internal Revenue Service and demand tribute for the use of the fraudulent commercial paper. Because there is no longer any lawful money it created a void in the law and an implied trust was created through which the BAR members use their equitable powers to extort their commercial paper from the people. Furthermore, these same BAR members use their admiralty maritime law courts to kidnap the people and put them in jails to pay for the bonds that are created pursuant to the Miller Reinsurance Act, when the action is brought, by the BAR member Attorney. All of these BAR member so-called judges get a royalty from these bonds. That is why the United States, "home of the free", has more people in jail as a percentage of population than any other so-called nation on the planet, because these BAR members are busy profiting in these so-called commercial transactions. This is all made possible because these lying thieving Congressmen have made it possible, and are themselves profiting from it.

156.    All members of the US Congress (lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan) who are also members of the BAR, or have ever been a member of the BAR, have forfeited their US citizenship when they became a member of the BAR. They are the proverbial "enemies inside the gates". Furthermore, since the War of Independence never did end, because the War of 1812 was orchestrated to facilitate the disappearance of the real Article Thirteen in Amendment by the burning and looting of the Capitol and the National Archives, they are enemy agents operating on the land of America, and they are giving aid and comfort to the enemy in a time of war, and waging war against the united States, which is the prosecutable definition of TREASON as found in the US Constitution, Article III, Section 3.

157.    These lying thieving crooks have imposed Martial Law rule on everybody in the United States and the states and the proof of it is everywhere. It is in the gold fringe mutilated flag hanging vertically in the US House of (lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan) representatives, it is in the gold fringe mutilated flag hanging behind their official pictures they have on the internet and elsewhere, it is in the gold fringe mutilated flag hanging in every court room in the United States and the states, it is on the military troops they have patrolling the streets called police with the ranks of Sergeant, Captain, Colonel, and etc., which is confirmed by the Utah Supreme Court in their case Dayette v Turner, 439 P2d 266 at 269 in Judge A.H. Ellett's Expose' entitled THE NON-RATIFICATION OF THE FOURTEENTH AMENDMENT in which he says that we are under martial law rule and have been since the 30's and possibly since the civil war.

158.    The bankruptcy/insolvency certainly dates back to the time when the tortfeasor Benjamin Franklin and the tortfeasor King George the Third conspired to set up a *Bank of England* shell game in financing the Thirteen Colonies to the tune of eighteen million pounds in 1776 and foreclosed on the Colonies in 1789, the date of the First Continental Congress.

**US SENATE COMMITTEE ON THE JUDICIARY**

159.   The US Senate Committee on the Judiciary is an instrument of privately liable men and women shareholders of the Bank of England and holds its commission of the aforementioned shareholders.

160.   The US Senate Committee on the Judiciary lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan, is chaired by the tortfeasor Patrick J. Leahy, and the members are the tortfeasors Arlen Specter, Joseph R. Biden, Jr, Orrin Hatch, Herb Kohn, Charles E. Grassley, Dianne Feinstein, Jon Kyle, Russell D. Feingold, Jeff Sessions, Charles E. Schumer, Lindsey Graham, Richard J. Durbin, John Cornyn, Benjamin L. Cardin, Sam Brownback, Sheldon Whitehouse, and Tom Coburn. The US Senate Committee on the Judiciary Chairman and all of the members are all private men and women carrying on business as US Senators lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan, and also as the US Senate Committee on the Judiciary.

161.   The US Senate Committee on the Judiciary is responsible for approving the appointment of all members of the judiciary, as well as the Attorney General. Their approval assures an approval by the entire Senate. They are supposed to screen prospective members of the Judiciary to ensure that they are US citizens, and have a lawful right to hold the office to which the executive branch wishes to appoint them to, and they can effectively block an appointment by refusing to approve it. The US Senate as a body has the ultimate right to block an appointment but the Committee on the Judiciary holds a great deal of weight in that appointment.

162.   By ensuring their lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan, are appointed they consistently uphold the monopoly on law in favor of the Inns of Court and are consequently engaged in the prohibited act of racketeering.

163.   The chairman and each member of the US Senate Committee on the Judiciary have an Oath of Office that includes the statement that they will; "support and defend the

constitution of the United States against all enemies, foreign and domestic" but they themselves are lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan, and are the true enemy.

164.   They know that the war of 1812 was orchestrated by the *Bank of England* to facilitate the disappearance of the real Article Thirteen in Amendment so they could have their BAR members / lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan, infiltrate the government and orchestrate fraudulent amendments to the US constitution, like the current fraudulent Thirteenth Amendment, and Fourteenth Amendment, as well as orchestrate the civil war, and the various bankruptcies.

   *The dissenting opinion asserts that "The Fourteenth Amendment is a part of the Constitution of the United States." While this same assertion has been made by The United States Supreme Court, that court has never held that the amendment was legally adopted. I cannot believe that any court, in full possession of its faculties could honestly hold that the amendment was properly approved and adopted." State v Phillips 540 Pac. Rep.2d 936*

   which is confirmed by the Utah Supreme Court in their case Dayette v Turner, 439 P2d 266 at 269 in Judge A.H. Ellett's Expose entitled THE NON-RATIFICATION OF THE FOURTEENTH AMENDMENT in which he says that the Fourteenth Amendment is not an amendment but is a Revision and Congress has no authority to make a revision.

165.   These members of the US Senate Committee on the Judiciary also know that these fraudulent Amendments convert citizenship in America completely upside down from what the founding fathers led us to believe.

166.   They know that it was intended by the founding fathers that US Citizenship be derivative and dependant upon state citizenship, instead of being paramount and dominant to state citizenship as it is today, and all of the above mentioned members of the US Senate Committee on the Judiciary are fully knowledgeable about this

47

and cognizant of their being complicit in the TREASON and are intentionally giving aid and comfort to the enemy in a time of war.

## US HOUSE OF REPRESENTATIVES COMMITTEE ON THE JUDICIARY

167.  The US House of Representative Committee on the Judiciary is an instrument of the privately liable men and women shareholders of the Bank of England mandated to ensure the wishes of the shareholders are carried out under the pretext of non-private law.

168.  The US House of Representatives Committee on the Judiciary Chairman is the tortfeasor John Conyers, Jr., and the members are the tortfeasors Adam B. Schiff, Anthony Weiner, Bob Goodlatte, Chris Cannon, Daniel E. Lundgren, Darrel E. Issa, Debbie Wasserman Schultz, Elton Gallegley, F. James Sensenbrenner, Howard Coble, J. Randy Forbes, Jerrold Nadler, Lamar S. Smith, Linda T. Sanchez, Louie Gohmert, Martin T. Meehan, Maxine Waters, Melvin L. Watt, Mike Pence, Rick Keller, Rick Boucher, Robert C. Scott, Robert Wexler, Sheila Jackson Lee, Trent Franks, Zoe Lofgren, and William D. Delahunt. Chairman, John Conyers, Jr., and all of the US House of Representatives Committee on the Judiciary members are all private men and women carrying on business as Representatives of the people, as well as the US House of Representatives Committee on the Judiciary.

169.  The chairman and each of the members of the US House of Representatives Committee on the Judiciary have an Oath of Office that they will; "support and defend the constitution of the United States against all enemies, foreign and domestic" when they are in fact the enemy as "equires".

