the (so-called) Holy Roman Empire city of Londinium. The banking concerns are located on Fleet Street within the inner city of Londinium.

333.   Taking a starting point in regard to Fleet Street banking concerns insofar as debt creation is concerned, is found with the Duke of Newcastle and his conspiracy with Fleet Street banking concerns in the borrowing of twelve-millions pounds in 1862 for useless railway construction but useful debt creation.

*"....Referring to Canada's bank acts: I believe the plan outlined follows the English system, a system applied to the great banks of England. Mr. White, House of Commons, December 17, 1912, in response to a question from the Honorable William Manley German. i.e. they were creating an English   system which is to say a Rothschildian cartel...."*

*"Senator Robert L. Owen continues: "It was not very long until this information was brought to the Rothschild's Bank, and they saw that here was a nation ready to be exploited; here was a nation setting up an example that they could issue their own money instead of the money coming through the banks"*

*"The Rothschild's Bank caused a bill to be introduced in the English Parliament, which provided that no colony of England could issue its own money."*

*"Thus, they had to use English money. The colonies were compelled to   discard their money and mortgage themselves to the Rothchild's Bank of England to get money."*

*"Then, for the first time in the history of the United States, money began to be based on debt. Benjamin Franklin stated that in one year from that date the streets of the colonies were filled with the unemployed."*

*"Franklin later claimed that this was the real cause of the War of Independence. He said: "The colonies would gladly have borne the little tax on tea and other matters had it not been that England and the Rothschild's Bank took away from the colonies their money which created unemployment, dissatisfaction and debt."*

William Manley German, in a speech to the House of Commons December 1913

334.   All so-called loans issued by these criminal banksters are a complete fraud as proven by Tom Schauff's 160 Questions for Bankers, a true copy of which are attached hereto, and incorporated herein by reference in its entirety. I myself have used them on two separate occasions and I know other people that have used them with success every time. The scenario goes that the bankster's lawyer / barrister / solicitor / attorney / counsel / spawn of Satan send you a letter threatening lawsuit over one of their so-called loans demanding payment. The response is as follows: **"No problem you can go ahead and sue me but I intend to prove in court that your so-called loan was a fraud from the inception by getting an officer of the bank and a CPA on the stand in open court and ask the 160 questions which are attached. Also, if you want to get an officer of the bank to sign the enclosed affidavit stating that they did lend me a depositors money and I will reconsider my position."** Then about six weeks later I get a statement from the banksters for the so-called loan and it is magically paid off! It is absolutely magic!
**Schedule "G" Questions for Bankers**

**Autochthonous Territory and Colonial Rule**

335.   All privately liable men and women responding to this action knew, know or ought to have known all land other than the Thirteen Colonies is land acknowledged as being reserved to the Autochthonous and as proven by the; *Royal Proclamation 1763*, the *Dorion Report* of 1971 and under s. 25(a) of the "Canadian's" *Charter of Rights and Freedoms 1982 U. K. Ch. 11.*

336.   The privately liable men and women carrying on business as officials knew, know or ought to have known they are "Citizens of Canada", which is a corporation, and I, Me, Myself am not now or ever was a corporate fiction known as a "Citizen of Canada" or a "Citizen of the United States", nor am I some sort of a surety, or otherwise an accommodation party for their fraudulently created fictitious entity. Furthermore, I have copyrighted their fraudulently created name as found in the

Copyright Notice which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety, and if they want to use it for commercial gain, I demand payment!

337.   Insofar as colonial rule is concerned the Parliament of Great Britain is carrying on with the business of commerce, within the Autochthonous Territory, and frozen in time at the time of the pledges of the *Royal Proclamation 1763*, but in any event, the law of the land is, has always been, and always will be, Common Law, and Law Merchant is present ONLY because of TREASONOUS government officials, and also ONLY if it is knowingly, willingly, and intentionally, agreed to by all parties and for reasons of commerce.

338.   The sole authority to levy any kind of taxation within the bounds of North America is found solely under 18 George the Third chapter XXX.

**TAXATION**

339.   All privately liable men and women responding to this action knew, know or ought to have known there is to be no taxation within the Colonies, Plantations and Provinces of the Americas and the West Indies unless one is engaged in commerce as proven by 18 George III Ch. 12. This would exclude all land other than the Thirteen Colonies of Turtle Island.
       **Schedule "H" the Act of 1778**

340.   All privately liable men and women responding to this action knew, know or ought to have known the land in question is still part of Lands Reserved to the Autochthous as proven by the unamended, unrepealed *Royal Proclamation 1763* thereby providing want of jurisdiction to the defendants in their attempts to pass on to Me a fictitious debt under the guise of "franchise" or "commerce" or "democracy".

341.   All privately liable men and women being forced to respond to this petition knew, and know the only way in which they can circumvent the Act of 1778 is to create the fictitious entity called the "strawman" using forced or implied so-called legislation as evidenced in the upper casing of one's name then to deny this claim and their own cases. They then hide behind the fact the courts will not hear the same cases already adjudicated and the courts will not enforce *res judicata* in this regard because they want to help out their lying thieving (lawyer / barrister / solicitor / attorney / counsel / spawn of Satan), buddies in their so-called commercial transaction.

342.   All privately liable men and women responding to this action knew, know or ought to have known there was a revolution within the Thirteen other Colonies as a direct result of private international law (Admiralty Maritime Law) being forced upon the land as proven by statements made in the *Declaration* of *Independence* (1776), and the *Causes and Necessities of Taking up Arms* (1775). These documents talk about "pretended laws" which are colorable statutes, and "imposing taxes without our consent", which implies there must be a contract in commerce for any tax. This is all confirmed by George III, c.12, CAP XII, 1778, where it is declared that there would be no tax imposed in the colonies of North America except for the regulation of commerce. I hereby DEMAND the responding private men and women in this action to produce a *bona fide* contract by which I have agreed to paying any such tax or so-called tax and am knowingly engaged in commercial activity within or without the land in question or within or withon the land in question, and if they fail to produce one, then it shall be proof they are engaged in Extortion Under Color Of Office, are operating a criminal racketeering enterprise, (extortion racket) and doing so while committing criminal trespass on Autochthonous Territory.

343.   All privately liable men and women mentioned in this action knew, know or ought to have known there is no taxation within the boundaries of Autochthonous Territory and if any such tax were to be imposed it would be up to the

Autochthonous Themselves or the *Hudson's Bay Company* to carry out that business on behalf of the Autochthonous.

344.    The purpose of taxation is ancillary to the scheme of debt creation. The intent of both was to create a scam aimed at relieving the People of the world of their inheritances including, and especially, their birthrights.

## COLONIAL MILITARY RULE /BANK OF ENGLAND/INNS OF COURT

345.    Based on the fact the *Royal Proclamation 1763* has not been amended or repealed by Elizabeth in concert with the Autochthonous of the land the entire of Turtle Island, sometimes referred to as "North America", is still under Colonial rule and Colonialism is a mechanism employed by the Imperial Parliament to search out new lands to pillage in order to suffice the tread mill of fictitious debt created within 20 years after the creation of the *Bank of England* at the end of the 17th., century. The Colonial rule of the *Imperial Parliament*, insofar as it affects this land, is strictly a commercial enterprise.

346.    The Land giving rise to this action is under military rule with Gerry Zucker the Governor and he has his subordinate rank and file including, but not limited to; Governor, Lieutenant, Receiver, Attorney, Solicitor and other Generals and his Sergeants known as "Queen's Council".

347.    All banks of all colonies MUST be chartered through the *Bank of England* and this would include the common wealth of the thirteen Colonies of the united States.

348.    The *Bank of England* is located on Threadneedle Street in the Inner City of London flanked by two enclaves, the Inner Temple and the Middle Temple.

349.    All colonial lawyers, barristers, solicitors, counsel, attorneys are mercenaries for the *Bank of England* set in place to;

a.    Pay down fictitious debt.

b.    Create new debt and to ensure a treadmill of debt is maintained.

c.    Enslave the People to pay into the so-called debts through the "wonderful" franchise scam of voting in the democratic process. Due to the fact Canada and the United States of America have constitutions, founded in the root "*constitutum*" both lands have "totalitarian democracies" meaning the People get to choose the tyrant they want to rule over them.

