460.   The thieves plying their trade with their fictitious Village of Glenwood then sent another so-called tax notice, and I sent them and Gordon B Hinkley, an Affidavit of Criminal Complaint 12/14/06 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-165818, which is incorporated herein by reference in its entirety.

461.   Now these thieves have stolen My private copyrighted property without the payment of their fees, which are now due and payable, and they now owe Me over four hundred million dollars in lawful money but I am willing to forgive them and opt for a small settlement if they will agree to never attempt to communicate with Me again in furtherance of their extortion racket and to remove My property from their ledgers, otherwise, I intend to seek every available remedy, jointly, severally, and personally.

462.   On the twenty-ninth day of May, in the PAPAL year , Two Thousand and Seven, I sent a Non-Negotiable Notice and Demand 050107, to Clarence Thomas by Registered Mail RA 351 942 267 US, to Samuel Alito by Registered Mail RA 351 942 307 US, to Ruth Bader Ginsburg by Registered Mail RA 351 942 298 US, to John Paul Stevens by Registered Mail RA 351 942 284 US, to Antonin Scalia by Registered Mail RA 351 942 253 US, to David H. Souter by Registered Mail RA 351 942 275 US, to Stephen G. Breyer by Registered Mail RA 351 942 315 US, to Anthony M. Kennedy by Registered Mail RA 351 942 240 US, to John R. Roberts, Jr. by Registered Mail RA 351 942 324 US, in which I had attached a true copy of the certified copy of the 1819 US Constitution with the real Article Thirteen in Amendment and they had the Clerk send it back to me with a letter, a true copy of all of which is attached to the Affidavit of Criminal Complaint 06/14/07 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-073069.

463.   The IRS thieves conspired with the US airways thieves to engage in the theft of My compensation in my recent case before the criminal Neil V. Wake. The criminal

Neil V. Wake dismissed the case with prejudice but it means absolutely nothing but is *brutum fulmen* because he has no authority whatsoever and he perjured his oath of Office by doing it.

464.   Neither Clarence Thomas, nor Samuel Alito, nor Ruth Bader Ginsburg, nor John Paul Stevens, nor Antonin Scalia, nor David H. Souter, nor Stephen G. Breyer, nor Anthony Kennedy, nor John R. Roberts, Jr., have any authority whatsoever. They are not even *de facto*, because in order to be de facto, they have to have had some authority at some point in time, and they know it. But neither of them have ever had any authority, but they are criminals aiding and abetting other criminals in operating their criminal racketeering enterprise called United States of America to plunder the planet for their personal profit and gain, and they know it.

465.   They are all multi-millionaires because they have been busy taking their royalties for all of the people they put in jail with the use of their admiralty maritime law a/k/a private international law, so they can help out their fleet street buddies and their handlers in the Vatican. Each of them have received a royalty for every conviction and the people (their victims) had no idea that they were completely biased, and they had every motivation to make sure they go to jail for a very long time, so they could make all sorts of money in the process.

466.   I filed a case last summer in the US Supreme Court and I attached an Affidavit in which I told them that they had no right to deny my case, and they had no right to charge Me any fees. Their hired thug in the Clerk's office sent me one of their questionnaires about income and expenses, a true copy of the Motion and my response to their questionnaire is attached hereto, and incorporated herein by reference in its entirety. This is proof of their TREASON, and SEDITION, and their intent to sell their so-called justice.

**Schedule "T" Motion to Proceed wthout the Prepayment of Fees and reply to questionnaire in US Supreme Court case number 07-5674.**

467. All of the above mentioned US Supreme Court crooks recently dismissed My case number 07-5674 based on an unsigned document sent by the US Solicitor General Paul D. Clement in which he supposedly waived of the right of the international criminal corporation United States of America to respond in the case. Since the document was unsigned, there was no document, and the criminal BAR members on the US Supreme Court prejudged the case and dismissed it without any authority whatsoever. Their ruling in this case is *brutum fulmen,* and means absolutely nothing. But they accepted the case, so it is still open.

This is proof that they are nothing but a gang of criminals. John R. Roberts, Jr., Antonin Scalia, Anthony Kennedy, Clarence Thomas, and Samuel Alito, are all members of the Roman Catholic (universal) Church (Kingdom), which is why they did it because they are following instructions from their Jesuit handlers in the Vatican.

468. I sent to Nancy Pelosi, Speaker, United States House of Representatives, a Non-Negotiable Notice and Demand 012508, which is signed and sealed in red ink, by Registered Mail RA 351 950 039 US a true copy of which is attached to the Affidavit of Criminal Complaint 2/14/08 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-026906, which is incorporated herein by reference in its entirety, in which I demanded that she protect my rights.

469. I sent to Harry Reid, Majority Leader, United States Senate, a Non-Negotiable Notice and Demand 012508, which is signed and sealed in red ink, by Registered Mail RA 351 950 042 US a true copy of which is attached to the Affidavit of Criminal Complaint 2/14/08 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-026906, which is incorporated herein by reference in its entirety, and incorporated herein by reference in its entirety, in which I demanded that he protect my rights.

470. I sent to every member of the US House of Representatives Ethics Committee a Non-Negotiable Notice and Demand 061007 by Registered Mail RA 351 942 704

US to Doc Hastings, RA 351 942 718 US to Gene Green, RA 351 942 721 US to J. Gresham Barrett, RA 351 942 735 US to Jo Bonner, RA 351 942 749 US to John Kline, RA 351 942 752 US to Lucille Roybal-Allard, RA 351 942 766 US to Michael McCaul, RA 351 942 770 US to Mike Doyle, RA 351 942 783 US to Stephanie Tubbs Jones, all of which are signed and sealed in red ink, true copies of all of which are attached to the Affidavit of Criminal Complaint 2/14/08 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-026906, which is incorporated herein by reference in its entirety. Because their fellow members in the Judicial Committee refused to do their duty and remove the BAR members from the judiciary and the Ethics Committee has refused to do anything about this either. Therefore, they are operating a conspiracy to commit TREASON and SEDITION and giving aid and comfort to the enemy in a time of war, and are in fact operating the greatest criminal racketeering enterprise in the history of the planet.

471.   I sent to every member of the US Senate Judicial Committee a Non-Negotiable Notice and Demand 092907, which is signed and sealed in red ink, to each member in one package by Registered Mail # RA 351 948 769 US, but with separate envelopes inside, a true copy of which is attached to the Affidavit of Criminal Complaint 2/14/08 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-026906 in which I pointed out that the current US Attorney General nominee Michael Mukasey was a BAR member and had therefore forfeited his US citizenship, was an foreign agent of the Crown, and was ineligible to hold any position of trust in the United States or the states, with a copy of the Affidavit of Criminal Complaint 06/14/07 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-073069, which is signed and sealed in red ink, all of which is incorporated herein by reference in their entirety. The lying thieving crooks in the US Senate Judicial Committee perjured their Oath anyway by completely by approving the appointment of the foreign TRAITOR Michael Mukasey, anyway, which means they are giving aid and comfort to the enemy in a

time of war, which is the prosecutable form of Treason provided for in the US Constitution.

472.   I sent to every member of the US Senate Ethics Committee a US Senate Ethics Committee NOTICE AND DEMAND 121007 in separate envelopes but by one Registered Mail number RA 351 949 883 US, together in a box, a true copy of the one I sent to Barbara Boxer, as well as the first page of the one I sent to each other member of the Ethics Committee together with proof of service is attached to the Affidavit of Criminal Complaint 2/14/08 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-026906 all of which is incorporated herein by reference in its entirety. I accepted their Oaths of Office and demanded that they remove the judicial committee members who were appointing BAR members to the judiciary and also demanded that they protect My rights. They are too busy perjuring their Oaths of Office, TREASON, SEDITION, and facilitating the murder of millions of unborn children, to do anything like protect somebody's rights, unless it will help them make some money in the process.

473.   Any US Senator or US Congressmen who is a lawyer / barrister / solicitor / attorney / counsel / spawn of Satan, or has ever been a lawyer / barrister / solicitor / attorney / counsel / spawn of Satan has forfeited their US citizenship and have no authority to hold the office they hold, but they still have an oath of office. All of them have perjured their Oath, are traitors and ought to be banished from the Americas and sent to Vatican to live out their miserable lives in exile.

