**Small Business Solutions**

Home | Subscriptions | I

| Get Credit Reports | Collect Debt | Find New Customers | Manage My Business Credit | Vie

## You have selected:

### UNITED STATES OF AMERICA 4 CORP

**Single location**
1315 14th St Nw
Washington, DC

Back to search results | Conduct new search                                          Monitor t

## Choose from our selection of business information, credit and research repor

**Comprehensive Insight Plus Report**          Learn more                    List Price: $1
  D&B's new & improved Comprehensive Report; our most insightful and in-depth credit report.          ▶ Order no
  Contains all the key information in a company's D&B file along with detailed analysis.
  Ideal for making decisions about medium- to high-risk transactions, long-term business relationships or          See example
  researching a company's background.

**Business Information Report**          Learn more                    List Price: $1
  Provides detailed business information about your customers, prospects and suppliers.          ▶ Order no
  Ideal for planning sales calls, conducting company research, or making medium-to-high risk credit
  decisions.          See example

**Credit eValuator Report**          Learn more                    List Price: $2
  Provides an at-a-glance summary of a company's creditworthiness and payment history.          ▶ Order no
  Ideal for making smaller, lower-risk credit decisions.
        See example

**Business Background Report**          Learn more                    List Price: $3
  Provides summary information on the operations, history and background of a company and its senior          ▶ Order no
  management.
  Ideal for "getting smart" for sales calls.          See example

**NEW! SelfMonitor**          Learn more                    List Price: $3
  Provides access to the most up-to-date and comprehensive information in your company's D&B file.          ▶ Order no
  Includes alerts on changes to your business credit file.
        See example

**BusinesScope**          Learn more                    List Price: $2
  Compare your business financials and credit information against others in your industry. See how you are          ▶ Order no
  viewed compared to your competitors.
  Updated quarterly for a full year.          See example

**Company Profile Report**          Learn more                    List Price: $9
  Provides a cost-effective summary of a company's key sales and contact information.          ▶ Order no
        See example

\* Prices shown assume a US-based customer purchasing a product on a US-based company.
  See international pricing.

( Need help? Call Customer Service at (800) 333-0505, Monday through Friday, 7:00 a.m. to 7:00 p.m. CST





**OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
LAURA DEAN-LYTLE**

Glenn Winningham; house of Fearn
Non-domestic
C/O 1377 Florence Blvd., #147-166
Casa Grande, Arizona

DATE/TIME: 09/21/05 0856
FEE:                    $24.00
PAGES:                     16
FEE NUMBER:  2005-125335

## AFFIDAVIT FOR TRUTH

**Respondent:**
**J. Marty Dernier, President/CEO        NOTICE TO AGENT IS NOTICE TO PRINCIPAL
Casa Grande Community Hospital Inc.
1800 E. Florence Blvd.**                    )
Casa Grande, AZ.                            )       SS
85222                                       )

### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

In the matter of:        **VERIFIED CRIMINAL COMPLAINT:
CONSPIRACY TO CRIMINALLY CONVERT Hunter Pierre house of
Fearn's name into HUNTER PIERRE FEARN** for personal and
corporate gain by all the above mentioned parties by omission and
commission, and

**CONSPIRACY TO VIOLATE THE RIGHTS of Glenn Winningham;
house of Fearn,** for personal and corporate gain, by all the above
mentioned parties by omission and commission, and

**CONSPIRACY TO VIOLATE THE RIGHTS of Hunter Pierre; house of
Fearn,** for personal and corporate gain, by all the above mentioned
parties by omission and commission.

Commerce operates in truth, demand for truth is made of all parties for full disclosure. This is
a declaration in commerce.

I, Me, My and Myself, also known as, **Glenn Winningham; house of Fearn,** the
undersigned, one of We the People, Sovereign, natural born living soul, the Posterity, born
upon the land, and now in the one of several counties within Arizona, Creditor, Claimant, and
Secured Party, hereinafter **"Secured Party",** does hereby solemnly declare, say and state:

1.      I, Me, My and Myself, the **Secured Party** am competent to state the matters set forth
        herewith.

164

(2)     Fact:   My family and I are members of the American Sovereignty;

(3)     Fact:   *"...at the revolution the Sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects ......and have none to govern but themselves; the citizens of America are equal as fellow citizens, and as joint tenants in the sovereignty."* Chisholm v Georgia, 2 Dall. 440, at pg 471;

(4)     Fact:   *"The words "people of the United States" and "citizens" are synonymous terms, and mean the same thing. They both describe the political body who, according to our republican institutions, form the sovereignty, and who hold the power and conduct the Government through their representatives. They are what we familiarly call the "sovereign people," and every citizen is one of this people, and a constituent member of the sovereignty."* Dredd Scott v Sandford, 60 US 393, at pg 404;

(5)     Fact:   *"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."* Yick Wo v Hopkins, 118 US 356, at pg 370;

(6)     Fact:   *"With respect to the immunities which the rights of citizenship can confer, the citizen of one state is to be considered as a citizen of each, and every other state in the union."* Butler v Farnsworth, 4 Fed. Cas. 902, at pg 903;

(7)     Fact:   The Fourteenth Amendment, *"....creates or at least recognizes for the first time a citizenship of the United States, as distinct from that of the States."* Black's Law Dictionary, 5th Edition at pg 591;

(8)     Fact:   *"One may be a citizen of a State and yet not a citizen of the United States. Thomasson v State, 15 Ind. 449; Cory v Carter, 48 Ind. 327 (17 Am. R. 738); McCarthy v. Froelke, 63 Ind. 507; In Re Wehlitz, 16 Wis. 443."* Mc Donel v State, 90 Ind. Rep. 320 at pg 323;

(9)     Fact:   Crosse v. Board of Supervisors, Baltimore, Md., 1966, 221 A. 2d 431 citing US Supreme Court Slaughter House Cases and U.S. v. Cruikshank 92 US 542, 549, 23 L. Ed 588 1875: *Both before and after the 14th Amendment to the Federal Constitution it has not been necessary for a person to be a citizen of the U.S. in order to be a citizen of his State;*

(10)    Fact:   Gardina v. Board of Registers 48 So. 788, 169 Ala. 155 1909: *"There are two classes of citizens, citizens of the United States and of the State. And one may be a citizen of the former without being a citizen of the latter"*;

(11)    Fact:   Tashiro v. Jordan May 20, 1927, 255 P. 545 Cal. Supreme Court: *"Citizenship of the United States does not entitle citizens to privileges and immunities of Citizens of the State, since privileges of one are not the same as the other"*;

Affidavit of Criminal Complaint 09/19/05

166

who violated My rights, My privacy, and Criminally Converted My son's name, a true copy attached and incorporated herein by reference in its entirety.

(19)  Fact:  On 28 June, 2005, I received a letter from the President and CEO of Casa Grande Community Hospital denying any legal merit to My position.

(20)  Fact:  *"But, as said in the Slaughter-House Cases, the protection of the citizen in his rights as a citizen of the state still remains with the state. This principle is again announced in the decision in United States v Cruikshank, 92 U.S. 542, 23 L. Ed. 588, wherein it is said that sovereignty, for the protection of the rights of life and personal liberty within the respective states, rests alone with the states."* Maxwell v Dow, 20 S.C.R. 448, at pg 453;

(21)  Fact:  The above mentioned RESPONDENT, knows that "We the people" created the State Constitutions, and the States, then subsequently created the UNITED STATES.

