be no violation of Christ's faith. No Royal Assent is to be given to any Bill that is inconsistent with Christianity. Rulers are **not to deprive us of our rights** to the blessings of Chrisian government. The Biblical scriptures etched into the four sides of the Parliament building are also prima fascia evidence of the Christian foundation of the government.

(26) Fact: Examples of historical evidence, that for centuries Christianity has been the basis of British Justice and lawmaking, demonstrate conclusively the validity of our claim that Christianity is, and has always been, Canada's law worldview:

a. It has been frequently ruled in Court cases in the commonwealth that Christianity is still**"part and parcel of the Law of the land." (Kelly J** is just one of the Judges.**)**

b. Christianity as the Law of the Land for England began in the ninth century with King Alfred the Great's adoption (about 880) of the **"Ten Commandments"** to be the basis of his**Code of Laws** for England. He made sure the Courts did their duty, judging according to the Ten Commandments, and history records that **crime became a thing of the past.** He introduced compulsory education, and the death penalty for murder, both of which are sourced in the Bible. The court Alfred kept was modeled on those he had observed as a youth accompanying his father on a tour of foreign capitals. His court was attended by all the country's nobles, bishops, and thanes. It was the first embryo parliament. Alfred established a chancery, an administration, and a civil service, which was a bureau of clerks. A circle of scholars both native and foreign gathered at Alfred's Court to establish a legal code. It was prefaced with the "Ten Commandments" and closed with the "Golden Rule". The good government Alfred gave England contributed to the success of his reign. A contemporary of Alfred said that "the aim of all his work was to promote the good of the people".

c. Sir Alfred Denning wrote that for 700 years -

> *"The judges of England laid down the **Common Law** which precisely defined the **rights** of the individual and made the life and **liberty** of every law-abiding citizen secure from injury on the part of others, or of the State."*

Canada has been a Common Law country from the beginning

(27) Fact: Canadians Inherit Christian Liberties FOREVER through the U.K. Imperial Acts: All the North American Colonies were founded under English Christian Law, and when the individual Canadian provinces passed their **Imperial Acts Application Acts** in the 1980s, Magna Carta, the Petition of Right, Habeas Corpus Act, the Bill of Rights and other inherited Imperial Acts were listed by commonwealth State Parliaments, as being established Christian law. They were **confirmed as unalterable State law forever** (and therefore also **unalterable Canadian law forever**). These constitute **forever the official <u>Law of the Land</u>** They provide Christian liberties, peace, safety and security, and must be preserved for all people yet to be born.

Long before the Imperial Acts Application Act re-entrenched the Bill of Rights, allCanadians had right to common law of the Bible due to their being**British subjects under the Crown**. Common law takes in the Imperial Acts and enshrines the Bible as the foundation and sanction for those acts.

Along with the provided proof of the fact that the letters patent King James Bibleis the rule of law in Canada.

(28) Fact: The Queen, in her 1953 Coronation, said and promised to "**uphold the laws of God with all of my power**" and it is enshrined in the act itself of 1688 and the sections of the criminal code provided as found in excerpts from the Oath of Office of the Queen which are attached hereto, and incorporated herein by reference in their entirety. All BAR members international are sworn allegiant to







(32) Fact: ***"Color"*** means ***"An appearance, semblance, or simulacrum, as distinguished from that which is real. A prima facia or apparent right. Hence, a deceptive appearance, a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. See also colorable."*** Black's Law Dictionary, 5th Edition, on page 240.

(33) Fact: ***"Colorable"*** means ***"That which is in appearance only, and not in reality, what it purports to be, hence counterfeit feigned, having the appearance of truth."*** Windle v. Flinn, 196 Or. 654, 251 P.2d 136, 146.

(34) Fact: ***"Color of Law"* means *"The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state is action taken under 'color of law.'"***Atkins v. Lanning. D.C.Okl., 415 F. Supp. 186, 188.

(35) Fact: A Fourteenth Amendment citizen is a "person" and Fourteenth Amendment citizens are US Citizens.

(36) Fact: ***"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal* government."** Maxwell v Dow, 20 S.C.R. 448, at pg 455;

(37) Fact; ***"The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States,"*** US vs. Valentine 288 F. Supp. 957

(38) Fact: A "Person" is:

a) ***"a variety of entities other than human beings."*** Church of Scientology v U.S. Department of Justice, 612 F2d 417 (1979) at pg 418

b) ***"...foreigners, not citizens..."*** United States v Otherson, 480 F. Supp. 1369 (1979) at pg 1373.

c) ***the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies...***Title 1 U.S.C. Chapter 1 – Rules of Construction, Section 1

(39) Fact: A sovereign is not a "person" in a legal sense and as far as a statute is concerned;

a) ***" 'in common usage, the term 'person' does not include the sovereign, [and] statutes employing the [word] are normally construed to exclude it.'*** *Wilson v Omaha Tribe, 442 US653 667, 61 L Ed 2d 153, 99 S Ct 2529 (1979) (quoting United States v Cooper Corp. 312 US 600, 604, 85 L Ed 1071, 61 S Ct 742 (1941). See also United States v Mine Workers, 330 US 258, 275, 91 L Ed 884, 67 S Ct 677 (1947)"* Will v Michigan State Police, 491 US 58, 105 L. Ed. 2d 45, 109 S.Ct. 2304

b) ***"a sovereign is not a person in a legal sense"*** In re Fox, 52 N. Y. 535, 11 Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192

(40) Fact: In the United States Postal Service Domestic Mail Manual at Section 608.2.3.2.2, it says that; "*mail originating in the United States of America, its territories and possessions . . . . . is treated as if it were domestic mail . . .*"

(41) Fact: The United States Postal Service is a corporation established as a sub-corporation of the corporation called; "United States of America 4, Inc." (currently) which resides in the District of Columbia.

(42) Fact: In the United States Postal Service Domestic Mail Manual at Section 602.1.8.1.1.8, it says that; *"The ZIP (Zone Improvement Plan) Code System is a numbered coding system that facilitates efficient mail processing. The USPS assigns ZIP Codes. All post offices are assigned at least one unique 5-digit ZIP Code."*





law trial with a "show trial" where the BAR member/bencher (foreign agent of the Crown) runs the Court room together with other BAR members (foreign agents of the Crown) and most of the evidence is withheld from the jury, and the BAR members (foreign agents of the Crown) provide instructions for the jury, and the BAR member/bencher (foreign agent of the Crown) even has the audacity to charge some jurors with contempt of court if they do not follow their treasonous instructions, and all of this is beause the BAR members (foreign agents of the Crown) hate God and the common law of God, because of the fictitious debt, and the fraudulent bankruptcy and because under the color of law, the BAR members (foreign agents of the Crown) have taken away the ability of the people to pay a debt, and they want all power and need to make sure the people have no way to seek redress of their grievances, except through the BAR members (foreign agents of the Crown) and their corporate commercial private courts.

Then they set up international organizations like the United Nations, so they can get the government to enter into international treaties the Bretton Woods Agreement, and North American Free Trade Agreement (NAFTA), The General Agreement on Trade and Tariffs (GATT), to provide an excuse to coerce more and more repressive colorable codes, rules, and regulations on the people with the help of their bureaucrats and corporate commercial agents, under the color of law, and use the international organizations to reimburse the costs associated with housing prisoners, for example the International Monetary Fund (IMF) pays $70,000.00 for housing of prisoners for three days, which is why they always pick up people over a long weekend so they can have an excuse to keep them in jail for three days and take full advantage of the windfall. Then they bond all prisoners with Miller reinsurance bonds, and sell the bonds on world markets, and that in combination with Admiralty Maritime Law being brought onto the land and BAR members/benchers (foreign agents of the Crown) who can administer several different jurisdiction, Common Law, Equity, and Admiralty Maritime Law, and with a complete lack of disclosure to whoever is on trial about the type of jurisdiction that is present, we are nowto the point that the UNITED STATES with the assistance of these BAR members/benchers (foreign agents of the Crown), now has a bigger percentage of its population in jail than any other country on the planet and use this to further finance their fictitious debt and their fraudulent bankruptcy, while the BAR member/benchers get filthy rich!

In this way they turn justice into a commercial transaction, and it's just business, with complete disregard for the lives they ruin, and the turmoil they create, because it just creates more business for their corporate commercial private courts, and their BAR members (foreign agents of the Crown), so either way they win, and their BAR member (foreign agents of the Crown) buddies win! Win or lose, it is more grist for the mill. Then, in an act to consummate the overthrow the legitimate government under God's common law, the BAR members (foreign Agents of the Crown) conveniently forget their Oath of Office and proceed to coerce their foreign corporate commercial kangaroo jurisdiction on everybody whether they like it or not. They proceed to do things like claim that pleadings that are intended to defeat their criminal presumptions are "unintelligible" or "without merit" or "frivolous". This is exactly what is going on in the world today.

***<u>The Constitution of the United States of America, Article I, section 8, Clause 16, To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square)</u>*** *as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings;--And;*

***<u>The Constitution of the United States of America, Article iv, section 3, Clause2</u>:*** *"The Congress shall have **Power to dispose** of and make all needful **Rules** and **Regulations** respecting the **Territory** or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State.*

The definition of "United States" as being used here, is then limited to its territories has described below: - The District of Columbia - Commonwealth of Puerto Rico - U.S. Virgin Islands - Guam - American Samoa - Northern Mariana Islands - Military bases within the fifty states.

Seal





*"And whosoever shall not receive you, nor hear you, when ye depart thence, shake off the dust under your feet for a testimony against them. Verily I say unto you, It shall be more tolerable for Sodom and Gomorrha in the day of judgment than for [them]..."*

The only choice for the above mentioned respondents and their foreign agents of the crown/attorneys is to repent of their crimes, (part of repentance is restitution), or I will continue to shake the dust of the earth from off My feet, and in the next world, I will be demanding justice before God on judgment day. If they do not repent, whether God sends His judgments upon them in this world or saves it for the next, I do not know. It is out of My hands but I commit them to the judgments of God. God does things in His own time and in His own way. Furthermore, if they will not repent, the only other choice they have is to do us both a favor, and send some of their criminal buddies over to My house and take Me out back and blow My brains out, because **I will not be silent,** and **I will not go away!** Until I get full restitution for all of the damages, you have caused, Ardell Hartley, and allyour lying, thieving buddies, known and unknown, all of those listed above and more, and I will be building a case against each of you further, and filing further criminal complaints against each of you, and filing commercial liens against your property, and seizing your property, because your judgment day will come, whether in this world or the next, and I will be there demanding justice! **GOVERN YOURSELVES ACCORDINGLY THIEVES!**

(52) Fact: All of the above mentioned respondents are terrorists involved in a criminal racketeering enterprise as found in the Memorandum of Law on Political Jurisdiction, and the Memorandum of Law on the name, both of which are attached to the Affidavit of Criminal Complaint 10/14/06 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-148178, and incorporated herein by reference in their entirety. They are all THIEVES and LIARS UNDER OATH involved in a criminal conspiracy to commit theft of the property of We the People.

(53) Fact: All of the above mentioned Respondents are imposters and criminals operating without authority, under the color of law, and in conspiracy as a criminal racketeering enterprise, in sedition, to overthrow My government, in favor of their New World Order dictatorship.