170.  The US House of representatives Judicial Committee is responsible for initiating impeachment proceedings against those who, among other things, are members of the judiciary, who are engaged in fraud, TREASON, SEDITION, and engaging in open warfare against the people of this country.

## US HOUSE OF REPRESENTATIVES ETHICS COMMITTEE

171.   The US House of Representative Ethics Committee is an instrument of the privately liable men and women shareholders of the Bank of England and is mandated to ensure the wishes of the shareholders are carried out.

172.   The US House of Representatives Ethics Committee Chairman is the tortfeasor Stephanie Tubbs Jones, and the members are the tortfeasors Gene Green, Lucille Roybal-Allard, Michael Doyle, William Delahunt, Doc Hastings, Jo Bonner, Gresham Barrett, John Kline, Michael McCaul, and all of the US House of Representatives Ethics Committee members are all private men and women carrying on business as Representatives of the people, as well as the US House of Representatives Ethics Committee.

173.   The chairman and each of the members of the US House of Representatives Ethics Committee have an Oath of Office that they will; "support and defend the constitution of the United States against all enemies, foreign and domestic" when they are in fact the enemy as "esquires".

174.   The US House of Representatives Ethics Committee is responsible for initiating impeachment proceedings against those who, among other things, are members of the House of Representatives, who are engaged in fraud, TREASON, SEDITION, and engaging in open warfare against the people of this country.

## US SENATE ETHICS COMMITTEE

175.   The US Senate Ethics Committee Ethics Committee is an instrument of the privately liable men and women shareholders of the Bank of England and is mandated to ensure the wishes of the shareholders are carried out.

176.   The Senate Ethics Committee Chairman is the tortfeasor Barbara Boxer, and the members are the tortfeasors Mark Pryor, Ken Salazar, John Cornyn, Johnny

Isakson, and all of the US Senate Ethics Committee members are all private men and women were, at all material times, carrying on business as Representatives of the states, as well as the US Senate Ethics Committee.

177.   The chairman and each of the members of the US Senate Ethics Committee have an Oath of Office that they will; "support and defend the constitution of the United States against all enemies, foreign and domestic" when they are in fact the enemy as "esquires".

178.   The US Senate Ethics Committee is responsible for initiating impeachment proceedings against those who, among other things, are members of the Senate, who are engaged in fraud, TREASON, SEDITION, and engaging in open warfare against the people of this country.

**INTERNAL REVENUE SERVICE**

179.   The tortfeasor INTERNAL REVENUE SERVICE, is an international criminal corporation hired by the lying thieves in the Whitehouse and the US Congress, hereinafter IRS thieves.

180.   The IRS thieves are an agency of the other international criminal corporation called the International Monetary Fund. It is owned by the privately liable men and women shareholders of the Bank of England.

181.   Tortfeasors Douglas Shulman, Jerald H. Heschel, Deborah Decker, Scott B. Prentky, Dennis Parizek, Maureen A. Judge, Mark Everson, Larry Langdon, John Dalrymple, Bob Wenzel, Evelyn Petschek, John Reece, B. John Williams, W. Todd Gramms, Daniel Black, David R. Williams, Mark E. Matthews, Nina Olsen, and Tinker, a/k/a David-Erlin; Schwimmer, was at all material times an instrument of the privately liable men and women shareholders of the Bank of England and is mandated to ensure the wishes of the shareholders are carried out.

182.    The tortfeasors Douglas Shulman, Jerald H. Heschel, Deborah Decker, Scott B. Prentky, Dennis Parizek, Maureen A. Judge, Mark Everson, Larry Langdon, John Dalrymple, Bob Wenzel, Evelyn Petschek, John Reece, B. John Williams, W. Todd Gramms, Daniel Black, David R. Williams, Mark E. Matthews, Nina Olsen, and Tinker, a/k/a David-Erlin; Schwimmer, are all privately liable men and women who are carrying on business as IRS thieves.

183.    Douglas Shulman, Jerald H. Heschel, Deborah Decker, Scott B. Prentky, Dennis Parizek, Maureen A. Judge, Mark Everson, Larry Langdon, John Dalrymple, Bob Wenzel, Evelyn Petschek, John Reece, B. John Williams, W. Todd Gramms, Daniel Black, David R. Williams, Mark E. Matthews, Nina Olsen, and Tinker, a/k/a David-Erlin; Schwimmer, all know that they are operating a criminal racketeering enterprise because they have given their hired thugs permission to use a pseudonym, so they can hide their true identity from their victims.

184.    Tortfeasors Douglas Shulman, Jerald H. Heschel, Deborah Decker, Scott B. Prentky, Dennis Parizek, Maureen A. Judge, Mark Everson, Larry Langdon, John Dalrymple, Bob Wenzel, Evelyn Petschek, John Reece, B. John Williams, W. Todd Gramms, Daniel Black, David R. Williams, Mark E. Matthews, Nina Olsen, and Tinker, a/k/a David-Erlin; Schwimmer,  are all lawyers / barristers / solicitors / attornies / counsel / spawn of Satan, and they forfeited their US citizenship, when they became members of the BAR.

185.    As a BAR member, Douglas Shulman, Jerald H. Heschel, Deborah Decker, Scott B. Prentky, Dennis Parizek, Maureen A. Judge, Mark Everson, Larry Langdon, John Dalrymple, Bob Wenzel, Evelyn Petschek, John Reece, B. John Williams, W. Todd Gramms, Daniel Black, David R. Williams, Mark E. Matthews, Nina Olsen, and Tinker, a/k/a David-Erlin; Schwimmer,  all have an Oath of Office that says they will; "support and defend the constitution of the United States against all

51

enemies, foreign and domestic" when in fact they are the enemy by profession, and they are working for, and are, agents for a foreign power.

186. Douglas Shulman, Jerald H. Heschel, Deborah Decker, Scott B. Prentky, Dennis Parizek, Maureen A. Judge, Mark Everson, Larry Langdon, John Dalrymple, Bob Wenzel, Evelyn Petschek, John Reece, B. John Williams, W. Todd Gramms, Daniel Black, David R. Williams, Mark E. Matthews, Nina Olsen, and Tinker, a/k/a David-Erlin; Schwimmer, are each owned by the *Bank of England*.

187. Both Tinker, a/k/a David Erlin: Schwimmer, and Maureen A. Judge, know that they are operating a criminal racketeering enterprise because they use a pseudonym, so they can hide their true identity from their victims.

## INTERNATIONAL MONETARY FUND

188. The tortfeaor International Monetary Fund is an international criminal corporation which is owned and operated by the privately liable men and women Banksters in the Bank of England, the liar, and her handlers who are the Jesuits in the Vatican.

189. Henry Paulson is the Governor of the International Monetary Fund, and his appointment is approved by the US Senate. This is proof that these crooks in the US Congress have perjured their Oaths of Office by bringing these foreign criminals on the land of America. The War of Independence was fought over these foreign criminals and their Law Merchant as found in The Causes and Necessity of Taking Up Arms which is a Resolution passed by their predecessors in 1775 but they are too busy making money from all of this through their bankster buddies, and who cares about Oaths of Office anyway!

## THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, Inc.

190. The Church of Jesus Christ of Latter-Day Saints was at all material times an instrument of the privately liable men and women shareholders of the Bank of England by virtue of its incorporation papers.