## BRITISH NORTH AMERICA BILL 1867

350.   The *British North America Bill*, hereinafter "*Bill*", was introduced into the Imperial Parliament for the sole purpose of commercial-economic reasons relating to an improper twelve-million pound loan made by (House of Lord) Newcastle, in 1862, and on behalf of his masters, the Fleet Street banking interests. This so-called "loan" could not have been undertaken without the express will of all members of the Imperial Parliament.

351.   Victoria Saxe-Gotha-Coburg did not authorize the *Bill* in its current manner nor did she give royal assent as there are no Royal Seals or signatures on the original document.

352.   One of the purposes of the *Bill* was to merge the "*Indian Fund*" into the "*Consolidated Revenue Fund*" as a money laundering scheme intended to cheat the Autochthonous out of their royalties   Although it might be said it was for "expeditious reasons" the facts of the matter prove the mergence was for the purpose of money laundering Royalties due the Autochthonous and to forward those Royalties off to pay down the twelve million pound fabricated debt, a creation of the men of the Imperial Parliament, and those Royalties being forwarded to the foreign jurisdiction banking concerns of Fleet Street.

353.   Another "convenient" feature of the *Bill* can be found in the "legal" side of the so-called governing structure. The *Bill* was drafted by and for lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan, who are agents for Fleet Street banking concerns, protecting their masters through "solicitor-client privilege". It is up to this Court to cause this privilege to yield to My non-commercial and

equitable right and equitable claim of redress and as a titled sovereign living soul, and a holder of the office of "the people", **I DEMAND** and hereby **ORDER** this Court to protect My rights in this, and all matters presented in this Petition.

354.  Section 96 of the Courts of Justice Act for Ontario states the common law yields to equity therefore, I claim the court has no option but to yield to My lawful right and lawful claim through the sweat of My brow and Law 7 of the Ten Commandments, the land I stand on is My birthright given to Me by Yahuah and I am demanding My court force them to admit to their treasonous activities and to their attempts to give My birthright to a jurisdiction foreign to Me.

355.  According to s. 97 of the *Bill,* only BAR members must be selected to become judges until property and civil rights are uniform. Deliberately using this imbalance keeps the lawyer / barrister / solicitor / attorney / counsel / spawn of Satan, in control and forms the basis of a dictatorship controlled by racketeering, not by a governing structure, not by a military force, rather, by a single "profession" under the control of a foreign jurisdiction.

356.  The courts of Canada knew, know or ought to have known their sole authority as judicial judges is derived through 43 George the Third chapter 138. They further knew, know or ought to have known to be appointed through section 96 of the *Bill* renders them administrative judges and only a Grand Jury and pure Common Law Jury have the exclusive judicial authority.

357.  There exists no mystery concerning the *Bill* and all lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan, knew, know or ought to have known the *Bill* was never authorized in its current form, or in its form of 1867, nor was it ever given Royal Assent.

358. Any lawyer / barrister / solicitor / attorney / counsel / spawn of Satan who dares oppose this petition shall expose themselves as also being engaged in high treason and subject to the death penalty under 25 Edward the Third chapter 2.

359. All lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan knew, know or ought to have known Victoria, house of Saxe-Coburg-Gotha authorized a "*Consolidation*" not a "*Constitution*", in the popular sense, and for a confederacy to come about she would have no say one way or the other. It was the private men of the Imperial Parliament who acted as "spin doctors" in order to build a country at the expense of the genocide of the Autochthonous and the enslavement of the immigrants and there children who would be and who are born within the Americas.

360. All lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan, who are born on the land of the Autochthonous, and oppose this action, will expose proof of Autochthonous Land Claims and genocide being inflicted upon the Autochthonous by all men and women of the Imperial Parliament. All lawyers must keep secret the particulars of the so-called "national debt" and identity of those who are receiving seventy-five percent of all money raised by taxation for they are agents for the recipients of the "booty".

361. Further to the aforementioned paragraph, all lawyers who are born on Autochthonous land, and who oppose this action, expose themselves, *prima facie*, as traitors in the midst of the Court to which this Court has no option but to make judicial inquiry into who their masters truly are and to have the traitors held, in custody, until they can be tried and sentenced for sedition, criminal trespass, fraud and other Common Law offenses in particular, under 25 Edward the Third chapter 2.

**THE LAW PROFESSION**

362.   All British Accredited Regency (B.A.R.) members (hereinafter lawyer / barrister / solicitor / attorney / counsel / spawn of Satan) are foreign agents of the Crown;

*INNS OF COURT - "These are certain private unincorporated associations, in the nature of collegiate houses, located in London, and invested with the exclusive privilege of calling men to the bar;...*
*" Black's Law Dictionary, 5th Edition page 709.*

363.   The Inns of Court are unincorporated in order to shield the identity of the true owners of all lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan.

364.   This Amendment, Article Thirteen, is clearly directed at lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan in particular, because the major difference between it and the US Constitution Article 1, Section 9, Clause 8, is it adds in an "honor" and "from a foreign power" and the consequences of accepting or claiming such a thing. Furthermore, all BAR members hold the title of Esquire which is granted by a foreign power.

365.   The founding fathers of the American Revolution knew what damage these lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan would do to our freedoms, which is why this Amendment Article was approved, ratified and adopted. The War of Independence never ended for the inner city of London (Londinium), in spite of the so-called Treaty of Peace that England signed. They engaged in the War of 1812 in an attempt to destroy all evidence of this Thirteenth Amendment by burning the Capitol and the National Archives, because they wanted their lawyers / barristers / solicitors / attorney / counsel / spawn of Satan to infiltrate our government much like a Trojan Horse to subvert our laws and orchestrate fraudulent Amendments to the Constitution, like the current FRAUDULENT Fourteenth Amendment;

*"The dissenting opinion asserts that 'The Fourteenth Amendment is a part of the Constitution of the United States.' While this same assertion has been made by The United States Supreme Court, that court has never held that the amendment was legally adopted. I cannot believe that any court, in full possession of its faculties could honestly hold that the amendment was properly approved and adopted."* State v Phillips 540 Pac. Rep.2d 936

which is confirmed by the Utah Supreme Court in their case Dayette v Turner, 439 P2d 266 at 269 in Judge A.H. Ellett's Expose entitled THE NON-RATIFICATION OF THE FOURTEENTH AMENDMENT in which he says that the American states are under martial law rule and have been since the 30's and possibly since the civil war, and which converts citizenship in the united States from that citizenship which was intended by the founding fathers of the American Revolution into a Fourteenth Amendment citizen which is nothing more than a corporate slave.

> *"And while the Fourteenth Amendment does not create a national citizenship, it has the effect of making that citizenship "paramount and dominant", instead of "derivative and dependant" upon state citizenship."*
>
> Colgate v Harvey, 296 U.S. 404, on page 427.

In other words, prior to the current fraudulent Fourteenth Amendment US citizenship was derivative and dependent upon state citizenship, therefore, because the US citizen was derivative and dependent upon state citizenship, they had all the rights of a state citizen, but because of the fraudulent Amendment, US citizenship is now paramount and dominant over state citizenship, and unless you spend half your life studying all of the little intricacies of the law, these lying, thieving, murdering, treasonous, seditious criminals in the District of Criminals, and the City of London, will proceed to violate your rights in every way they can, including stealing everything they can get their hands on, and they will call it "the law".

366.   These same foreign agents of the Crown / BAR members / lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan, are also responsible for making THE UNITED STATES OF AMERICA4, CORP., and CANADA LTD., into criminal corporations by which they are responsible for facilitating the shedding of innocent blood, which is the unforgivable sin, and also makes all government officials mentioned in this case, and many more, accomplices to murder.

> *"As used in the Fourteenth Amendment to the United States Constitution, the word "person" does not include the unborn."*
>
> *Roe v Wade, 410 US 113, 93 S.Ct. 705*

THE UNITED STATES OF AMERICA4, CORP., and CANADA LTD., are responsible for the murder of millions of unborn children. There is nothing more innocent than the unborn. If these unborn children are not Fourteenth Amendment US citizens, or citizens of CANADA, then they can only one other thing, ....state citizens. Therefore, THE UNITED STATES OF AMERICA4, CORP., and CANADA LTD., are engaging in genocide against their own sovereignty. Our ancestors created the united States of America to protect the innocent and not to facilitate the murder of the innocent. All of this is because these foreign agents of the Crown/BAR members have infiltrated our government, and circumvented our Yahuah given Common Law and replaced it with their Law Merchant, private international law/**UNIDROIT** (Admiralty Maritime Law) in order to facilitate the theft of everything they can get their hands on. These same lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan under the direct or indirect instructions of POPE INC. are responsible for some of the worst atrocities the planet has ever known including, but not limited to the Spanish Inquisition, and the murder of millions of real Christians who refused to trumpet the party line during the first fifteen centuries of Christianity.