474.   All of the allegations against the criminals in the United States House of Representatives judicial committee and the US Senate judicial committee, in the Affidavit of Criminal Complaint 06/14/07 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-073069 and in the Affidavit of Criminal Complaint 04/14/07 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-059087, which are signed and sealed in red ink, and are now the unrebutted truth. Each of the respondents have each been sent

copies of each document by first class mail and they have not rebutted anything in them.

475.   I sent to Nancy Pelosi, Speaker, United States House of Representatives, a Non-Negotiable Notice and Demand 012508, which is signed and sealed in red ink, by Registered Mail RA 351 950 039 US a true copy of which is attached hereto, and incorporated herein by reference in its entirety, in which I demanded that she protect my rights. Nancy Pelosi has done nothing about the criminals on the Judicial Committee, therefore, she has perjured her Oath of Office and is too busy giving aid and comfort to the enemy in a time of war. It is Nancy Pelosi and her lying thieving buddies in the US Congress that have given these Internal Revenue Service thieves permission to operate on the land of America. The Internal Revenue Service is an agency of the International Monetary Fund, therefore, they are foreign enemies operating on the land of North America, and all of this with the blessing of the thieves in Congress. Pursuant to Title 12 USC § 411 Federal Reserve Notes are evidence of the debt of the international criminal corporation United States of America which is confirmed by the Utah Supreme Court in their case Dayette v Turner, 439 P2d 266 at 269 in Judge A.H. Ellett's Expose entitled THE NON-RATIFICATION OF THE FOURTEENTH AMENDMENT in which he says that we are under martial law rule and have been since the 30's and possibly since the civil war. Furthermore he also says that the international criminal corporation United States of America is using Federal Reserve Notes to force loans on everybody. Therefore, first they force you to loan them money with their worthless commercial paper and then they steal back some of their worthless commercial paper and call it TAXES! They are nothing but perjurers, thieves, and murders, operating the biggest criminal racketeering enterprise the world has ever seen, and each of you US Senate and US House of Representatives respondents, are running the whole operation.

476.   I sent to Harry Reid, Majority Leader, United States Senate, a Non-Negotiable Notice and Demand 012508, which is signed and sealed in red ink, by Registered

Mail RA 351 950 042 US a true copy of which is attached hereto, and incorporated herein by reference in its entirety, in which I demanded that he protect my rights. Harry Reid has done nothing about the criminals on the Judicial Committee, therefore, he has perjured his Oath of Office and is too busy giving aid and comfort to the enemy in a time of war. It is Harry Reid and his lying thieving buddies in the US Congress that have given these Internal Revenue Service thieves permission to operate on the land of America. The Internal Revenue Service is an agency of the International Monetary Fund, therefore, they are foreign enemies operating on the land of North America, and all of this with the blessing of the thieves in Congress. Pursuant to Title 12 USC § 411 Federal Reserve Notes are evidence of the debt of the international criminal corporation United States of America which is confirmed by the Utah Supreme Court in their case Dayette v Turner, 439 P2d 266 at 269 in Judge A.H. Ellett's Expose entitled THE NON-RATIFICATION OF THE FOURTEENTH AMENDMENT in which he says that we are under martial law rule and have been since the 30's and possibly since the civil war. Furthermore he also says that the international criminal corporation United States of America is using Federal Reserve Notes to force loans on everybody. Therefore, first they force you to loan them money with their worthless commercial paper and then they steal back some of their worthless commercial paper and call it TAXES! They are nothing but perjurers, thieves, and murders, operating the biggest criminal racketeering enterprise the world has ever seen, and each of you US Senate and US House of Representatives respondents, are running the whole operation.

477.   Nancy Pelosi, Speaker of the US House of Representatives and Harry Reid, Majority Leader of the US Senate and their lying thieving buddies on the criminal racketeering enterprise called the US Congress knows that the IRS so-called tax on My compensation is a gift tax as proven by their own IRS Manual 6209 Section 4, page 4-1, 4-2, and Section 2, page 2-1, and 2-2, true copies of which are attached to the Affidavit of Criminal Complaint 2/14/08 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-026906, and incorporated herein by reference in their entirety. They know that it is a Class 5 Tax according to the

IRS' own documents and that a Class 5 Tax is an Estate or Gift Tax. They also know that there is no disclosure of this whatsoever on the IRS' fraudulent forms W-2 or W-4. Nancy Pelosi, Speaker of the US House of Representatives and Harry Reid, Majority Leader of the US Senate and their lying thieving buddies on the criminal racketeering enterprise called the US Congress also know that neither Me, not their fraudulently created strawman/vessel, GIFTED ANYTHING, IT WAS STOLEN, and they are using it an excuse to engage in the theft of My property so they can do their part to overthrow My government in favor of their New World Order which will be run by their bankster buddies, and the luciferian Vatican, so they can all get rich get rich by stealing everyone's Birthrights.

478.   If Lucifer is their "god" and "morning light" and Lucifer "owns" the planet and the People thereon, one has to question why the defendants are hard at work turning the People and the Land over to it (Lucifer).

479.   These criminals aren't restricted to the US Congress either. In the PAPAL year, Two Thousand and Two, hired thugs who work for the US Immigration and Naturalization Service forced My wife to live in exile in Canada for two years, because she didn't have a green card. Then the lying thieving BAR members in the Courts did everything they could to help cover it up when I filed suit in their corporate commercial Court. All of it is laid out in the Affidavit of Criminal Complaint 05/19/05 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-058905, and NOTICE AND DEMAND which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-030005, all of which are incorporated herein by reference in their entirety.

480.   These same thieves in the US Department of Homeland Security are trying to force everyone to get a US Passport and make all sorts of money for their bankster buddies in the process. I have sent a Secretary of Homeland Security Notice and Demand 051207 by Registered Mail RA 303 182 977 US, and a Secretary of Homeland Security Notice and Demand 012508 by Registered Mail RA 351 950

906 US, which is attached to the Affidavit of Criminal Complaint 2/14/08 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-026906, all of which are incorporated herein by reference in their entirety.

481.    Michael Chertoff knows that they are nothing but a bunch of criminals, which is why he has made provisions so his hired thugs can use a pseudonym, so they can hide behind the US Department of so-called Justice and their lying thieving murdering foreign agents of the Crown / lawyer / barrister / solicitor / attorney / counsel / spawn of Satan.

482.    Michael Chertoff is former US Judge, and also a lawyer / barrister / solicitor / attorney / counsel / spawn of Satan which means he knows exactly what he is doing. Therefore, since the war of Independence never did end, Michael Chertoff is giving aid and comfort to the enemy in a time of war, which is the prosecutable definition of TREASON found in the US Constitution. Furthermore, since the War of Independence never did end, because the War of 1812 was orchestrated to facilitate the disappearance of the real Article Thirteen in Amendment by the burning and looting of the Capitol and the National Archives, they are enemy agents operating on the land of America, and they are giving aid and comfort to the enemy in a time of war, and waging war against the united States, which is the prosecutable definition of TREASON as found in the US Constitution, Article III, Section 3.

483.    I sent to the tortfeasor George W. Bush, a Non-Negotiable Notice and Demand 012508 by Registered Mail RA 351 950 025 US, which is attached to the Affidavit of Criminal Complaint 2/14/08 together with proof of service, all of which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-026906, all of which is incorporated herein by reference. In there, I noticed George W. Bush that I was renouncing his enemy of the state/US citizen because he and his hired thugs kept trying to impose it upon Me.

484.    The tortfeasor Steve Fickles, is a criminal working for Michael Chertoff and is one of his hired thugs. One way or another, in this life, or the next, I am going to bring Steve Fickles a/k/a David Vincent to justice, as well as his boss, Patricia Schmidt a/k/a Eileen McFadyen, and their boss Michael Chertoff, who is busy protecting them, and providing them so-called immunity for their crimes. Together they have conspired, and they continue to conspire to deprive Me and all of the America people of their God given rights. Michael Chertoff has stationed his hired thugs at the borders and in foreign countries, to make them more effective at depriving the people of their right to travel. They know that every living soul who lives in America is a US National, and they also know that they have no authority whatsoever over a US National, but unless you say the words, they will go ahead and harass you, and demand to see if you have set up a 15 USC § 44 unincorporated corporation called a US Passport. They know that the US Passport is the US citizen, and that the living soul is the US National, but they want to help out their Vatican handlers, so they call everything a commercial transaction and perjure their Oath of Office in the process.