(22)  Fact:  The above mentioned RESPONDENT knows that "We the People" cannot delegate to the State, any authority that we ourselves do not have.

(23)  Fact:  In the letter from J. Marty Dernier, he stated that they were prohibited from taking any action by statute, ARS Section 36-333, a true copy of which is attached and incorporated herein by reference.

(24)  Fact:  The above mentioned RESPONDENT knows that neither the State nor the UNITED STATES has the authority to violate the rights of "We the People".

(25)  Fact:  The above mentioned RESPONDENT knows that neither the State nor the UNITED STATES has the authority to write statutes that allow any entity to violate the rights of "We the People".

(26)  Fact:  In ARS 36-333, it says that "persons" have to register their births with the Registrar.

(27)  Fact:  It is a well established fact that there are three sovereigns in America, the Federal government, the State government, and "We the People".

(28)  Fact:  *"One sovereign does not need to tell another sovereign that he/she is sovereign. The sovereign is merely sovereign by his very existence. The rule in America is that the American people are the sovereigns."* <u>Kemper v. State</u>, 138 Southwest 1025 (1911), page 1043, section 33.

(29)  Fact:  That the US Supreme Court has ruled on numerous occasions that the word "persons" in statutory construction excludes the sovereign, because the government does not have the authority to violate the rights of "We the people".

(30)  Fact:  A "Person" is:

Affidavit of Criminal Complaint 09/19/05



38.  J. Marty Dernier, President/CEO, the entire Board of Directors and all of the Executive Officers, et al, of Casa Grande Regional Hospital Inc., have violated their bond and their Corporate Charter, which violation is a Breach of the Trust which was established with the people of Arizona and against the Peace and Dignity of the People of Arizona.

39.  Therefore, complainant Glenn Winningham; house of Fearn demands a warrant for arrest be issued for J. Marty Dernier named in paragraph 38 above, that their bonds be forfeited, and they be fired from their official duties and dealt with according to law.

## Conclusion

I, Me, My, Myself, the Secured Party, do understand the liabilities for making false statements and do accept all liability for My acts. (Briscoe v LaHue 460 U.S. 325.) I, Me, My, Myself, the Secured Party, am not an expert in the Law; however, I do know right from wrong. If there is any human being who is being unjustly damaged by My statements contained herein, if he/she will inform Me by Facts, I will sincerely make every effort to amend My ways. If anyone has information that will controvert and overcome this Declaration, since this is a commercial matter, please advise Me IN WRITING by AFFIDAVIT FORM within twenty one (21) days from receipt hereof, providing Me with your counter affidavit, proving with particularity, point by point, by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law that this affidavit is substantially and materially false sufficient to change materially My status and factual declaration. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as Fact as a matter of law and this affidavit shall stand as final judgment in this matter. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceeding justly determined.

The Undersigned, I, Me, My, Myself, the Secured Party, holder in due course of Original Jurisdiction do herewith declare, state and say that I, Me, My, Myself, the Secured Party, issue this Affidavit of Truth for Verified Criminal Complaint with sincere intent in truth, that I, Me, My, Myself, the undersigned Secured Party, am competent to state the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, and reasonable and just to the best of my knowledge, by Me, undersigned addressee, one of We the People and not a corporation or a fiction of any type.

Use of state and federal statutes within this document is only to notice the reader that which is applicable to them and is not intended, not shall it be construed, to mean that the secured party confers, submits to, or has entered into any jurisdiction alluded to thereby.

I, Me, My, Myself, the Secured Party, expressly reserve all of My Rights, without prejudice. The use of a notary on this document does not constitute any adhesion, nor does it alter My status in any manner. The purpose of notary is for verification and identification only and not for entrance into any foreign jurisdiction.



If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same.....; or if two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured, they shall be fined under this title or imprisoned not more than ten years, or both.

## TITLE 18 UNITED STATES CODE (USC) SEC. 242

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

## TITLE 18 UNITED STATES CODE (USC) SEC. 872

Whoever, being an officer, or employee of the United States or any department or agency thereof, or representing himself to be or assuming to act as such, under color or pretense of office or employment commits or attempts an act of extortion, shall be fined under this title or imprisoned not more than three years, or both; but if the amount so extorted or demanded does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

### 36-333. Birth certificate registration

A. Within seven days after a child's birth in this state, a person shall submit to a local registrar, a deputy local registrar or the state registrar, a birth certificate for registration according to rules adopted pursuant to this chapter. The birth certificate shall be submitted physically or electronically through the state designated electronic registration system. A local registrar, a deputy local registrar or the state registrar may accept a certificate submitted electronically without the signatures required by rule.

B. If a birth occurs at a hospital, the chief administrative officer of the hospital or that person's designee shall:

1. Obtain the information for a birth certificate, including signatures and social security numbers required by rule.

2. Fill out the birth certificate.

3. Submit the birth certificate for registration to a local registrar, a deputy local registrar or the state registrar.

4. Maintain a copy of the evidentiary documents used to fill out the birth certificate for ten years after the date of submission.

C. If a birth does not occur at a hospital one of the following persons shall obtain the information, evidentiary documents, social security numbers and signatures required by rule for a birth certificate, fill out the birth certificate and submit the birth certificate for registration to a local registrar, a deputy local registrar or the state registrar:

1. A physician, nurse or midwife who is present at the birth and who is willing and able to do so during or immediately after the birth.

2. If a physician, nurse or midwife is not present at the birth or is not willing or able to do so, the child's mother or father or a family member of legal age who is present, willing and able to do so during or immediately after the birth.

3. If the child's father or other family member of legal age is not present or is not willing or able and the child's mother is not willing or able to supply the required information, any other person who is present during or immediately after the child's birth and who can supply the required information.

D. If a birth occurs in a moving conveyance, the birth is considered to have occurred in the place where the child is initially removed from the conveyance. If the child is initially removed from the conveyance at a hospital, the person named in subsection B shall submit the birth certificate to the state registrar or the local registrar or deputy local registrar of the registration district where the child is first removed. If the child is initially removed from the conveyance at any location other than at a hospital, the person identified in subsection C shall submit the birth certificate to the state registrar or to the local registrar or deputy local registrar of the registration district where the child is first removed.

E. A local registrar, a deputy local registrar or the state registrar shall register a birth certificate if the birth certificate is accurate and complete and submitted according to this chapter and rules adopted pursuant to this chapter.