**Relief Demanded by I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, a sovereign living soul, and We the People**

54. Ardell Hartley, Mayor, the Village of Glenwood, is a THIEF and a LIAR UNDER OATH. He is an imposter operating without authority, under the color of law, and is in criminal violation by knowingly, intentionally, willfully, and with malice, is conspiring with criminals, to falsely convert My address, and My citizenship, and has violated his bond and his Corporate Charter, which violation is a Breach of the Trust which was established with the people of Arizona and the people of Alberta, against the Peace and Dignity of the People of Arizona, and the people of Alberta.

55. Brad Salmon, Manager, the Village of Glenwood, is a THIEF and a LIAR UNDER OATH. He is an imposter operating without authority, under the color of law, and is in criminal violation by knowingly, intentionally, willfully, and with malice, is conspiring with criminals, to falsely convert My address, and My citizenship, and has violated his bond and his Corporate Charter, which violation is a Breach of the Trust which was established with the people of Arizona and the people of Alberta, against the Peace and Dignity of the People of Arizona, and the people of Alberta.

56. Therefore, complainant I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, a sovereign living soul, hereby demands a warrant for arrest be issued for all the Respondents named in paragraph 54 through 55 above, that their bonds be forfeited, and they be fired from their official duties and dealt with according to law.

**Conclusion**

Seal





**EXHIBIT A to AFFIDAVIT OF TRUTH FOR VERIFIED CRIMINAL COMPLAINT**

**TITLE 18 UNITED STATES CODE (USC) SEC. 241**
**If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same**.....; **or if two or more persons go in disguise on the highway**, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured, they shall be fined under this title or imprisoned not more than ten years, or both.

**TITLE 18 UNITED STATES CODE (USC) SEC. 242**
**Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States,** or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**TITLE 18 UNITED STATES CODE (USC) SEC. 872**
**Whoever, being an officer, or employee of the United States or any department or agency thereof, or representing himself to be or assuming to act as such, under color or pretense of office or employment commits or attempts an act of extortion, shall be fined under this title or imprisoned not more than three years, or both; but if the amount so extorted or demanded does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.**

**18 USC § 1621. Perjury** generally
**Whoever—**

**(1) having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered,** that he will testify, declare, depose, or **certify** truly, or that any written testimony, declaration, deposition, or certificate by him subscribed, is true, **willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true; or**

**(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true;**

**is guilty of perjury** and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both. This section is applicable whether the statement or subscription is made within or without the United States.

**18 USC § 4. Misprision of felony**
**Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.**

**18 USC § 1951. Interference with commerce by threats or violence**
**(a)** Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempts or conspires so to do, or commits or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section shall be fined under this title or imprisoned not more than twenty years, or both.
**(b)** As used in this section—
**(1) The term "robbery" means the unlawful taking or obtaining of personal property from the person or in the presence of another, against his will, by means of actual or threatened force, or violence, or fear of injury, immediate or future, to his person or property, or property in his custody or possession, or the**



228

offense involving fraud connected with a case under title 11 (except a case under section 157 of this title), fraud in the sale of securities, or the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act), punishable under any law of the United States, (E) any act which is indictable under the Currency and Foreign Transactions Reporting Act, (F) any act which is indictable under the Immigration and Nationality Act, section 274 (relating to bringing in and harboring certain aliens), section 277 (relating to aiding or assisting certain aliens to enter the United States), or section 278 (relating to importation of alien for immoral purpose) if the act indictable under such section of such Act was committed for the purpose of financial gain, or (G) any act that is indictable under any provision listed in section 2332b (g)(5)(B);
(2) "State" means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, any territory or possession of the United States, any political subdivision, or any department, agency, or instrumentality thereof;
**(3) "person" includes any individual or entity capable of holding a legal or beneficial interest in property;**
**(4) "enterprise" includes any individual, partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity;**
**(5) "pattern of racketeering activity" requires at least two acts of racketeering activity, one of which occurred after the effective date of this chapter and the last of which occurred within ten years (excluding any period of imprisonment) after the commission of a prior act of racketeering activity;**

**18 USC § 1962. Prohibited activities**
**(a) It shall be unlawful for any person who has received any income derived, directly or indirectly, from a pattern of racketeering activity or through collection of an unlawful debt in which such person has participated as a principal within the meaning of section 2, title 18, United States Code, to use or invest, directly or indirectly, any part of such income, or the proceeds of such income, in acquisition of any interest in, or the establishment or operation of, any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce.** A purchase of securities on the open market for purposes of investment, and without the intention of controlling or participating in the control of the issuer, or of assisting another to do so, shall not be unlawful under this subsection if the securities of the issuer held by the purchaser, the members of his immediate family, and his or their accomplices in any pattern or racketeering activity or the collection of an unlawful debt after such purchase do not amount in the aggregate to one percent of the outstanding securities of any one class, and do not confer, either in law or in fact, the power to elect one or more directors of the issuer.
**(b) It shall be unlawful for any person through a pattern of racketeering activity or through collection of an unlawful debt to acquire or maintain, directly or indirectly, any interest in or control of any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce.**
**(c) It shall be unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt.**
**(d) It shall be unlawful for any person to conspire to violate any of the provisions of subsection (a), (b), or (c) of this section.**

**ARS 13-2301. Definitions**
A. For the purposes of sections 13-2302, 13-2303 and 13-2304:
**6. "Extortionate means" means the use, or an express or implicit threat of use, of violence or other criminal means to cause harm to the person or the reputation or property of any person.**
B. For the purposes of section 13-2305, 13-2306 or 13-2307:
3. "Traffic" means to sell, transfer, distribute, dispense or otherwise dispose of stolen property to another person, or to buy, receive, possess or obtain control of stolen property, with the intent to sell, transfer, distribute, dispense or otherwise dispose of the property to another person.
C. For the purposes of this chapter:
**5. "Combination" means persons who collaborate in carrying on or furthering the activities or purposes of a criminal syndicate even though such persons may not know each other's identity, membership in the combination changes from time to time or one or more members may stand in a wholesaler-retailer or other arm's length relationship with others as to activities or dealings between or among themselves in an illicit operation.**
D. For the purposes of sections 13-2312, 13-2313, 13-2314 and 13-2315, unless the context otherwise requires:
**2. "Enterprise" means any corporation, partnership, association, labor union or other legal entity or any group of persons associated in fact although not a legal entity.**







Village of Glenwood
Box 1084
Glenwood, AB
T0K 2R0

Phone #: (403) 626-3233
Fax #: (403) 626-3234

# Tax Statement

| Account # | Date |
|---|---|
| 2220.000 | 11/1/2006 |

To:
Glen & Connie Fearn
1377 East Florence Blvd, #147-166
Casa Grande, AZ USA
85222



| Date | Description | Amount | Balance |
|---|---|---|---|
| 05/31/2006 | Balance forward | | 492.35 |
| 06/16/2006 | INV #659. | 499.68 | 992.03 |
| | — Alberta Education Fund, 45,860 @ $0.00308 = 142.52 | | |
| | — Municipal Operations, 45,860 @ $0.00642 = 294.42 | | |
| | — Chinook Foundation, 45,860 @ $0.0004 = 18.34 | | |
| | — Irrigation Conveyance Fee $4.40 | | |
| 09/15/2006 | DM #707. | 49.97 | 1,042.00 |
| | — 10% Penalty on Unpaid Taxes $49.97 | | |
| 11/01/2006 | DM #781. | 27.49 | 1,069.49 |
| | — 5% Penalty on Unpaid Taxes $27.49 | | |

NOTICE FOR THE RECORD
Date Received: 28 November, 2006
I, by affidavit am a declared living American Sovereign standing with Treaty Law of God do accept your offer for value and for the following reasons I am returning your offer, rejected for discharge and closure;
1) You have brought Canada corporate law with colour outside of jurisdiction and without an international treaty with My republic Alberta state as you have no jurisdiction on the land of Alberta; You have falsely accused Me of being a citizen of
2) CANADA;
3) You are responsible and criminally attempting to convert corporate statute with colour into lawful criminal codes without chartered regulatory and delegated jurisdictional authority;
4) You are not registered or chartered for conducting business in Alberta by My republic state and;
5) You fail to state a lawful claim upon which relief can be granted.
All of which is submitted under the penalty of perjury pursuant to 28 U.S.C. 1746(1) without the UNITED STATES
Date: 29 November, 2006
Me by
I, Me, Glenn Winningham; house of Fearn
sovereign living soul

PAYMENT may be made in person at the Village Office, by phone, online or via TelPay Bill Payment Service; Phone 1-800-665-0302 or see www.telpay.ca

| AMOUNT DUE |
|---|
| $1,069.49 |

PENALTIES:
September 1 - 10% Current Year Taxes
November 1 - 5% Current Year Taxes
January 1 - 15% Total Tax Arrears

Glenn Winningham, house of Fearn
Non-domestic
C/O 1377 E. Florence Blvd., #151-166
Casa Grande, Arizona

**By Registered Mail RA 303 183 615 US**
To:
Ardell Hartley, Mayor
The Village of Glenwood
P.O. Box 1084
Glenwood, AB T0K 2R0
CANADA

**NON-NEGOTIABLE** **NON-NEGOTIABLE**

**NOTICE AND DEMAND**

I, Me, My, Myself, a man, a living soul, a sovereign, with an address correction, Glenn Winningham; house of Fearn, Non-Domestic, C/O 1377 E. Florence Blvd., #151-166, Casa Grande, Arizona, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1. Ardell Hartley, Mayor, I accept your Oath of Office,

2. Ardell Hartley, Mayor, equality under the Law is paramount and mandatory by Law.

3. Ardell Hartley, Mayor, et al. I did not give you, the authority for making a legal determination for Me.

4. Ardell Hartley, Mayor, et al, if you think or assume that you are representing Me, you are FIRED!

5. Ardell Hartley, Mayor, et al, neither you, nor any other person, is competent in dealing with any of My affairs.

6. Ardell Hartley, Mayor, et al, I am competent for dealing in all of My affairs.

7. You, Ardell Hartley, Mayor, et al, are hereby notified that I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn am not a second class US Citizen, 14th Amendment citizen, citizen of CANADA, corporation or other fictitious entity as found in the Corporate Denial Affidavit as Corporate Denial Affidavit recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-107494 and the Zip Code corporate Denial Affidavit recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-120448, both of which are now public policy. You may view any recorded document at; http://apps.co.pinal.az.us/Recorder/Search/


This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

234

causing harm and injury. You have also violated My copyright/tradename and your offers of contract are hereby accepted, please find your latest updated INVOICE attached. You have 10 days to pay in full.