191. The Church of Jesus Christ of Latter-Day Saints, hereinafter the "Company" is a corporation, duly registered as a "501 (c)3 Church", duly authorized to "practice" "religion". As such the Company is a "person", at law, and as a "person" is not recognized by Yahuah as evidenced by 2 Samuel 14:14, therefore, the company is deliberately misleading the People into the talons of the adversary.

192. The Company is a fictitious entity and does not exist. The Company is an agency of the international criminal corporation United States of America for withholding purposes at a minimum, proof of which is found in their applications for employment. On the Dunn and Bradstreet website, where they are listed in multiple states as a company doing business for profit, subject of the regulation of the aforementioned criminal corporation, and the racketeers in the US Congress.

193. By making application for a Corporate charter of "the company" is agreeing to protect the rights of "the people" but instead they have breached that trust by providing the private information of "the people" to the IRS thieves thereby rendering the company an *ex officio* officer of the IRS.

194. These crooks, with their company have, come out against the murder of the unborn, so they know how to pay lip service to it, but they are busy feeding at the trough. They are busy getting rich with their bankster buddies, therefore, actions speak louder than words. They are saying one thing by opposing abortion, and then they are doing the opposite by freely participating in the system that is doing it, and profiting from it. They are nothing but hypocrites.

195. My wife has tried to sabotage me in every way possible. She is responsible for the theft of My truck by the Canadian crooks at the border. I can't tell you how many times some idiot has gotten up in church and told people that they have to obey the speed limits because they are the "law of the land". Speed limits have nothing to do

with the law of the land and these lying thieving, mormon crooks and their Vatican handlers know it.

196. These mormons teach that we believe in being subject to Kings, Presidents, and other rulers as taken from their 12th Article of Faith which on its face sounds appropriate;

*"We believe in being subject to kings, presidents, rulers, and magistrates, in obeying, honoring, and sustaining the law."*

197. These lying thieving crooks have twisted this all around so they can help out POPE, INC., by claiming that the word "law" means any so-called law, when in fact it means any lawful law, or any positive law. These lying thieving crooks know that most, if not all so-called laws are in fact colorable, and are not laws at all, unless you agree with them, which means they are contracts, AND I DON'T AGREE!

198. I have done everything I can to try to teach My wife all of this, but she is waiting for these lying thieving mormon crooks to tell her that I am correct, and until then, she refuses to believe it. Therefore, she just goes ahead and sabotages everything I try to do and resists at every step. I hereby shake the dust of the earth from off my feet against her and her lying thieving buddies/mormons as found in Mark 6:11, where it says;

*"And whosoever shall not receive you, nor hear you, when ye depart thence, shake off the dust under your feet for a testimony against them. Verily I say unto you, It shall be more tolerable for Sodom and Gomorrha in the day of judgment than for [them]..."*

199. Thomas S. Monson was at all material times an instrument of the privately liable men and women shareholders of the Bank of England and is mandated to ensure the wishes of the shareholders are carried out.

200. The tortfeasor Thomas S. Monson, the successor of the tortfeasor Gordon B. Hinkley, a private man, was at all material times the president of a corporation known as THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,

hereinafter the "Company", with its corporate head office located in Salt Lake City, Utah. Thomas S. Monson works out of the Company's headquarters.

201.    Gordon B. Hinkley, and his successor Thomas S. Monson is the leader of millions of People who claim to be Christian, therefore, Gordon B. Hinkley and his successor Thomas S. Monson claims to be an expert at Christianity, and Common Law, which is Christian law as explained by the highly respected English jurist Sir William Blackstone in his *Commentaries on The Laws of England*, which was published in the eighteenth Century.

202.    Gordon B. Hinkley and his successor Thomas S. Monson and those who worship him called the "Council of the Twelve Apostles" and who are his "cheer leaders" or make up the board of directors for the Company of which Gordon B. Hinkley, and his successor Thomas S. Monson, is the chief executive officer, claim to be Prophets of Yahuah as found in their own Conference Reports. Therefore, they also claim to receive Divine Inspiration directly from Yahuah who is the Author of the Common Law, which is taken from Scripture as further explained by Sir William Blackstone.

203.    Gordon B. Hinkley, and his successor Thomas S. Monson, is a "person" as evidenced by His own membership records that are kept by the Company, and as a "person" is not recognized by Yahuah as evidenced by the Scriptures which say Yahuah;

*"regardeth not persons"* Deuteronomy 10:17
*"neither doth Yahuah respect any person"* 2 Samuel 14:14
*"For I am no respector of persons."* Doctrine and Covenants 1: 35

204.    Gordon B. Hinkley was taken by his master, Satan, *viz,* died recently (good riddance) and he was replaced by one of his co-conspirators Thomas S. Monson, to carry on his satanic criminal agenda.  Every reference to Gordon B. Hinkley also includes Thomas S. Monson, and the rest of the hired thugs on the Board of Directors (Council of the Twelve Apostles) for the international criminal

corporation called THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS.

205.   Thomas S. Monson is owned by the *Bank of England*.

## CANADA

206.   CANADA is an international criminal corporation set up by privately liable men and women shareholders of the Bank of England, created by its instrument the Imperial Parliament, without Royal Assent, for the purpose of circumventing the protections provided by Scripture and Magna Carta, so they could help out their masters, the privately liable men and women shareholders of the Bank of England. Their intent was to bring people from other lands to the land of North America, the several Canadian provinces, to be the human resources/slaves to work the natural resources.

207.   The first thing these criminals did was to proceed to put the corporation into debt and create the BANK OF CANADA which was patterned after the BANK OF ENGLAND scam to facilitate their objectives.

208.   Stephen Harper, and Michaelle Jean were at all material times instruments of the privately liable men and women shareholders of the Bank of England and are mandated to ensure the wishes of the shareholders are carried out.

209.   The tortfeasors Stephen Harper, and Michaelle Jean are privately liable man and woman, were at all material times carrying on business as attorney holding rank of Prime Minister, and Governor holding the rank of General, for the corporation known as the CANADA.

210.   Stephen Harper was born within the limits of Autochthonous Territory as described in the unamended and unrepealed *Royal Proclamation 1763*. Being a lawyer,

56

Stephen Harper serves a foreign jurisdiction known as the Inner Temple and the BAR, and is therefore, a TRAITOR.

211.   Stephen Harper has surrendered his Sovereignty by pledging his allegiance to the foreign power, in the inner city of London, Ch. 13 *Magna Carta 1215*.

212.   Part of Stephen Harper's supposed duties, among others, is to protect the name, reputation and dignity of Elizabeth. His first duty, obligation and responsibility is to ensure the Fleet Street banking concerns are paid, in gold, for lending its paper to the various political entities, with so-called loans, (which are a fraud because nothing was loaned), in order to create debt and steal land reserved to the Autochthonous and Me in default of so-called debt payments. Stephen Harper also coerces the Autochthonous to be responsible for his active participation in, and hiding of, the so-called debt through the enfranchisement and the snare of the "democratic" schemes.

213.   Being born within Autochthonous Territory and serving a foreign jurisdiction known as the Inner Temple and the BAR to the detriment of the Autochthonous, and those who are not Autochthonous renders Stephen Harper, and Michaelle Jean each a traitor, engaged in TREASON, and SEDITION.