### THE RECENT FACTS

367.   On the twenty seventh day of May, in the PAPAL year Two Thousand and Two, hired thugs who work for the US Immigration and Naturalization Service refused to let My wife, Constance travel home to Arizona because she didn't have a green card as found in the Arizona Governor Notice and Demand which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-030005 which is incorporated herein by reference in its entirety.

368.   I appealed to the US Attorney General, John Ashcroft, Arizona Governor Janet Napolitano, Arizona Attorney General Terry Goddard and when they decided to perjure their Oaths of Office, I filed a criminal complaint, as found in the Affidavit of Criminal Complaint 05/19/05 which is recorded with the PINAL COUNTY

RECORDER at FEE NUMBER 2005-058905, all of which is incorporated herein by reference in its entirety.

369. I appealed to the Washington Attorney General, Rob McKenna, Washington Governor Christine Gregoire, and when a third party Attorney / BAR member / Spawn of Satan by the name of Paul O Golding, decided to interfere in my affairs, and they all decided to perjure their Oaths of Office, I filed a criminal complaint, as found in the Affidavit of Criminal Complaint 06/06/05 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-088066, all of which is incorporated herein by reference in its entirety.

370. As a result of these criminals she was forced to live in exile for two years on the land of Alberta, and on the land of British Columbia. The US Immigration and Naturalization Service was a part of the US Department of so-called Justice and is now a part of the US Department of Homeland Security.

371. I filed a lawsuit against the INS criminals and when it got to the US Court of (so-called) Appeals for the Ninth Circuit, in their twisted language, they BAR members on the Court gave me a non-published opinion that said that the INS criminals didn't have jurisdiction over My wife in Case Number 03-17230. Because these criminals at the border still harass her, My wife is afraid to travel to visit relatives on the land of British Columbia. She missed her father's funeral and many other family events.

372. During this process I sent a Non-Negotiable Notice and Demand 072005, which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-090378, to every member of the Arizona State Senate and the Arizona State Legislature, which is incorporated herein by reference in its entirety.

373. As a result of the fact that I got hold of a certified copy of an 1819 US Constitution, which has an Article Thirteen in Amendment referred to elsewhere in this Petition

in which BAR members are prohibited from holding any position of trust with the united States or the states, and also because I sent DEMAND notices to the Arizona Legislature Committee in the Judiciary, and the Arizona Senate Committee on the Judiciary and also because most, or not all judges in Arizona are BAR members, and also because of the activities of some lying thieving BAR members in Arizona, and also because the Arizona Governor had given permission for the INTERNAL REVENUE SERVICE, who are foreign agents of the INTERNATIONAL MONETARY FUND to operate in Arizona using their so-called Law Merchant contracts, I filed an Affidavit of Criminal Complaint 05/01/07 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-059086, and Affidavit of Criminal Complaint 08/10/07 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-094397, both of which are incorporated herein by reference in their entirety.

374. During the so-called foreclosure of My home on the land of Arizona, I arrested the auctioneer for violations of 18 USC § 241, 242, because I witnessed the criminal conversion of My name, My address, and My property and after I called for the police to come and take custody of the felon, the Town of Florence Police refused to take custody of the felon, and perjured their Oath of Office in the process.

375. Then, because the criminals in the Arizona Legislature brought law merchant on the land of Arizona, without any authority whatsoever, the Town of Florence criminals decided to turn me into a source of revenue for their CAFR Account, and they charged their fraudulently created strawman/vessel with Disturbing the Peace. Then they sent their code enforcers/hired thugs to My place of work at US Airways, Inc., to kidnap Me so they could hold Me as collateral for their fraudulently created strawman/vessel and collect the $70,000.00 over the memorial day weekend of the PAPAL year two thousand and six, but I left work early that day. I saw their hired thug driving into the parking lot as I was leaving.

93

376.   All during this process I filed a Non-Negotiable Notice and Demand 110105 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-152331 with their hired thug/Magistrate by the name of Tom E. Wildermuth, on the third day of November, in the PAPAL year of two thousand and five, an Affidavit of Criminal Complaint 04/03/06 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-047733, and an Affidavit of Criminal Complaint 05/16/06 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-074773.

377.   Because these Town of Florence criminals were determined to railroad Me into their so-called commercial transaction, I also filed an Arizona Chief Judge Supreme Court of Arizona Notice and Demand 040306 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-048557, and then because they were coming to My work to kidnap Me, on the Tuesday following the memorial day weekend, I filed a lawsuit against them as case number 2006-00817 in the PINAL COUNTY COURT, and I sent a Chief Judge Supreme Court of Arizona Notice and Demand 052506 in which I ORDERED her to quash the warrant for the arrest of their strawman/vessel, "because we all know that the corporate commercial agents (police) are too stupid to tell the difference between a strawman/vessel and a sovereign living soul". The chief Judge did quash the warrant for the arrest of the strawman/vessel because in the lawsuit, the Attorney General responded for the Chief Judge, and the Assistant Attorney General who responded said that it was perfectly appropriate for Me to petition the Chief Judge to get the warrant quashed.

378.   Now these Town of Florence criminals are trying to get Me into another one of their so-called commercial agreements again, as found in the Notice and Demand James E Mannato Prosecutor 042808, a true copy of which is attached to the Affidavit of Criminal Complaint 051008 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-048633, and with the Robertson

County Recorder with the Republic of Texas at Book 1, Line 19, all of which is incorporated herein by reference in its entirety.

**Schedule "I" a true copy of the Notice and Demand James E. Mannato, Prosecutor 042808.**

379.   On or about twenty first day of July, in the PAPAL year of two thousand and five, I purchased property from My mother, which is located within what I now know, partially through the *Royal Proclamation 1763*, to be Autochthonous Territory on the land of Alberta, located in Section One, and Section Two, in the Fifth Township, in the Twenty-Seventh Range West of the Fourth Meridian, with the intent of becoming the owner of the property. The property in question is sometimes referred to as; PLAN 1222AY BLOCK 22 THE MOST WESTERLY 66.25 FEET OF LOTS 2 AND 3 EXCEPTING THEREOUT THE SOUTH 12 FEET OF THE WEST 66.25 FEET OF THE SAID LOT 3, in the Village of Glenwood, but that is a FRAUD, because the Village of Glenwood doesn't exist. The street address is known as 59 First Ave NW., Glenwood, Alberta

380.   The tortfeasor Thomas Matkin was the lawyer My mother retained to transfer the property to Me. Unbeknownst to Me the land I purchased was within the limits of Autochthonous Territory as proven by the *Royal Proclamation 1763* and I was at no time advised of this fact by Thomas Matkin.

381.   I knew I had "free and clear title" to the property, because My mother was supposed to have had free and clear title to the property. Thomas Matkin told Me I had free and clear title to the land.

382.   About one year after I had purchased the property, I received a notice, and not a bill, in the mail indicating I was obligated to pay a tax on the property.

383.   At some point, between the transfer of the property into My name and the undertaking of this action, there was a conversion from Me being a purchaser to

that of a "tenant" as evidenced by the current Certificate of Title. A Certificate of title is not ownership, but a Certificate of Title means someone else owns the property, the men and women employed with ALBERTA INC. in this case, because the Certificate certifies that the real Title is being held by the REGISTRAR OF LAND TITLES for the GOVERNMENT OF THE PROVINCE OF ALBERTA as evidenced on the face of the Certificate of Title.

384.    At no time did Thomas Matkin inform My mother that She only had a colorable title, which is a feudal tenancy in the property.

385.    At no time did Thomas Matkin inform Me that I would only get a colorable title, which is a feudal tenancy in the property.

386.    The original Land Patents, say nothing about any feudal tenancy. A tenant is a renter which is why the yearly rent is required. It says that the land was granted to "The Calgary and Edmonton Land Company Limited" less any mineral rights and a few other things, "its successors and assigns forever." It says nothing about taxes, and I am an assign and I have claimed, and do claim all of My rights under the original Land Patent, to which I am entitled.