485.    These US Department of Homeland Security criminals have issued regulations demanding that all US citizens are required to get a US Passport, and these regulations are very carefully worded and say nothing about American nationals, but they have every intention to shove it down the throat of everybody, including American  nationals and citizens of the fifty states who are not US citizens. The proof of that is found in the Affidavit of Criminal Complaint 02/14/07 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-020389, a true copy of which is attached hereto, and incorporated herein by reference in its entirety, in which the US Airways thugs deprived Me and My children of the right to travel based on the US Department of Homeland Security demands. Michael Chertoff and his hired thugs know that there is no such things as a US citizen and these regulations are carefully crafted with the intent of shoving their US citizen down the throat of every state citizen. They know that a US citizen is created by

FRAUD by criminal BAR members in the courts, but they are too busy helping out their Vatican handlers to care about honoring their Oath of Office.

486.   These criminals in the US Department of so-called Justice under the criminal John Ashcroft and now under Michael Chertoff violated My rights and now owe Me seven hundred and twenty billion dollars in lawful money, for forcing My wife and our children to live in exile on the land of Alberta, and the land of British Columbia, for two years, which amounts to one billions dollars a day pursuant to the Abstract of Judgment, Declaration and Order which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-028178, all of which is incorporated herein by reference in its entirety, in which I notified all of the above mentioned criminals by *nihil dicit* judgments which are recorded with the Desert Springs township Recorder on June 23, 1994, and also the Washington County Recorder as recording number 00475055, in Book 0840, page 0503 through 0510. They know that I am an American National and because of that My wife and minor children are also American Nationals.

*"It is however, true that in all common-law countries it has always and consistently been held that the wife and minor children take the nationality of the husband and father. That is common-law doctrine."* In re Page 12 F(2d) 135

These criminals know that they violated My rights and the rights of My family but these criminals in the Office of the Governor and the Office of Attorney General in Arizona and Washington were so eager to perjure their Oath of Office, and were so busy conspiring with these criminals in support of the Martial Law rule as defined by the Utah Supreme Court in their case Dayette v Turner, 439 P2d 266 at 269 in Judge A.H. Ellett's Expose entitled THE NON-RATIFICATION OF THE FOURTEENTH AMENDMENT, so they can help out their City of London handler, and their handlers in the Vatican. These criminals were more interested in completing their commercial transaction so they could make more money, and they knew exactly what they were doing.

487. Michael Mukasey is a lawyer / barrister / solicitor / attorney / counsel / spawn of Satan who was appointed by George W. Bush, with full knowledge that he is a lawyer / barrister / solicitor / attorney / counsel / spawn of Satan and not a US citizen, and the US Senate Judicial Committee approved after I served on them notice about the real Article Thirteen in Amendment. they completely ignored it and with full knowledge approved the appointment of Michael Mukasey, a foreign enemy agent in the position of US Attorney General. Michael Mukasey perjured his Oath of Office when he took the Oath because you have to be a US citizen to hold that position. Therefore, since the war of Independence never did end, Michael Mukasey is giving aid and comfort to the enemy in a time of war, which is the prosecutable definition of TREASON found in the US Constitution. Furthermore, since the War of Independence never did end, because the War of 1812 was orchestrated to facilitate the disappearance of the real Article Thirteen in Amendment by the burning and looting of the Capitol and the National Archives, they are enemy agents operating on the land of America, and they are giving aid and comfort to the enemy in a time of war, and waging war against the people of the united States, which is the prosecutable definition of TREASON as found in the US Constitution, Article III, Section 3.

488. I sent a letter to Janet Napolitano demanding that she protect My rights and the rights of My family as found in the NOTICE AND DEMAND which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-030005 which is incorporated herein by reference in its entirety. The tortfeasor, Janet Napolitano chose to perjure her oath of Office by send a letter recommending me to consult with a BAR member. I sent to Janet Napolitano numerous other letters demanding that she protect My rights, as found in the Arizona Governor and Attorney General Notice and Demand 061606 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-087968, an Arizona Governor Notice and Demand 080806 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-113662, Affidavit of Criminal Complaint 050107 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-059086,

the Affidavit of Criminal Complaint 081007 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-094397, an Arizona Governor Notice and Demand 042405, an Arizona Attorney General Notice and Demand 090106, and the Affidavit of Criminal Complaint which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-048633, all of which are incorporated herein by reference in their entirety, but she was too busy getting her royalty from her bankster buddies to protect anybodies rights.

489.   I sent a letter to Terry Goddard demanding that he protect My rights and the rights of My family as found in the NOTICE AND DEMAND which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-030005 which is incorporated herein by reference in its entirety. The tortfeasor, Terry Goddard chose to perjure his oath of Office by send a letter recommending me to consult with the foreign Immigration and Naturalization Service. I sent to Terry Goddard numerous other letters demanding that she protect My rights, as found in the Arizona Governor and Attorney General Notice and Demand 061606 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-087968, an Arizona Attorney General Notice and Demand 082106 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-118054, the Affidavit of Criminal Complaint 080206 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-109613, the Affidavit of Criminal Complaint 050107 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-059086, the Affidavit of Criminal Complaint 081007 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-094397, the Affidavit of Criminal Complaint which is recorded with the PINAL COUNTY RECORDER at   FEE NUMBER 2008-048633, an Arizona Attorney General Notice and Demand 042405, an Arizona Attorney General Notice and Demand 062105, and an Arizona Attorney General Notice and Demand 121405, all of which are incorporated herein by reference in their entirety, but he was too busy getting his royalty from his bankster buddies to protect anybodies rights.

133

490.    Both Janet Napolitano and Terry Goddard knew, know or ought to have known, that My wife is a American national. Janet Napolitano knew, knows, or ought to have known, that the criminals who work for John Ashcroft at the time, and his successor, Michael Chertoff, have no authority to compel an American national to make application for their so-called green card. Neither do they have any authority to put up barricades on the highways and harass people, so they can coerce and intimidate them to become a US citizen, so they can be regulated, bonded, and enslaved. Janet Napolitano and Terry Goddard knew, know, or ought to have known, all of this but they chose to perjure their Oath of Office instead.

491.    This is the same thing that goes on with the compelled registration of the births of children, so they can help out their Vatican handlers, and their City of London handlers. These Arizona criminals compelled the registration of My son so they could collateralize him and future generations for the so-called debt so they could sell bonds and put them into bondage, and get rich in the process, as found in the attachments in Schedule B, and Schedule C.

492.    These same criminals are furthering their commercial enterprise with the Selective Service system, and their compulsory registration of all young men between the ages of 18 and 25. With their so-called WAR ON TERROR, with the alleged weapons of mass destructions, they have unlawfully engaged the international criminal corporation UNITED STATES OF AMERICA in foreign wars to help out their Vatican handlers and their City of London bankster buddies.  To help facilitate these commercial transactions they have made it mandatory for all US citizens to register themselves for the draft, to be drafted into their military machine for their foreign wars. They changed the Selective Service Registration form and removed the definition of the US citizen that was on the old form, because they wouldn't want too many young men to avoid conscription into their commercial war machine. Now they are putting it on drivers license application forms and they get their hired thugs in the police departments to coerce and intimidate these young people into making application for a drivers license, when very few of them are

doing it for hire. Now, it is automatic when they make application for a drivers license, so they can help out their bankster buddies in the City of London, and their Vatican handlers. Who cares how many young men get killed, it will free up more young women to work in their whore houses.

493.    I sent a letter to Rob McKenna demanding that he protect My rights and the rights of My family as found in the Affidavit of Criminal Complaint 06/06/05 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-088066 which is incorporated herein by reference in its entirety. The tortfeasor, Rob McKenna chose to perjure his oath of Office by giving My letter to one of his hired thugs, a lawyer / barrister / solicitor / attorney / counsel / spawn of Satan, PAUL O. GOLDING, to answer.

494.    I sent a letter to Christine Gregoire demanding that she protect My rights and the rights of My family as found in the Affidavit of Criminal Complaint 06/06/05 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-088066 which is incorporated herein by reference in its entirety. The tortfeasor, Christime Gregoire chose to perjure her oath of Office by not answering My letter.

495.    I sent a letter to PAUL OF GOLDING demanding that he protect My rights and the rights of My family as found in the Affidavit of Criminal Complaint 06/06/05 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-088066 which is incorporated herein by reference in its entirety. The tortfeasor, PAUL O GOLDING chose to perjure his oath of Office by giving My refusing to do anything about it, in writing as found in the Affidavit of Criminal Complaint 06/06/05 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-088066 which is incorporated herein by reference in its entirety.