## 18 USC § 1621. Perjury generally

Whoever—

Affidavit of Criminal Complaint 09/19/05

172

From:
Glenn Winningham; Fearn
Non-Domestic
C/O 1377 E. Florence Blvd., #147-166
Casa Grande, Arizona

**Respondents**
**Tom Erickson, M.D., Director**
**Casa Grande Community Hospital, Inc.**
1840 E. Florence Blvd.
Casa Grande, Arizona 85222

**Henry Givre, M.D., Director**
**Casa Grande Community Hospital, Inc.**
1860 E. Florence Blvd., Ste E
Casa Grande, Arizona 85222

**Terry Calaway, Director**
**Casa Grande Community Hospital, Inc.**
526 W. Casa Grande Lakes Blvd. S
Casa Grande, Arizona 85222

**Charie Wallace, Director**
**Casa Grande Community Hospital, Inc.**
862 N. Trekell
Casa Grande, Arizona 85222

**John W. McEvoy, Chairman**
**Casa Grande Community Hospital, Inc.**
943 E. Kortsen, Unit 15
Casa Grande, Arizona 85222

**Cherie McGlynn, Vice Chairman**
**Casa Grande Community Hospital, Inc.**
306 W. 12th Street
Eloy, Arizona 85231

**David Fitzgibbons, Director**
**Casa Grande Community Hospital, Inc.**
711 E. Cottonwood Lane
Casa Grande, Arizona 85222

**Michael Ammann, D.O., Director**
**Casa Grande Community Hospital, Inc.**
1515 E. Florence Blvd., Ste. 103
Casa Grande, Arizona 85222

**Tresa Georgini, Director**
**Casa Grande Community Hospital, Inc.**
3095 N. Lear Avenue
Casa Grande, Arizona 85222

**J. Marty Dernier, President/CEO**
**Casa Grande Community Hospital, Inc.**
1800 E. Florence Blvd.
Casa Grande, Arizona 85222

**George Peoples, Secretary/Treasurer**
**Casa Grande Community Hospital, Inc.**
111 E. Laurel Circle
Casa Grande, Arizona 85222

## NOTICE AND DEMAND

**NON-NEGOTIABLE**                          **NON-NEGOTIABLE**

To all Respondents, et al:

I, Me, My, Myself, a man, a living soul, a sovereign, with an address correction C/O Glenn Winningham; Fearn, C/O 1377 E. Florence Blvd., #147-166, Casa Grande, Arizona, without the UNITED STATES, do hereby NOTICE you and DEMAND the following:

1.  I, Me, My, or Myself am competent to deal with the matters herein.

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder----------------------------------------------------------------------Title Holder Glenn Winningham; family of Fearn

Title Holder: Glenn Winningham; family of Fearn                Casa Grande Community Hospital NOTICE AND DEMAND 052305-01

Arizona Department of Health Services signed by Governor Janet Napolitano a copy of which is incorporated herein by reference. All of this is done CRIMINALLY, without authority, and in violation of your corporate charter.

12.   The Courts have declared on numerous occasions that there are two classes of citizens in America, state citizens (Arizona Citizens), and US Citizens, and you can be a citizen of one without being a citizen of the other. Furthermore, according to Maxwell v Dow 20 S.C.R. 448, U.S. Citizens do not have access to the first eight amendments to the constitution against the powers of the federal government. Therefore, a violation of My son's rights has occurred pursuant to 18 USC Sections 241 and 242, and I intent to uncover the extent of the conspiracy.

13.   I DEMAND that you surrender the names and addresses of all persons who were involved in registering His birth with the State of Arizona and all the particulars, under penalty of perjury.  You have 30 days to respond.

14.   If you fail to respond, in the time allotted, you will be deemed to be co-conspirators in these CRIMES, and knowingly in violation of your corporate charter, and I will proceed against you for CRIMINAL relief, as well as civil relief in the amount of $1,000,000,000.00 as defined in paragraph 8 above, and jointly, severally, and personally, as described in paragraph 9 above.

Under the laws of the united States of America, this NOTICE is made under the penalty of perjury.

**Notice to principal is notice to agent and notice to agent is notice to principal.**

This instrument was prepared by Glenn Winningham; family of Fearn, addressee.

GLENN WINNINGHAM FEARN©, or any derivatives thereof.
CONSTANCE IVY LACEY FEARN©, or any derivatives thereof.
JESSICA DOREEN FEARN©, or any derivatives thereof.
NELSON CHARLES FEARN©, or any derivatives thereof.
WILSON MURRAY FEARN©, or any derivatives thereof.
TAYLER CONSTANCE FEARN©, or any derivatives thereof.
HUNTER PIERRE FEARN©, or any derivatives thereof.
1137 EAST DELANO DRIVE©, or any derivatives thereof,
Lot 29, RANCHO GRANDE THREE©, or any derivatives thereof,
Lot 30, RANCHO GRANDE THREE©, or any derivatives thereof,
343993©, or any derivative thereof.
0017526393©, or any derivative thereof.
0033204736/5, 516© or any derivative thereof.
0033204744/5, 521© or any derivative thereof.
My Copyrighted properties

_____
Glenn Winningham; family of Fearn, addressee
Power of Attorney in Fact, With the Autograph

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.————————————————————————————————————————————————Title Holder Glenn Winningham; family of Fearn

176

Congratulations on the birth of your baby!

One of your most important roles as a parent

is to make sure your baby is immunized.

Keeping your little one healthy

means starting immunizations by two months of age.

Immunizations protect your baby

against many serious childhood diseases,

and I know how important

your baby's health is to you.

*Jay Megolino*

The world is
one baby sweeter now.

178



🏛 Homeland Security

# Crossing U.S. Borders

📧 Get e-mail updates when this information changes

- U.S. Citizens
- Lawful Permanent Residents
- International Citizens
- Specific Populations and Situations
- Presenting Insufficient Documentation
- Trusted Traveler Programs



## U.S. Citizens
### Air Travel
All U.S. citizens including children must present a passport or secure travel document when entering the United States by air.

### Land/Sea Travel
Beginning January 31, 2008, the United States will end the practice of accepting oral declarations of citizenship at the border.



- **U.S. citizens ages 19 and older** must present documentation that proves both identity and citizenship. Identification documents must include a photo, name and date of birth. View the complete list of acceptable documents at CBP.gov.
- **Children ages 18 and under** will only be required to present proof of citizenship, such as a birth certificate.
- More information for specific populations and situations

Background: U.S. Land Border Crossing Updated Procedures Information on why new border crossing procedures are going into effect.

**Get a Passport by visiting the State Department's travel Web site**, or call the U.S. National Passport Information Center: (877) 4USA-PPT; TDD/TTY: (888) 874-7793.

**Get a birth certificate by contacting your state's vital records office**. (National Center for Health Statistics)

**Pleasure and Business Travel for U.S. Residents**. (CBP)

**Know Before You Go**. (CBP) Travel regulations for U.S. residents. As an international traveler, you should be



travelers entering the United States under the Visa Waiver Program need to present an e-Passport if their passport was issued on or after October 26, 2006.

**US-VISIT**. Entry and exit process for visitors requiring a visa, using biometrics such as digital fingerscans and digital photographs, to ensure the person crossing our border is the same person who received the visa.

- **10-Fingerprint Scanners to Deploy at all Ports of Entry**

**e-Passports**. The United States requires that travelers entering the United States under the Visa Waiver Program have an e-Passport if their passport was issued on or after October 26, 2006.

**Travel For Non-U.S. Citizens** (CBP) Information for visitors to the United States that are visiting for the purpose of working, studying, business travel or immigration.

## Specific Populations and Situations
### Native American Travelers
The Indian and North Affairs Canada Card and Tribal Enrollment Cards with a photo affixed to the card will be accepted during the transition phase.

Members of the Kickapoo Band of Texas and Tribe of Oklahoma would be permitted to present the Form I-872 American Indian Card in lieu of a passport, as they do currently.

### Traveling to and from U.S. Territories
U.S. Citizens traveling to and returning directly from a U.S. territory are not considered to have left the U.S. territory and do not need to present a passport.

U.S. territories include:

- American Samoa
- Guam
- Northern Mariana Islands
- Puerto Rico
- Swains Island
- U.S. Virgin Islands

## First Responders or Medical Emergency Situations
There is no change for standard processing of first responders or medical emergency personnel.

The department has had and will continue to have procedures in place to ensure prompt processing for these individuals.