16. Ardell Hartley, Mayor, et al, your offers of contract were rejected within 72 hours pursuant to truth in lending Regulation Z. I am prepared to consider all of this a mistake, if I hear nothing more about it, otherwise, if I hear anything more about this, I will proceed against you with a Commercial Lien for the full amount due, and a Criminal Complaint for Perjury of Oath, Extortion under color of Office, and operating a criminal racketeering enterprise. I will also make sure that a copy of everything finds its way to Church Headquarters in Salt Lake City for disciplinary action. Furthermore, if you EVER communicate with Me, again, in a manner not consistent with My instructions provided in Paragraph 12 above, I will do all of the above. Then the seizures, and lawsuits, will begin, and I never hire any lying foreign agents of the Crown/Attorneys/Lawyers, and I never pay filing fees. Also, all during this process, I will shake the dust of the earth from off My feet against you as found in Mark 6:11 where it says;

*"And whosoever shall not receive you, nor hear you, when ye depart thence, shake off the dust under your feet for a testimony against them. Verily I say unto you, It shall be more tolerable for Sodom and Gomorrha in the day of judgment than for [them]..."*

17. Ardell Hartley, Mayor, et al, there is no law that says a sovereign living soul is subject to this tax, however, if you can produce a statute that implicates a sovereign living soul, then I will reconsider my position. Having said that, I have been unable to find one anywhere, in any state, or province, which is consistent with the fact that the Legislatures know they do not have the authority to implicate a sovereign, especially when you consider the Maxim of Law;

***Ejusdem Generis*** (eh-youse-dem generous) v adj. *Latin for "of the same kind," used to interpret loosely written statutes. Where a law lists specific classes of persons or things and then refers to them in general, the general statements only apply to the same kind of persons or things specifically listed. Example: if a law refers to automobiles, trucks, tractors, motorcycles and other motor-powered vehicles, "vehicles" would not include airplanes, since the list was of land-based transportation.*

Please review the following court citations.

*"The sovereign people, through their representatives have created the Court and the Board as well as the municipal council -- and have defined the rights and duties of each..."* Re Casa Loma [1927] 4 D.L.R. 645

*"...in as much as the sovereignty of the people is inalienable and imprescriptible."* Penikett, et al v THE QUEEN, et al, 43 D.L.R. (4th) 324

*"...at the revolution the Sovereignty devolved on the people; and they are truly the*


This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------Title Holder Glenn Winningham: house of Fearn
With the Copy-Claim



Under the laws of the united States of America, this NON-NEGOTIABLE NOTICE AND DEMAND is made under the penalty of perjury pursuant to 28 USC 1746(1), WITHOUT THE UNITED STATES.

**Notice for the principal is notice for the agent and**
**Notice for the agent is notice for the principal.**

This instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN, and all derivatives thereof
CONSTANCE IVY LACEY FEARN, and all derivatives thereof
My Copyrights

I, Me, by ______________________
Glenn Winningham; house of Fearn
sovereign living soul



This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.——Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

238

# INVOICE

**Date: October 3, 2006 No: 100306**

Vender Customer; The Village of Glenwood, P.O. Box 1084, Glenwood, AB T0K 2R0 CANADA

To:
Ardell Hartley, Mayor
The Village of Glenwood
P.O. Box 1084
Glenwood, AB T0K 2R0
CANADA

And To:
Brad Salmon, Village Manager
The Village of Glenwood
P.O. Box 1084
Glenwood, AB T0K 2R0
CANADA

Dear Valued Customers.

It has come by My attention that you are in receipt for some goods and/or services that are Mine, to wit:

Violations as listed below (copy of documents attached). You were noticed that $1,000,000.00 per violation per persons violating ($10,000,000.00 for three or more violations per year) would be charged.

**Previously invoiced on INVOICE 062806**
$100,000,000.00

## NEW CHARGES

1. $10,000,000.00 for "Glen Fearn" for criminal conversion and copyright/tradename violation in the Property Assessment and Tax Notice, dated on 09/15/2006.
2. $10,000,000.00 for "Connie Fearn" for criminal conversion and copyright/tradename violation in the Property Assessment and Tax Notice, dated on 09/15/2006.
3. $10,000,000.00 for criminal conversion of My address from the sovereign Arizona state to the foreign bankrupt corporation UNITED STATES, a/k/a The District of Columbia by adding a zip code to the end of the address and by using the two letter abbreviation "AZ", which both designate a region in the District of Columbia, in the Property Assessment and Tax Notice, dated on 09/15/2006.
4. $20,000,000.00 for attempting to communicate with Me in a manner not under the penalty of perjury.

Sub-Total $50,000,000.00

**Grand Total Due $150,000,000.00**

Due the sensitive nature by your position, I recommend we communicate in code, so if it is your desire for Me to act as your agent in drafting the payment, then simple do something other than pay with one of the following methods (e.g.-do nothing or something outrageous and untenable such as advocate that we are under a government based upon force and violence rather than Law, etc ... ) within 10 days and I will be happy by accommodating you:

1. Send Me a certified authentic copy for the enrolled statute evidencing the public law for the dominion of Canada, Alberta state, or de jure political subdivision thereof which gives you

Village of Glenwood

Box 1084
Glenwood, AB
T0K 2R0

| Phone # |
| --- |
| (403) 626-3233 |

| Fax # |
| --- |
| (403) 626-3234 |

# Tax Statement

| Account # | Date |
| --- | --- |
| 2220.000 | 9/15/2006 |

CRIMINAL CONVERSION OF MY NAME + ADDRESS

To:
Glen & Connie Fearn
1377 East Florence Blvd. #147-166
Casa Grande, AZ USA
85222

CRIMINAL CONVERSION OF MY PROPERTY

| Date | Description | Amount | Balance |
| --- | --- | --- | --- |
| 03/31/2006 | Balance forward | | 492.35 |
| 06/16/2006 | INV #569. | 499.68 | 992.03 |
| | --- Alberta Education Fund, 45,860 @ $0.00398 = 182.52 | | |
| | --- Municipal Operations, 45,860 @ $0.00642 = 294.42 | | |
| | --- Chinook Foundation, 45,860 @ $0.0004 = 18.34 | | |
| | --- Irrigation Conveyance Fee $4.40 | | |
| 09/15/2006 | INV #707. | 49.97 | 1,042.00 |
| | --- 10% Penalty on Unpaid Taxes $49.97 | | |

PAYMENT may be made in person at the Village Office, by phone, online or via TelPay Bill Payment Service; Phone 1-800-665-0302 or see www.telpay.ca

| AMOUNT DUE |
| --- |
| $1,042.00 |

PENALTIES:
September 1 - 10% Current Year Taxes
November 1 - 5% Current Year Taxes
January 1 - 15% Total Tax Arrears

242

Glenn Winningham; house of Fearn
Non-domestic
C/O 1377 E. Florence Blvd., #151-166
Casa Grande, Arizona

**By Registered Mail** **RA 303 183 601 US**
To:
Brad Salmon, Village Manager
The Village of Glenwood
P.O. Box 1084
Glenwood, AB T0K 2R0
CANADA

**NON-NEGOTIABLE** **NON-NEGOTIABLE**

**NOTICE AND DEMAND**

I, Me, My, Myself, a man, a living soul, a sovereign, with an address correction, Glenn Winningham: house of Fearn, Non-Domestic, C/O 1377 E. Florence Blvd., #151-166, Casa Grande, Arizona, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1. Brad Salmon, Village Manager, I accept your Oath of Office,

2. Brad Salmon, Village Manager, equality under the Law is paramount and mandatory by Law.

3. Brad Salmon, Village Manager, et al, I did not give you, the authority for making a legal determination for Me.

4. Brad Salmon, Village Manager, et al, if you think or assume that you are representing Me, you are FIRED!

5. Brad Salmon, Village Manager, et al, neither you, nor any other person, is competent in dealing with any of My affairs.

6. Brad Salmon, Village Manager, et al, I am competent for dealing in all of My affairs.

7. You, Brad Salmon, Village Manager, et al, are hereby notified that I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn am not a second class US Citizen, 14th Amendment citizen, citizen of CANADA, corporation or other fictitious entity as found in the Corporate Denial Affidavit as Corporate Denial Affidavit recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-107494 and the Zip Code corporate Denial Affidavit recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-120448, both of


This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------------------------------Title Holder Glenn Winningham; house of Fearn With the Copy-Claim

244

15. Brad Salmon, Village Manager, et al, you have criminally converted Our name from the sovereign living soul name, as listed above to "Glen Fearn" and "Connie Fearn" which are fictitious corporate names for the sole purpose of causing harm and injury. You have also violated My copyright/tradename and your offers of contract are hereby accepted, please find your latest updated INVOICE attached. You have 10 days to pay in full.

16. Brad Salmon, Village Manager, et al, your offers of contract were rejected within 72 hours pursuant to truth in lending Regulation Z. I am prepared to consider all of this a mistake, if I hear nothing more about it, otherwise, if I hear anything more about this, I will proceed against you with a Commercial Lien for the full amount due, and a Criminal Complaint for Perjury of Oath, Extortion under color of Office, and operating a criminal racketeering enterprise. I will also make sure that a copy of everything finds its way to Church Headquarters in Salt Lake City for disciplinary action. Furthermore, if you EVER communicate with Me, again, in a manner not consistent with My instructions provided in Paragraph 12 above. I will do all of the above. Then the seizures, and lawsuits, will begin, and I never hire any lying foreign agents of the Crown/Attorneys/Lawyers, and I never pay filing fees. Also, all during this process, I will shake the dust of the earth from off My feet against you as found in Mark 6:11 where it says;

*"And whosoever shall not receive you, nor hear you, when ye depart thence, shake off the dust under your feet for a testimony against them. Verily I say unto you, It shall be more tolerable for Sodom and Gomorrha in the day of judgment than for [them]..."*

17. Ardell Hartley, Mayor, et al, there is no law that says a sovereign living soul is subject to this tax, however, if you can produce a statute that implicates a sovereign living soul, then I will reconsider my position. Having said that, I have been unable to find one anywhere, in any state, or province, which is consistent with the fact that the Legislatures know they do not have the authority to implicate a sovereign, especially when you consider the Maxim of Law;

***Ejusdem Generis*** (eh-youse-dem generous) v adj. *Latin for "of the same kind," used to interpret loosely written statutes. Where a law lists specific classes of persons or things and then refers to them in general, the general statements only apply to the same kind of persons or things specifically listed. Example: if a law refers to automobiles, trucks, tractors, motorcycles and other motor-powered vehicles, "vehicles" would not include airplanes, since the list was of land-based transportation.*

Please review the following court citations.

*"The sovereign people, through their representatives have created the Court and the Board as well as the municipal council -- and have defined the rights and duties of each..."* Re Casa Loma [1927] 4 D.L.R. 645


This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------Title Holder Glenn Winningham: house of Fearn
With the Copy-Claim



Michigan State Police, 491 US 58, 105 L. Ed. 2d 45, 109 S.Ct. 2304

e) *"a sovereign is not a person in a legal sense"* In re Fox, 52 N. Y. 535, 11 Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192

Under the laws of the united States of America, this NON-NEGOTIABLE NOTICE AND DEMAND is made under the penalty of perjury pursuant to 28 USC 1746(1), WITHOUT THE UNITED STATES.