214.   Stephen Harper, and Michaelle Jean are each owned by the *Bank of England*.

215.   To be of a foreign land and to come to this land to work against it's Sovereign People, exposes Michaelle Jean to be engaged in an undeclared act of war, at a minimum, a spy.

**INNER CITY OF LONDON (LONDINIUM)**

216.   The Inner city of London, hereinafter "Londinium", was at all material times the northern branch city of the "Wholly", sometimes referred to as "Holy", Roman Empire. Londinium is a Sovereign city state recognized under Ch. 13 *Magna Carta*

*1215.* There is nothing Holy about the Roman Empire. The "Crown" is situated here.

217. Londinium is a Sovereign city state, as is Vatican, where Fleet Street, the Bank of England and the Inns of Court are located.

## THE COURT

218. All private men and women carrying on business as superior Court judges and holding Court outside the boundaries of the Thirteen Colonies are authorized to so do by virtue of 43 George III Ch. 138.
**Schedule "E" 43 George III Ch. 138**

219. All private men and women carrying on business as superior Court Judges holding Court outside the boundaries of the Thirteen Colonies are lawyers whose association with the various *Law Societies* is suspended while he or she carries on the business of managing a non-commercial Common Law courtroom.

220. This action is to be managed by a judge who carries the Law, also known as the King James Version of Scripture, when he or she enters the courtroom but the matter is to be tried by, and under the sole control and jurisdiction of, a Jury of twelve of My Peers.

221. I state, as a matter of historical fact, all courts outside the corporate limits of the Thirteen Colonies, have jurisdiction to entertain matters in any corporate; municipal, state, provincial, federal, district of Criminals or other local governing structures by virtue of the unamended *Royal Proclamation 1763* and by 43 George III chapter 138.

222. In the land boundaries of "Canada" the courts sole jurisdiction is also founded under 43 George the Third chapter 138 as the provisions under the so-called *British North America Bill 1867*, s. s. 96 and 97 would have set in place a monopoly on the

58

law which in turn would have caused the prohibited act of racketeering. All lawyers in the land of "Canada" are members of the British Accredited Registry, also known as the B. A. R., belong to the *Inner Temple* and the divers Provincial and Territorial *Law (secret) Societies* such as, but not limited to the *Law (secret) Society of Upper Canada.* Members of the Colonial B. A. R. are members of the *Middle Temple.*

**The United States Supreme Court**

223.   John R. Roberts, Jr., Clarence Thomas, Samuel Alito, Ruth Bader Ginsburg, John Paul Stevens, Antonin Scalia, David H. Souter, Steven G. Breyer, and Anthony M. Kennedy, were at all material times instruments of the privately liable men and women shareholders of the Bank of England and is mandated to ensure the wishes of the shareholders are carried out.

224.   The tortfeasor John R. Roberts, Jr., is a lawyer / barrister / solicitor / attorney / counsel / spawn of Satan, was at all material times, a privately liable man carrying on business as the Chief Justice of the US Supreme Court.

225.   The tortfeasors Clarence Thomas, Samuel Alito, Ruth Bader Ginsburg, John Paul Stevens, Antonin Scalia, David H. Souter, Steven G. Breyer, and Anthony M. Kennedy, are all lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan, and were at all material times, privately liable men and women carrying on business as an Associate so-called Justices of the US Supreme Court.

226.   John R. Roberts, Jr., Clarence Thomas, Samuel Alito, Ruth Bader Ginsburg, John Paul Stevens, Antonin Scalia, David H. Souter, Steven G. Breyer, and Anthony M. Kennedy, are all BAR members, or previous BAR members, and they forfeited their US citizenship, when they became members of the BAR.

227.   John R. Roberts, Jr., Clarence Thomas, Samuel Alito, Ruth Bader Ginsburg, John Paul Stevens, Antonin Scalia, David H. Souter, Steven G. Breyer, and Anthony M.

Kennedy, all have an Oath of Office that says they will; "support and defend the constitution of the United States against all enemies, foreign and domestic" when in fact they are the enemy by profession.

228.   John R. Roberts Jr., Clarence Thomas, Samuel Alito, Ruth Bader Ginsburg, John Paul Stevens, Antonin Scalia, David H. Souter, Steven G. Breyer, and Anthony M. Kennedy, are all owned by the *Bank of England*.

229.   These US Supreme Court crooks put things in their rules things like rule 14.4 it says; **"The failure of a Petitioner to present with accuracy, brevity, and clarity whatever is essential to ready and adequate understanding of the points requiring consideration is sufficient reason for the court to deny a petition."** These lying thieving so-called justices put that stuff in their rules which gives them license to rule in any way they want. They put in their rules that a petition cannot be any more than forty pages, and then their hired thug in the Clerk's Office refuses to file the Petition, either way they get you.

230.   These US Supreme Court criminals perjured their Oaths of Office and engaged in TREASON and SEDITION by denying My recent Petition for a Writ of Certiorari in case number 07-5674 against the international criminal racketeering enterprise Internal Revenue Service.

231.   These US Supreme Court criminals are operating a charade on the people of America because they are not Supreme. The US constitution says that there shall be one Supreme court, but the crooks in Congress tell them what to do all the time, therefore, they are not supreme, but they are operating a fraud. They are nothing but a gang of BAR members operating a criminal racketeering enterprise.

**US District Court for the District of Arizona**

232.   Neil V. Wake, and John M. Roll, were at all material times instruments of the privately liable men and women shareholders of the Bank of England and is mandated to ensure the wishes of the shareholders are carried out.

233.   The tortfeasors Neil V. Wake, and John M. Roll are lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan, and were at all material times, privately liable men who have an Oath of Office that says they will; "support and defend the constitution of the United States against all enemies, foreign and domestic".

234.   Neil V. Wake, and John M. Roll are private men carrying on business as a so-called Judge, and so-called Chief Judge of the US District Court for the District of Arizona

235.   Both Neil V. Wake, and John M. Roll are BAR members, and they forfeited their US citizenship, when they became members of the BAR.

236.   Neil V. Wake and John M. Roll have an Oath of Office that says they will; "support and defend the constitution of the United States against all enemies, foreign and domestic" when in fact they are the enemy by profession.

237.   Neil V. Wake, and John M. Roll are owned by the *Bank of England*.

238.   All documents mentioned herein can be found on the internet at the PINAL COUNTY RECORDER'S website at the following link;
       http://pinalcountyaz.gov/Departments/Recorder/Pages/DocumentSearch.aspx

**REQUIREMENT TO PAY COURT FEES;**

239.   Ch. 40 *Magna Carta 1215. "To none will we sell, to none deny or delay, right or justice."* Accordingly, this Court has no authority to charge any fees, whatsoever, in order for Me to tell the Court to address the wrongs committed upon Me, I, Myself

by the state or any privately liable men or women carrying on business as members of the state. If the privately liable men and women who are required to make answer to this My Petition claim that I must pay a fee to have the court admonish them for their criminal activities I would no longer have a right but a privilege. The fact of the matter ALL colonial courts, including this Court, have jurisdiction through; *43 George the Third Ch. 138*. The *British North America Act 1867* was not authorized nor did it ever receive Royal Assent.