**Schedule "J" a true copy of My land Grant in which I claimed all of the rights and privileges of the original Land Patents for the associated property, together with a Historical Land Title Certificate.**

387.    The original laundering of Autochthonous Land came about through "orders in council" which was unlawful.

388.    My mother was getting very old and has since died, and her memory was not what it once was, and she was on a lot of drugs. Because of all of this, it took Me a fair amount of time to get the name of the Lawyer who completed the transfer of land for Her. I sent a Demand Letter to Thomas Matkin to see if he knew anything about any of this. Thomas Matkins is also a member of Gordon B. Hinkley's company.

389.    I have placed all parties on notice I had copyrighted the name of the strawman/vessel as found in the Copyright Notice which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, a true copy of which is attached hereto, and incorporated herein by reference in its entirety. Criminals like the above mentioned respondents like to use the name of the strawman/vessel to facilitate their theft of My property, and this is not the first time these sorts of Thieves have tried to prey upon Me.

390.    After the Village of Glenwood thieves sent Me an offer of contract by way of a Property Assessment and Tax Notice, I rejected their offer of contract, on the twenty second day of December, in the PAPAL year of two thousand and five, when I served a Notice on the Village of Glenwood, called a Village of Glenwood 122105-01 by Registered Mail RB 690 660 337 US. My registered letter to the Village of Glenwood 122105-01 included an Invoice for fifty million dollars in lawful money, for copyright violations, representing Me without any authority, making unlawful legal determinations, all of which is attached to the Affidavit of Criminal Complaint 12/14/06 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-165818, which is incorporated herein by reference in its entirety, all of which is now "public policy" and the un-rebutted truth.

391.    Then the Village of Glenwood thieves sent Me another offer of contract by way of a Property Assessment and Tax Notice which I rejected and returned to them by way of a Village of Glenwood Non-Negotiable Notice and Demand 062806 by Registered Mail RA 186 040 302 US together with an Invoice for an additional fifty million dollars for copyright violations, representing Me without any authority, making unlawful legal determinations, for a total of one hundred million dollars in lawful money, all of which is attached to the Affidavit of Criminal Complaint 12/14/06 which is recorded with the PINAL COUNTY RECORDER at

FEE NUMBER 2006-165818, which is incorporated herein by reference in its entirety, all of which is now "public policy" and the un-rebutted truth.

392.   Then the Village of Glenwood thieves sent Me another offer of contract by way of a Property Assessment and Tax Notice which I rejected and returned to them by way of an Ardell Hartley Non-Negotiable Notice and Demand 100306 by Registered Mail RA 303 183 615 US together with an Invoice for an additional fifty million dollars for copyright violations, representing Me without any authority, making unlawful legal determinations, for a total of one hundred and fifty million dollars in lawful money, and a Brad Salmon Notice and Demand 100306 by Registered Mail RA 303 183 601 US together with an Invoice for an additional fifty million dollars for copyright violations, representing Me without any authority, making unlawful legal determinations, for a total of one hundred million and fifty dollars in lawful money, all of which is attached to the Affidavit of Criminal Complaint 12/14/06 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-165818, which is incorporated herein by reference in its entirety, all of which is now "public policy" and the un-rebutted truth. Public policy is not law but is instructions to their servants. They deliberately fail to provide adequate training to their hired thugs in the nature of citizenship, so they can proceed to violate My rights and claim ignorance. It is called plausible deniability, and they hide behind it all the time.

**Schedule "K" is a true copy of the Affidavit of Criminal Complaint 12/14/06 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-165818, together with all attachments**

393.   I next appealed to Gordon B. Hinkley as he, Ardell Hartley and Brad Salmon were, as I was, members of the Company. Gordon B. Hinkley's successor is Thomas S. Monson. I was duped into believing that Gordon B. Hinkley knew anything about Yahuah's Law, which is Common Law, when the reality is he is a charlatan who knows nothing about Yahuah's Law as found in Leviticus for that matter.

*2. Son of man, prophesy against the shepherds of Israel, prophesy, and say unto them, Thus saith the Lord GOD unto the shepherds; Woe be to the shepherds of*

*Israel that do feed themselves! should not the shepherds feed the flocks? 3. Ye eat the fat, and ye clothe you with the wool, ye kill them that are fed: but ye feed not the flock. 8. As I live, saith the Lord GOD, surely because my flock became a prey, and my flock became meat to every beast of the field, because there was no shepherd, neither did my shepherds search for my flock, but the shepherds fed themselves, and fed not my flock;*      Ezekiel 34: 2-3,8

394.   Ezekiel 34: 2-3,8 is directed at those who claim to be in a position of responsibility over the children of Israel (preachers, etc.) who have a responsibility to bring the truth to the people and teach them the word of Yahuah, but obviously, the mandate of the Company is not the enforcement of the Law of the Land, which is the Common Law, or Scripture, according to the highly respected English jurist Sir William Blackstone, rather it is as an agent of the Vatican owned and operated government.

395.   POPE INC., with the eager, greedy aid of TREASONOUS government officials, and the Crown, through the various bankruptcies by so-called loans, and the subsequent fictitious debt, is now alleged to be the owner of the bankrupt corporations called THE UNITED STATES OF AMERICA4, CORP, CANADA, LTD., and ALBERTA, INC., as well as almost every governmental and other major corporation on the planet. The debts of those corporations are fictitious because nothing was loaned. The so-called loans were nothing more and nothing less than usurious book entries, BANK OF CANADA notes, in the case of CANADA, LTD., and Federal Reserve Notes, in the case of the UNITED STATES OF AMERICA4, CORP. Thomas S. Monson knew, knows, or ought to have known the courts have ruled nobody has to accept a bank note, because bank notes are not lawful money. They are worthless pieces of paper. They are nothing. Title 12 U.S.C. § 411 explains that Federal Reserve Notes are ONLY evidence of the debt of the UNITED STATES OF AMERICA, and according to the same, Title 12 U.S.C. § 411 they are supposed to be redeemable in lawful money at any Federal Reserve Bank or at the US Treasury, but that is a fraud perpetrated by these DC District of Criminals crooks because I tried to get them redeemed and they laughed at Me as found in the Affidavit of Criminal Complaint04/14/07 which is recorded with the

PINAL COUNTY RECORDER at FEE NUMBER 2007-059087, all of which is incorporated herein by reference in their entirety.

396.  Further to the aforementioned paragraph nobody can be charged with counterfeiting currency as the currency is debt instrument and not real money.

397.  Thomas S. Monson and his Company regularly hold a church court for those members who don't live up to certain standards of conduct, which is probably a good idea, and it is the reason I appealed to him, but he has refused to do anything, so obviously he and his company view thieves as honorable as long as they pay their tithing regularly. You can "live it up" during the week, and repent on Sunday. This is consistent with the philosophy that POPE INC., has fostered, therefore, it is obvious who Thomas S. Monson's true master is, and it is not  Yahuah or Yahushua ha Natsari (sometimes referred to as "Jesus Christ"). Thomas S. Monson knew, knows or ought to have known the Courts have ruled if he doesn't enforce his rules and regulations equally on the members, he cannot enforce them at all. If he lets these thieves go, then all thieves have to be let go. Thomas S. Monson and his Company claim to have certain standards of conduct, like "dealing honestly with your fellow men", and "being honest in all your business dealings". These are examples of questions they ask those who wish to obtain a temple recommend. Obviously some temple recommend holders can be thieves and by logical deduction Thomas S. Monson tacitly admits to being a thief and lower than a BAR member as the BAR member is secular and Thomas S. Monson holds out the impression he stands by Scripture, therefore, he is a hypocrite.

398.  I have sent numerous letters previously to Gordon B. Hinkley, the predecessor to Thomas S. Monson, some from Captain Moroni, (because of their policy that all letters that are sent to the Company head office, are forwarded to the local Stake President) and some from myself bringing up many of these allegations, but I didn't send them by Registered Mail, for proof of service, because I assumed that as a so-called Christian leader he would do the right thing. I have even misplaced

some of the copies of the letters that I sent, but I remember sending him a letter telling how he could use a Common Law structure, like a trust, to set up his Company, but he chose to continue with his Corporation. Why would anyone want to use Common Law to set up a structure? Common Law is Yahuah's Law, and Thomas S. Monson and his cheer leaders in the Quorum of the Twelve Apostles obviously don't want to have anything to do with Yahuah's Law, other than to give the appearance of following Yahuah's Law, to gain more power over a bunch of sheeple who don't have a clue about how Yahuah's Law works. Under the Law, when something appears like something else, it is called "colorable", so Thomas S. Monson is a willing participant in the whole colorable system. He is obviously more interested in helping out POPE INC. and its commercial enterprise of "religion", than doing the right thing.