496.   Rob McKenna, Christine Gregoire, and Paul O Golding, knew that My wife is an American national. They knew, know, or ought to have known, that the criminals who work for John Ashcroft at the time, and his successor, Michael Chertoff, have no authority to compel an American national to make application for their so-called green card. Neither do they have any authority to put up barricades on the highways and harass people, so they can coerce and intimidate them to become a US citizen, so they can be regulated, bonded, and enslaved. Janet Napolitano and Terry Goddard knew, know, or ought to have known, all of this but they chose to perjure their Oath of Office instead.

497.   Paul D. Clement is a lawyer / barrister / solicitor / attorney / counsel / spawn of Satan, therefore, by sending an unsigned letter to the US Supreme court in My case number 07-5674 in which he waived his right to respond, because he knew that his fellow lawyer / barrister / solicitor / attorney / counsel / spawn of Satan buddies on the US Supreme Court would deny the Petition, so he could help out the IRS thieves and his Jesuit buddies in the Vatican. Therefore, since the war of Independence never did end, Paul D. Clement is giving aid and comfort to the enemy in a time of war, which is the prosecutable definition of TREASON found in the US Constitution. Furthermore, since the War of Independence never did end, because the War of 1812 was orchestrated to facilitate the disappearance of the real Article Thirteen in Amendment by the burning and looting of the Capitol and the National Archives, they are enemy agents operating on the land of My Birthright, and they are giving aid and comfort to the enemy in a time of (an undeclared act of) war, and waging war against the united States, which is the prosecutable definition of TREASON as found in the US Constitution, Article III, Section 3.

498.   Therefore, since the war of Independence never did end, Condoleeza Rice is giving aid and comfort to the enemy in a time of war, which is the prosecutable definition of TREASON found in the US Constitution. Furthermore, since the War of Independence never did end, because the War of 1812 was orchestrated to facilitate the disappearance of the real Article Thirteen in Amendment by the burning and

136

looting of the Capitol and the National Archives, they are enemy agents operating on the land of America, and they are giving aid and comfort to the enemy in a time of war, and waging war against the united States, which is the prosecutable definition of TREASON as found in the US Constitution, Article III, Section 3.

499.   The tortfeasor Henry Paulson is not a US citizen and has renounced his US citizenship by working for a foreign power. Therefore, since the war of Independence never did end, Henry Paulson is giving aid and comfort to the enemy in a time of war, which is the prosecutable definition of TREASON found in the US Constitution. The Whitehouse website says that Henry Paulson was sworn in, but I sent a FOIA request, for Henry Paulson's Oath of Office, and they said there was no Oath of Office, therefore, his Oath is secret and not to the united States of America. He even changed the name of the Internal Revenue Service thieves to the United States Internal Revenue Service to further the fraud, because they are an agency of the International Monetary Fund. Furthermore, since the War of Independence never did end, because the War of 1812 was orchestrated to facilitate the disappearance of the real Article Thirteen in Amendment by the burning and looting of the Capitol and the National Archives, they are enemy agents operating on the land of America, and they are giving aid and comfort to the enemy in a time of war, and waging war against the united States, which is the prosecutable definition of TREASON as found in the US Constitution, Article III, Section 3. Although the Whitehouse website says Henry Paulson took an Oath of Office, it also says that he is Governor of the International Monetary Fund, and holds a host of other offices with foreign powers, and furthermore, the US Treasury Privacy Office says that he doesn't have an Oath of Office, therefore, his Oath of Office is not to the United States of America, or to the people, which is further proof that he is not a US citizen and is a foreign enemy agent who has infiltrated our government at the behest of the other criminal George W. Bush.

**Schedule "U" Whitehouse website pages showing the offices Henry Paulson holds and the fact that the US Senate confirmed his appointment to each office.**

**Schedule "V" a true copy of the US Treasury privacy response for Henry Paulson's Oath of Office.**

500.   The US Supreme Court tortfeasors John R. Roberts, Jr., Clarence Thomas, Samuel Alito, Ruth Bader Ginsburg, John Paul Stevens, Antonin Scalia, David H. Souter, Stephen G. Breyer, Anthony M. Kennedy, are all BAR members. Therefore, since the war of Independence never did end, they are all, giving aid and comfort to the enemy in a time of war, which is the prosecutable definition of TREASON found in the US Constitution. Furthermore, since the War of Independence never did end, because the War of 1812 was orchestrated to facilitate the disappearance of the real Article Thirteen in Amendment by the burning and looting of the Capitol and the National Archives, they are enemy agents operating on the land of America, and they are giving aid and comfort to the enemy in a time of war, and waging war against the united States, which is the prosecutable definition of TREASON as found in the US Constitution, Article III, Section 3. Furthermore, tortfeasors John R. Roberts,

501.   The tortfeasor Neil V. Wake is a lawyer / barrister / solicitor / attorney / counsel / spawn of Satan, was at all material times a privately liable man who has an Oath of Office that says he will; "support and defend the constitution of the United States against all enemies, foreign and domestic".

502.   The criminal Neil V. Wake tried to help out his bankster buddies by dismissing My case number CIV-06-953-PHX-NVW without any authority whatsoever, and his so-called judgment is *brutum fulmen*. That sounds a lot like Bullshit and it fits, because it is.

The Court in Yates Vs. Village of Hoffman Estates, Illinois, 209 F.Supp. 757 (N.D. Ill. 1962) held that, *"Not every action by any judge is in exercise of his judicial function. It is not a judicial function for a Judge to commit an intentional tort even though the tort occurs in the Courthouse, when a judge acts as a Trespasser of the Law, when a judge does not follow the law, the judge loses subject matter jurisdiction and The Judge's orders are void, of no legal force or effect"!*

503.   The tortfeasor John M. Roll is a lawyer / barrister / solicitor / attorney / counsel / spawn of Satan, was at all material times a privately liable man who has an Oath of Office that says he will; "support and defend the constitution of the United States against all enemies, foreign and domestic".

504.   John M. Roll is Neil V. Wake's boss and they conspired together to dismiss My case so they could help out their bankster buddies and the real part in interest in the City of London and the Vatican. Both of them made unlawful legal determinations, and encouraged their hired thug BAR member buddies to falsely accuse Me of being a Plaintiff for the specific purpose of violating My rights. They deliberately converted My citizenship, My address, and My name as part of the organized criminal conspiracy to facilitate the theft of My property by the IRS thieves. In the various submissions and invoices, they agreed to pay Me ten billion dollars in lawful money, for their copyright violations, their unlawful legal determinations, that they have not authority to make,....their *brutum fulmen*, BULLSHIT!

505.   The tortfeasor Mary M. Schroeder is a lawyer / barrister / solicitor / attorney / counsel / spawn of Satan, was at all material times a privately liable woman who has an Oath of Office that says she will; "support and defend the constitution of the United States against all enemies, foreign and domestic".

506.   Mary M. Schroeder was at all material times the Chief Judge of the US (so-called) Court of (so-called) Appeals for the Ninth Circuit and she conspired together with her hired thugs called Judges, and her clerk, and her Case Manager, to deny My case so they could help out their bankster buddies and the real part in interest in the City of London and the Vatican. Both of them made unlawful legal determinations, and encouraged their hired thug BAR member buddies to falsely accuse Me of being a Plaintiff for the specific purpose of violating My rights. They deliberately converted My citizenship, My address, and My name as part of the organized criminal conspiracy to facilitate the theft of My property by the IRS thieves. In the various submissions and invoices, they agreed to pay Me ten billion dollars in

lawful money, for their copyright violations, their unlawful legal determinations, that they have not authority to make,....their *brutum fulmen*, BULLSHIT!

Mary M. Schroeder and her hired thugs in the Clerk's Office and the Case Manager made unlawful legal determinations for Me by falsely accusing Me of living in the Federal Region by using a zip code on their mail, and they falsely accused Me of being a "person" by accusing Me of being a Plaintiff, and violated My copyright numerous times, therefore, they now owe Me one billion dollars in lawful money.

507.   The District of Criminals crooks are more than willing to pay billions of dollars to POPE Inc., and the City of London, but when they cause injury to a member of their sovereignty, they stonewall and refuse to do anything, and I have not seen a penny of the money they owe Me. This is further proof of where their true allegiance lies.