Special consideration will continue to be made for urgent medical issues, First Responder situations, and cross-border emergency services. However, presenting an acceptable document is likely to be the most expedient means of crossing the border for personnel who routinely cross the border.

## Cruise Passengers
U.S. and Canadian citizens arriving on cruises from Canada, Mexico, Bermuda, or the Caribbean will be able to enter or depart the country with proof of identity and citizenship, such as a birth certificate and government-issued photo ID. View complete list of acceptable documents at CBP.gov.

Please be aware that you may still be required to present a passport when you dock at a foreign port, depending on the islands or countries that your cruise ship is visiting. Check with your cruiseline to ensure you have the appropriate documents for the stops you'll be making on your cruise.

## Ferries and Small Boats
Ferries and small boats are processed much like land travel, and all individuals traveling by these modes of travel are subject to the new requirements.



Case 3:08-cv-01204-G   Document 1-5   Filed 07/18/2008   Page 15 of 40   PageID 175

*court of directors shall pay, over and above the peace freight and demurrage, such allowances in respect of additional charges to owners as might be allowed in case of actual preparations for war.*

for any voyage between the twenty-seventh day of *March* one thousand eight hundred and two, and the eighth day of *March* one thousand eight hundred and three, to make and pay, or cause to be made and paid to the owners of such ships respectively, such allowances and payments in respect of the additional charges arisen or to arise to the owners of the said ships respectively, from the causes herein-before recited, as the said court of directors in their discretion shall think reasonable, and as might be lawfully allowed by the said court of directors in the case of actual preparations for war, the said act of parliament passed in the thirty-ninth year of his Majesty's reign, or any contract or agreement, or any thing therein contained, or any other matter, cause, or thing, to the contrary thereof in anyways notwithstanding.

*Act not to admit any claim in owners for an additional allowance, but in cases of war on preparations for it.*

II. Provided always, That nothing in this act contained shall be construed hereafter to recognize or admit any claim in the owners of any ship contracted for under the provisions of the said recited act, for any allowance in addition to the fixed rate of peace freight, as settled in their respective contracts, on account of any variation which may from time to time prevail in the price of stores, or on any other grounds whatsoever, save and except those prescribed by the said act, namely, in the case of actual war or preparations for war.

## C A P.  CXXXVIII.

*An act for extending the jurisdiction of the courts of justice in the provinces of Lower and Upper Canada, to the trial and punishment of persons guilty of crimes and offences within certain parts of North America adjoining to the said provinces.—*[August 11, 1803.]

Offences committed within any of the Indian territories, &c. shall be tried in the same manner as if committed within the provinces of Lower or Upper Canada. The governor of Lower Canada may empower persons to act as justices for the Indian territories, &c. for committing offenders until conveyed to Canada for trial, &c. Place and manner of trial of such offenders not being subjects of his Majesty, and also within the limits belonging to any European state shall be acquitted. Subjects of his Majesty shall be tried, although offence be committed in another European state.

## C A P.  CXXXIX.

*An act for preventing the forging and counterfeiting of foreign bills of exchange, and of foreign promissory notes and orders for the payment of money; and for preventing the counterfeiting of foreign copper money.—*[August 11, 1803.]

WHEREAS *the practice of forging and counterfeiting foreign bills of exchange, foreign promissory notes, and foreign orders for payment of money, both of late greatly increased, and plates of such bills, notes, and orders, have been in some instances engraven within the united kingdom of* Great Britain *and* Ireland, *whereby such forgeries have been more easily committed; and it is expedient that effectual provision should be made for the preventing of the same: may it therefore please your Majesty that it may be enacted,*

and





| | |
|---|---|
| P.O. BOX 1386 | DENNIS L. POLLOCK* |
| SUITE 200, 434 - 7TH ST. S. | MARY ANN GERHART |
| LETHBRIDGE, AB  T1J 4K1 | BEVERLY A. THOMSON |
| **GENERAL PRACTICE OF LAW** | ROCKWELL D. POLLOCK |

PH: 403-329-6900     CARDSTON BRANCH
FAX: 403-327-0290    PH: 403-653-4606
REGISTERED MAIL    E-MAIL: dlplaw@lawpollock.com

June 6, 2008

Constance Ive Fearn
#437, 6340 Lakeworth Blvd.
Fort Worth, Texas
U.S.A. 76135

Dear Mrs. Fearn:

> Re: Glenwood Property – 59 – 1st Avenue NW
> Our File:  17632-1DLP

Please be advised that we represent Marianne Sartoris who is presently residing at the above-mentioned property.  Our client has entered into a rent to own agreement with Marie Hollman who had our client believe that Marie was the owner of this property.  We are enclosing a copy of the said agreement for your information.  Upon obtaining a title search we noted that this property is held in your name, as well as Glenn Winningham Fearn and Jessica Doreen Fearn as joint tenants.

Our client has paid substantial monies as well as her own labor into renovating the house believing that these monies would be credited towards the purchase price of this home as well as rent in the amount of $600.00 per month, to Mrs. Hollman.

Accordingly, we would request that you please advise us as to the status of Mrs. Hollman's involvement with respect to this property.  As well, kindly advise if you are aware that Marianne Sartoris is living on the property and that she has made these renovations.

We look forward to hearing from you at your earliest convenience.  Kindly contact myself, or my assistant, Deborah with the particulars.  Thank you for your kind attention herein.

Yours truly,
Pollock & Company

Per:
Dennis L. Pollock
/dd
Enclosure

* DENOTES PROFESSIONAL CORPORATION
POLLOCK & COMPANY IS A TRADE NAME
OF D.L. POLLOCK PROFESSIONAL CORPORATION

185



## REQUEST TO ADMIT

You are requested to admit, for the purposes of this proceeding only, the truth of the following facts:

1. What was the purpose of the borrower coming to the bank? (A loan).

2. Were the funds to be paid to the alleged borrower or seller of the house? (The check was written to the seller).

3. The check written, does it represent an asset of the bank? (I do not know).

4. Is it a bank policy to first deposit money into an account before writing a check on that account? (I think so).

5. Where did the funds originate to fund the check? (What do you mean originate?).

6. Did the bank originate the funds for the check or did the borrower originate the funds for the check? (I do not know, the money came from a pool of money at the bank).

7. According to your understanding of the agreement, do you believe the bank or borrower was to originate the funds to issue the bank loan check? (I think the bank was the one).

8. To the best of your knowledge where did the funds originate from? (From a liability).

9. So you say a liability, Banks have assets and liabilities, can you explain to the court the difference between an asset and liability with respect to a mortgage? (An asset is something you own and can sell. A liability is what you owe).

10. Is it your position you own the mortgage note? (Yes the bank owns it).

11. Did you issue a check based on the value of the mortgage note? (Yes).

12. Then the asset you used to issue the check was that of a mortgage note? (Yes).

13. Is it your belief that the bank has a standard operating policy? (I think so).

14. Are banks bookkeeping entries in compliance with bank laws? (Yes).

15. Are you aware that in this country, banks can loan money? (Yes).

16. Does the law provide what kind of money the banks can loan? (I don't know. I am not an attorney).

187

Questions for bank auditor or head accountant

35.   Are the bank bookkeeping entries to correlate to the bank loan agreement? (Yes).

36.   According to your understanding, who owns this promissory note? (The bank).

37.   Was someone to loan something to someone according to this paper? (Yes).

38.   Tell me who you think was to loan exactly what to whom according to this? (The bank was to loan $ 100,000 to Mr. Victim).