**Notice for the principal is notice for the agent and notice for the agent is notice for the principal.**

This instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN, and all derivatives thereof
CONSTANCE IVY LACEY FEARN, and all derivatives thereof
My Copyrights

I, Me, by ____________________
Glenn Winningham; house of Fearn
sovereign living soul


This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.——Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

248

# INVOICE

**Date: October 3, 2006 No: 100306**

Vender Customer: The Village of Glenwood P.O Box 1084, Glenwood. AB T0K 2R0 CANADA

To:
Ardell Hartley Mayor
The Village of Glenwood
P.O Box 1084
Glenwood, AB T0K 2R0
CANADA

And To:
Brad Salmon, Village Manager
The Village of Glenwood
P.O. Box 1084
Glenwood, AB T0K 2R0
CANADA

Dear Valued Customers.

It has come by My attention that you are in receipt for some goods and/or services that are Mine, to wit:

Violations as listed below (copy of documents attached). You were noticed that $1,000,000.00 per violation per persons violating ($10,000,000.00 for three or more violations per year) would be charged.

**Previously invoiced on INVOICE 062806**
$100,000,000.00

## NEW CHARGES

1. $10,000,000.00 for "Glen Fearn" for criminal conversion and copyright/tradename violation in the Property Assessment and Tax Notice, dated on 09/15/2006.
2. $10,000,000.00 for "Connie Fearn" for criminal conversion and copyright/tradename violation in the Property Assessment and Tax Notice, dated on 09/15/2006.
3. $10,000,000.00 for criminal conversion of My address from the sovereign Arizona state to the foreign bankrupt corporation UNITED STATES, a/k/a The District of Columbia by adding a zip code to the end of the address and by using the two letter abbreviation "AZ", which both designate a region in the District of Columbia, in the Property Assessment and Tax Notice, dated on 09/15/2006.
4. $20,000,000.00 for attempting to communicate with Me in a manner not under the penalty of perjury.

Sub-Total $50,000,000.00

**Grand Total Due $150,000,000.00**

Due the sensitive nature by your position, I recommend we communicate in code, so if it is your desire for Me to act as your agent in drafting the payment, then simple do something other than pay with one of the following methods (e.g.-do nothing or something outrageous and untenable such as advocate that we are under a government based upon force and violence rather than Law, etc ... ) within 10 days and I will be happy by accommodating you:

1. Send Me a certified authentic copy for the enrolled statute evidencing the public law for the dominion of Canada, Alberta state, or de jure political subdivision thereof which gives you



250

Village of Glenwood
Box 1084
Glenwood, AB
T0K 2R0

Phone #
(403) 626-3233

Fax #
(403) 626-3234

# Tax Statement

| Account # | Date |
|---|---|
| 2220.000 | 9/15/2006 |

To:

Glen & Connie Fearn
1377 East Florence Blvd. #147-166
Casa Grande, AZ USA
85222

| Date | Description | Amount | Balance |
|---|---|---|---|
| 03/31/2006 | Balance forward | | 492.35 |
| 06/16/2006 | INV #569.<br>--- Alberta Education Fund, 45,860 @ $0.00398 = 182.52<br>--- Municipal Operations. 45,860 @ $0.00642 = 294.42<br>--- Chinook Foundation. 45,860 @ $0.0004 = 18.34<br>--- Irrigation Conveyance Fee $4.40 | 499.68 | 992.03 |
| 09/15/2006 | INV #707.<br>--- 10% Penalty on Unpaid Taxes $49.97 | 49.97 | 1,042.00 |

PAYMENT may be made in person at the Village Office, by phone, online or via TelPay Bill Payment Service; Phone 1-800-665-0302 or see www.telpay.ca

| AMOUNT DUE |
|---|
| $1,042.00 |

PENALTIES:
September 1 - 10% Current Year Taxes
November 1 - 5% Current Year Taxes
January 1 - 15% Total Tax Arrears

252

Glenn Winningham: house of Fearn
Non-domestic
C/O 1377 E. Florence Blvd., #151-166
Casa Grande, Arizona

By Registered Mail
RA 186 040 302 US

To:
The Village of Glenwood
P.O. Box 1084
Glenwood, AB T0K 2R0
CANADA

**NON-NEGOTIABLE** **NON-NEGOTIABLE**

**NOTICE AND DEMAND**

I, Me, My, Myself, a man, a living soul, a sovereign, with an address correction, Glenn Winningham; house of Fearn, Non-Domestic, C/O 1377 E. Florence Blvd., #151-166, Casa Grande, Arizona, WITHOUT the UNITED STATES, a/k/a The District of Columbia, do hereby Notice you of the following:

1. Equality under the Law is paramount and mandatory by Law.

2. Village of Glenwood, et al, I did not give you, the authority for making a legal determination for Me.

3. Village of Glenwood, et al, if you think or assume that you are representing Me, you are FIRED!

4. Village of Glenwood, et al, neither you, nor any other person, is competent in dealing with any of My affairs.

5. Village of Glenwood, et al, I am competent for dealing in all of My affairs.

6. I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn am not a second class US Citizen, 14th Amendment citizen, citizen of CANADA, corporation or other fictitious entity.

7. You, Village of Glenwood, et al, were Noticed of My copyrights on the name(s) **Glenn W. Fearn©, GLENN WINNINGHAM FEARN©, FEARN, GLENN WINNINGHAM©,** or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety, and is available for viewing on the internet.


This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder ------------------------------------------Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

259

Under the laws of the united States of America, this NON-NEGOTIABLE NOTICE AND DEMAND is made under the penalty of perjury pursuant to 28 USC 1746(1), WITHOUT THE UNITED STATES a/k/a The District of Columbia.

**Notice for the principal is notice for the agent and notice for the agent is notice for the principal.**

This instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN, and all derivatives thereof
CONSTANCE IVY LACEY FEARN, and all derivatives thereof
My Copyrights

Me, by ______________________
Glenn Winningham; house of Fearn
Power of Attorney in Fact, With the Autograph
All Rights Reserved, Without Recourse

## Notice

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction

## ACKNOWLEDGEMENT

Having witnessed the signing and sealing of the forgoing NON-NEGOTIABLE NOTICE AND DEMAND by the above mentioned sovereign living soul, I place my hand and seal hereon as an authentic act as a Notary Public.
Subscribed and affirmed before me this 29 day for the month of June, in the year of our Lord and Savior, Two Thousand and Six, A.D.

______________________
Notary

OFFICIAL SEAL
DERRICK COLE
Notary Public – State of Arizona
PINAL COUNTY
My Comm. Expires May 10, 2010


This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

256

the power by retaining the aforesaid goods and/or services of Mine without monetary compensation for Me.

2. Send Me a certified authentic copy of the instrument evidencing the contract that would give you the power to retain the aforesaid goods and/or services of Mine without monetary compensation for Me.
3. Send Me certified authentic copies of what you would use to evidence an insurrection, invasion, or great natural disaster that would justify the martial law power that would allow you to retain the aforesaid goods and/or services of Mine without monetary compensation for Me.
4. Send Me a shipment of U.S. Constitution Article 1, Section 10, Clause 1, gold or silver specie pursuant to 31 USC 5112, or equivalent, (800,000 each, 1 oz US gold eagles $50.00 face value) pursuant to the Coinage Act of 1792, for the full amount above.

If it is not your desire for Me to act as your agent in drafting the payment, then only pay as directed above by original (wet ink signed) documentation/check, for U.S. Constitution Article 1, Section 10, Clause 1, gold or silver specie pursuant to 31 USC 5112, (2,000,000 each, 1 oz US gold eagles $50.00 face value) either from a principal of your organization or by a subordinate plus enclose an original signed delegation of authority from the said principal (such that I may verify the signature from one of several public sources). I, of course, will be happy to compensate you for reasonable expenses incurred in making the requested certified copies, etc.....

You have 10 days to pay or dispute the validity of this debt.
Thank you for your patronage-Until then I am......

This instrument was prepared by Glenn Winningham; house of Fearn.

GLENN W FEARN, GRANTOR
SECURED PARTY SIGNATURE

Me by ______________________________

**Glenn Winningham; house of Fearn,** Agent
Power of Attorney in Fact, With the Autograph
All rights Reserved. Without Recourse

Seal



258

Village of Glenwood
Box 1084
Glenwood, AB
T0K 2R0

| Phone # |
| --- |
| (403) 626-3233 |

| Fax # |
| --- |
| (403) 626-3234 |

# Property Assessment and Tax Notice

| Account # | Statement Date | Due Date |
| --- | --- | --- |
| 2220.000 | 6/16/2006 | Due Aug 31 |

| Name and Mailing Address | Original Sent to Mortgage Company Below |
| --- | --- |
| Glen & Connie Fearn<br>1377 East Florence Blvd, #147-166<br>Casa Grande, AZ USA<br>85222 | |

| Property Type | Property Description | Land Assessment | Improvements | Total Assessment |
| --- | --- | --- | --- | --- |
| Residential | Lot 23 Block 22 Plan 1222AY | 4020 | 41840 | 45860 |

| 2006 Description | Tax Rate | Current Year Taxes |
| --- | --- | --- |
| Alberta Education Fund | 0.00398 | 182.52 |
| Municipal Operations | 0.00642 | 294.42 |
| Chinook Foundation | 0.0004 | 18.34 |
| Irrigation Conveyance Fee | 4.40 | 4.40 |

| | |
| --- | --- |
| Total | $499.68 |
| Payments/Credits | $0.00 |
| Balance Due | $499.68 |

TAX RATES:

| | |
| --- | --- |
| Residential | 10.800 |
| Non-residential | 15.539 |
| Machinery & Equip | 9.362 |

ASSESSMENT APPEAL PROCEDURE: The Assessment roll is open for inspection at the Village Office for thirty (30) days during regular office hours. If you feel your assessment is not fair in relation to similar properties or if you suspect an error, you must appeal in writing within thirty days of the mailing date on the original tax notice. Please include a copy of the original tax assessment notice, phone number and details of your complaint. Every appeal must be accompanied by a twenty five ($25) dollar appeal fee. The final date of appeal is a legislated time limit - it cannot be extended.

PAYMENT may be made in person at the Village Office, by phone, online or via TelPay Bill Payment Service; Phone 1-800-665-0302 or see www.telpay.ca

PENALTIES:
September 1 - 10% Current Year Taxes
November 1 - 5% Current Year Taxes
January 1 - 15% Total Tax Arrears

**NOTICE FOR THE RECORD**

**Date Received: 28 June 2006**

**I, by affidavit am a declared living American Sovereign standing with Treaty Law of God do accept your offer for value and for the following reasons I am returning your offer for discharge and closure:**

**1) You have brought CANADA corporate law with color outside your jurisdiction and without international treaty with My republic State as you have no jurisdiction on the land of Alberta;**

**2) You have falsely accused Me of being a citizen of CANADA corporate statutes with color**

**3) You are trespassing and criminally attempting to convert regulatory and delegated jurisdictional into lawful criminal codes without authority;**

**4) You are not registered or chartered for conducting business in Alberta by My republic state, and;**

**5) You fail to state a claim upon which relief can be granted to me**

**Date: 28 June, 2006**

**By: Glenn Winningham; house of Fearn**

**Holding no assured value, no liability**

**All Rights Reserved, Without Recourse**

260

From:
Glenn Winningham; house of Fearn
Non-Domestic
C/O 1377 E. Florence Blvd., #147-166
Casa Grande, Arizona

**By Registered Mail**
**To:**
**Village of Glenwood**
**P.O. Box 1084**
**Glenwood. AB T0K 2R0**

I, Me, My, Myself, a man, a living soul, a sovereign with an address correction: Glenn Winningham; house of Fearn, Non-Domestic, C/O 1377 E. Florence Blvd., #147-166, Casa Grande, Arizona, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1. I, Me, My, or Myself am competent to deal with the matters herein.