**Glenn Winningham; house of Fearn:**

240.    I, Glenn Winningham; house of Fearn, hereinafter referred to as "Me", "I", "Myself", was at all material times a private Man under no known incorporation under any law of any; State, Province, Territory, Municipality, federal governing structure, District of Columbia, political subdivision or any other known or unknown foreign jurisdiction and I live within the geographic land mass known as the North American continent and sometimes referred to as "Turtle Island". This land on which I live is situated outside the limits of the Thirteen Colonies of the Eastern Coast of this land. This is the land the Almighty gave to Me as My Birthright, to hold and to defend for Me, My Wife and My Children and as set out in Scripture.

241.    I have undertaken this action in My capacity as a Sovereign and not a "person". A "Person" is:

a)      *"a variety of entities other than human beings."* Church of Scientology v U.S. Department of Justice, 612 F2d 417 (1979) at pg 418

b)      *"...foreigners, not citizens...."* United States v Otherson, 480 F. Supp. 1369 (1979) at pg 1373.

A sovereign is not a "person" in a legal sense and as far as a statute is concerned;

a)      *" 'in common usage, the term 'person' does not include the sovereign, [and] statutes employing the [word] are normally construed to exclude it.'* Wilson v Omaha Tribe, 442 US653 667, 61 L Ed 2d 153, 99 S Ct 2529 (1979) (quoting United States v Cooper Corp. 312 US 600, 604, 85 L Ed 1071, 61 S Ct 742 (1941).*

*See also United States v Mine Workers, 330 US 258, 275, 91 L Ed 884, 67 S Ct 677 (1947)"* Will v Michigan State Police, 491 US 58, 105 L. Ed. 2d 45, 109 S.Ct. 2304

b) *"a sovereign is not a person in a legal sense"* In re Fox, 52 N. Y. 535, 11 Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192

242.    As a Sovereign Living Soul, I have undertaken this action as a right and not a "privilege" and, as such, Sovereigns do not pay fees, money, or costs of any sort to command a judge to protect My rights, consistent with ch. 40 *Magna Carta 1215*. To impose any rule, regulation, or fee, would operate to convert a right into a privilege, and bring this Court into TREASON and SEDITION, and I will have witnessed a felony. I have no income, because income is corporate profits, but I do get compensation for labor. I have no assets, because assets are part of a corporate balance sheet. But I do have property. The so-called Court can only accept Federal Reserve Notes, which are evidence of the debt of the international criminal corporation UNITED STATES OF AMERICA therefore, it is impossible to pay any filing fees because you can't pay a debt with a debt.

243.    Being born on the land known mostly as "North America" I owe no fealty to any State, Province, Territory, Municipality, federal governing structure, the District of Columbia, political subdivision or other known or unknown foreign jurisdiction.

244.    I further state I am a Sovereign living soul, who has not knowingly, willingly and intentionally entered into any contract with any; State, Province, Territory, Municipality, federal governing structure, the District of Columbia, political subdivision or other known or unknown foreign jurisdiction(s) which would have caused Me to surrender My Sovereignty.

*"...at the revolution the Sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects ......and have none to govern but themselves; the citizens of America are equal as fellow citizens, and as joint tenants in the sovereignty."* Chisholm v Georgia, 2 Dall. 440, at pg 471;

*"The words "people of the United States" and "citizens" are synonymous terms, and mean the same thing. They both describe the political body who, according to*

*our republican institutions, form the sovereignty, and who hold the power and conduct the Government through their representatives. They are what we familiarly call the "sovereign people," and every citizen is one of this people, and a constituent member of the sovereignty."* Dredd Scott v Sandford, 60 US 393, at pg 404;

*"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."* Yick Wo v Hopkins, 118 US 356, at pg 370;

*"The people or sovereign are not bound by general word in statutes, restrictive of prerogative right, title or interest, unless expressly named. Acts of limitation do not bind the King or the people. The people have been ceded all the rights of the King, the former sovereign,......It is a maxim of the common law, that when an act is made for the common good and to prevent injury, the King shall be bound, though not named, but when a statute is general and prerogative right would be divested or taken from the King (or the people) he shall not be bound."* People v Herkimer, 4 Cowen (NY) 345, 348 (1825)

*"It will be admitted on all hands that with the exception of the powers granted to the states and the federal government, through the Constitutions, the people of the several states are unconditionally sovereign within their respective states."* Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997.

245.   I have always lived on the land situated within the limits described as "Autochthonous Territory" as proved by the *Royal Proclamation 1763*. Therefore, I claim by virtue of the *Royal Proclamation 1763* there is joinder between the corporations known as CANADA, UNITED STATES OF AMERICA, STATE OF ARIZONA, STATE OF WASHINGTON, and all other corporate entities forming the Commonwealth of Lands.

246.   I have been compelled to commence this action due to efforts of the respondent tortfeasor private men and women who have been attempting to force Me to relinquish My Sovereignty under the color of law, through fraudulent and oppressive means and while they carry on business of constructive genocide against the Autochthonous, "the people" and cultural genocide of the North American way of life.

*"Color of Law"* means *"The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state is action taken under 'color of law.'"* Atkins v. Lanning. D.C.Okl., 415 F. Supp. 186, 188.

247.   I am a Sovereign, living Soul, private Man and I have studied and found privately liable men and women, who are tortfeasors, such as the responding privately liable men and women to this action routinely create a corporation by criminally converting My Name then use Law Merchant to create a fraudulent contract with the intent to induce Me to unknowingly, unwillingly and unintentionally become a surety or accommodation party for their fraudulently created strawman/vessel which is no different than putting the stumbling blocks before the blind and cursing the deaf or using a disguise in the commission of an indictable offense.

248.   I am not now nor ever was, a corporation and oppose any attempts by anyone, such as the privately liable men and women giving rise to this action, who may attempt to relieve Me of My Sovereignty and I will, therefore, reject all material sent to me, consequent to this action, by any of the privately liable men and women responding to this action if they attempt to relieve Me of My Sovereignty by changing the title of this proceeding by denoting My Name , or any other name, in upper case lettering. Neither have I knowingly, willingly or intentionally created a corporation with the same Name as Mine, nor have My parents or My ancestors. Neither have I ever agreed, nor do I now agree, to be a surety or an accommodation party under Law Merchant for their fraudulently created fictitious entities, strawmen, vessels or any other fictitious entity. I operate exclusively in Common Law and not commercial law, and any attempt by the criminals responding to this action to impose one of their Law Merchant so-called contracts upon Me is TREASON, and SEDITION. I will instruct, the judge of this Court and all privately liable men and women carrying on business as Officers of this Court conform to their duties, obligations and responsibilities to do their sworn duty to protect Me, and My property.

65

249.   Furthermore, I shall not accept any documents purported to be sent to Me by any and all responding privately liable men and women to this action if they attempt to rely upon the services of the foreign agents known as; "attorneys" or "esquires" for if they must rely upon someone else, someone who is also bound to a foreign jurisdiction, it would be *prima facie* evidence they are incompetent to handle their own affairs, therefore, are incompetent to hold office of any sort. Consequently, this court would have no other option but to order them to be removed from their position of authority.

250.   Because of the alleged bankruptcy or alleged insolvency and the compelled use of Federal Reserve Notes in the American states, and Bank of Canada Notes in the Canadian states, the BAR members in the Courts have taken upon themselves the presumption that a Trust is created for the benefit of the banksters in the City of London, and the Vatican, therefore, I hereby declare that I am not involved in any trust relationship with any of these thieves as well, and they lack the jurisdiction or lawful authority to set up their shell game.