"Color" means **"An appearance, semblance, or simulacrum, as distinguished from that which is real. A prima facia or apparent right. Hence, a deceptive appearance, a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. See also colorable."**
Black's Law Dictionary, 5th Edition, on page 240.

"Colorable" means **"That which is in appearance only, and not in reality, what it purports to be, hence counterfeit feigned, having the appearance of truth."** Windle v. Flinn, 196 Or. 654, 251 P.2d 136, 146.

***"Color of Law"* means** *"The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state is action taken under 'color of law.'"* Atkins v. Lanning. D.C.Okl., 415 F. Supp. 186, 188.

399.    Now I am sending my communications to his cheerleaders in the Quorum of the Twelve Apostles, because the communications to his predecessor Gordon B. Hinkley were falling on deaf ears. Thomas S. Monson is giving aid and comfort to the enemy in their furtherance of colorable money, to get colorable title to everything, all regulated under colorable laws, passed by colorable governments, and colorable justice, from colorable courts. The Scriptures tell us that if it is not Yahuah's Law, then the law can belong to only one other entity, Lucifer, therefore,

Thomas S. Monson's true master is not Yahuah, it is Lucifer, and Lucifer's servant, POPE INC. His one true "religion" is found in "*Zoroaster*"

400.   Thomas S. Monson knows that Yahuah went to a great deal of trouble to establish the US Constitution by the hands of wise Men, and He redeemed the land by the shedding of blood;

   *"According to the laws and constitution of the people, which I have suffered to be established…..And for this purpose have I established the Constitution of this land, by the hands of wise men whom I raised up unto this very purpose, and redeemed the land by the shedding of blood"*   D&C 101:77, 80

   *"Therefore, I, the Lord, justify you, and your brethren of my church, in befriending that law which is the constitutional law of the land."*   D&C 98:6

and the law of the land is Common Law,

   *"No member of this State shall be disenfranchised, or deprived of any of his rights or privileges secured to any citizen thereof, unless by the law of the land or the judgment of his peers." Const., Art. 7 sec. 1. the words "by the law of the land," as here used, do not mean a statute passed for the purpose of working the wrong. that construction would render the restriction absolutely nugatory, and turn this part of the Constitution into mere nonsense………The section was taken with some modifications from a part of the 29th chapter of the Magna Charta, which provided, that no freeman should be taken, or imprisoned, or be disseised of his freehold, etc., but by the lawful judgment of his peers, or by the law of the land. Ld. Code in his commentary upon this statute says, that these words, "by the law of the land," mean "by the due course and process of law;" which he afterwards explains to be; "by indictment or presentment of good and lawful men, where such deeds be done in due manner, or by writ original of the common law." 2 Inst., 45,50"*   Taylor v Porter, NY Sup. Ct., 4 Hill 773

but Thomas S. Monson would rather get into contracts which circumvent Yahuah's Law of the land and exchange it for private international law (Admiralty Maritime Law), which originated with POPE INC. to help out POPE INC. in their world conquest agenda.

401.   Because the Company is a corporation organized under the laws of the United States of America4, Corp., which is bankrupt, then the Company is also bankrupt, and proof of that fact is they do not have any lawful money, and any so-called

money they do have is colorable money called Federal Reserve Notes, and electronic book entries pursuant to Federal Reserve Rules and Regulations, held in instrumentalities of Congress called banks. The reason it is called number 4, is because the other 3 were liquidated in bankruptcy, and now we are on number 4. When any corporation goes into bankruptcy the stock becomes worthless and the creditors become the new owners and stockholders when it emerges from bankruptcy. Under international law bankruptcy lasts for 50 years, which is found in Scripture, because every 50 years there is a jubilee year, where all debts are discharged. Pursuant to 12 USC § 411 Federal Reserve Notes are nothing more than evidence of the debt of the United States of America4, corp. Therefore, they are using a private money system which is owned and operated by POPE INC., who their true master is. The late Bruce R. McConkie, who was in the Quorum of the Twelve Apostles wrote a book called *Mormon Doctrine*. Further evidence of where their true allegiance lies is in the fact that in the first edition of the late Bruce R. McConkie's book *Mormon Doctrine* he said the Roman Catholic Church was "the Great and Abominable Church of the Devil" as mentioned in the Book of Mormon, and the so-called self appointed prophets at the time, made him remove that statement.

402.   Thomas S. Monson and his Company have directly or indirectly surrounded themselves with foreign agents of the Crown from the inner city of Londinium, which is further proof they are agents of the Vatican owned and operated international criminal corporation called UNITED STATES OF AMERICA.

403.   I had been unwittingly duped into believing Thomas S. Monson and His Company were involved in the saving of souls and worshiping of Yahuah and have since learned he is really engaged in commercial activity and his Company, in reality, belongs to POPE INC. via the state. Believing Thomas S. Monson and his Company was anything but a corporation, or tool of the fallen angels, I contributed many thousands of dollars, in the belief those funds were going to other than corporate needs and agendas or to assist the anti-Messiah POPE INC.

404.   Thomas S. Monson has been shielding the People from the fact there is no division of Church and State as the Church must ask permission from *Caesar*, sometimes referred to a "government", in order to preach the Word of the Creator Yahuah. The mere fact the Company asks the state permission to exist is irrefutable proof of a conspiracy to enslave the people through the bondage of fake money.

405.   Not only should the Company be forcing the division of church and state but a division of state and schools as well.

406.   Further evidence of this, is that he has a 501(c)3 tax exempt status. He knew, knows or ought to have known all churches are automatically tax exempt, because I sent him a letter explaining this to him with a reference to an IRS Publication 557, but he knowingly, willingly and intentionally applied for this tax exempt status, and maintains it, which converts his Company into a "tax exempt organization", therefore it is not really a church, but a "tax exempt organization", and an *ex officio* agent of the POPE INC., owned and operated UNITED STATES OF AMERICA4, CORP. If it was a church it would be tax exempt anyway and he would not have been required to apply for such a status. Because he has a "tax exempt organization", he now falls under certain rules with the IRS where neither he, nor any other Company official can complain, object, or criticize anything the government does, or the government will seize the Company. Therefore, he has voluntarily entered into a contract indirectly with POPE INC., to trumpet the party line. In furtherance of this fact he encourages all Male members of his Company to joint the military, when he knew, knows or ought to have known only US citizens are required to join, and US citizens are defined on the Selective Service Form as residents of the District of Columbia, Guam, American Samoa, the Virgin Islands. He knew, knows or ought to have known it says nothing about citizens of Arizona, or Texas, or Utah, but he is deceiving millions of people into aiding and abetting POPE INC's enterprise of murder and destruction through fabricated wars and

admiralty maritime law (martial law), to help build up POPE INC's power and gold supply.

**Schedule "L" a true copy of IRS Publication 557 Page 25.**

407.   Thomas S. Monson must serve his master Lucifer, through its tool Congress, in order to send as many private Men and Women into wars perpetrated upon the need to generate money, through acquiring more land and natural resources in the "rape, loot and pillage" of private Sovereign lands not unlike the Imperial Parliament's colonial expansion and taking on a new title for this "strategy" by calling it "manifest destiny".

408.   Thomas S. Monson knew, knows or ought to have known the church ought to be the institution which caters to the needy, through tithes. He also knew, knows or ought to have known the so-called "income tax" acts of CANADA, LTD., and THE UNITED STATES OF AMERICA4, CORP., is unlawful to most, if not all of his members but plays the game of issuing tax receipts rather than preaching the invalidity of the so-called tax laws to "his" flock, or the nature of the so-called contracts that are being imposed.

409.   Thomas S. Monson knows POPE INC., is playing the same game that has been played for literally thousands of years. They create a second class of citizens which is a slave, and use it to enslave everybody. The children of Israel were slaves in the land of Egypt, because they were "strangers".