508.   The tortfeasor Richard B. Cheney, was at all material times a privately liable man who has an Oath of Office that says he will; "support and defend the constitution of the United States against all enemies, foreign and domestic".

509.   Richard B. Cheney was at all material times the ringleader of the criminal racketeering enterprise called the US Senate, and is President of the US Senate.

510.   I have brought many lawsuits against these and other criminals operating in these above mentioned criminal corporations and they have been dismissed every time, not because I was not correct in my allegations, but because the Judges on the bench were BAR members every time and if they ever admitted that my allegations were correct, then some of their buddies would have to be put in jail, and it would operate to expose their criminal racketeering enterprise. Because I leave out some technical little point of law, or for a variety or reasons, maybe I didn't to quote one of their hired thug buddies on the bench, or without any authority whatsoever, they just dismiss it anyway hoping that I won't appeal their ruling, or if I did appeal, it

would be based on the wrong arguments, and their buddies in the Appeals so-called court can dismiss it too, and on to the so-called Supreme court, but they all know that I am correct. I expect that the Judge in this case will dismiss this case too, but I also believe that there are some good Judges out there who want to do the right thing. Also, it doesn't matter because these criminals are exposed no matter what, and their judgment day is coming one way or the other, and I have stated my position as an enemy to these Vatican Criminals, as well as an enemy to the City of London Criminals, and an enemy to the District of Criminals (Columbia) criminals. All of you above mentioned criminals, I AM YOUR ENEMY, and I will not rest until you are brought to JUSTICE, each and everyone of you! Real Justice, Common Law Justice. Your judgment day is coming, whether in this life, or the next, and I will be there with millions of other people, as a witness against you! You have power right now, you spawn of Satan, but your days are numbered and I was sent here as a witness against you, and I have witnessed your abominations and your fate is sealed. You already know that the end for you is very soon, and no matter what happens in this case, this is part of your destruction, and the whole world is a witness.

511.    On the Twenty-fifth day of November in the PAPAL year Two Thousand and Seven, I sent a draft copy of this Petition to Brad Salmon by Registered Mail RA 351 949 818 US, to Ardel Hartley by Registered Mail RA 351 949 821 US, to Gordon B. Hinkley, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS by Registered Mail RA 351 949 835 US, and to Dallin H. Oaks, Quorum of the Twelve Apostles, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a true copy of the Petition and cover letter together with proof of service, are attached hereto, and incorporated herein by reference in their entirety.

**Schedule "W" a true copy of the draft Complaint cover letter and proof of service.**

512.    On or about the Twenty Second Day of November, in the year of our Lord Two Thousand and Seven I sent a Land Grant document by Registered Mail RA 351 949 852 US, to Alberta Land Titles so I could bring forward and claim all of the rights and privileges of the original Land Patent for the land in question, a true copy of which is attached hereto, and incorporated herein by reference in their entirety. The Land Titles Office criminals condemned the Land Grant, a true copy of their rejection notice is attached hereto, and incorporated herein by reference in their entirety.

513.    On the Sixteenth day of January in the PAPAL year, Two Thousand and Eight I sent to Lloyd Snelgrove, Minister for Service, the Land Grant I had attempted to file together with the rejection Notice sent by his hired thugs in the Land Titles Office by Registered Mail RA 351 949 923 US, and I sent a copy by First Class Mail to the Alberta Attorney General Ron Stevens who is also the Minister for (so-called) Justice. Obviously they are both conspiring together because the Land Grant still hasn't been filed. These criminals are too interested in aiding and abetting the criminal racketeering enterprise in Glenwood so they can commit the theft of My property with their Extortion Under Color of Office racket.

514.    Lloyd Snelgrove, Ron Stevens, and their hired thugs in the Land Titles Office in Calgary are nothing but a gang of thieves who are helping to facilitate the theft of My property by these Village of Glenwood thieves.

515.    Brad Salmon, and Ardell Hartley, have conspired together, and are using their fictitious entity called the Village of Glenwood as a vehicle to facilitate the theft of My property.

516.    I have send literally dozens of criminal complaints by first Class mail to these "mormon" criminals and they have not convened even one church court against any of the respondents who are members of their criminal organization, therefore, they are accomplices in the criminal racketeering enterprise of their buddies.

142

517.   These "mormon" criminals know that I have copyrighted the name of the strawman/vessels fraudulently created by criminals in the international criminal corporation called United States of America, GLENN WINNINGHAM FEARN CONSTANCE IVY LACEY FEARN, JESSICA DOREEEN FEARN, NELSON CHARLES FEARN, WILSON MURRAY FEARN, TAYLER CONSTANCE FEARN, HUNTER PIERRE FEARN, and any derivative(s) thereof, but they continue to use that copyrighted property, therefore, payment in the amount of $1 Billion in lawful money, as settlement for the use of My copyrighted property. I hereby DEMAND that these "mormon" criminals remove My name and the names of My family from their records because I am not interested in participating in their racket, unless they are willing to repent, and repentance includes restitution.

518.   On or about the twenty ninth day of March, in the PAPAL year of, Two thousand and Eight I sent the Non-Negotiable Notice and Demand 032608 by Registered Mail **RA 351 950 144 US** with all of the documents mentioned attached. These documents contain un-rebutted criminal complaints against many people who are members of their company and they have not convened a church court for any of them. This is proof of their criminal intent to aid and abet the emerging kingdom of Lucifer as much as possible.

**Schedule "X" a true copy of Non-Negotiable Notice and Demand 032608
and proof of service.**

519.   These "mormon" criminals have encouraged My wife to dishonor my wishes and to do everything she can to get me into the power of these Glenwood criminals by having her friends pay their extortion. Bishop Gordon Healey where My wife goes to church, came for a visit, I explained all of this stuff to him and he saw the book cases full of law books in my home, and I showed him court cases, and he said; "so what is wrong with things the way they are?" In view of the fact his god is Lucifer, he may view what he is doing, or failing to do, is only done in support of his god Lucifer.

520.    My wife has tried to sabotage me in every way imaginable. She has helped Canadian thieves in Canada Customs steal My truck in the mid 90's. She refuses to learn anything about sovereignty and tries to sabotage me any chance she gets. She gave back the green card I got for her many years ago, and I am refusing to get her another one because I am not going to allow the criminal corporation UNITED STATES OF AMERICA convert a right into a privilege because I refuse to get her a green card, she refuses to operate our family car because she claims her driver's license is expired. I have told her that she doesn't need a drivers license unless she is doing it for hire, in commerce, and the hired thugs who work for the criminal corporations can't turn a right into a privilege. She refuses to apply for a US passport as a Non-citizen national, which, because she is married to Me, she is a non-citizen American national. She resists in every way possible.

521.    Because of her actions, her totalitarian dictatorial Vatican buddies in the criminal corporation CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, Inc. have "called" her to positions of responsibility and honor. Sometimes she forgets that her first duty is to the family and I have had to send letters to her Bishop telling him that I want her removed from any positions in the church until she starts taking care of family responsibilities first, and quit second guessing everything I do, but not once has any of them done anything. If they ever come to me and ask for permission for her to hold a church position, I will tell them NO!

522.    She says that their 12th Article of Faith is the reason she is doing this;
        "*We believe in being subject to kings, presidents, rulers, and magistrates,  obeying, honoring, and sustaining the law.*" 12th Article of Faith

        But what is law and who does it apply to. According to Cynthia J. Mills, of the IRS Privacy Office, a true copy of which is attached hereto, and incorporated herein by reference in its entirety;

144

*"The Internal Revenue Code is not positive law, it is special law. It applies to specific persons who choose to make themselves subject to the requirements of the special laws of the Internal Revenue Code by entering into an employment agreement with the U.S. Government."*

There is in fact, very little so-called law that applies to Me, but My mormon wife keeps trying to shove it down my throat in aiding and abetting these mormon crooks. This is consistent with what the Courts have said about codes, rules, and regulations;

**"All codes, rules and regulations are applicable to the government authorities only, not human/Creators in accordance with God's laws. All codes, rules and regulations are unconstitutional and lacking in due process ..."**
Rodriques v Ray Donavan [U.S. Department of Labor,] 769 F. 2d 1344, 1348 [1985]

**Schedule "Y" a true copy of IRS letter from disclosure Officer Cynthia J. Mills.**

523.    These "mormon" criminals are providing proof that they are charlatans as well.

524.    Tortfeasor Thomas Matkin, is derelict in his duty, has perjured his Oath of Office and is deliberately engaged in the theft of My property and the property of all of the rest of his so-called clients who were stupid enough to ask him for his help.