39.   In your opinion, do the banks today, when making loans based on mortgages, part with an asset when they grant loans when the bank pays the seller of the house or the alleged borrower? (Yes).

40.   On 2-28-87, the moment before, the second before the promissory not was signed, did the bank have the funds it loaned to the borrower? (Yes).

41.   Where did the asset come from? (From a pool of bank money).

42.   Did the bank assets decrease by the amount of the loan? (I don't know because I did not review the bank bookkeeping entry).

43.   On a standard bank loan, if the bank loaned an asset, would the bank assets decrease by the amount of the loan? (No, not at the time).

44.   When would it not decrease? (When the bank replaces the borrower's promissory note with other depositors' cash).

45.   Did the bank actually loan cash as opposed to a check? (Normally it is a check?).

46.   Do bank liabilities increase if this check is deposited at a bank? (Yes).

47.   If this same check is deposited, do bank assets increase? (Yes).

48.   Do bank assets decrease by the amount of the loan? (No).

49.   Do bank assets increase as a result of a bank loan? (Yes).

50.   If a bank customer withdraws money from his account, do bank assets decrease? (Yes).

51.   If a bank customer deposits funds into his account at the bank do bank assets increase or decrease? (Increase).

52.   Please explain why bank assets and liabilities increase when banks grant loans. (The promissory note is recorded as a bank asset offset by a bank liability).



loan, telling the borrower to repay the principle and interest as if there was a loan? (Yes).

70. Was this disclosed in the written bank loan agreement? (No).

71. Did you ever see this disclosed in the band advertising? (No).

72. Does the bank have to own the asset before they can use the asset to issue the loan check and claim the bank loaned its money to the borrower? (I am not a lawyer).

73. Did the bank fulfill the agreement to legally own the promissory note? (Yes).

74. What exactly was to happen concerning the money trail and the promissory note trail between the bank and borrower in order for the bank to legally own the promissory note? Did the bank receive the promissory note in a way similar to receiving a gift? (Yes).

75. Did the bank sell the promissory note without fulfilling the written agreement? (Yes).

76. Does the check represent a liability to pay money? (yes).

77. To whom is the money owed in respect to the money loaned? (To the borrower and then the person to whom the check was issued?).

78. Did the bank record the promissory note as a bank asset? (Yes).

79. Did the bank balance the bank books by crediting an account to offset the asset? (Yes).

80. According to the standard bank practice, what account would the credit or liability be to? (Cash or a check or a transaction account).

81. Would the net result be to the check issued to the borrower or seller of the house? (Yes).

82. If a check is deposited, does it transfer funds from one account to another? (Yes).

83. To fund this check, do you know of any source other than depositors' money or money the bank received as a loan, that the bank may have used to fund this check? (No).

84. Do you have any knowledge of the borrower agreeing to be the depositor and to use this deposit to fund the bank loan check back to the same borrower? (No).



Questions for Bankers Page 5 of 10



99. Do you have any knowledge of being able to write a check unless the funds are first deposited in an account to make the check valid? (No).

100. Are bank checks redeemable in cash upon request? (Yes).

101. Is cash or cash equivalent first deposited before issuing a check? (Yes).

102. Do you know of any exceptions? (No).

103. If a bank customer brings the bank funds and the bank deposits the funds, does the customer have the right to withdraw the funds?(Yes).

104. If the customer withdraws the funds, is the money withdrawn a loan from the bank or a return of capital earlier deposited? (It is a return of capital).

105. In this situation, do you have any knowledge of the funds being withdrawn as a loan to the customer who brought the funds to the bank? (No).

106. Do you have any knowledge of the borrower agreeing to sign a bank signature card? (No).

107. Do you have any knowledge of the bank creating a borrower's transaction account? (No).

108. Do you have any knowledge of the bank exchanging the promissory note for a check, thus using the promissory like money or sold it for money to fund the bank loan check to the same borrower? (Yes).

109. How did you obtain this knowledge? (From the package the borrower mailed me showing me the federal reserve bank publications).

110. Is it your opinion the banks follow the written federal reserve bank policies and procedures? (Yes).

111. To the best of your knowledge, is it the policy of the bank to allow one to write a check from another depositor's account without that depositor's knowledge, permission or authorization to use the deposit to fund the check? (No).

112. To the best of your knowledge does the bank receive deposits from customers without giving the customer a deposit slip or giving the customer a bank statement showing the deposit? (No).

113. To the best of your knowledge does the bank receive funds from customers and use the funds to fund checks without the customer's knowledge, permission or understanding? (No).

132. Do you believe the borrower agreed the promissory note is money according to the bank policy? (N0).

133. Are you saying the promissory note represents a deposit or the equivalent of a deposit? (Yes).

134. Does that not represent an asset of the borrower? (I do not know).

135. Is it your opinion the bank owns the promissory note without the bank giving consideration in accordance with the agreement? (No, the bank has to give money to the borrower according to the agreement.).

136. Do you believe the borrower owns the promissory note until the bank gives consideration in accordance with the agreement? (Yes).

137. According to your understanding, what is the full agreement? (I plead the 5th.,).

138. When the promissory note is deposited, is it an asset of the borrower? (It becomes an asset of the bank and the bank owns what ever is deposited).

139. If a customer deposits something at the bank, is there a new offsetting liability? (Yes).

140. Is the liability an indication the bank owes the depositor money? (Yes).

141. If the deposits the promissory note, does the bank owe money to the depositor? (The bank owes money to the seller of the house the borrower is purchasing).

142. If the borrower deposited cash instead of a promissory note, would there be an offsetting liability? (Yes).

143. Would the bank owe the seller of the house this liability just as if the borrower deposited a promissory note? (yes).

144. In both cases, did the money come from the borrower? (Yes).

145. In both cases, did the bank obtain the bank loan agreement without the bank risking or investing one cent of other depositors' or investors' money? (Yes).

146. Did the bank obtain the bank loan agreement for free? (No the bank gave a check).

147. Did the bank pay the liability the bank created when recording the promissory note as a bank asset? (No).

148. Do you have any proof the bank intended to pay the liability? (No).

Questions for Bankers Page 9 of 10

195

4      Anno decimo octavo GEORGII III. c. 12.      [1778.

## C A P. XII.

*An act for removing all doubts and apprehensions concerning taxation
by the parliament of Great Britain in any of the colonies, pro-
vinces, and plantations in* North America *and the* West Indies;
*and for repealing so much of an act, made in the seventh year of the
reign of his present Majesty, as imposes a duty on tea imported
from Great Britain into any colony or plantation in* America, *or
relates thereto,*

**Preamble.**    WHEREAS *taxation by the parliament of* Great Britain,
*for the purpose of raising a revenue in his Majesty's colonies,
provinces, and plantations, in* North America, *has been found by
experience to occasion great uneasinesses and disorders among his Maje-
sty's faithful subjects, who may nevertheless be disposed to acknowledge
the justice of contributing to the common defence of the empire, pro-
vided such contribution should be raised under the authority of the
general court, or general assembly, of each respective colony, province,
or plantation : and whereas, in order as well to remove the said unea-
sinesses, and to quiet the minds of his Majesty's subjects who may be
disposed to return to their allegiance, as to restore the peace and wel-
fare of all his Majesty's dominions, it is expedient to declare that the
King and parliament of* Great Britain *will not impose any duty, tax,
or assessment, for the purpose of raising a revenue in any of the colo-
nies, provinces, or plantations :* May it please your Majesty that it
may be declared and enacted ; and it is hereby declared and
enacted by the King's most excellent majesty, by and with the
advice and consent of the lords spiritual and temporal, and
commons, in this present parliament assembled, and by the

**No tax to be
hereafter im-
posed, by the
King and par-
liament of
Great Britain,
on any of the
colonies in
North Ame-
rica or the
West Indies :
except, etc.** authority of the same, That, from and after the passing of this
act, the King and parliament of *Great Britain* will not impose
any duty, tax, or assessment whatever, payable in any of his
Majesty's colonies, provinces, and plantations, in *North America*
or the *West Indies* ; except only such duties as it may be expe-
dient to impose for the regulation of commerce ; the net pro-
duce of such duties to be always paid and applied to and for the
use of the colony, province, or plantation, in which the same
shall be respectively levied, in such manner as other duties col-
lected by the authority of the respective general courts, or gene-
ral assemblies, of such colonies, provinces, or plantations, are
ordinarily paid and applied.