2. You are hereby declared incompetent to deal in any of My affairs forever more.

3. I, Me, My, or Myself did not give you, or any person, the authority for making a legal determination for Me.

4. If you, or any other person thinks or assumes that you are representing Me, you are all FIRED!

5: Equality under the law is Paramount and mandatory by law.

6. You were Noticed of My copyrights on the name(s) **Glenn W. Fearn, GLENN W FEARN, Constance Ivy Lacey Fearn, CONSTANCE IVY LACEY FEARN and others,** or any derivative(s) thereof.

7. You were ORDERED that any communication with me is to be signed by a real person and "under the penalty of perjury".

8. I am not a second class US CITIZEN, 14th Amendment citizen, citizen of CANADA, corporation or other fictitious entity.

9. You were Noticed that any violation My copyright(s), as well as representing Me, making a legal determination for Me, or communicating with Me in any manner not "under penalty of perjury" would constitute an agreement to the fee of;
   a) ten thousand dollars ($10,000.00), minimum; or
   b) one million dollars ($1,000,000.00) if violated for the purpose of profit or gain; or
   c) ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,

   for each and every violation, payable only in U.S. Constitution Article 1, Section 10, Clause 1, gold or silver specie pursuant to 31 USC 5112.

Seal



This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.--------------------Title Holder Glenn Winningham; house of Fearn

With the Copy-claim

262

# *INVOICE*

**Date: December 21, 2005 No: 122105**

Vender Customer; Village of Glenwood, P.O. Box 1084, Glenwood, AB T0K 2R0

To:
Village of Glenwood
P.O. Box 1084
Glenwood, AB T0K 2R0
CANADA

Dear Valued Customer:

It has come by My attention that you are in receipt for some goods and/or services that are Mine, to wit:

Violations as listed below (copy of documents attached). You were noticed that $1,000,000.00 per violation per persons violating ($10,000,000.00 for three or more violations per year) would be charged.

1. $10,000,000.00 for Glen Fearn on Village of Glenwood letter dated 5/31/2005 for copyright violation and criminal conversion of My name.
2. $10,000,000.00 for Connie Fearn on Village of Glenwood letter dated 5/31/2005 for copyright violation and criminal conversion of My name.
2. $10,000,000.00 for criminal conversion of My address on Village of Glenwood letter dated 5/31/2005 from the sovereign Arizona state to the foreign UNITED STATES by the use of a ZIP Code and "AZ" designation.
3. $20,000,000.00 for sending a document not signed "under penalty of perjury".

Total Due $50,000,000.00

Due the sensitive nature by your position, I recommend we communicate in code, so if it is your desire for Me to act as your agent in drafting the payment, then simple do something other than pay with one of the following methods (e.g.-do nothing or something outrageous and untenable such as advocate that we are under a government based upon force and violence rather than Law, etc ... ) within 10 days and I will be happy by accommodating you:

1. Send Me a certified authentic copy for the enrolled statute evidencing the public law for the united States of America, union state of Arizona, or de jure political subdivision thereof which gives you the power by retaining the aforesaid goods and/or services of Mine without monetary compensation for Me.
2. Send Me a certified authentic copy of the instrument evidencing the contract that would give you the power to retain the aforesaid goods and/or services of Mine without monetary compensation for Me.





***Date received: 21 December, 2005***
***NOTICE FOR THE RECORD***

***I, by Affidavit am a declared living American Sovereign standing with Treaty Law of God do accept your offer for value and for the following reasons I am returning your offer, rejected, for discharge and closure:***

***1) You have brought CANADA corporate law with color outside your jurisdiction and without an international treaty with my republic State as you have no jurisdiction on the land of Alberta;***
***2) You have falsely accused me of being a citizen of CANADA;***
***3) You are trespassing and criminally attempting to convert corporate statues with color into lawful criminal codes without chartered regulatory and delegated jurisdictional authority;***
***4) You are not registered or chartered for conducting business in Alberta by my republic State and;***
***5) You fail to state a lawful claim for which relief can be granted.***

***Date December 21, 2005***

me By ______________________
Glenn Winningham; house of Fearn
**Holding no assured value, no liability**
**Without Recourse, All Rights Reserved**

With the copy-claim ____

266

Village of Glenwood
Box 1084
Glenwood, AB
T0K 2R0

| Phone # |
| --- |
| (403) 626-3233 |

| Fax # |
| --- |
| (403) 626-3234 |

COPY

# Property Assessment and Tax Notice

VIOLATION

| Account # | Statement Date | Due Date |
| --- | --- | --- |
| 2220 000 | 5/31/2005 | July 31 |

| Name and Mailing Address |
| --- |
| Glen & Connie Fearn<br>1377 East Florence Blvd. #147-166<br>Casa Grande, AZ USA<br>85222 |

| Original Sent to Mortgage Company Below |
| --- |
| |

CRIMINAL CONVERSION

MY NAME IS

| Property Type | Property Description | Land Assessment | Improvements | Total Assessment |
| --- | --- | --- | --- | --- |
| Residential | Lot 2-3 Block 22 Plan 1222AY | 4020 | 41840 | 45860 |

| Description | Tax Rate | Current Year Taxes |
| --- | --- | --- |
| Alberta Education Fund | 0.04244 | 194.63 |
| Municipal Operations | 0.05941 | 272.45 |
| Chinook Foundation | 0.00455 | 20.87 |
| Irrigation Conveyance Fee | 4.40 | 4.40 |

| | |
| --- | --- |
| **Total** | $492.35 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $492.35 |

TAX RATES:

| | |
| --- | --- |
| Residential | 10.640 |
| Non-residential | 16.332 |
| Machinery & Equip | 9.242 |

ASSESSMENT APPEAL PROCEDURE: The Assessment roll is open for inspection at the Village Office for thirty (30) days during regular office hours. If you feel your assessment is not fair in relation to similar properties or if you suspect an error, you must appeal in writing within thirty days of the mailing date on the original tax notice. Please include a copy of the original tax assessment notice, phone number and details of your complaint. Every appeal must be accompanied by a twenty five ($25) dollar appeal fee. The final date of appeal is a legislated time limit - it cannot be extended.

PAYMENT may be made in person at the Village Office, by phone, online or via TelPay Bill Payment Service; Phone 1-800-665-0302 or see www.telpay.ca

PENALTIES:
August 1 - 10% Current Year Taxes
October 1 - 5% Current Year Taxes
January 1 - 15% Total Tax Arrears

268

# Part IV , V , and IX of the Coronation Ceremony of Elizabeth II, Being the Oath and Presenting of the Holy Bible and Delivery of the Orb

## IV. The Oath

*The Queen having returned to her Chair (her Majesty having already on Tuesday, the fourth day of November, 1952, in the presence of the two Houses of Parliament, made and signed the Declaration prescribed by Act of Parliament), the Archbishop standing before her shall administer the Coronation Oath, first asking the Queen,*

Madam, is your Majesty willing to take the Oath?

*And the Queen answering,*
I am willing,

*The Archbishop shall minister these questions; and the Queen, having a book in her hands, shall answer each question severally as follows:*

*Archbishop:* Will you solemnly promise and swear to govern the Peoples of the United Kingdom of Great Britain and Northern Ireland, Canada, Australia, New Zealand, the Union of South Africa, Pakistan and Ceylon, and of your Possessions and other Territories to any of them belonging or pertaining, according to their respective laws and customs?

*Queen:* I solemnly promise so to do.

*Archbishop:* Will you to your power cause Law and Justice, in Mercy, to be executed in all your judgements?

*Queen:* I will.

*Archbishop:* Will you to the utmost of your power maintain the Laws of God and the true profession of the Gospel?

Will you to the utmost of your power maintain in the United Kingdom the Protestant Reformed Religion established by law?

Will you maintain and preserve inviolably the settlement of the Church of England, and the doctrine, worship, discipline, and government thereof, as by law established in England?

And will you preserve unto the Bishops and Clergy of England, and to the Churches there committed to their charge, all such rights and privileges, as by law do or shall appertain to them or any of them?

*Queen:* All this I promise to do.

*Then the Queen arising out of her Chair, supported as before, the Sword of State being carried before her, shall go to the Altar, and make her solemn Oath in the sight of*

*[The Bible to be brought.]*

*all the people to observe the premisses: laying her right hand upon the Holy Gospel in the great Bible (which was before carried in the procession and is now brought from the altar by the Archbishop, and tendered to her as she kneels upon the steps), and saying these words:*

The things which I have here promised, I will perform, and keep. So help me God.

*[And a Silver Standish.]*

*Then the Queen shall kiss the Book and sign the Oath.*

*The Queen having thus taken her Oath, shall return again to her Chair, and the Bible shall be delivered to the Dean of Westminster.*

2. The names of any doctors who continued to lease office space in the hospital after its transfer to nonprofit ownership and the amount of rent paid. Submit also an appraisal showing the fair rental value of the rented space.

**Clinic.** If you are organized to operate a clinic, attach a statement including:

1. A description of the facilities and services,
2. To whom the services are offered, such as the public at large or a specific group,
3. How charges are determined, such as on a profit basis, to recover costs, or at less than cost,
4. By whom administered and controlled,
5. Whether any of the professional staff (that is, those who perform or will perform the clinical services) also serve or will serve in an administrative capacity, and
6. How compensation paid the professional staff is or will be determined.

**Home for the aged.** If you are organized to operate a home for the aged, complete and attach Schedule F of Form 1023. Explain on Schedule F:

1. How charges are or will be determined, such as on a profit basis, to recover costs, or at less than cost, and whether the charges are based on providing service at the lowest feasible cost to the residents,
2. Whether all residents are or will be required to pay fees,
3. Whether any residents are or will be accepted at lower rates or entirely without pay and, if so, how many, and
4. Whether federal mortgage financing has been applied for and if so, the type.

**Community nursing bureau.** If you provide a nursing register or community nursing bureau, provide information showing that your organization will be operated as a community project and will receive its primary support from public contributions to maintain a nonprofit register of qualified nursing personnel, including graduate nurses, unregistered nursing school graduates, licensed attendants and practical nurses for the benefit of hospitals, health agencies, doctors, and individuals.

**Organization providing loans.** If you make, or will make loans for charitable and educational purposes, submit the following information.

1. An explanation of the circumstances under which such loans are, or will be, made.
2. Criteria for selection, including the rules of eligibility.
3. How and by whom the recipients are or will be selected.
4. Manner of repayment of the loan.
5. Security required, if any.
6. Interest charged, if any, and when payable.
7. Copies in duplicate of the loan application and any brochures or literature describing the loan program.

**Public-interest law firms.** If your organization was formed to litigate in the public interest (as opposed to providing legal services to the poor), such as in the area of protection of the environment, you should submit the following information.