251.   Being a private Man, and a Sovereign living soul, I shall also reject all documents sent to Me by the private men and women responding to this Petition should they attempt to incorporate Me using such titles as; "Mister", "Master", "Esquire", "Mr." or any other title or incorporation or name other than "Glenn Winningham; house of Fearn". I shall also reject all material sent to Me by the private men and women to this action should they attempt to incorporate Me by applying a federal postal code, which has commercial implications, to denote where I "reside", as opposed to where I live, as a postal code denotes where a corporation resides. I am an Inhabitant on the land of North America, but I do not reside. I have an Abode, but I do not have a residence.

252.   I am making this Petition under Common Law and insofar as there may be any third party claims in equity, be they latent, secret or other equitable claim, over this action I lay claim to any equitable interest through the fruits of My labour and those

others whom may make claim over My equitable rights shall come forward and prove their claim, or forever remain silent, and forever yield to estoppel, fraud, and waiver.

253. The location of the land, in this case, My Birthright which gives rise to this action is found near the Village of Glenwood, but not in it, near the Province of Alberta but not in it. The land can't possibly be located in the Village of Glenwood, or the Province of Alberta, because neither of them exist. The land is located in Section One, and Section Two, in the Fifth Township, in the Twenty-Seventh Range West, of the Fourth Meridian, on the land of Alberta, which is on the land known as North America by tradition and Turtle Island by the Autochthonous.

254. I was a Member of the "Church of Jesus Christ of Latter Day Saints" but on or about the year 1990 I sent a letter to them demanding that they either remove the name of the strawman/vessel GLENN WINNINGHAM FEARN, from their corporate membership records, or honor or sustain the Constitution, and the Law of the Land as their own scriptures require. They did not remove the strawman/vessel's name from their records, and neither are they honoring and sustaining the Law of the Land as proven in this case.

255. The main thrust for the taxation of land came to pass after 1941 when the governing structure in Ottawa strong armed the bulk of taxation from the Provinces which in turn forced the Provinces to place a lien on the land.

256. All governing structures are engaged in blasphemy as found in Exodus insofar as charging and giving interest on money as interest is usury and in clear violation of the Law of the Land.

**Jerry Zucker (The Estate of)**

257. The tortfeasor, Jerry Zucker, was at all material times, a privately liable man who carried on business as the Governor of the *Hudson's Bay Company*. He knew,

knows or ought to have known the firm he is alleged to be governor thereof is actually owned by the privately liable men and women shareholders of the Bank of England.

258.　Being the Governor of the *Hudson's Bay Company* Jerry Zucker is empowered to trade with the Autochthonous, issue licenses to those wishing to engage in commercial activities with the Autochthonous and to provide a governing structure to deal with those who breach the pledges of the *Royal Proclamation 1763* and as set out in the terms and conditions of its Treaties predating the so-called *Hudson's Bay Charter* surrender of 1870.

259.　The *Hudson's Bay Charter* was never surrendered in 1870 as it was involved in the *James Bay Treaty* of the early 20th., Century.

260.　Jerry Zucker was at all material times the Governor of a commercial military occupation and has as his assistants the; Governor holding rank of General, Attorneys holding rank of General, and other military authorities including, but not limited to, Sergeants holding title of "Queen's Council", which is all proof of their privately imposed martial law jurisdiction.

**Elizabeth Alexandra Mary Windsor**

261.　The tortfeasor Elizabeth Alexandra Mary Windsor alias; Elizabeth Windsor, alias Elizabeth Saxe-Coburg-Gotha, alias Elizabeth Battenberg, alias ELIZABETH THE SECOND, alias QUEEN ELIZABETH THE SECOND, alias REGINA, alias HER MAJESTY IN THE RIGHT OF …, and other alias', pseudonyms, names and titles, hereinafter the Liar, was at all material times a private woman alleged to be of the house of David, Tribe of Judah, and who has been pensioned off by the Imperial Parliament, through the "*Civil List*", consistent with 2 Kings 25 v. 21-28. She generally carries on business under the alias "Queen", of England, but ought to be of Judah.

262.   Elizabeth is alleged to be the "Queen of Canada" but in reality she is the front for a commercial enterprise by her owners, the privately liable men and women carrying on business as members of the *Imperial Parliament as well as* POPE Inc.

263.   For the privately liable men and women forming the Imperial Parliament its toy of choice to inflict international genocide on the common wealth of Lands, was the *Bank of England* was a "favour" given to the *Imperial Parliament* by William and Mary by Royal Charter.

264.   The reason the *Imperial Parliament* requested the aforementioned "favor" from William and Mary was for reasons of hiding the true intent of the formation of the *Bank of England* from the People of England as if the *Imperial Parliament* had created it through the statute making process there would have been public record through the debate process of the House of Commons and the "other place" of the *Imperial Parliament U. K.* A public debate would have exposed the fraud of the banking-fractional reserve scam.

265.   Elizabeth is one of the constitutors of an alleged debt and is attempting to pass on to Me her portion of debt using her agents, all privately liable men and women respondents to this action.

266.   Elizabeth has an Oath of Office that says she will "maintain the Laws of God", hasn't and is not only a liar but is in direct contravention of her Scripture, the *King James Version* Bible.

**Nancy Pelosi**

267.   Nancy Pelosi was at all material times an instrument of the privately liable men and women shareholders of the Bank of England and is mandated to ensure the wishes of the shareholders are carried out.

268.   The tortfeasor Nancy Pelosi, a privately liable woman, was at all material times carrying on business as the US House of Representatives Speaker and is third in line for the presidency after the Vice-President, in the event of a vacancy in the office of the President.

269.   Nancy Pelosi has an Oath of Office that says she will; "support and defend the constitution of the United States against all enemies, foreign and domestic".

270.   Nancy Pelosi is owned by the *Bank of England.*

**George W. Bush**

271.   George W. Bush was at all material times an instrument of the privately liable men and women shareholders of the Bank of England and is mandated to ensure the wishes of the shareholders are carried out.

272.   The tortfeasor George W. Bush, was, at all material times, a private man carrying on business as the President of Congress, a/k/a the President of the United States. He is also a member of the Bush crime family.

273.   George W. Bush has an Oath of Office that says; will; "support and defend the constitution of the United States against all enemies, foreign and domestic"

274.   In the certified copy of the 1819 US constitution which is attached to the Affidavit of Criminal Complaint 04/14/07, which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-059087 and the Affidavit of Criminal Complaint 06/14/07, which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-073069, both of which are incorporated herein by reference in their entirety, it called him the President of Congress, which is correct. In fact his title these days as being President of the United States is a fraud and meant to further promote their deception that the United States is anywhere outside the District of Columbia.

70

275.   George Bush is owned by the *Bank of England*.

**Richard B. Cheney**

276.   Richard B. Cheney was at all material times an instrument of the privately liable men and women shareholders of the Bank of England and is mandated to ensure the wishes of the shareholders are carried out.

277.   The tortfeasor Richard B. Cheney, was at all material times, a privately liable man and has an Oath of Office that says he will; "support and defend the constitution of the United States against all enemies, foreign and domestic".

278.   Richard B. Cheney, is a private man carrying on business as a Vice-President of Congress and the President of the Senate.