 *"...whether he be a stranger, or born in the land"*  Exodus 12:19

*"Also thou shalt not oppress a stranger......seeing ye were strangers in the land of Egypt."* Exodus 23:9

*"...ye shall have one ordinance, both for the stranger, and for him that was born in the land."* Numbers 9:14

Thomas S. Monson knows that there are two classes of citizens, strangers, and those born in the land, which is the same today, except they call them citizens and aliens, or "persons" who are;

*"...foreigners, not citizens...."*

United States v Otherson, 480 F. Supp. 1369 (1979) at pg 1373.

and Thomas S. Monson knows that this is all brought about by colorable laws, passed by Legislators who perjure their Oaths, which don't really apply to anybody, but when the bureaucrat comes around and falsely accuses you of being a "person", by representing you and making legal determinations for you without any authority whatsoever, and if you are uninformed and don't know who you really are, and don't respond in exactly the correct way as required by these Law Merchant thieves, you are deemed by some crooks on the bench to have agreed to some contract. Thomas S. Monson, and his cheerleaders are the guys who are supposed to be teaching People who they really are but he and his cheerleaders are nothing but charlatans and are too busy helping out the POPE INC owned and operated CANADA LTD., and UNITED STATES OF AMERICA4, CORP., criminal corporations.

410.   Furthermore, Thomas S. Monson is yoking the People to *Caesar* by giving the birth, death and marriage rolls to the State and issuing receipts for tax purposes from tithes received from the People for a federal tax scheme which doesn't apply to the People. He is also requiring marriage licenses when he knew, knows or ought to have known a marriage license was only required for an interracial marriage. He also knew, knows or ought to have known a marriage license is a colorable contract which turns the issue from the marriage (Children) into the property of the state under the doctrine of *parens patrae*. The same thing with divorces. He knew, knows or ought to have known Scripture says

*"…..let him give her a writing of divorcement:"* Matthew 5:31, 3 Ne 12:31

*"…and given her a bill of divorce…"* Jeremiah 3:8

106

but his Bishops tell members to go to the government, because then the attorney and the Courts get the Children's inheritance under the guise of legal and court fees. He knew, knows or ought to have known you have to give the Court jurisdiction to get a divorce, and by giving the Court jurisdiction, you are asking for a privilege, and it is another contract by which you give up your Sovereignty, and become a serf, all of which helps out POPE INC. immensely in his quest for world domination and conquest for his "one world united".

411.   Thomas S. Monson also participates and encourages the "census" or head count in order for POPE INC. to determine how many souls are alive and what their portion of the orchestrated debt is or ought to be.

412.   Thomas S. Monson and his cheerleaders are legends in their own minds and call themselves prophets, and are really engaged in profit at the expense of the flock, but they knew, know or ought to have known they have not made any prophecies for decades, except for no brainers like; "the sun will come up tomorrow", or "if you sin you are going to get into troubled". They know Yahuah doesn't recognize them because Yahuah is no respecter of persons, and they are all persons. Persons are fictitious entities that were created by criminal lawyers / barristers / solicitors / attorneys / counsel / spawn of Satan so they could get money, power, and control over the People.

Thomas S. Monson knew, knows or ought to have known a "person" is:
 **"*a variety of entities other than human beings.*"** Church of Scientology v U.S. Department of Justice, 612 F2d 417 (1979) at pg 418

 **"*...foreigners, not citizens....*"**
                    United States v Otherson, 480 F. Supp. 1369 (1979) at pg 1373.

 **the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies...**
                    Title 1 U.S.C. Chapter 1 – Rules of Construction, Section 1

413.   Thomas S. Monson knew, knows or ought to have known, at Common Law, a proper name is **NEVER** spelled in all block capital letters. Thomas S. Monson

107

knew, knows or ought to have known that he has criminally converted the names of My Children, who are minors in his corporate records, so Yahuah won't recognize them either, thereby causing them injury and harm. "*Who are you, I don't recognize you!*" Even his name is all block capital letters in his corporate records, therefore he has created a 15 USC § 44 unincorporated corporation.

414.  Thomas S. Monson coerces Social Security Numbers out of People in their employment applications. He knew, knows or ought to have known it is a felony to compel the disclosure of a Social Security Number pursuant to 42 USC § 408, but he wants to help out POPE INC., and the Templars of the Crown Temple of Londinium, because the Social Security scheme is owned and operated by the Liar, Queen of Judah, and it all goes back to POPE INC. Thomas S. Monson knows it and wants to help out POPE INC., with his satanic agenda of world domination for the purpose of complete world destruction.

415.  It is uncertain which Creator Thomas S. Monson and his firm are devoted to but, due to his position of authority and education background he knew, knows or ought to have known the Creator of Scripture has a Name and His Name is "Yahuah" and we are commanded to use His Name.

416.  Furthermore, Thomas S. Monson knew, knows or ought to have known we are to work by the sweat of our brow for six days and rest on the seventh and he further knows to pretend to worship Yahuah on Amen Ra's day, "sun"day, is derived from the POPE INC. calendar and not the true Scriptural clock. He knew, knows or ought to have known there are exactly seven days from a new moon to the first quarter, seven days from the first quarter to the full moon, seven days from the full moon to the last quarter then seven more days to the new moon from the last quarter. He further knew, knows or ought to have known there are one, two sometimes three new moons in a row which resets the lunar calendar thereby setting apart the Tribes of Y'Isra'El from the Jews, Canaanites, and other anti-Yahuah Tribes of the world.

417.   I sent to Gordon B. Hinkley, the predecessor to Thomas S. Monson a copy of the Affidavit of Criminal Complaint 12/14/06 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-165818, together with a Non-Negotiable Notice and Demand 111206, and then subsequently a Non-Negotiable Notice and Demand 120806, both of which are attached to the Affidavit of Criminal Complaint 051407 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-059085, all of which is incorporated herein by reference in its entirety, and all of which is now "public policy" and the un-rebutted truth.

**Schedule "M" A true copy of the Affidavit of Criminal Complaint 051407, which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-059085.**

418.   Admiralty Maritime Law, or canon law, (and he is using us as "canon fodder") (private international law) is ecclesiastical law, which originated in Rome of which POPE INC. is portrayed as being the owner and operator POPE INC. I have seen Israeli court cases that talked about it going back to the Babylonian Empire. Admiralty Maritime Law is the great whore that is mentioned in Revelations Chapter 17:1-2;

*"...the great whore that sits upon many waters. With whom the kings of the earth have committed fornication....",*

and in verse 9 it says;
*"The seven heads are seven mountains, on which the woman sitteth"*

and in verse 18 it says;
*"And the woman which thou sawest is that great city which reigneth over the kings of the earth."*

and the courts have ruled that admiralty maritime law is ecclesiastical law, which originated in Rome, which sits on seven hills, and it is this same law merchant that the Roman Catholic church used to murder millions of Moorish People (Spanish) Inquisition and other slaughters, from its inception. It is the same law which is involved in this case. It is the same law which is used to steal the property and

birthrights of millions of people every day in corporate commercial Courts around the world.

419. In the Book of Mormon it says;

*"22. And whatsoever nation shall uphold such secret combinations, to get power and gain, until they shall spread over the nation, behold, they shall be destroyed; for the Lord will not suffer that the blood of His Saints, which shall be shed by them, shall always cry unto Him from the ground for vengeance upon them and yet he avenge them not. 23. Wherefore, O ye Gentiles, [us] it is wisdom in God that these things should be shown unto you, that thereby ye may repent of your sins, and suffer not that these murderous combinations shall get above you, which are built up to get power and gain, and the work, yea, even the work of destruction come upon you, yea even the sword of the justice of the Eternal God shall come upon you to your overthrow and destruction if you shall suffer these things to be. 24. Wherefore the Lord commandeth you, when ye shall see these things come among you that ye shall awake to a sense of your awful situation, because of this secret combination which shall be among you; or wo be unto it, because of the blood of them who have been slain, for they cry from the dust for vengeance upon it, and also upon those who build it up."* Ether 8 22-24

Thomas S. Monson knew, knows or ought to have known these secret combinations are here today, because he and his cheer leaders in their General Conference have said they are. The founder of the church, Joseph Smith, knew that there would be secret combinations and he talked about it on numerous occasions including in D&C 89:4 it says;

*"Behold, verily, thus saith the Lord unto you; In consequence of evils and designs which do and will exist in the hearts of conspiring men….."*