525.    On or about the PAPAL year one thousand nine hundred and ninety, I sent a letter to these "mormon" crooks and I demanded that they remove My records from their corporation unless they were going to start to support and defend the Constitution for the united States of America, and they refused to remove My name and they also refused to support and defend the Constitution, or even teach their members to support and defend the US Constitution. I see now that it isn't My name that is in their records, so I don't care any longer, but they are using My copyrighted property, which they use more than three times in a year consistently, and it is clearly for profit or gain, in commerce, therefore, they now owe Me one billion dollars in lawful money. I first notified them about the copyright on the nineteenth

145

day of April in the PAPAL year of Two Thousand and Five with the Copyright Notice which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-043517, all of which is incorporated herein by reference in its entirety. I have subsequently updated My copyright through various recorded documents up to the most recent TRUTH AFFIDAVIT IN THE NATURE OF SUPPLEMENTAL RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6) which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, all of which is incorporated herein by reference in their entirety. I notified them about the copyright when I sent the Non-Negotiable Notice and Demand 111206 to Gordon B. Hinkley, and then by the Non-Negotiable Notice and Demand 120806 to Gordon B. Hinkley, all of which are attached to the Affidavit of Criminal Complaint 05/14/07 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-059085, all of which is incorporated herein by reference in its entirety, and I notified them about the copyright with My draft Petition by Registered Mail RA 351 949 821 US, to Gordon B. Hinkley, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS by Registered Mail RA 351 949 835 US, and to Dallin H. Oaks, Quorum of the Twelve Apostles, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, proof of service is attached hereto, and incorporated herein by reference in its entirety, and I notified them that I accepted their offer of contract for the use of MY copyrighted property when I sent them the Non-Negotiable Notice and Demand 032608 by Registered Mail RA 351 950 144 US, but they still haven't sent payment.

526.    These US Congress criminals are nothing but a gang of thieves together with their buddies in the Whitehouse as well as their buddies in the cabinet. They know that I am right, but they are waiting for me to quote some citation from the millions of codes, rules, and regulations, that they have passed, but I have no intention of doing that. They have passed the millions of codes, rules, and regulations for the specific purpose of depriving the people of their rights, because only a BAR member can know them all, because that is all they do, and they are the ones who have created

this scam. It is just like the criminal Roman Emperor Caligula did, who would pass a code, rule, or regulation, and then they would put up on top of a tall pole in very small print, and they would then feel free to use it against anyone they wanted to. These criminals are doing exactly the same thing by burying their codes, rules, regulations, and court citations inside literally millions of books in law libraries. This is all private copyrighted material and even the databases that WestLaw operates with the search engine, is exclusively for BAR members or others who give them Federal Reserve Notes. They continue to perjure their Oaths at the drop of a hat, so they can operate their criminal racketeering enterprise. I am sure they will come up with more codes rules and regulations because of this, but they have no intention of ever fixing the problem, because it would end their ability to profit from their little scam.

527.    Further proof of the intent of the US Congress criminals is in the permission they gave their IRS thieves to operate anywhere on the planet with their so-called collection activities, which is really extortion under color of office, as found in their own statutes.

**26 USC § 7408. Actions to enjoin specified conduct related to tax shelters and reportable transactions**
*(d) Citizens and residents outside the United States*
*If any citizen or resident of the United States does not reside in, and does not have his principal place of business in, any United States judicial district, such citizen or resident shall be treated for purposes of this section as residing in the District of Columbia.*

528.    The lying thieving IRS criminals call anything they want a frivolous tax return. If you are a sovereign living soul, it is a frivolous tax return, according to the IRS thieves. If you demand to see the contract, it is a frivolous tax return, according to these IRS thieves. Now these US Congress criminals have made it a felony to file 3 consecutive frivolous tax returns.

529.    In early 2008 I sent the IRS thieves a notice pursuant to 15 USC § 1692 not to contact Me again about their alleged debt, as found in the Dennis Parizek Notice

and Demand 011608, which was served on them by Certified Mail 7005 1160 0003 1896 9107, which is attached to the Affidavit of Criminal Complaint 2/14/08 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-026906, and they are still trying to contact Me so these thieves can get their royalty, as found in an email sent by their hired thug by the name of Tinker, a/k/a David-Erlin: Schwimmer, which is nothing more than some pseudonyms he uses to hide his identity, therefore, they are in violation of 15 USC 1691. They are also engaged in criminal harassment. The IRS criminal Tinker, a/k/a David-Erlin: Schwimmer, wanted to know my birthday, and my zip code. He knew that I didn't live in the international criminal corporation UNITED STATES OF AMERICA and that I am an inhabitant of the land of Texas, but he wanted an excuse to add me to their list of undesirables to get "picked up" when the criminals in the District of Criminals start enforcing their martial law after one of their upcoming false flag operations, like the 9-1-1 event.

**Schedule "Z" a true copy of Dennis Parizek Notice and Demand 011608 together with proof of service.**

530.    Tortfeasors, The Liar, Jerry Zucker, Ed Stelmech, Norman L. Kwong, Ron Stevens, and Lloyd Snelgrove have all perjured their Oaths of Office, and are derelict in their duty to regulate their subordinates. They are knowingly, willingly, and intentionally engaging in TREASON and SEDITION to Scripture, the Magna Carta, and Common Law, so they can engage in their criminal extortion racket, get rich, and help out their Vatican handlers while the planet is consolidated into the talons of Satan or Lucifer.

531.    Tortfeasors Boyd K. Packer, Dallin H. Oaks, David A. Bednar, Deiter F. Uchtdorf, Henry B. Eyring, James E. Faust, Jeffery R. Holland, Joseph B. Wirthlin, L. Tom Perry, M. Russell Ballard, Richard G. Scott, Robert D. Hales, Thomas S. Monson, and Russell M. Nelson are all charlatans operating in FRAUD for their handlers in the District of Criminals for the international criminal corporation called the United States of America, the Imperial Parliament, the City of London, and the Vatican, the Black Pope, and their Jesuit thugs, the real party in interest.

148

532.   I want them to know that I am not done with them, and I will not be done with them until I have received restitution for the damages and injuries they have caused and when they are all dead and in the next life, I will be a most willing witness demanding justice before the judgment bar , the REAL bar, of Yahuah I will not rest until the criminal corporations UNITED STATES OF AMERICA, CANADA, ALBERTA, THE VILLAGE OF GLENWOOD, and all of their hired thugs, including the criminals in the Whitehouse, the US Congress, the City of London, THE IMPERIAL PARLIAMENT, and their bankster buddies, and their Vatican handlers are wiped off the face of this planet. Their judgment day is coming, and I am looking forward to helping in some small way, to give them some common law justice at the end of a rope.

533.   All of the above mentioned criminals and their criminal corporations have joinder in this matter because they are owned and operated by the liar, and ultimately POPE Inc. and the Vatican. They are all working together engaging in extortion, theft, murder in their international criminal racketeering organization by way of the International Monetary Fund and the United Nations.

534.   All of the above mentioned criminals who have an Oath of Office in the criminal corporation UNITED STATES OF AMERICA, or THE STATE OF WASHINGTON, or THE STATE OF ARIZONA, have perjured their Oath of Office by making war against the Constitutions. The United States Supreme Court has stated that "No State legislator or executive or judicial officer can war against the Constitution without violating his Undertaking to support it". Cooper Vs. Aaron. 358 U.S. 1 78 S.Ct. 1401 (1958).