**So much of an
act 7 Geo. III.
as imposes a
duty on tea
imported from
Great Britain
into America,
repealed.** II. And be it further enacted by the authority aforesaid, That,
from and after the passing of this act, so much of an act, made
in the seventh year of his present Majesty's reign, intituled, *An
act for granting certain duties in the* British *colonies and plantations
in* America ; *for allowing a drawback of the duties of customs upon
the exportation from this kingdom of coffee and cocoa nuts of the pro-
duce of the said colonies or plantations ; for discontinuing the draw-
backs payable on* China *earthen ware exported to* America ; *and for
more effectually preventing the clandestine running of goods in the said
colonies and plantations* ; as imposes a duty on tea imported from
*Great Britain* into any colony or plantation in *America,* or has
relation to the said duty, be, and the same is hereby repealed.

                                      C A P.

197



Title Holder: Glenn Winningham; house of Fearn                                                    James Mannato, Notice and Demand 042808

From:
Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas

**By Registered Mail <u>RA 351 950 192 US</u>**
To:
James E. Mannato, Town Attorney
Town of Florence
775 N Main St.
P.O. Box 2670
Florence, Arizona 85232

**NON-NEGOTIABLE**                                                    **NON-NEGOTIABLE**

### NOTICE AND DEMAND

I, Me, My, Myself, a man, a living soul, a sovereign, an inhabitant of the land of Texas, and a holder of the office of "the people", with an address correction: C/O Glenn Winningham; house of Fearn, Non-Domestic Mail, C/O 6340 Lake Worth Blvd., #437, Fort Worth, Texas, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1.   James E. Mannato, Town Attorney, I accept your Oath of Office. Please find an Oath of Office acceptance document attached hereto, and incorporated herein by reference in its entirety.

2.   James E. Mannato, Town Attorney, equality under the Law is paramount and mandatory by Law.

3.   James E. Mannato, Town Attorney, et al, I did not give you, the authority for making a legal determination for Me.

4.   James E. Mannato, Town Attorney, et al, if you think or assume that you are representing Me, you are FIRED!

5.   James E. Mannato, Town Attorney, et al, neither you, nor any other person, is competent in dealing with any of My affairs.

6.   James E. Mannato, Town Attorney, I am competent for dealing in all of My affairs.

7.   You, James E. Mannato, Town Attorney, were Noticed of My copyrights on the name(s) **Glenn W. Fearn©, GLENN WINNINGHAM FEARN©, FEARN, GLENN WINNINGHAM©**, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety.

Page 1 (plus attachments)                                                    James Mannato, Notice and Demand 042808
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title
Holder.----------------------------------------------------------------------------------------------------------------Title Holder Glenn Winningham; house of Fearn
                                                                                                            With the Copy-Claim.

198

16. You, James E. Mannato, Town Attorney, are NOTICED that all documents that are recorded with the PINAL COUNTY RECORDER may be viewed at their website at; http://pinalcountyaz.gov/Departments/Recorder/Pages/DocumentSearch.aspx

17. You, James E. Mannato, Town Attorney, are NOTICED that you are not authorized to serve commercial process on Me.

18. As a titled sovereign, I hereby DEMAND that you James E. Mannato, Town Attorney, protect Me from all foreign agents like agents from the FBI, the DEA, the INS, the IRS, the IMF, the CIA, and any other agents of foreign governments.

19. As you already know, James E. Mannato, Town Attorney, neither the Arizona Transportation code, nor the title 47, Arizona Revised Statutes, also known as the Uniform Commercial code, are positive law, therefore, you have no authority whatsoever to impose anything in either of them on Me.

20. You, James E. Mannato, Town Attorney, are NOTICED that because I am a sovereign living soul, and a holder of the office of "the people", and an inhabitant of the land of Texas, that it also holds true that I am not a "person" as found in any of your corporate commercial codes, rules, and regulations, and therefore, your law merchant, a/k/a private international law, a/k/a martial law, a/k/a canon law, a/k/a ecclesiastical law, **does not apply to Me**, and if you or one of your subordinates attempts to impose one of your law merchant so-called contracts upon Me, your subordinate and you will be engaging in Perjury of Oath, Sedition to the Constitution, and giving aid and comfort to the enemy in a time of war, which is the prosecutable form of Treason as found in the constitutions for the united States of America, as well as the Republic of Texas.

21. You James E. Mannato, Town Attorney, are NOTICED AGAIN, that you have criminally converted My name and address for the specific purpose of causing Me injury and harm, and I am not done with you by any stretch of the imagination.

22. Without any authority whatsoever, you James Mannato, Town Attorney, sent your fraudulently created strawman/vessel another of one of your so-called offers of contract, and My response is attached hereto, and incorporated herein by reference in its entirety.

23. Finally, again, James E. Mannato, Town Attorney, et al, as a titled sovereign, I hereby ORDER you, and your subordinates, to protect My constitutional rights.

24. Signed and Sealed in red ink on the land of Texas.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

**Notice for the principal is notice for the agent and
notice for the agent is notice for the principal.**

Page 3 (plus attachments)                                                                    James Mannato, Notice and Demand 042808
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title
Holder.----------------------------------------------------------------------------------------------------Title Holder Glenn Winningham; house of Fearn
                                                                                                                                        With the Copy-Claim

Z OU

**Town of Florence**
775 N. Main St.
P.O. Box 2670
Florence, AZ 85232

(520) 868-7500
fax (520) 868-7501
TDD (520) 868-7502
www.town.florence.az.us

**TOWN SERVICES**

Building Inspection
868-7556

Finance
868-7624

Fire
868-7609

Grants
868-7554

Library
868-0788

Municipal Court
868-751

Personnel
868-7553

Parks & Recreation
868-9535

Planning & Zoning
868-7540

Police
868-7681

Public Works
868-7620

Senior Center
868-7622

Town Hall
868-7500

Town Manager's Office
868-7558

Utility Billing
868-7680



**JAMES E. MANNATO**
FLORENCE TOWN ATTORNEY
520-868-7557

April 22, 2008

Mr. Glenn W. Fearn
6340 Lake Worth Blvd. #135
Fort Worth, TX 76135

Re:   State of Arizona v. Glenn Winningham Fearn
      Florence Municipal Court CR2005-0186

Dear Mr. Fearn:

Please be advised that you have a warrant of arrest outstanding in the above matter. A copy of the warrant is attached for your reference. You may quash this warrant by remitting the sum of $590.00 to the Florence Municipal Court.