1. How the litigation can reasonably be said to be representative of a broad public interest rather than a private one.
2. Whether the organization will accept fees for its services.
3. A description of the cases litigated or to be litigated and how they benefit the public generally.
4. Whether the policies and program of the organization are the responsibility of a board or committee representative of the public interest, which is neither controlled by employees or persons who litigate on behalf of the organization nor by any organization that is not itself an organization described in this chapter.
5. Whether the organization is operated, through sharing of office space or otherwise, in a way to create identification or confusion with a particular private law firm.
6. Whether there is an arrangement to provide, directly or indirectly, a deduction for the cost of litigation that is for the private benefit of the donor.

***Acceptance of attorneys' fees.*** A nonprofit public-interest law firm can accept attorneys' fees in public interest cases if the fees are paid directly by its clients and the fees are not more than the actual costs incurred in the case. Once undertaking a representation, the organization cannot withdraw from the case because the litigant is unable to pay the fee.

Firms can accept ***fees awarded or approved by a court or an administrative agency*** and paid by an opposing party if the firms do not use the likelihood or probability of fee awards as a consideration in the selection of cases. All fee awards must be paid to the organization and not to its individual staff attorneys. Instead, a public-interest law firm can reasonably compensate its staff attorneys, but only on a straight salary basis. Private attorneys, whose services are retained by the firm to assist it in particular cases, can be compensated by the firm, but only on a fixed fee or salary basis.

The total amount of all attorneys' fees (court awarded and those received from clients) must not be more than 50% of the total cost of operations of the organization's legal functions, calculated over a 5-year period.

If, in order to carry out its program, an organization violates applicable canons of ethics, disrupts the judicial system, or engages in any illegal action, the organization will jeopardize its exemption.

## Religious Organizations

To determine whether an organization meets the religious purposes test of section 501(c)(3), the IRS maintains two basic guidelines.

1. That the particular religious beliefs of the organization are truly and sincerely held.
2. That the practices and rituals associated with the organization's religious belief or creed are not illegal or contrary to clearly defined public policy.

Therefore, your group (or organization) may not qualify for treatment as an exempt religious organization for tax purposes if its actions, as contrasted with its beliefs, are contrary to well established and clearly defined public policy. If there is a clear showing that the beliefs (or doctrines) are sincerely held by those professing them, the IRS will not question the religious nature of those beliefs.

**Churches.** Although a church, its integrated auxiliaries, or a convention or association of churches is not required to file Form 1023 to be exempt from federal income tax or to receive tax deductible contributions, the organization may find it advantageous to obtain recognition of exemption. In this event, you should submit information showing that your organization is a church, synagogue, association or convention of churches, religious order, or religious organization that is an integral part of a church, and that it is engaged in carrying out the function of a church.



In determining whether an admittedly religious organization is also a church, the IRS does not accept any and every assertion that the organization is a church. Because beliefs and practices vary so widely, there is no single definition of the word ***church*** for tax purposes. The IRS considers the facts and circumstances of each organization applying for church status.

***Integrated auxiliaries.*** An organization is an integrated auxiliary of a church if all the following are true.

1. The organization is described both in sections 501(c)(3) and 509(a)(1), 509(a)(2), or 509(a)(3).
2. It is affiliated with a church or a convention or association of churches.
3. It is internally supported. An organization is internally supported unless both of the following are true.
   a. It offers admissions, goods, services or facilities for sale, other than on an incidental basis, to the general public (except goods, services, or facilities sold at a nominal charge or for a small part of the cost).
   b. It normally gets more than 50% of its support from a combination of governmental sources, public solicitation of contributions, and receipts from the sale of admissions, goods, performance of services, or furnishing of facilities in activities that are not unrelated trades or businesses.



272



THE SEAL OF PINAL COUNTY ARIZONA 1875
OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
LAURA DEAN-LYTLE

Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 1377 Florence Blvd., #151-166
Casa Grande, Arizona

DATE/TIME: 05/18/07 1107
FEE: $59.00
PAGES: 51
FEE NUMBER: 2007-059085

## AFFIDAVIT FOR TRUTH

**NOTICE FOR THE AGENT IS NOTICE FOR THE PRINCIPAL**

**Respondents:**

**Ardell Hartley, Mayor** )
**THE VILLAGE OF GLENWOOD** ) SS
P.O. Box 1084 )
Glenwood, AB T0K 2R0
Canada

**NOTICE FOR THE PRINCIPAL IS NOTICE FOR THE AGENT**

**Brad Salmon, Village Manager**
THE VILLAGE OF GLENWOOD
P.O. Box 1084
Glenwood, AB T0K 2R0
Canada

**Gordon B. Hinkley, President**
THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS
50 East North Temple Street
Salt Lake City, UT 84150

**Ron Stevens, Alberta Attorney General**
Minister of Justice for Alberta
208 Legislature Bldg.
10800-97 Ave
Edmonton, AB T5K 2B6
CANADA

**Norman L. Kwong**
Lieutenant Governor of Alberta
3rd Floor, Legislature Bldg.
10800-97 Ave.
Edmonton, AB T5K 2B6
CANADA

In the matter of: **VERIFIED CRIMINAL COMPLAINT:**
**BREACH OF TRUST**
by refusal of all the above mentioned respondents to protect the rights of Arizona sovereign living soul, I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, in violation of their Oath of Office, their corporate charter, and their bond, and,
**NONFEASANCE**

I, Me, My and Myself, also known as, **Glenn Winningham; house of Fearn,** the undersigned, one of We the People, Sovereign, natural born living soul, the Posterity, born upon the land, and now in the one of several counties within Arizona, Creditor, Claimant, and Secured Party, hereinafter **"Secured Party",** does hereby solemnly declare, say and state:

1. I, Me, My and Myself, the **Secured Party** am competent to state the matters set forth herewith.
2. I, Me, My, and Myself, the **Secured Party** have personal knowledge of the Facts stated herein.
3. All the Facts stated herein are true, correct, complete, and not misleading, admissible as evidence, and if testifying, I, Me, My, and Myself, also known as, **Glenn Winningham; house of Fearn, Secured Party,** shall so state.

**A. PLAIN STATEMENT OF FACTS.**

*A matter must be expressed to be resolved.
*In commerce truth is sovereign.
*Truth is expressed in the form of an Affidavit.
*An unrebutted Affidavit stands as Truth in commerce.
*An unrebutted Affidavit becomes the judgment in commerce.
*An Affidavit of Truth, under Commercial Law, can only be satisfied:
by a rebuttal Affidavit of truth point by point;
by payment;
by agreement;
by resolution by a jury according to the rules of Common Law.

WHEREAS, the public record is the highest form of evidence, I, Me, My, Myself, **Secured Party,** am hereby timely creating public record by this **Affidavit for Criminal Complaint**, Presented by Me, addressee, the undersigned one of We the People of the several united States against **Brad Salmon, Village Manager, and Ardell Hartley, Mayor, Village of Glenwood, et al**, and others known and unknown, who did unlawfully, willfully, and knowingly combine, conspire, confederate, and agree under color of office, and including but not limited to:

1. operate a Criminal Racketeering Cartel against the People upon the Land of Arizona (violation of the RICO Act);
2. conspire to violate the rights of Arizona Citizens under the color of law;
3. theft of My property and violate My rights under the color of law
4. make legal determinations for Me without My permission, thus practicing law without a license, a commercial crime, under the color of law.
5. Criminal conversion, under the color of law, of My address from the sovereign Arizona state to the foreign UNITED STATES a/k/a The District of Columbia, by adding a zip code to the end, and using the "AZ" designation, which is a region in the foreign UNITED STATES a/k/a The District of Columbia, because they know they have no authority except in the foreign corporation UNITED STATES a/k/a The District of Columbia.
6. Criminal conversion, under the color of law, of My property from the land of Alberta to the foreign bankrupt corporation CANADA, by adding a postal code to the end, and using the "AB" designation, which is a region in the foreign bankrupt corporation CANADA, because they know they have no authority except in the foreign bankrupt corporation CANADA.
7. Criminal conversion, under the color of law, of My citizenship from sovereign Arizona citizen with all the rights protected by the US constitution to foreign US citizen which has few or no rights.
8. Conspire to impose civil statutes under the color of law, without authority, on the sovereign living soul, Glenn Winningham; house of Fearn, by imposing the status of "person" on Me.
9. Operating a criminal racketeering enterprise to Extort money under color of Office in support of the fictitious federal debt by all of the above mentioned respondents.

Seal

I, the undersigned sovereign living soul complainant Glenn Winningham; house Fearn state the following is true and correct to the best of my knowledge and belief.

(9) Fact: THE VILLAGE OF GLENWOOD, is a municipal corporation within the PROVINCE OF ALBERTA, which is another municipal corporation within CANADA, which is another municipal corporation, all of which were created by "we the people" to be our servants. All officers and officials in these municipal corporations have Oaths of Office to protect and defend "we the people".

(10) Fact: The Queens Coronation Act of 1688 says she is to uphold the laws of God . No true allegiant will fail to aid her majesty in her duty. She is styled as defender of the faith. Your true allegiance is to aid her to provide that defense. You do not get to make up your own version of what true allegiance means.

(11) Fact: I am neither a constitutional partner nor a citizen of Canada nor am I a legal person. I was born a male child on the land but am not part of the corporate legal fiction and debt ridden corporation known as Canada. I am not a member nor debtor of that ungodly dead corporate body as I am flesh, a creation of God. I have not accepted nor have I created a SIN number and am not owned by nor entitled to by claim of any person.

I claim the Charter preamble and notable promise that God's law is Supreme. Deuteronomy 4:1-2; 12:32; Numbers 15:15

(12) Fact: This is the preamble and the main focus and reason for the Constitution of Canada **"Whereas Canada is founded upon the principles that recognize the Supremacy of God and the rule of law."**
It says in the preamble that God rules. That is all I need. I am not subject to the Charter and it even says so .

(13) Fact: The rest of the Canadian Charter and rights and freedoms applies only to those who are employed by the Government as section 32 clearly in simple English tells.

*Application of Charter*

**32.** (1) This Charter applies

(*a*) to the Parliament and government of Canada in respect of all matters within the authority of Parliament including all matters relating to the Yukon Territory and Northwest Territories; and

(*b*) to the legislatures and governments of each province in respect of all matters within the authority of the legislature of each province.

(2) Notwithstanding subsection (1), section 5 shall not have effect until three years after this section comes into force.

(14) Fact: It is a Christian God that is referred to in the Constitution preamble, **Jehovah**, Abraham's God and his rule of law that her majesty Queen Elizabeth defends. You as a private man or woman acting as an agent and public servant, by law took a solemn oath to be truly allegiant to her majesty. She is the head of the Church of England and sworn to uphold the laws of God with all of her power.