279.   Richard B. Cheney is owned by the *Bank of England*.

**Harry Reid**

280.   Harry Reid was at all material times an instrument of the privately liable men and women shareholders of the Bank of England and is mandated to ensure the wishes of the shareholders are carried out.

281.   The tortfeasor Harry Reid, lawyer or barrister or solicitor or attorney or counsel, was at all material times, a privately liable man carrying on business as the US Senate Majority Leader.

282.   Harry Reid has an Oath of Office that says he will; "support and defend the constitution of the United States against all enemies, foreign and domestic" when in fact he is one of the enemy, by profession.

283.   Harry Reid is owned by the *Bank of England*.

**Condoleeza Rice**

284.   Condoleeza Rice was at all material times an instrument of the privately liable men and women shareholders of the Bank of England and is mandated to ensure the wishes of the shareholders are carried out.

285.   The tortfeasor Condoleeza Rice, was at all material times, a privately liable woman carrying on business as the US Secretary of State.

286.   Condoleeza Rice has an Oath of Office that says she will; "support and defend the constitution of the United States against all enemies, foreign and domestic".

287.   On the tenth day of January, in the PAPAL year, Two Thousand and Eight, I sent to Condoleeza Rice a Non-Negotiable Notice and Demand 012508 by Registered Mail RA 351 949 910 US, a true copy of which is attached to the Affidavit of Criminal Complaint 2008-026906, which is incorporated herein by reference in its entirety, in which I renounced her fraudulently created US citizen, among other things.

288.   Condoleeza Rice has perjured her oath of office by being a member of the Bilderberger group, and is owned by the *Bank of England*.

**Henry Paulson**

289.   Henry Paulson was at all material times an instrument of the privately liable men and women shareholders of the Bank of England and is mandated to ensure the wishes of the shareholders are carried out.

290.   The tortfeasor Henry Paulson was at all material times, the Secretary of the Treasury for the United States. Also, Henry Paulson was at all material times, the Governor of the International Monetary Fund, which is an agency of the World Bank. Henry Paulson, is also responsible for the Internal Revenue Service, which is

an agency of the International Monetary Fund. Proof of all of this is that Henry Paulson has no Oath of Office as found in a FOIA request that I got from them. By working for a foreign power, Henry Paulson has renounced his US citizenship and is a foreign enemy operating in the United States. Henry Paulson was at all material times, also the Governor of the World Bank, and the African Development Fund, the Inter-American Development Bank, the European Bank for Reconstruction and Development, the Asian Development Bank, and the African Development Bank.

291.    Henry Paulson is owned by the *Bank of England*.

**Mary M. Schroeder**

292.    Mary M. Schroeder was at all material times an instrument of the privately liable men and women shareholders of the Bank of England and is mandated to ensure the wishes of the shareholders are carried out.

293.    The tortfeasor Mary M. Schroeder is a lawyer / barrister / solicitor / attorney / counsel / spawn of Satan, and was at all material times, a privately liable woman who has an Oath of Office that says she will; "support and defend the constitution of the United States against all enemies, foreign and domestic".

294.    Mary M. Schroeder, is a private woman carrying on business as a Chief Judge of the US Court of Appeals for the Ninth Circuit.

295.    Mary M. Schroeder, is a BAR member, and she forfeited her US citizenship, when she became a member of the BAR.

296.    Mary M. Schroeder has an Oath of Office that says she will; "support and defend the constitution of the United States against all enemies, foreign and domestic" when in fact she is the enemy by profession.

297.    Mary M. Schroeder is owned by the *Bank of England*.

## THE VILLAGE OF GLENWOOD

298.   Ardell Hartley, and Brad Salmon, were at all material times instruments of the privately liable men and women shareholders of the Bank of England and are mandated to ensure the wishes of the shareholders are carried out.

299.   The tortfeasor Ardell Hartley, and Brad Salmon, were at all material times a privately liable men carrying on business as Mayor, and Village Manager respectively, and trespassing on Autochthonous Territory in the vicinity of where the property giving rise to this action is situated.

300.   Ardell Hartley, and Brad Salmon were at all material times a Member of Gordon B. Hinkley's Company, and attends one of the Company's franchise outlets for sun Day servicing and other corporate activities.

301.   Ardell Hartley is a politician and is an heir and successor to the constitutor's of the so-called local debt. He is attempting to pass his inherited debt on to Me.

302.   In being an heir to the constitutors of the so-called debt Ardell Hartley, and Brad Salmon have each forfeited their Sovereignty by pledging allegiance to a foreign power, in the inner city of London, Ch. 13 *Magna Carta 1215*. His alignment with the inner city of London does not prevent him from being held; jointly, severally and personally liable for his actions or lack thereof.

303.   Ardell Hartley, and Brad Salmon are each owned by the *Bank of England*.

## ALBERTA

304.   Ron Stevens, Ed Stelmach, and Norman L. Kwong, were at all material times instruments of the privately liable men and women shareholders of the Bank of England and are mandated to ensure the wishes of the shareholders are carried out.

305.    The tortfeasors Ron Stevens, Ed Stelmach, and Norman L. Kwong, were at all material times, privately liable men, who were carrying on business as attorney holding rank of General, Prime Minister, and Lieutenant Governor for the corporation known by a variety of names including the Province of Alberta.

306.    Ron Stevens, Ed Stelmach, and Norman L. Kwong, are each private men carrying on business as lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan, and born within the limits of Autochthonous Territory as described in the unamended and unrepealed *Royal Proclamation 1763*. Being a lawyer, Ron Stevens, Ed Stelmach, and Norman L. Kwong, serves a foreign jurisdiction known as the Inner Temple and the BAR, and is therefore, a TRAITOR.

307.    Ron Stevens Ed Stelmach, and Norman L. Kwong, have each surrendered their Sovereignty by pledging their allegiance to the foreign power, in the inner city of London, Ch. 13 *Magna Carta 1215*.

308.    Part of Ron Stevens', Ed Stelmach's, and Norman L. Kwong's, supposed duties, among others, is to protect the name, reputation and dignity of Elizabeth. Their first duty, obligation and responsibility is to ensure the Fleet Street banking concerns are paid, in gold, for lending its paper to the various political entities, with so-called loans, (which are a fraud because nothing was loaned), in order to create debt and steal land reserved to the Autochthonous and Me in default of so-called debt payments. Ron Stevens, Ed Stelmach, and Norman L. Kwong, also coerce the Autochthonous to be responsible for his active participation in, and hiding of, the so-called debt through the enfranchisement and the snare of the "democratic" schemes.

309.    Being born within Autochthonous Territory and serving a foreign jurisdiction to the detriment of the Autochthonous, and those who are not Autochthonous renders Ron Stevens, Ed Stelmach, and Norman L. Kwong, a traitor, engaged in TREASON, and SEDITION.

75

310.   Ron Stevens, Ed Stelmach, and Norman L. Kwong,  are each owned by the *Bank of England*.

311.   Ron Stevens, Ed Stelmach, and Norman L. Kwong are also an heir and successor to the constitutors of the so-called provincial debts and they are acting to convert Me into a surety for their predecessors transgressions.

## US AIRWAYS, INC.

312.   Erin F. Lewin, Andrea Cummings, Dennis Duvan, Douglas W. Parker, Elise Eberwein, Torrie Stewart, Jill Schoop. Linda Holman, Aida Johnson, Mona Peterson, Derek Kerr, and Janet Dhillon, were at all material times instruments of the privately liable men and women shareholders of the Bank of England and are mandated to ensure the wishes of the shareholders are carried out.