They know that the term "conspiring men" is just another name for a secret combination. They also know that a Board of Directors of a corporation, and that all of the minutes of any meeting of any Board of Directors in the country is considered private information, and proprietary information. That is the definition of a secret combination, and Thomas S. Monson knew, knows or ought to have known the Company is one of them. Do they make their deliberations public? No they do not. They know they are as much a secret combination as the rest of them. They are built up for power and gain, like Moroni says in the citation above. They

know that because they are organized under the laws of the corporation THE UNITED STATES OF AMERICA4, CORP., they are in fact a sub-corporation, and because THE UNITED STATES OF AMERICA4, CORP., is bankrupt, and it is owned by its previous creditors who are all international bankers, who operate exclusively in private international law (Admiralty Maritime Law), which is the law of the sea, which is also the law of international commerce, which is why it is the **Great Whore** that rises up out of the sea talked about in the Book of Revelations. They also knew, know or ought to have known the courts have ruled that Admiralty Maritime Law is also ecclesiastical law which is from the inner city of London, and goes back to the holy Roman Empire, and the Vatican. That is where their true allegiance lies. They are not Christian because the Vatican is not Christian, rather, it is commercial. In fact, it could be said the Vatican is anti-Christian, or anti-Yahuah. How many millions of real Christians did they murder in the first ten centuries of Christianity, because they didn't trumpet the party line? The Naghamadi collection of books is proof of that. They destroyed whole cities and murdered the inhabitants. Who knows how many, but it was untold millions. This is well established in history. The Vatican is interested ONLY in power and gain to have the world submit to it, and that is all. It was built up by Lucifer, and everything they do contains so many satanic symbols, it is sickening. The Book of Mormon gives a very good description of the Vatican, and their agenda. Thomas S. Monson and his cheerleaders are supposed to be following, and living by The Book of Mormon, but they would rather give aid to and provide comfort to POPE INC. and Vatican. They are all hypocrites, and we all know what Yahushua had to say about hypocrites. The Oaths of Office that officials in the United States of America have to affirm is specially crafted because of their hired thugs, the Jesuits. Somehow these lying thieving criminals called the Jesuits rationalized that they could take an Oath and at the same time hold a mental reservation. Therefore all Oaths administered in the America say, "I take this Oath freely and with no mental reservations", or some such similar language.

111

420. Then I sent each of Gordon B. Hinkley's cheerleaders in the Quorum of the Twelve Apostles a Non-Negotiable Notice and Demand 060107 by Registered Mail to see if they were all in on this, or if Gordon B. Hinkley was operating on his own. They were all knowing, willing, intentional participants, because the VILLAGE OF GLENWOOD thieves continued with their theft agenda.

421. Having found no relief with the local government or so-called Scriptural avenues therefore I petitioned Ron Stevens by questioning Him about His subordinate's authority to petition Me for taxes and received no reply from Him. I served Ron Stevens a Non-Negotiable Notice and Demand 120806, by registered mail RA 303 183 558 US a true copy of which together with proof of service, are attached to My Affidavit of Criminal Complaint 05/14/07 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-059085, all of which is incorporated herein by reference in their entirety.

422. Because Common Law is the law of the land, it is the responsibility of military officers like the Attorney holding rank of General, to uphold Common Law as the Law of the land. Therefore, since they operate exclusively in law merchant, it is also their responsibility to ensure that all law merchant contracts are knowingly, willingly, and intentionally entered into and not in violation of the prohibited act of fraud.

**Schedule "N" Letter to Thomas Matkin.**

423. Having found no relief with the aforementioned private men carrying on business as provincial corporate employees and alleged agents of Yahuah I petitioned the Liar's alleged provincial representative, Norman L. Kwong. I sent Norman L. Kwong an Alberta Lieutenant Governor Notice and Demand 120806, by registered mail RA 303 183 513 US a true copy of which together with proof of service, are attached to Affidavit of Criminal Complaint 05/14/07 which is recorded with the

PINAL COUNTY RECORDER at FEE NUMBER 2007-059085, all of which is incorporated herein by reference in their entirety.

424.   I brought all facts and documents to the attention of Norman L. Kwong and He also ignored them. I had been led to believe Norman L. Kwong had a fiduciary responsibility to Me as a member of the Sovereignty to address the issues raised to Him and to protect the so-called Name, Reputation and Dignity of the Liar. He was thought to be encumbered with the onerous task of protecting Autochthonous Territory and resources as pledged in the *Royal Proclamation 1763* but in reality the *Hudson's Bay Company* still carries the burden. Norman L. Kwong is engaged in fraud in His attempt to divert attention away from the *Hudson's Bay Company.*

425.   Because Common Law is the law of the land, it is the responsibility of military officers like the Governor holding rank of General, to uphold Common Law as the law of the land. Therefore, since they operate exclusively in law merchant, it is also their responsibility to ensure that all law merchant contracts are knowingly, willingly, and intentionally entered into. Either way, they have an onerous duty, obligation and responsibility to Me at Common Law or law merchant.

426.   Norman L. Kwong ignored My situation as he has to in order to maintain the fraudulent debts for his masters, the Fleet Street money cartel. Norman L. Kwong is engaged in treason, criminal trespass, fraud, constructive genocide and is a traitor.

427.   Having attained no success at the local, Scriptural and legal levels I also petitioned ALBERTA INC. Minister for Service, Lloyd Snelgrove, seeking His intervention into this matter. Lloyd Snelgrove ignored My petition which I sent to him by registered mail.

**Schedule "O" Minister for Service Lloyd Snelgrove NOTICE and DEMAND 061907 with proof of service.**

428.   I had made Lloyd Snelgrove personally aware I was a Sovereign therefore the so-called law in question allegedly causing Me to pay a tax on the property in question didn't apply to Me. I sent Lloyd Snelgrove a certified copy of ALBERTA INC. Minister for Service Lloyd Snelgrove NOTICE and DEMAND 061907 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-073074 by registered mail RA 351 948 035 US, a true copy of which together with proof of service, are attached hereto, and incorporated herein by reference in their entirety.

429.   Because Common Law is the law of the land, it is the responsibility of military officers like the Minister for Service, uphold Common Law as the law of the land. Therefore, since they operate exclusively in law merchant, it is also their responsibility to ensure that all law merchant contracts are knowingly, willingly, and intentionally entered into.

430.   Having attained no success at the local, Scriptural and legal levels I also petitioned Ed Stelmach seeking His intervention into this matter. Ed Stelmach ignored My petition which I sent to Him by registered mail.
**Schedule "P" Alberta Premier NOTICE and DEMAND 061907 with proof of service.**

431.   I had made Ed Stelmach personally aware I was a Sovereign therefore the so-called law in question allegedly causing Me to pay a tax on the property in question didn't apply to Me. I served Ed Stelmach a certified copy of Alberta Premier Ed Stelmach NOTICE and DEMAND 061907 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-073073 by registered mail RA 351 948 018 US, a true copy of which together with proof of service, are attached hereto, and incorporated herein by reference in their entirety.

432.   Because Common Law is the law of the land, it is the responsibility of military officers like the Premier, to uphold Common Law as the law of the land. Therefore, since they operate exclusively in military law, which is martial law, which is

114

admiralty maritime law, which is private international law, which is law merchant, it is also their responsibility to ensure that all law merchant contracts are knowingly, willingly, and intentionally entered into.

433.   Having found no relief with the private Men in the alleged employ of the Liar, I petitioned the Liar by registered mail and sent to Her copies of the same documents. I served the Liar a certified copy of a Queen Elizabeth II NOTICE and DEMAND 061907 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-073072 by registered mail RA 351 948 021 US, a true copy of which together with proof of service, are attached hereto, and incorporated herein by reference in their entirety.

   **Schedule "Q" A true copy of the Queen Elizabeth II NOTICE AND DEMAND 061907.**

434.   Having conducted further research I have subsequently found Elizabeth and all so-called monarchs owe fealty to POPE INC. through a "deal" King John I struck with POPE INNOCENT III INC. in 1213. With this PAPAL "deal" the Monarch became the figure head, or front, for POPE INC. and all "royal" belongings are transferred over to the Vatican. Through the *Civil List* this was again transferred to the *Imperial Parliament* who are indirectly binding the Liar to POPE INC.