**I THEREFORE CLAIM;**

a.   Four hundred million dollars in lawful money, for copyright violations, unlawful legal determinations, and unlawful representations by the Village of Glenwood Respondents, and,

b.   One billion dollars in lawful money for copyright violations, unlawful legal determinations, and fraud, from the CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, and their respondents, and,

c.   One trillion dollars in lawful money from the international criminal corporation United States of America   and all associated respondents, and

d.   One billion dollars in lawful money from THE STATE OF WASHINGTON, for their part in the conspiracy to deprive Me of My rights and property.

e.   One hundred billion dollars in lawful money from THE STATE OF ARIZONA for bringing law merchant on the land of Arizona, and their part of the conspiracy to deprive Me of My rights and My property, and their perjuring of their Oaths of Office.

f.   One billion dollars in lawful money from the PROVINCE OF ALBERTA for bringing law merchant on the land of Alberta, and their part of the conspiracy to deprive Me of My rights and My property, and their perjuring of their Oaths of Office.

g.   One hundred billion dollars in lawful money from CANADA for bringing law merchant on the land of Canada, and their part of the conspiracy to deprive Me of My rights and My property, and their perjuring of their Oaths of Office.

h.   One trillion dollars in lawful money from THE IMPERIAL PARLIAMENT for bringing law merchant on the land of North America, and their part of the conspiracy to deprive Me of My rights and My property, and their perjuring of their Oaths of Office.

i.   One trillion dollars in lawful money from THE BANK OF ENGLAND for bringing law merchant on the land of North

America, and their part of the conspiracy to deprive Me of My rights and My property, and their perjuring of their Oaths of Office.

j.   That all issues of fact be address and assessed by a jury of twelve of My peers, and,

k.   Payment of legal fees on a full indemnity basis, with respects to bringing on this action and to be assessed by a jury of twelve of the Petitioner's peers, and,

l.   Special damages to be assessed by a jury of twelve of Their peers, and,

m.   An ORDER that the names of the "Petitioner" be struck from the files of the land titles and land registry, and that their property be removed from their extortion (so-called tax) rolls,

n.   An ORDER that the names of the strawmen/vessels GLENN WINNINGHAM FEARN, CONSTANCE IVY LACEY FEARN, JESSICA DOREEN FEARN, NELSON CHARLES FEARN, WILSON MURRAY FEARN, TAYLOR CONSTANCE FEARN, and HUNTER PIERRE FEARN, struck from the records of the company.

o.   An order that the payment made by Maria Hollman in the amount of more than two thousand canadian dollars for the so-called taxes is a gift.

p.   An order that the lease purchase agreement is a fraud and a nullity, and the people who are currently in adverse possession of the property are ordered to vacate the property.

q.   An order that all of the money paid by Marianne Sartoris and Mario Jimenez to Marie Hollman, be surrendered by Marie Hollman to the Petitioner.

r.   An order that Marie Hollman and Joy Denton be prosecuted for criminal fraud.

151

s.   An order the treasury commence minting one-ounce silver coinage, the Shekel, to replace the debt instrument "legal tender" or "treasury notes".

t.   An order declaring sections 96 and 97 of the *British North America Bill 1867* set in place a monopoly on the law with the precipitate is the prohibited act of racketeering and a further order that such a monopoly is in violation of the Common Law therefore illegal.

u.   An order all servants rescind their oaths of office or employment or profession and to subscribe to the "Oath of Allegiance" found in the Canadian statutes.

v.   Declaratory relief in the nature of Thomas S. Monson tendering a written apology to Me for misleading Me and My family into believing Thomas S. Monson had anything to do with Scripture and Yahuah's Law as defined by the Bible or the Book of Mormon.

w.   Declaratory relief ordering the CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS allow murders, thieves, extortionists, and such like individuals to hold a temple recommend so that everyone is treated equally, since they refuse to do anything about the Glenwood thieves and their extortion under color of office racket.

x.   Such further and other relief the Petitioner may demand the court to so order.

The Petitioner proposes that this action be tried in Dallas (unincorporated) on the land of Texas.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1), without the international criminal corporation UNITED STATES OF AMERICA.

DATED, on the land of Texas this ___ 1 0 TH ___ day of ~~June,~~ JULY 2008.

—Glenn Winningham; house of Fearn, sui juris
Sovereign living soul, holder of the office of "the people"
Inhabitant of the land of Texas
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort, Worth, Texas

## ACKNOWLEDGEMENT

As an *ex officio* Notary Public and an officer of the Court for the Republic of Texas, I, Henry Norman; house of Suhl, hereby certify that **Glenn Winningham; house of Fearn,** who is known to me, who is a sovereign living soul, an inhabitant of the land of Texas, and a holder of the office of "the people", appeared before me and executed the foregoing **PETITION,** on this ___10TH___ day of ~~June~~ JULY, in the PAPAL year, Two Thousand and Eight.

_____
Notary

To:          Ron Stevens, Attorney General
             Minister of (so-called) Justice for Alberta
             208 Legislature Bldg., 10800-97 Ave.
             Edmonton, AB T5K 2B6 CANADA

And To:      Norman L. Kwong, Lieutenant Governor of Alberta
             3rd Floor, Legislature Bldg., 10800-97 Ave.
             Edmonton, AB T5K 2B6
             CANADA

And To:      Lloyd Snelgrove, Minister for Service Alberta
             Room #204 Legislature Building, 10800-97 Ave.
             Edmonton, Alberta T5K 2B6
             CANADA

And To:      Elizabeth Alexandra Mary Windsor
             Queen of Judah
             Windsor Castle
             London, SW1A 1AA
             UNITED KINGDOM

153

And To:      The Bank of England
                Threadneedle Street
                London, EC2R 8AH
                UNITED KINGDOM

And To:      Ed Stelmach, Premier of Alberta
                Office of the Premier,
                Room 307, Legislature Building, 10800-97 Ave.
                Edmonton, Alberta T5K 2B6
                CANADA

And To:      Ardell Hartley, Mayor
                THE VILLAGE OF GLENWOOD
                P.O. Box 1084
                Glenwood, AB T0K 2R0
                CANADA

And To:      Thomas S. Monson, President and CEO
                THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS
                50 East North Temple Street
                Salt Lake City, UT 84150

And To:      George W. Bush, President of Congress
                1600 Pennsylvania Ave.
                Washington, D.C. (District of Criminals) 20500

And To:      Nancy Pelosi, Speaker, US House of Representatives
                235 Cannon House Office Building
                Washington, DC (District of Criminals) 20515

And To:      Henry Paulson, Secretary of the Treasury
                Governor of the International Monetary Fund
                1500 Pennsylvania Ave.
                Washington, DC (District of Criminals) 20220

And To:      Harry Reid, Majority Leader, US Senate
                528 Hart Senate Office Building
                Washington, DC (District of Criminals) 20510

And To:      Richard B. Cheney, President of the US Senate
                1600 Pennsylvania Ave.
                Washington, D.C. (District of Criminals) 20500

154

And To:    John R. Roberts, Jr., Chief (so-called) Justice
           US Supreme Court
           One First Street
           Washington, DC (District of Criminals) 20543

And To:    Michael Mukasey, US Attorney General
           950 Pennsylvania Ave.,
           Washington, DC (District of Criminals) 20530-0001

And To:    W. Douglas Parker, CEO, US airways, Inc.
           111 W. Rio Salado Pkwy.
           Tempe, AZ 85281

And To:    Joy Denton
           10717 South 700 East
           Sandy, Utah 84070

And To:    Marie Hollman
           10717 South 700 East
           Sandy, Utah 84070

And To:    Stephen Harper, Prime Minister of Canada
           Office of the Prime Minister
           80 Wellington Street
           Ottawa, Ontario K1A 0A2

And To:    Michaelle Jean, Governor General of Canada
           Rideau Hall
           1 Sussex Drive
           Ottawa, Ontario K1A 0A1

And To:    Jerry Zucker Governor,
           THE HUDSON'S BAY COMPANY
           401 Bay Street, Suite 500
           Toronto, Ontario
           M5H 2Y4

And To:    Janet Napolitano, Governor,
           STATE OF ARIZONA
           1700 W. Washington St.
           Phoenix, AZ 85007

And To:    Christine Gregoire, Governor,
           STATE OF WASHINGTON
           P.O. Box 4002
           Olympia, Washington 98504-0002

155



OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
LAURA DEAN-LYTLE



DATE/TIME: 03/18/05 1100
FEE:              $13.00
PAGES:                 4
FEE NUMBER:  2005-028177

## NOTICE AND DECLARATION OF BIRTH

From:  Addressee
       C/O Glenn Winningham; Fearn
       C/O 1377 E. Florence Blvd., #147-166
       Casa Grande, Arizona

Be it known by all people:
     I, Me, My, Myself, a man, a living soul, a sovereign with an address correction
C/O Glenn Winningham Fearn, C/O 1377 E. Florence Blvd., #147-166, Casa Grande,
Arizona do hereby Notice You of the following:

1.     I am competent to deal with the matters herein.

2.     No person who works for any government, or any government created entity,
       anywhere, is competent for dealing with the matters herein.