The warrant is statewide and may result in your extradition to the Florence Municipal Court if it is executed within the state of Arizona. There is no expiration of the warrant, and it will remain in effect until executed by your arrest.

Thank you for your attention to this matter.

Sincerely,

James E. Mannato
JEM/lc
Enclosure: 1



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

Search Results

Label/Receipt Number: **RA35 1950 192U S**
Status: **Delivered**

Your item was delivered at 9:15 AM on May 5, 2008 in FLORENCE, AZ 85232.

Track & Confirm

Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright © 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

**Registered No.** RA351950192US

| | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee | $10.15 | | | 0161 |
| Handling Charge | $0.00 | Return Receipt | $0.00 | 13 |
| Postage | $0.58 | Restricted Delivery | $0.00 | 05/01/08 |
| Received by | | | | |

To Be Completed By Post Office

Customer Must Declare Full Value $25.00   25.00

☑ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

FROM Glenn Winningham house of Town
NON-DOMESTIC MAIL
C/o 6340 Lake Worth Blvd
Fort Worth, Texas
FLORENCE AZ 85232
TO 275 E MAIN ST
TOWN OF FLORENCE
775 N MAIN ST PO BOX 2670
FLORENCE, AZ 85232

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form 3806, Receipt for Registered Mail
May 2004 (7530-02-000-9051)   Copy 1 - Customer
For domestic delivery information, visit our website at www.usps.com ®   (See Information on Reverse)

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

5/7/2008



From:
Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 1377 E. Florence Blvd., #151-166
Casa Grande, Arizona

## LAND GRANT

Glenn Winningham; house of Fearn, Constance Ivy Lacey; house of Fearn, and Jessica Doreen Fearn, house of VanVleet, sovereign living souls,

the **GRANTORS** do hereby convey to;

Glenn Winningham; house of Fearn, Constance Ivy Lacey; house of Fearn, and Jessica Doreen Fearn, house of VanVleet, sovereign living souls,

the **GRANTEES**
the following described real property situated on the land of Alberta,

**Plan 1222AY, Block Twenty-two, the most westerly sixty-six feet, and three inches, of Lots Two and Three excepting thereout the south twelve feet of the west sixty-six feet and three inches, of the said Lot Three, all of which is located in Section One and Section Two in the Fifth Township, in the Twenty-Seventh Range West of the Fourth Meridian, on the land of Alberta, which is on the land of North America.**

**together with all of the rights and privileges associated with;**

**1       the original Land Patent # 83874, which was recorded in the Department of the Interior on 4 December, 1901 under Liber 160, and Folio 501, and;**

**2       the original Land Patent # 83873, which was recorded with in the Department of the Interior on the 30th day of November, 1901, under Liber 160, and Folio 474,**

**true copies of both of which are attached hereto, and incorporated herein by reference in their entirety;**

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.---------------------------Title Holder: Glenn Winningham; house of Fearn
                                                              With the Copy-Claim

205

Title Holder: Glenn Winningham; house of Fearn                    LAND GRANT 100307

_Constance Ivy Lacey_

Constance Ivy Lacey; house of Fearn, sui juris
Sovereign living soul, holder of the office of "the people"


_Jessica Doreen Fearn_

Jessica Doreen Fearn; house of VanVleet, sui juris
Sovereign living soul, holder of the office of "the people"


### Notice

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.


As a Notary Public, and an Officer of the Court, I hereby Certify that the sovereign living souls, Constance Ivy Lacey; house of Fearn, and Jessica Doreen Fearn; house of VanVleet, are known to me, and are inhabitants of the land of Arizona. Having witnessed the signing and sealing of the forgoing LAND GRANT by Constance Ivy Lacey; house of Fearn, and Jessica Doreen Fearn; of the house of VanVleet, I place my hand and seal hereon as an authentic act as a Notary Public.


_____
Notary Public

_____
Date



Notary Public State of Arizona
Pinal County
Belinda Iris Jones
Expires March 15, 2008


Page 3 (plus attachment)                                      LAND GRANT 100307
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.---------------------------Title Holder: Glenn Winningham; house of Fearn
With the Copy-Claim

207



2453.1   A T 100

DOMINION LANDS.

GRANT
TO

The Calgary & Edmonton Railway Co.

SITUATE IN THE

Prov. Dist. of Alberta
North-West Territories.
Township 5
Range 27 West 4th Mer.
Sections 1, 2, 3, 4, 5, 6 etc.
Acres 17, 2, 56, 89

DATED 3rd December, 1901.

209



```
-------------------------------------------------------------------
                      ENCUMBRANCES, LIENS & INTERESTS
                                                   PAGE    2
  REGISTRATION                                     # 051 260 554
    NUMBER      DATE (D/M/Y)      PARTICULARS
-------------------------------------------------------------------
```

3113DK  .      24/09/1925 IRRIGATION ORDER/NOTICE
                          THIS PROPERTY IS INCLUDED IN THE UNITED IRRIGATION
                          DISTRICT

7528FB  .      17/09/1941 RESTRICTIVE COVENANT

071 206 000    30/04/2007 TAX NOTIFICATION
                          BY - THE VILLAGE OF GLENWOOD.
                          BOX 1084
                          GLENWOOD, ALBERTA
                          T0K2R0

TOTAL INSTRUMENTS: 003


THE REGISTRAR OF TITLES CERTIFIES THIS TO BE AN ACCURATE
REPRODUCTION OF THE CERTIFICATE OF TITLE REPRESENTED
HEREIN THIS 19 DAY OF SEPTEMBER, 2007 AT 08:34 A.M.

ORDER NUMBER:9426432

CUSTOMER FILE NUMBER: 6786108



                    *END OF CERTIFICATE*

THIS ELECTRONICALLY TRANSMITTED LAND TITLES PRODUCT IS INTENDED FOR THE
SOLE USE OF THE ORIGINAL PURCHASER, AND NONE OTHER, SUBJECT TO WHAT IS
SET OUT IN THE PARAGRAPH BELOW.

THE ABOVE PROVISIONS DO NOT PROHIBIT THE ORIGINAL PURCHASER FROM
INCLUDING THIS UNMODIFIED PRODUCT IN ANY REPORT, OPINION, APPRAISAL OR
OTHER ADVICE PREPARED BY THE ORIGINAL PURCHASER AS PART OF THE ORIGINAL
PURCHASER APPLYING PROFESSIONAL, CONSULTING OR TECHNICAL EXPERTISE FOR
THE BENEFIT OF CLIENT(S).