(15) Fact: I am not subject to the civil code of man (Acts 5:29; Romans 16:17-20 KJV) but am subject to the rightful claim of another man or woman if I commit sin against them and am, according to God's law, answerable for my sins against another man or woman or their property. I am not answerable to an assumption nor legal fiction (Staufen Vs Regina BCSC) nor do I allow any alteration of my name in any fashion anywhere at any time by any one man woman or corporation. It is a violation of my faith to allow my identity to be taken by bifurcation by another man woman or corporation for their benefit. No authority is offered nor implied to allow you nor any one to alter my name or respond to orders or warrants with alterations of my name intended to kidnap me or assume my property. Any such attempt to act upon such legal fiction orders, warrants or other documents of seizure or kidnapping without positive

records that **crime became a thing of the past.** He introduced compulsory education, and the death penalty for murder, both of which are sourced in the Bible. The court Alfred kept was modeled on those he had observed as a youth accompanying his father on a tour of foreign capitals. His court was attended by all the country's nobles, bishops, and thanes. It was the first embryo parliament. Alfred established a chancery, an administration, and a civil service, which was a bureau of clerks. A circle of scholars both native and foreign gathered at Alfred's Court to establish a legal code. It was prefaced with the "Ten Commandments" and closed with the "Golden Rule". The good government Alfred gave England contributed to the success of his reign. A contemporary of Alfred said that "the aim of all his work was to promote the good of the people".

c. Sir Alfred Denning wrote that for 700 years -

> *"The judges of England laid down the **Common Law** which precisely defined the **rights** of the individual and made the life and **liberty** of every law-abiding citizen secure from injury on the part of others, or of the State."*

Canada has been a Common Law country from the beginning.

(21) Fact: Canadians Inherit Christian Liberties FOREVER through the U.K. Imperial Acts: All the North American Colonies were founded under English Christian Law, and when the individual Canadian provinces passed their **Imperial Acts Application Acts** in the 1980s, Magna Carta, the Petition of Right, Habeas Corpus Act, the Bill of Rights and other inherited Imperial Acts were listed by commonwealth State Parliaments, as being established Christian law. They were **confirmed as unalterable State law forever** (and therefore also **unalterable Canadian law forever**). These constitute **forever the official Law of the Land**. They provide Christian liberties, peace, safety and security, and must be preserved for all people yet to be born.

Long before the Imperial Acts Application Act re-entrenched the Bill of Rights, all Canadians had right to common law of the Bible due to their being **British subjects under the Crown**. Common law takes in the Imperial Acts and enshrines the Bible as the foundation and sanction for those acts.

Along with the provided proof of the fact that the letters patent King James Bible is the rule of law in Canada.

(22) Fact: The Queen, in her 1953 Coronation, said and promised to "**uphold the laws of God with all of my power**" and it is enshrined in the act itself of 1688 and the sections of the criminal code provided as found in excerpts from the Oath of Office of the Queen which are attached hereto, and incorporated herein by reference in their entirety. All BAR members international are sworn allegiant to that same said Christian monarch. The Bible sits as testimony and rule of law to that defense in all courts in North America and the Commonwealth of Great Britain. The Westminster Confession of faith From 1646 an act of the British parliament establishes for all to see what a lawful oath means in section 22 of that enactment still in force.

***Section 22***

***Of Lawful Oaths and Vows.***

**A lawful oath is a part of religious worship, wherein upon just occasion, the person swearing solemnly calleth God to witness what he asserteth or promiseth; and to judge him according to the truth or falsehood of what he sweareth.**

**II. The name of God only is that by which men ought to swear, and therein it is to be used with all holy fear and reverence; therefore to swear vainly or rashly by that glorious and dreadful name, or to swear at all by any other thing, is sinful, and to be abhorred. Yet, as, in matters of weight and moment, an oath is warranted by the Word of God, under the New**

(31) Fact: A Fourteenth Amendment citizen is a "person" and Fourteenth Amendment citizens are US Citizens.

(32) Fact: ***"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal* government."** Maxwell v Dow, 20 S.C.R. 448, at pg 455;

(33) Fact; **"*The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States,*"** US vs. Valentine 288 F. Supp. 957

(34) Fact: In the United States Postal Service Domestic Mail Manual at Section 608.2.3.2.2, it says that; "*mail originating in the United States of America, its territories and possessions . . . . . is treated as if it were domestic mail . . .* "

(35) Fact: The United States Postal Service is a corporation established as a sub-corporation of the corporation called; "United States of America 4, Inc." (currently) which resides in the District of Columbia.

(36) Fact: In the United States Postal Service Domestic Mail Manual at Section 602.1.8.1.1.8, it says that; *"The ZIP (Zone Improvement Plan) Code System is a numbered coding system that facilitates efficient mail processing. The USPS assigns ZIP Codes. All post offices are assigned at least one unique 5-digit ZIP Code."*

(37) Fact: In the United States Postal Service International Mail Manual at Section 213.1, it shows that Arizona has a code of "AZ" with ZIP Code areas of "850, 852, 853, 857", and it lists Arizona with its code of AZ and Zip Code areas equally with the District of Columbia and its code of DC and associated ZIP Code areas. Because the USPS is a corporation within the United States of America, which is also a corporation, the two letter state codes ZIP Codes are used to identify federal enclaves within the states and for the above mentioned respondents to send mail to Me addressed to a zip code without even putting down "non-domestic mail" is to falsely accuse Me of being in the federal enclave. Domestic mail, is mail inside the corporation called United States of America which resides in the District of Columbia.

(38) Fact: With full knowledge and intent all of the above mentioned respondents, with malice, have conspired together to falsely convert My address from the sovereign Arizona state to the foreign bankrupt corporation UNITED STATES, a/k/a The District of Columbia, which includes the fictitious federal territory called the State of Arizona in contradistinction to Arizona state, which is a sovereign entity.

***<u>The Constitution of the United States of America, Article I, section 8, Clause 16, To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square)</u>*** *as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings;--And;*

***<u>The Constitution of the United States of America, Article iv, section 3, Clause2</u>:*** *"The Congress shall have **Power to dispose** of and make all needful **Rules** and **Regulations** respecting the **Territory** or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State.*

The definition of "United States" as being used here, is then limited to its territories has described below: - The District of Columbia - Commonwealth of Puerto Rico - U.S. Virgin Islands - Guam - American Samoa - Northern Mariana Islands - Military bases within the fifty states.

In the **<u>Supreme Court</u>** case ***<u>United States v. Cruikshank, 92 U.S. 542</u>*** it was stated and I quote. *"We have in our political system a Government of the United States and a government of the several States. Each one of these governments is distinct from the other, and each has citizens of its own who owe it*

be honest in all their dealings with their fellow men in order to hold a temple recommend. The church also holds church courts to put on probation, dis-fellowship and even excommunicate members who do not honor their covenants. To my knowledge none of this has been done with these thieves, which means the Church condones such activity.

(47) Fact: Gordon B. Hinkley, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, you are a self-righteous egotistical hypocrite. You know that your scriptures say you are supposed to "honor and sustain the law of the land".

(48) Fact: You, Gordon B. Hinkley, because you are supposed to be a prophet of God, are supposed to know that the "law of the land" is common law, which is God's law, which was here before the government was here, and it is not some statute created by a corporation. Speed limits, zoning laws, government rules and regulations are not the law of the land, they all colorable codes, rules and regulations, and are a contract. You, also know that the Courts have said this same thing. You, Gordon B. Hinkley also know that your own scriptures say;
**D&C 98: 5. And that law of the land which is constitutional, supporting that principle of freedom in maintaining rights and privileges, belongs to all mankind, and is justifiable before me.**
**6. Therefore, I, the Lord, justify you, and your brethren of my church, in befriending that law which is the constitutional law of the land.**

(49) Fact: You, Gordon B. Hinkley, know that the "law of the land" is the common law and that thing on your driver's license is a 15 USC § 44 unincorporated corporation. You, Gordon B. Hinkley, know that at common law a proper name is NEVER spelled in all block capital letters, as found in the Memorandum of Law on the Name which is attached to the Affidavit of Criminal Complaint 10/14/06 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-148178, which is incorporated herein by reference in its entirety, which is further evidence that the entity on your drivers license is a 15 USC § 44 unincorporated corporation. Therefore, you, Gordon B. Hinkley are in a law merchant contract with the government and you voluntarily gave up your rights. Where is the evidence that I gave up My rights, and agreed to become a slave to these thieves? I have provided to them evidence that I am not a corporation as found in the Corporate Denial Affidavit which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-107494 which is incorporated herein by reference in its entirety. If they think that I have perjured myself, (like they have done), then they should give it their best shot to prosecute Me. It is either that, or they have to accept it, one or the other.

(50) Fact: You, Gordon B. Hinkley know that because of common law, the people are sovereign.

(51) Fact: ***"...at the revolution the Sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects ......and have none to govern but themselves; the citizens of America are equal as fellow citizens, and as joint tenants in the sovereignty."*** Chisholm v Georgia, 2 Dall. 440, at pg 471;

(52) Fact: ***"The words "people of the United States" and "citizens" are synonymous terms, and mean the same thing. They both describe the political body who, according to our republican institutions, form the sovereignty, and who hold the power and conduct the Government through their representatives. They are what we familiarly call the "sovereign people," and every citizen is one of this people, and a constituent member of the sovereignty."*** Dredd Scott v Sandford, 60 US 393, at pg 404;

(53) Fact: ***"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."*** Yick Wo v Hopkins, 118 US 356, at pg 370;

***"The United States Government is a foreign corporation with respect to a State of the Union."*** In Re Merriam's Estate, 36 N.E. 505, 141 N.Y. 479, affirmed 16 S.Ct. 1073, 41 L.Ed. 287.

(63) Fact: CANADA is a foreign corporation with respect to the land of Alberta.

(64) Fact: You, Gordon, B. Hinkley know that the only way that a "person" is any **thing** that can be sue or be sued. That is why the courts have ruled time and again that the word "person" in a statute does not apply to a sovereign.

(65) Fact: In the US Declaration of Independence it says; **"Governments are instituted among Men, deriving their just powers from the Consent of the Governed."** and one of the listed reasons that we drove the tyrant, King George out is because; **"For imposing Taxes on us without our Consent."**

(66) Fact: You, Gordon B. Hinkley, know that the law in Canada says the same thing because all of the law in America has the same roots, from the Common Law of England, where in 1215 the Welsh Barons rose up in rebellion against another tyrant by the name of King John, and stuck a sword to his throat and said, "we want you to sign this", and King John signed the Magna Carta which has become know as the great charter of English liberty. But you also know that common law is as old as time it self, because it is God's law, that there is a European common law and it goes back before the Roman Empire and evidence of it can be found throughout the old testament, and in **Exodus 23; 9 Also thou shalt not oppress a stranger: for ye know the heart of a stranger, seeing ye were strangers in the land of Egypt.**
and also,
**15 One ordinance shall be both for you of the congregation, and also for the stranger that sojourneth with you, an ordinance for ever in your generations: as ye are, so shall the stranger be before the LORD.**
**16 One law and one manner shall be for you, and for the stranger that sojourneth with you.**
and also
**29 Ye shall have one law for him that sinneth through ignorance, both for him that is born among the children of Israel, and for the stranger that sojourneth among them.**
You, Gordon B. Hinkley know that there have been two classes of citizenship from the beginning of time, and it continues to this day. The first class of citizen is an inhabitant of the land, one born on the land, the state citizen, and second class of citizenship is the stranger, who is called many things today, the immigrant, the US citizen, the citizen of Canada, the person. That is how people get enslaved, is with law merchant contracts by which the law views (or presumes) them to be in some contract until that presumption is defeated. You, Gordon B. Hinkley know that almost all judges are BAR members, 70-90% of all legislators are BAR members, and BAR members are found in every department and agency of the government. The American founding understood the threat these foreign agents of the Crown were to the freedoms provided by common law.