313.   US airways, Inc., was at all material times a corporation chartered under the international criminal corporation United States of America, and engaged in the unlawful conversion of My property over to the IRS thieves.

314.   The tortfeasors Erin F. Lewin, Andrea Cummings, and Janet Dhillon,  is a lawyer / barrister / solicitor / attorney / counsel / spawn of Satan, and were at all material times, a privately liable woman who have an Oath of Office that says she will; "support and defend the constitution of the United States against all enemies, foreign and domestic".

315.   Douglas W. Parker, Elise Eberwein, Janet Dhillon, Erin F. Lewin, Andrea Cummings, Derek Kerr, Torrie Stewart, Jill Schoop, Linda Holman, Aida Johnson, and Mona Peterson, are private men and women carrying on business as Chief Executive Officer, Vice-President for Employee Relations, Chief Counsel, Attorney, Attorney, Chief Financial Officer, Gate Agent, Payroll Director, Payroll

Processor, Payroll Employee, and Payroll Manager respectively, for US Airways, Inc.

316. Because they are an agency for the criminal corporation United States of America, , pursuant to Chapter 45 of the Magna Carta, this US Airways, Inc., criminals have a duty to make sure that all of their hired thugs know the law and are of a mind to observe it properly.

317. Erin F. Lewin, Andrea Cummings, and Janet Dhillon, are BAR members, and they forfeited their US citizenship, when they became members of the BAR.

318. Erin F. Lewin, Andrea Cummings, Dennis Duvan, Douglas W. Parker, Elise Eberwein, Torrie Stewart, Jill Schoop. Linda Holman, Aida Johnson, Mona Peterson, Derek Kerr, and Janet Dhillon, are all owned by the *Bank of England*.

**Joy Denton and Marie Hollman**

319. Joy Denton, and Marie Hollman were at all material times an instrument of the privately liable men and women shareholders of the Bank of England and is mandated to ensure the wishes of the shareholders are carried out.

320. Joy Denton, and Marie Hollman were supposed to be a friend of the family, but has exposed herself, as a criminal, and a thief, interested solely in helping out POPE INC., make some more money.

321. Joy Denton and her mother Marie Hollman broke into our home on the land of Alberta, near the Village of Glenwood. Without any authority whatsoever, they entered into a lease option agreement for the house with Marianne Sartoris and Mario Jimenez, a true copy of a letter from lawfirm POLLOCK & CO, together with a lease option agreement signed by Marie Hollman, Marianne Sartoris and Mario Jimenez, are attached hereto, and incorporated herein by reference in their

entirety. Without any authority whatsoever, they paid over two thousand Canadian dollars in property tax extortion demanded by the Glenwood criminals.

**Schedule "F" Letter from POLLOCK & CO, together with a lease option agreement signed by Marie Hollman, Marianne Sartoris and Mario Jimenez**

322.   I would love the invite all of the above mentioned criminals to this lawsuit, but there are literally dozens of them and just effecting service to so many defendants. pursuant to the rules that the criminals in the US Department of so-called Justice make, is cost prohibitive. But that is their intent, to make it as expensive as possible to try and seek relief from these criminals.

## CITIZENSHIP IN AMERICA

323.   .There are two classes of citizens in America.

*"One may be a citizen of a State and yet not a citizen of the United States. Thomasson v State, 15 Ind. 449; Cory v Carter, 48 Ind. 327 (17 Am. R. 738); McCarthy v. Froelke, 63 Ind. 507; In Re Wehlitz, 16 Wis. 443."* McDonel v State, 90 Ind. Rep. 320 at pg 323;

Tashiro v. Jordan May 20, 1927, 255 P. 545 Cal. Supreme Court: *"Citizenship of the United States does not entitle citizens to privileges and immunities of Citizens of the State, since privileges of one are not the same as the other"*;

The state citizen is a pre-amble citizen in the US Constitution, and one of "we the people", and the United States Supreme Court expanded on the two classes of citizenship in the case Maxwell v Dow, 20 S.C.R. 448, where it said:
*"...that there was a citizenship of the United States and a citizenship of the states, which were distinct from each other, depending upon different characteristics and circumstances in the individual; that it was only privileges and immunities of the citizens of the United States that were placed by the amendment under the protection of the Federal Constitution, and that the privileges and immunities of a citizen of a state, whatever they might be, were not intended to have any additional protection by the paragraph in question, but they must rest for their security and protection where they have heretofore rested."* Maxwell v Dow, 20 S.C.R. 448, at pg 451;

324.   These two classes of citizenship existed from the beginning and are mentioned in Article IV, Section 2 of the US Constitution where it says;

*"The citizens of each state shall be entitled to all privileges and immunities of citizens in the several states."*

325.   The US citizen is a fictitious entity created by the Courts, through fraud.

**"...it might be correctly said that there is no such thing as a citizen of the United States. ..... A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing."**  Ex Parte Frank Knowles, 5 Cal. Rep. 300

326.   The Fourteenth Amendment turned citizenship in American upside down from what the founding fathers intended.

*"And while the Fourteenth Amendment does not create a national citizenship, it has the effect of making that citizenship "paramount and dominant", instead of "derivative and dependant" upon state citizenship."* **Colgate v Harvey, 296 U.S. 404, on page 427.**

327.   The end result of the Fourteenth Amendment is that a US citizen does not have any rights.

*"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government."* **Maxwell v Dow, 20 S.C.R. 448, at pg 455;**

*"The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States,"* US vs. Valentine 288 F. Supp. 957

328.   The real Article Thirteen in Amendment to the US Constitution, (in contradistinction to the current fraudulent thirteenth Amendment), was approved and adopted prior to 1819, which is attached to the Affidavit of Criminal Complaint 04/14/07 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-059087, and the Affidavit of Criminal Complaint 06/14/07 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-073069, both of which are incorporated herein by reference in their entirety, where it says;

**"If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honor, or shall, without the consent of congress, accept and**

retain any present, pension, office, or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them."

It prohibits all lawyer / barrister / solicitor / attorney / counsel / spawn of Satan from holding any "position of trust in the united States or the states". The same amendment states that all BAR members have forfeited their US Citizenship by receiving an honor or a title of nobility from a foreign power.

329.    Lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan orchestrated the fraudulent Thirteenth Amendment and Fourteenth Amendments currently in place as part of their agenda to steal everything in America for their Fleet Street handlers, and POPE, INC., the real party in interest, with the use of Private International Law a/k/a Law Merchant with their so-called contracts for the specific purpose of converting citizenship in America from sovereign citizens, which was intended by the founding fathers into Article IV, Section 3; *"....other property belonging to the United States..."*.

330.    Therefore, the War of Independence never did end, but has continued for the last 232 years and it continues to this day.

331.    Citizenship on the land of Canada works the same way, and lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan, have engaged in the same intrigues with the people of Canada, as well as the Autochthonous with vehicles such as The *Hudson's Bay Company* and the criminal corporation that sits in Ottawa, on the land of Ontario, which is called CANADA.

## BANK OF ENGLAND ORCHESTRATED DEBT

332.    The banking concerns which surround the creation of "national debts" are located in the sovereign-city-state of the Inner City of London and historically known as