435.   I have also found William and Mary entered into ***THE CIVIL LIST CAME IN circa 1660**** the "*Civil List*" wherein the so-called monarchs transfer all their wealth, entitlements and inheritances, over to the treasury of the Imperial Parliament in exchange for a pension as found in the Liar's 2 Kings 25 v. 21-28. Elizabeth is not an emissary of the Creator Yahuah, rather, while some allege she is of the Tribe of Judah She is of Edom-Canaan, who are the Jews, and Edom is to serve Judah and Y'Isra'El.

436.   The Liar chose not to reply to My letter as she is a liar and fraud, deceiving billions of People into believing she is something or someone other than a vassal slave first

115

to POPE INC. of Vatican at the same time to Fleet Street by way of the Imperial Parliament.

437. The Liar could not reply to My letter because the Imperial Parliament is engaged in the genocide of the Autochthonous of the Americas, and all other Colonies, and She has given the Imperial Parliament *carte blanc* to meet that end.

438. The Liar refused to reply to My letter as one of her obligations is to ensure, to the best of her ability, Nobody escapes the snare of usury and she is forcing Me to commit constructive genocide upon the Autochthonous in her failure to uphold her pledges of the *Royal Proclamation 1763* employing the doctrine of "*casus omissus*" to meet that end.

439. The Liar knew, knows or ought to have known usury is against the Law as found in Her Scripture, the King James Version. She also claims to be some sort of "defender of the faith" but this phrase does not appear to apply to any but the lawyers. The so-called "*Coronation Oath*" is not the true oath as one word "do" was omitted and she did not take Her oath on the Stone of Scone but on a look alike stone. Furthermore, the Liar subscribed to the *Civil List* before taking Her so-called oath thereby rendering Her a liar upon giving the impression of taking the oath.

440. Further proof of her criminal activities can be found when the Liar again tricked billions of People into believing She had the authority to abrogate Her duties, obligations and responsibilities under the *Royal Proclamation 1763,* over to the "Canadians" in 1982. The intent of Elizabeth in signing the "Canadian's" *Charter of Rights and Freedoms 1982*, while trespassing on Turtle Island, was to;

    a.    Statutize the *Royal Proclamation 1763* in order to amend then repeal Her pledge.

    b.    To keep the population busy while She murders off the remaining Autochthonous by dividing the Population on gender lines under s. 15(2) of

116

Her *Charter* and known as Her "affirmative action program" in violation of the "notwithstanding clause", s. 28.

c.     To provide an override, section 33 the "override clause", mechanism which operates to remove all rights and freedoms Yahuah gave to Us and the override could carry on indefinitely, renewable every 5 years.

441.    The Liar knew, knows or ought to have known the *Charter*, s. s. 2, 7-15 is, for all intents and purposes, the *Canadian's Canadian Bill of Rights 1960* which is proof of the aforementioned paragraph.

442.    The Liar is a remnant of the Cain-Hittite-Edomite lineage and Her "Creator" is not the Creator of; Abraham, Isaac and Jacob, and known in the Hebrew Scripture as "Yahuah", but of the serpent seed. The Liar is a blood thirsty and hides behind pretended ignorance in an attempt to absolve her from any "earthly" prosecution.

443.    Because Common Law is the law of the land, it is the responsibility of military officers like the Liar, to uphold Common Law as the law of the land. Therefore, since they operate exclusively in law merchant, it is also their responsibility to ensure that all law merchant contracts are knowingly, willingly, and intentionally entered into.

444.    While Nero was purported to fiddle while Rome burned Elizabeth is running a dog and pony show with her corgi's and horses while the *Imperial Parliament* carries on with the genocide of hundreds of millions and all because of commerce and commerce based on financial fraud for Her master, Lucifer, through POPE INC.

445.    In the event there was any confusion as to jurisdiction within Autochthonous Territory I wrote to Jerry Zucker, Governor of the *Hudson's Bay Company*, seeking proof of the Autochthonous and the *Hudson's Bay Company* entering into any agreements between itself and the Autochthonous releasing the *Hudson's Bay Company* of its duties, obligations and responsibilities to the Autochthonous and

have received no proof any such releases were entered into. Jerry Zucker did not reply to My letter.

**Schedule "R" A true copy of the Letter sent to Jerry Zucker.**

446.   The *Hudson's Bay Company*, for all intents and purposes, is still the governing structure within the Autochthonous Territory and within the limits of where My property is situated.

447.   Because Common Law is the law of the land, it is the responsibility of military officers like the Governor of the Hudson's Bay Company to uphold Common Law as the law of the land. Therefore, since they operate exclusively in law merchant, it is also their responsibility to ensure that all law merchant contracts are knowingly, willingly, and intentionally entered into.

448.   Jerry Zucker is, in fact, a front man for the *Imperial Parliament*.

449.   Insofar as the Dominion of Canada is concerned it is a historical fact Victoria Saxe-Coburg-Gotha did not, and could not, authorize a "Confederacy" or a "Constitution", a constitution and confederation in the popular sense as opposed to a "constitutum", rather, she authorized a "Consolidation" of Provincial debts.

**Schedule "S" Victoria Saxe-Coburg-Gotha's message for the 1867 session of the *Imperial Parliament.***

450.   The authorization by Victoria to consolidate the Provincial debts was not an authorization for the Imperial Parliament to invent a Nation or to merge the *Autochthonous (Indian) Fund* with the *Consolidated Revenue Fund* as a money laundering scheme intended to fleece the Autochthonous out of Their royalties to help pay off the fabricated debts the Imperial Parliament created at the instance of the Fleet Street banking cartel and to use the merged fund as surety for the Fleet Street and Imperial Parliament created artificial debt.

451.   Due to the frauds and genocides of the Imperial Parliament one of it's statutory creations was the "federal" governing structure in Ottawa which in turn created the corporate fiction known as ALBERTA INC., within the limits of Autochthonous Territory, and without consent of the Autochthonous as proven in the lack of any amendments to the *Royal Proclamation 1763* since George made the announcement in 1763.

452.   All private men and women who must respond to this action are directly or indirectly engaged in genocide and fraud and are attempting to use extortion and fraud, using a disguise in the commission of an indictable offense, and other illegitimate means, to induce Me into their frauds and genocide and I refuse to submit to their evil agendas and they, and the courts, cannot force Me to act as a co-conspirator to genocide or to be a party to any offense covered in the *Criminal's Code of Canada*.

453.   Further to My aforementioned paragraph, since the land in question is still Autochthonous Territory, all private men and women who must make full answer and defense to this, My Petition against them, are not only trespassing within the Autochthonous Lands but they all knew, know or ought to have known they are engaged in fraud, in their attempts to pass on their debts, as inherited constitutors, to Me, but, they are also engaged in genocide in their flagrant denial of Autochthonous Land and are attempting to make Me complicit in their scheme of genocide. In carrying on with such fraudulent activities and to so do under oath to the Liar all Defendants knew, know or ought to have known they were engaged in **SEDITION** and are **TRAITORS**.

454.   All private men and women who must make full answer to this, My action against them, knew, knows or ought to have known to wear a disguise in the commission of an indictable offense would add to the charges of robbery, for example, and they know, know or ought to have known to disguise Me, through the incorporation of

119

My Name, in order to commit fraud upon Me, is no different than wearing a disguise in the commission of an indictable offense.

455.   All private men and women, who must make full answer and defense to this, My action against them, knew, know or ought to have known even if they had authority over the land in question they could not apply any tax to Me or levy a tax upon the land in question unless and until such time as the Autochthonous enter into Treaty with the Liar and as it currently stands the *Hudson's Bay Company* has the exclusive authority over commercial activity and "persons" within the area in question. I am not now nor ever was a "person". The *Royal Proclamation 1763* provides limits on "persons" only.

456.   Because this is not the first time that Criminals have tried to extort money from Me, I have copyrighted their strawman/vessel's name.

457.   Brad Salmon, the Village of Glenwood, Manager sent Me a so-called tax notice claiming that I owe them something, in which they criminally converted My name and address as a mechanism to justify the theft of My property not unlike wearing a mask in the commission of an indictable offense.

458.   I sent them, first an Invoice (which is attached to the Affidavit of Criminal Complaint 12/14/06 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-165818, which is incorporated herein by reference in its entirety), for copyright violations, and told them if it was a mistake, I would forgive them one time only, otherwise, it and any additional damages would accrue as separate enforceable claims.

459.   They have been warned, given an opportunity to adjust their records and they chose to continue on with their criminal activities against Me.

120