3.     It is with great pleasure that I announce the birth of My Son, who will be known
       as Hunter Pierre; Fearn during His life here on earth.

4.     Hunter Pierre; Fearn was given birth by My wife, Constance Ivy Lacey; Fearn on
       16 March, 2005, at 1240 PM, at the Casa Grande Regional Medical Center, in
       Casa Grande, Arizona, an original of Discharge Instructions Post Delivery is
       attached, and incorporated herein by reference.

5.     Hunter Pierre; Fearn is not a citizen of the foreign, UNITED STATES, but He is
       an Arizona Citizen, and in due time, when He comes of age, He will take is
       rightful place as a member of the American Sovereignty.

6.     Be it also known by all, that an attempt was made by Criminals, to register my
       Son, Hunter Pierre; Fearn as a UNITED STATES citizen to secure him as
       collateral for the fictitious federal debt, but it was rejected on the ARIZONA
       STATE CERTIFICATE WORKSHEET, a true copy of which is attached, and
       incorporated herein by reference.

7.     If there is any attempt by any person to register my Son as a UNITED STATES
       citizen, without my express written permission, it will be a breach of trust,

Notice and Declaration of Birth, Page 1

156

ARIZONA STATE BIRTH CERTIFICATE WORKSHEET

Mother's Name **FEARN Constance** MR# _____ RM# **OB12**

Baby's MR# **38 8673**

| 1. CHILD'S NAME: FIRST | 2. MIDDLE | 3. LAST |
|---|---|---|
| Hunter | Pierre | Fearn |
| 4. SEX  M | 5. DATE OF BIRTH  3-16-05 | 6. HOUR OF BIRTH  AM / PM |
| 7. COUNTY  Pinal | 8. CITY  CG | 9. PLACE OF BIRTH  CGRMC |
| 10. MOTHER'S MAIDEN NAME:FIRST  Constance | 11. MIDDLE  Ivy | 12. LAST  Lacey |
| 13. SOCIAL SECURITY NUMBER  Refused | 14. DATE OF BIRTH  4/19/60 | 15. STATE OR COUNTY OF BIRTH  CANADA |
| 19. STREET ADDRESS  1137 E. Delano | 20. ZIP CODE  85222 | 21. STATE  AZ |
| 22. COUNTY  Pinal | 23. CITY  CG | 24. MAILING ADDRESS  1377E Floren #147-166  85222 |
| MOTHER MARRIED?  YES  NO | FILING FOR PATERNITY?  YES  NO  UNKNOWN | PATERNITY COMPLETED PRIOR TO TRANSMITTAL?  YES  NO |
| 25. FATHER'S NAME:FIRST  Glenn | 26. MIDDLE  Winningham | 27. LAST  Fearn |
| 28. SOCIAL SECURITY NUMBER  Refused | 29. DATE OF BIRTH  9/4/57 | 30. STATE OR COUNTY OF BIRTH  CANADA |
| THE INFORMATION LISTED IN ITEMS 1-30 IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 31. PARENT'S OR INFORMANT'S SIGNATURE  refused | 32. RELATIONSHIP TO CHILD  Mother  |  33. DATE SIGNED  3-17-05 |

## INFORMATION FOR MEDICAL & HEALTH USE ONLY

| RACE - WHITE, BLACK, AMER. IND., ETC. - ETC. - MOTHER  C | HISPANIC ORIGIN OR TRIBE | EDUCATION - YEARS COMPLETED  14 | OCCUPATION  Homemaker | BUSINESS NAME AND LOCAL |
|---|---|---|---|---|
| RACE - WHITE, BLACK, AMER. IND., ETC. - ETC. - FATHER  C | HISPANIC ORIGIN OR TRIBE | EDUCATION - YEARS COMPLETED  14 | OCCUPATION  Engineer | BUSINESS NAME AND LOCAL  AmWestAir |
| PREGNANCY HISTORY: LIVE BIRTHS:  NOW LIVING 4    NOW DEAD | OTHER TERMINATIONS (SPONTANEOUS OR INDUCED) - NUMBER  1 | APGAR SCORE:  1 MIN.    5 MIN. | BIRTH WEIGHT: | LENGTH: |
| DATE OF LAST LIVE BIRTH  1-1-99 | DATE OF LAST TERMINATION  5/03 | | | |
| DATE OF LAST MENSES:  -04 | GESTATIONAL AGE: | MONTH PREGNANCY CARE BEGAN:  # OF PERNATAL VISITS (WEEKS)PLURALITY | PLURALITY: | IF MULTIPLE BIRTH ORDER |
| TOBACCO USE DURING PREGNANCY  YES  NO | AVRAGE NUMBER OF CIGARETTES PER DAY: | ALCOHOL USE DURING PREGNANCY  YES  NO | AVEERAGE NUMBER OF DRINKS PER WEEK: | WEIGHT GAINED DURING PREGNANCY:  35 |
| WAS MOTHER TRANSFERRED?  YES  NO | INFANT TRANSFERRED?  YES  NO | NEWBORN INTENSIVE CARE?  YES  NO | RESPONSIBLE PARTY: AHCCCS  IHS  PRIVATE  SELF  UNKNOWN | |

I hereby authorize the Office of Vital Records to Provide Social Security with the information required to obtain a Social Security number for my child. I understand that the number issued will also be provided to Vital Records and may be used for State purposes.

Signature: _refused_

*Refuses Social Security Card*

76-7032-2 (Rev. 04/03)

158





Small Business Solutions

Home | Subscriptions | |

| Get Credit Reports | Collect Debt | Find New Customers | Manage My Business Credit | Vie

If you order reports through
**D&B Internet Access**
(ADP/MDP/PPA contract)
▶ Login

Have a
**DNB**i
contract?
▶ Login

Already a n
First time h
special offe
D&B Small

## Company Search Results

Don't see the company you are looking for? Try an advanced search.

Looking for your own company and it is not listed? You may need to Get a D-U-N-S number.

Showing 1 of 1                     Sort by: Relevance

| | |
|---|---|
| UNITED STATES OF EUROPE LTD | Cedar House, Cobham,  GB |
| UNITED STATES OF DEVELOPMENT LTD | Broad House, The Broadway, Hatfield,  GB |
| UNITED STATES OF DISTRIBUTION LTD | Sunrise House, Houghton Le Spring,  GB |
| UNITED STATES LINES | The Dock, Felixstowe,  GB |
| UNITED STATES LTD | 7 Granard Business Centre, London,  GB |
| UNITED STATES SLATE PRODUCTS LTD | Ainsdale, Wrexham,  GB |
| UNITED STATES OF ART LTD | Pearl Assurance Ho, Liverpool,  GB |
| UNITED STATES OF MUSIC LTD | 37 Warren Street, London,  GB |
| THE UNITED STATES OF ENTERTAINMENT LTD | The Old Vicarage, Reading,  GB |
| BR  UNITED STATES LINES INC | Bowater Ho, 68 Knightsbridge, London,  GB |
| HQ  EMBASSY OF THE UNITED STATES OF AMERICA | 24-31 Grosvenor Sq, London,  GB |
| UNITED STATES ARMY | 423 Abs Contracting Flight Bldg 542 Raf Alconcury, Huntingdon,  GB |
| UNITED STATES ARMY | Coastal Forces Shore Rd, Southampton,  GB |
| THE UNITED STATES METALLIC PACKING CO. LTD | 6 Earls Court, Priory Park East, Hull,  GB |
| UNITED STATES MEAT EXPORT FEDERATION, INC. | Janette Evelyn Weatherley, Newbury,  GB |
| UNITED STATES NAVAL REGIONAL CONTRACTING CENTRE | 7 North Orderly St, London,  GB |
| NORTH EUROPE UNITED STATES RATE AGREEMENT | Not Ascertained, London,  GB |
| TYERMAN,ROBERT, Also Trades As: UNITED STATES AUTOS | 11 Wharf Cotts, Atherstone,  GB |
| Matthew Fox Also Trades As: United States Tax Services | 59 Lambert Rd, London,  GB |
| SOMERS,MARIA, Also Trades As: UNITED STATES EQUESTRIAN TEAM | 38 Regent On The River, Bristol,  GB |
| BR  UNITED STATES ENVIRONMENTAL INTERNATIONAL LLC | Weyman Ho, Esher,  GB |
| BR  US HEALTH HOLDINGS (UNITED STATES) INC | 150 Minories, London,  GB |