(58)



Glenn Winningham; house of Fearn
Non-domestic
C/O 1377 Florence Blvd., #151-166
Casa Grande, Arizona

**OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
LAURA DEAN-LYTLE**

DATE/TIME: 12/04/06 1547
FEE:                      $66.00
PAGES:
                              58
FEE NUMBER:   2006-165818

## AFFIDAVIT FOR TRUTH

### NOTICE FOR THE AGENT IS NOTICE FOR THE PRINCIPAL

**Respondents:**
**Ardell Hartley, Mayor**                    )
**THE VILLAGE OF GLENWOOD**          )        SS
P.O. Box 1084                                      )
Glenwood, AB T0K 2R0
Canada        **NOTICE FOR THE PRINCIPAL IS NOTICE FOR THE AGENT**

**Brad Salmon, Village Manager**
THE VILLAGE OF GLENWOOD
P.O. Box 1084
Glenwood, AB T0K 2R0
Canada

In the matter of:        **VERIFIED CRIMINAL COMPLAINT:**
**BREACH OF TRUST**
by refusal of all the above mentioned respondents to protect the rights of Arizona
sovereign living soul, I, Me, My, or Myself, also known as Glenn Winningham;
house of Fearn, in violation of their Oath of Office, their corporate charter, and their
bond, and,
**NONFEASANCE**
by the above mentioned respondent's refusal to protect the rights of Arizona
sovereign citizen, I, Me, My, or Myself, also known as Glenn Winningham; house
of Fearn, and,
**MALFEASANCE**
by all of the above mentioned respondents unlawful and false legal determinations,
which they have no authority to make, and,
**PERJURY OF OATH**
by the above mentioned respondents refusal to carry out the duties that their oath
of office requires if there is an Oath of Office, which is also a dereliction of their
duty, and
**VIOLATING THE RIGHTS**
of I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, by
representing Me without authority, and making unauthorized legal determinations
for Me, for personal and corporate gain, by all of the above mentioned parties by
omission and commission, and,
**CRIMINAL CONVERSION**
1) by falsely converting My property from the land of Alberta to the foreign
bankrupt corporation CANADA, by adding a postal code to the end of the address,
and,

Page 1 (plus attachments)                    Affidavit of Criminal Complaint 12/14/06 with the copy-claim

WHEREAS, the public record is the highest form of evidence, I, Me, My, Myself, **Secured Party,** am hereby timely creating public record by this **Affidavit for Criminal Complaint**, Presented by Me, addressee, the undersigned one of We the People of the several united States against **Brad Salmon, Village Manager, and Ardell Hartley, Mayor, Village of Glenwood, et al** and others known and unknown, who did unlawfully, willfully, and knowingly combine, conspire, confederate, and agree under color of office, and including but not limited to:

1.   operate a Criminal Racketeering Cartel against the People upon the Land of Arizona (violation of the RICO Act);
2.   conspire to violate the rights of Arizona Citizens under the color of law;
3.   theft of My property and violate My rights under the color of law
4.   make legal determinations for Me without My permission, thus practicing law without a license, a commercial crime, under the color of law.
5.   Criminal conversion, under the color of law, of My address from the sovereign Arizona state to the foreign UNITED STATES a/k/a The District of Columbia, by adding a zip code to the end, and using the "AZ" designation, which is a region in the foreign UNITED STATES a/k/a The District of Columbia, because they know they have no authority except in the foreign corporation UNITED STATES a/k/a The District of Columbia.
6.   Criminal conversion, under the color of law, of My property from the land of Alberta to the foreign bankrupt corporation CANADA, by adding a postal code to the end, and using the "AB" designation, which is a region in the foreign bankrupt corporation CANADA, because they know they have no authority except in the foreign bankrupt corporation CANADA.
7.   Criminal conversion, under the color of law, of My citizenship from sovereign Arizona citizen with all the rights protected by the US constitution to foreign US citizen which has few or no rights.
8.   Conspire to impose civil statutes under the color of law, without authority, on the sovereign living soul, Glenn Winningham; house of Fearn, by imposing the status of "person" on Me.
9.   Operating a criminal racketeering enterprise to Extort money under color of Office in support of the fictitious federal debt by all of the above mentioned respondents.

I, the undersigned sovereign living soul complainant Glenn Winningham; house Fearn state the following is true and correct to the best of my knowledge and belief.

(1)   Fact:   I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, a sovereign living soul, am a member of the American Sovereignty, as found in the ABSTRACT OF JUDGMENT, DECLARATION, AND ORDER, recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-028178, which is incorporated herein by reference in its entirety;

(2)   Fact:   *"...at the revolution the Sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects ......and have none to govern but themselves; the citizens of America are equal as fellow citizens, and as joint tenants in the sovereignty."* Chisholm v Georgia, 2 Dall. 440, at pg 471;

(3)   Fact:   *"The words "people of the United States" and "citizens" are synonymous terms, and mean the same thing. They both describe the political body who, according to our republican institutions, form the sovereignty, and who hold the power and conduct the Government through their representatives. They are what we familiarly call the "sovereign people," and every citizen is one of this people, and a constituent member of the sovereignty."* Dredd Scott v Sandford, 60 US 393, at pg 404;

(4)   Fact:   *"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."* Yick Wo v Hopkins, 118 US 356, at pg 370;

Page 3 (plus attachments)                    Affidavit of Criminal Complaint 12/14/06 with the copy-claim



(13)   Fact:   The same situation exists on the land of Canada; *"The sovereign people, through their representatives have created the Court and the Board as well as the municipal council -- and have defined the rights and duties of each..."* Re Casa Loma [1927] 4 D.L.R. 645
*"...in as much as the sovereignty of the people is inalienable and imprescriptible."*
Penikett, et al v THE QUEEN, et al, 43 D.L.R. (4ᵗʰ) 324

(14)   Fact:   THE STATE OF ARIZONA is a municipal corporation within the United States, in contradistinction to The State of Arizona, a corporation set up by "We the people", of Arizona state, the sovereign entity, in which I am an inhabitant.
      **There has been created a fictional federal State (of)  xxxxxx    within a state. See Howard v. Sinking Fund of Louisville, 344 U.S. 624, 73 S.Ct. 465, 476, 97 L.Ed. 617 (1953); Schwarts v. O'Hara TP School District, 100 A 2d. 621, 625, 375, Pa. 440**

(15)   Fact:   THE VILLAGE OF GLENWOOD, is a municipal corporation within the PROVINCE OF ALBERTA, which is another municipal corporation within CANADA, which is another municipal corporation, all of which were created by "we the people" to be our servants. All officers and officials in these municipal corporations have Oaths of Office to protect and defend "we the people".

(16)   Fact:   The Queens Coronation Act of 1688 says she is to uphold the laws of God . No true allegiant will fail to aid her majesty in her duty. She is styled as defender of the faith. Your true allegiance is to aid her to provide that defense.  You do not get to make up your own version of what true allegiance means.

(17)   Fact:   I am neither a constitutional partner nor a citizen of Canada nor am I a legal person.  I was born a male child on the land but am not part of the corporate legal fiction and debt ridden corporation known as Canada. I am not a member nor debtor of that ungodly dead corporate body as I am flesh, a creation of God.  I have not accepted nor have I created  a SIN number and am not owned by nor entitled to by claim of any person.

I claim the Charter preamble and notable promise that God's law is Supreme. Deuteronomy 4:1-2; 12:32; Numbers 15:15

(18)   Fact:   This is the preamble and the main focus and reason for the Constitution of Canada
**"Whereas Canada is founded upon the principles that recognise the Supremacy of God and the rule of law."**
 It says in the preamble that God rules. That is all I need.  I am not subject to the Charter and it even says so .

(19)   Fact:   The rest of the Canadian Charter and rights and freedoms applies only to those who are employed by the Government as section 32 clearly in simple English tells.
*Application of Charter*
**32.** (1) This Charter applies
(*a*) to the Parliament and government of Canada in respect of all matters within the authority of Parliament including all matters relating to the Yukon Territory and Northwest Territories; and
(*b*) to the legislatures and governments of each province in respect of all matters within the authority of the legislature of each province.
(2) Notwithstanding subsection (1), section 5 shall not have effect until three years after this section comes into force.