(67) Fact: You, Gordon B. Hinkley, have, with full knowledge and intent surrounded yourself with lying thieving attorneys who are foreign agents of the Crown
**INNS OF COURT** - "***These are certain private unincorporated associations, in the nature of collegiate houses, located in London, and invested with the exclusive privilege of calling men to the bar;...***" Black's Law Dictionary, 5th Edition page 709.
who have infiltrated My government to the highest levels and they are in the process of overthrowing My government as found in the Affidavit of Criminal Complaint 12/14/06 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-165818, is incorporated herein by reference in its entirety, and is now the un-rebutted truth. Do a search in the internet for American Inns of Court, or how about the Utah Inns of Court. As found in the real Thirteenth Amendment in the certified copy of an 1819 US Constitution, which is attached hereto, and incorporated herein by reference in its entirety, which says;

restitution for all of the damages, you have caused, Gordon B. Hinkley and Ardell Hartley, and all your lying, thieving buddies, known and unknown, all of those listed above and more, and I will be building a case against each of you further, and filing further criminal complaints against each of you, and filing commercial liens against your property, and seizing your property, because your judgment day will come, whether in this world or the next, and I will be there demanding justice! **GOVERN YOURSELVES ACCORDINGLY THIEVES!**

(70) Fact: All of the above mentioned respondents are terrorists involved in a criminal racketeering enterprise as found in the Memorandum of Law on Political Jurisdiction, and the Memorandum of Law on the name, both of which are attached to the Affidavit of Criminal Complaint 10/14/06 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-148178, and incorporated herein by reference in their entirety. They are all THIEVES and LIARS UNDER OATH involved in a criminal conspiracy to commit theft of the property of We the People.

(71) Fact: All of the above mentioned Respondents are imposters and criminals operating without authority, under the color of law, and in conspiracy as a criminal racketeering enterprise, in sedition, to overthrow My government, in favor of their New World Order dictatorship.

**Relief Demanded by I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, a sovereign living soul, and We the People**

72. Ardell Hartley, Mayor, the Village of Glenwood, is a THIEF and a LIAR UNDER OATH. He is an imposter operating without authority, under the color of law, and is in criminal violation by knowingly, intentionally, willfully, and with malice, is conspiring with criminals, to falsely convert My address, and My citizenship, and has violated his bond and his Corporate Charter, which violation is a Breach of the Trust which was established with the people of Arizona and the people of Alberta, against the Peace and Dignity of the People of Arizona, and the people of Alberta.

73. Brad Salmon, Manager, the Village of Glenwood, is a THIEF and a LIAR UNDER OATH. He is an imposter operating without authority, under the color of law, and is in criminal violation by knowingly, intentionally, willfully, and with malice, is conspiring with criminals, to falsely convert My address, and My citizenship, and has violated his bond and his Corporate Charter, which violation is a Breach of the Trust which was established with the people of Arizona and the people of Alberta, against the Peace and Dignity of the People of Arizona, and the people of Alberta.

74. Ron Stevens, Attorney General for Alberta, is a THIEF and a LIAR UNDER OATH. He is an imposter operating without authority, under the color of law, and is in criminal violation by knowingly, intentionally, willfully, and with malice, is conspiring with criminals, to falsely convert My address, and My citizenship, and has violated his bond and his Corporate Charter, which violation is a Breach of the Trust which was established with the people of Arizona and the people of Alberta, against the Peace and Dignity of the People of Arizona, and the people of Alberta.

75. Norman L. Kwong, Alberta Lieutenant Governor, is a THIEF and a LIAR UNDER OATH. He is an imposter operating without authority, under the color of law, and is in criminal violation by knowingly, intentionally, willfully, and with malice, is conspiring with criminals, to falsely convert My address, and My citizenship, and has violated his bond and his Corporate Charter, which violation is a Breach of the Trust which was established with the people of Arizona and the people of Alberta, against the Peace and Dignity of the People of Arizona, and the people of Alberta.

76. Gordon B. Hinkley, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, is a THIEF and a LIAR. He is an imposter operating without authority, under the color of law, and is in criminal violation by knowingly, intentionally, willfully, and with malice, is conspiring with criminals, to falsely convert My address, and My citizenship, and has violated his bond and his Corporate Charter,

## Notice

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

## ACKNOWLEDGEMENT

As Notary Public for the State of Texas, I hereby certify that Glenn Winningham; house of Fearn, who is known to me, appeared before me and executed the foregoing document on this the 16 day of May, 2007.

Notary Public in and for the State of Texas

Clifford F Lichtenberger
Notary Public, State of Texas
My Commission Expires:
February 14, 2008

**All responses must be made exactly as follows:**
Glenn Winningham; house of Fearn
C/O Notary Public Jesus Corchado
1377 E. Florence Blvd., #151
Casa Grande, Arizona

**person or property of a relative or member of his family or of anyone in his company at the time of the taking or obtaining.**
**(2) The term "extortion" means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right.**
**(3)** The term "commerce" means commerce within the District of Columbia, or any Territory or Possession of the United States; all commerce between any point in a State, Territory, Possession, or the District of Columbia and any point outside thereof; all commerce between points within the same State through any place outside such State; and all other commerce over which the United States has jurisdiction.
**(c)** This section shall not be construed to repeal, modify or affect section 17 of Title 15, sections 52, 101–115, 151–166 of Title 29 or sections 151–188 of Title 45.

**18 USC § 1952. Interstate and foreign travel or transportation in aid of racketeering enterprises**
**(a) Whoever travels in interstate or foreign commerce or uses the mail or any facility in interstate or foreign commerce, with intent to—**
**(1)** distribute the proceeds of any unlawful activity; or
**(3)** otherwise promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of any unlawful activity,
and thereafter performs or attempts to perform—
**(A)** an act described in paragraph (1) or (3) shall be fined under this title, imprisoned not more than 5 years, or both; or
**(B)** an act described in paragraph (2) shall be fined under this title, imprisoned for not more than 20 years, or both, and if death results shall be imprisoned for any term of years or for life.
**(b)** As used in this section (i) "unlawful activity" means
**(2) extortion,** bribery, or arson **in violation of the laws of the State in which committed or of the United States,** or
(ii) the term "State" includes a State of the United States, the District of Columbia, and any commonwealth, territory, or possession of the United States.

**18 USC § 1959. Violent crimes in aid of racketeering activity**
**(a)** Whoever, as consideration for the receipt of, or as consideration for a promise or agreement to pay, anything of pecuniary value from an enterprise engaged in racketeering activity, or for the purpose of gaining entrance to or maintaining or increasing position in an enterprise engaged in racketeering activity, murders, kidnaps, maims, assaults with a dangerous weapon, commits assault resulting in serious bodily injury upon, or threatens to commit a crime of violence against any individual in violation of the laws of any State or the United States, or attempts or conspires so to do, shall be punished—
**(1)** for murder, by death or life imprisonment, or a fine under this title, or both; **and for kidnapping**, by imprisonment for any term of years or for life, or a fine under this title, or both;
**(2)** for maiming, by imprisonment for not more than thirty years or a fine under this title, or both;
**(3)** for assault with a dangerous weapon or assault resulting in serious bodily injury, by imprisonment for not more than twenty years or a fine under this title, or both;
**(4) for threatening to commit a crime of violence,** by imprisonment for not more than five years or a fine under this title, or both;
**(5) for attempting or conspiring to commit** murder or **kidnapping,** by imprisonment for not more than ten years or a fine under this title, or both; and
**(b)** As used in this section—
**(1)** "racketeering activity" has the meaning set forth in section 1961 of this title; and
**(2)** "enterprise" includes any partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity, which is engaged in, or the activities of which affect, interstate or foreign commerce.

**18 USC § 1961. Definitions**
As used in this chapter—
**(1) "racketeering activity" means (A) any act or threat involving** murder, **kidnapping,** gambling, arson, robbery, bribery, **extortion,** dealing in obscene matter, or dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act), which is chargeable under State law and punishable by imprisonment for more than one year; (B) any act which is indictable under any of the following provisions of title 18, United States Code: ...., section 1341 (relating to mail fraud), ....sections 1581–1591 (relating to peonage, slavery, and trafficking in persons).,[1] section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), .....section 2319 (relating to criminal infringement of a copyright), ..... (D) any

**4. "Racketeering" means any act, including any preparatory or completed offense, that is chargeable or indictable under the laws of the state or country in which the act occurred and, if the act occurred in a state or country other than this state, that would be chargeable or indictable under the laws of this state if the act had occurred in this state, and that would be punishable by imprisonment for more than one year under the laws of this state and, if the act occurred in a state or country other than this state, under the laws of the state or country in which the act occurred, regardless of whether the act is charged or indicted, and the act involves either:**
**(a) Terrorism, animal terrorism or ecological terrorism that results or is intended to result in a risk of serious physical injury or death.**
(b) Any of the following acts if committed for financial gain:
(i) Homicide.
(ii) Robbery.
**(iii) Kidnapping.**
**(v) Theft.**
**(ix) Extortion.**
**(xiii) Participating in a criminal syndicate.**
(xiv) Obstructing or hindering criminal investigations or prosecutions.
**(xv) Asserting false claims including, but not limited to, false claims asserted through fraud or arson.**
(xx) A scheme or artifice to defraud.

**Criminal Code of Canada**
**346.** (1) Every one commits extortion who, without reasonable justification or excuse and with intent to obtain anything, by threats, accusations, menaces or violence induces or attempts to induce any person, whether or not he is the person threatened, accused or menaced or to whom violence is shown, to do anything or cause anything to be done.

Disobeying a statute
126. (1) Every one who, without lawful excuse, contravenes an Act of Parliament **( oath of allegiance Act)** By willfully doing anything that it forbids or by willfully omitting to do anything that it requires to be done (Bear true allegiance) is, unless a punishment is expressly provided by law, guilty of an indictable offence and liable to imprisonment for a term not exceeding two years.

Attorney General of Canada may act
(2) Any proceedings in respect of a contravention of or conspiracy to contravene an Act mentioned in subsection (1), other than this Act, may be instituted at the instance of the Government of Canada and conducted by or on behalf of that Government.

**Personating peace officer**
130. **Every one who**
**(a) falsely represents himself to be a peace officer or a public officer, or**
(b) not being a peace officer or public officer, uses a badge or article of uniform or equipment in a manner that is likely to cause persons to believe that he is a peace officer or a public officer, as the case may be, is guilty of an offence punishable on summary conviction. (One cannot bear true allegiance unless they know what it is and do provide it unconditionally. If they fail they are impersonating.)

Corroboration
133. No person shall be convicted of an offence under section 132 on the evidence of only one witness unless the evidence of that witness is corroborated in a material particular by evidence that implicates the accused.

134. (1) Subject to subsection (2), every one who, not being specially permitted, authorized or required by law to make a statement under oath or solemn affirmation, makes such a statement, by affidavit, solemn declaration or deposition or orally before a person who is authorized by law to permit it to be made before him, knowing that the statement is false, is guilty of an offence punishable on summary conviction.