Title Holder: Glenn Winningham; house of Fearn          Non-Negotiable Notice and Demand 120806

From:
Glenn Winningham; house of Fearn
Non-domestic
C/O 1377 E. Florence Blvd., #151-166
Casa Grande, Arizona

To:
Gordon B. Hinkley, President
THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS
50 East North Temple Street
Salt Lake City, UT 84150

**NON-NEGOTIABLE**                                    **NON-NEGOTIABLE**

### NOTICE AND DEMAND

I, Me, My. Myself, a man, a living soul, a sovereign, with an address correction: C/O Glenn Winningham; house of Fearn, Non-Domestic, C/O 1377 E. Florence Blvd., #151-166, Casa Grande, Arizona, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1.  Gordon B. Hinkley, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, equality under the Law is paramount and mandatory by Law.

2.  Gordon B. Hinkley, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al, I did not give you, the authority for making a legal determination for Me.

3.  Gordon B. Hinkley, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al, if you think or assume that you are representing Me, you are FIRED!

4.  Gordon B. Hinkley, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al, neither you, nor any other person, is competent in dealing with any of My affairs.

5.  Gordon B. Hinkley, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, I am competent for dealing in all of My affairs.

6.  You, Gordon B. Hinkley, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al, are Noticed of My copyrights on the name(s) **Glenn W. Fearn©, GLENN WINNINGHAM FEARN©, FEARN, GLENN WINNINGHAM©**, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety.

7.  You, Gordon B. Hinkley, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al, are Noticed that any violation of My copyright(s), or making a legal determination for Me, representing Me, or communicating with Me in any manner not "under penalty of perjury" would constitute an agreement to the fee of;
    a)    ten thousand dollars ($10,000.00), minimum; or
    b)    one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or
    c)    ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.--------------------------------------------------------------------------Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham; house of Fearn                    Non-Negotiable Notice and Demand 111206

From:
Glenn Winningham; house of Fearn
Non-domestic
C/O 1377 E. Florence Blvd., #151-166
Casa Grande, Arizona

To:
Gordon B. Hinkley, President
THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS
50 East North Temple Street
Salt Lake City, UT 84150

**NON-NEGOTIABLE**                                    **NON-NEGOTIABLE**

### NOTICE AND DEMAND

I, Me, My, Myself, a man, a living soul, a sovereign, with an address correction: C/O Glenn Winningham; house of Fearn, Non-Domestic, C/O 1377 E. Florence Blvd., #151-166, Casa Grande, Arizona, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1.  Gordon B. Hinkley, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, equality under the Law is paramount and mandatory by Law.

2.  Gordon B. Hinkley, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al, I did not give you, the authority for making a legal determination for Me.

3.  Gordon B. Hinkley, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al, if you think or assume that you are representing Me, you are FIRED!

4.  Gordon B. Hinkley, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al, neither you, nor any other person, is competent in dealing with any of My affairs.

5.  Gordon B. Hinkley, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, I am competent for dealing in all of My affairs.

6.  You, Gordon B. Hinkley, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al, are Noticed of My copyrights on the name(s) **Glenn W. Fearn©, GLENN WINNINGHAM FEARN©, FEARN, GLENN WINNINGHAM©**, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety.

7.  You, Gordon B. Hinkley, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al, are Noticed that any violation My copyright(s), or making a legal determination for Me, representing Me, or communicating with Me in any manner not "under penalty of perjury" would constitute an agreement to the fee of;
    a)    ten thousand dollars ($10,000.00), minimum; or
    b)    one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or
    c)    ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,

Page 1 (plus attachments)                    Non-Negotiable Notice and Demand 111206
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the
Title Holder.--------------------------------------------------------------Title Holder Glenn Winningham; house of Fearn
                                                                                With the Copy-Claim

Glenn Winningham; house of Fearn
Non-domestic
C/O 1377 E. Florence Blvd., #151-166
Casa Grande, Arizona

**By Registered Mail** <u>RA 303 183 513 US</u>
To:
Norman L. Kwong
Lieutenant Governor of Alberta
3rd Floor, Legislature Bldg.
10800-97 Ave.
Edmonton, AB T5K 2B6
CANADA

**NON-NEGOTIABLE**                          **NON-NEGOTIABLE**

### NOTICE AND DEMAND

I, Me, My, Myself, a man, a living soul, a sovereign, with an address correction, Glenn Winningham; house of Fearn, Non-Domestic, C/O 1377 E. Florence Blvd., #151-166, Casa Grande, Arizona, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1.   Norman L. Kwong, Lieutenant Governor of Alberta, I accept your Oath of Office,

2.   Norman L. Kwong, Lieutenant Governor of Alberta, equality under the Law is paramount and mandatory by Law.

3.   Norman L. Kwong, Lieutenant Governor of Alberta, et al, I did not give you, the authority for making a legal determination for Me.

4.   Norman L. Kwong, Lieutenant Governor of Alberta, et al, if you think or assume that you are representing Me, you are FIRED!

5.   Norman L. Kwong, Lieutenant Governor of Alberta, et al, neither you, nor any other person, is competent in dealing with any of My affairs.

6.   Norman L. Kwong, Lieutenant Governor of Alberta, et al, I am competent for dealing in all of My affairs.

7.   You, Norman L. Kwong, Lieutenant Governor of Alberta, et al, are hereby notified that I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn am not a second class US Citizen, 14th Amendment citizen, citizen of CANADA, corporation or other fictitious entity as found in the Corporate Denial Affidavit as Corporate Denial Affidavit recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-107494 and the Zip Code corporate Denial Affidavit recorded with the PINAL COUNTY RECORDER at

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------Title Holder Glenn Winningham; house of Fearn
                                                                                                                      With the Copy-Claim

Under the laws of the united States of America, this NON-NEGOTIABLE NOTICE AND
DEMAND is made under the penalty of perjury pursuant to 28 USC 1746(1), WITHOUT THE
UNITED STATES.

### Notice for the principal is notice for the agent and
### notice for the agent is notice for the principal.

This instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN, and all derivatives thereof
My Copyright

I, Me, by
Glenn Winningham; house of Fearn, *sui juris*
sovereign living soul

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title
Holder.--------------------------------------------------------------------------------------------------------Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim
Alberta Lieutenant Governor General Non-Negotiable Notice and Demand 120806

Glenn Winningham; house of Fearn
Non-domestic
C/O 1377 E. Florence Blvd., #151-166
Casa Grande, Arizona

**By Registered Mail RA 303 183 558 US**
To:
Ron Stevens, Attorney General
Minister of Justice for Alberta
208 Legislature Bldg.
10800-97 Ave.
Edmonton, AB T5K 2B6
CANADA

**NON-NEGOTIABLE**                                    **NON-NEGOTIABLE**

### NOTICE AND DEMAND

I, Me, My, Myself, a man, a living soul, a sovereign, with an address correction, Glenn Winningham; house of Fearn, Non-Domestic, C/O 1377 E. Florence Blvd., #151-166, Casa Grande, Arizona, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1.     Ron Stevens, Alberta Attorney General, I accept your Oath of Office,

2.     Ron Stevens, Alberta Attorney General, equality under the Law is paramount and mandatory by Law.

3.     Ron Stevens, Alberta Attorney General, et al, I did not give you, the authority for making a legal determination for Me.

4.     Ron Stevens, Alberta Attorney General, et al, if you think or assume that you are representing Me, you are FIRED!

5.     Ron Stevens, Alberta Attorney General, et al, neither you, nor any other person, is competent in dealing with any of My affairs.

6.     Ron Stevens, Alberta Attorney General, et al, I am competent for dealing in all of My affairs.

7.     You, Ron Stevens, Alberta Attorney General, et al, are hereby notified that I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn am not a second class US Citizen, 14th Amendment citizen, citizen of CANADA, corporation or other fictitious entity as found in the Corporate Denial Affidavit as Corporate Denial Affidavit recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-107494 and the Zip Code corporate Denial Affidavit

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

303

14.   Ron Stevens, Alberta Attorney General, et al, please find attached an Affidavit of Criminal Complaint involving some criminals in your jurisdiction. As a titled sovereign, I hereby DEMAND that you prosecute them to the fullest extent of the law for the common law offense of Extortion under color of Office, Criminal Conversion of My Name and Address, and anything else that would apply.

Under the laws of the united States of America, this NON-NEGOTIABLE NOTICE AND DEMAND is made under the penalty of perjury pursuant to 28 USC 1746(1), WITHOUT THE UNITED STATES.

**Notice for the principal is notice for the agent and
notice for the agent is notice for the principal.**

This instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN, and all derivatives thereof
CONSTANCE IVY LACEY FEARN, and all derivatives thereof
My Copyrights

I, Me, by _____
Glenn Winningham; house of Fearn
sovereign living soul

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------------------------------------------Title Holder Glenn Winningham; house of Fearn
                                                                                         With the Copy-Claim

305



**Texas
State Library
and Archives
Commission**

Sam Houston
Regional Library
and Research Center

P.O. Box 310
Liberty, Texas
77575-0310

936-336-8821

www.tsl.state.tx.us

*Commission Chairman*
Sandra J. Pickett

*Members*
Chris A. Brisack
Diana Rae Hester Cox
Martha Doty Freeman
Cruz G. Hernandez
Sandra G. Holland
Elizabeth Sanders

*Director and Librarian*
Peggy D. Rudd

*Assistant State Librarian*
Edward Seidenberg

*Making
information
work
all
Texans*

I do hereby certify that the following sixteen (16) pages are a true and correct
photocopy of the original publication, *The Revised Code of The Laws of Virginia:
Being A Collection Of All Such Acts Of The General Assembly, Of A Public And
Permanent Nature, As Are Now In Force; With A General Index, Volume 1*, pages
16-30, Richmond: printed by Thomas Ritchie, Printer To The Commonwealth,
1819, now archived at the Sam Houston Regional Library and Research Center of
the Archives & Information Services Division, of the Texas State Library and
Archives Commission.

Witness my hand and Seal of Office at Liberty, Texas
on the 13th day of July 2005.

Sandra M. Burrell, Archives Processor
Sam Houston Regional Library & Research Center
PO Box 310
Liberty, TX 77575
Telephone: (936) 336-8821

307

A. D. 1819.
A. R. C. 43.

Revised bills passed the present session, not to be printed with the laws thereof.
Exception.
Repeal of all acts of a general nature not published in such Code.
Proviso.

8. *And be it also enacted,* That the revised bills passed during the present session of the General Assembly, shall not be printed with the other laws passed at the present session, except such bills and parts of bills as take effect before the first day of January next.

9. ALL acts and parts of acts, of a general nature, which shall not be published in the code aforesaid, pursuant to the directions of this act, either entire or by their titles, shall be, and the same are hereby repealed, from and after the first day of January next: *Provided, however,* That such repeal shall not prevent the prosecution of any offence committed, or impair any right accrued before the said first day of January; but such offence may be prosecuted, and such right may be maintained and asserted, in the same manner as if this repealing section had never passed.

Commencement.

10. THIS act shall commence and be in force from and after the passage thereof.

———

# C. 2.

A. D. 1788—9.
A. R. C. 13.

## CONSTITUTION OF THE UNITED STATES.

WE, the people of the United States, in order to form a more perfect union, establish justice, ensure domestic tranquility, provide for the common defence, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this constitution for the United States of America.

### ARTICLE 1.

### Section 1.

Legislative powers vested in congress.

1. ALL legislative powers herein granted, shall be vested in a congress of the United States, which shall consist of a senate and house of representatives.

### Section 2.

House of representatives; its members; by whom chosen : qualifications of electors.
A representative to be aged 25 ;
seven years a citizen of the United States, and an inhabitant of his state when elected.
Representatives and taxes to be apportioned according to numbers.

1. THE house of representatives shall be composed of members chosen every second year by the people of the several states; and the electors in each state shall have the qualifications requisite for electors of the most numerous branch of the state legislature.

2. No person shall be a representative who shall not have attained to the age of twenty-five years, and been seven years a citizen of the United States, and who shall not, when elected, be an inhabitant of that state in which he shall be chosen.

3. REPRESENTATIVES and direct taxes shall be apportioned among the several states which may be included within this union, according to their respective numbers, which shall be de-

San Diego County Regional Library &
Research Center
FM RD 1011

309

A. D. 1788—9.
A. R. C. 13.

Extent of judgment in cases of impeachment.
Party liable also to judgment, &c. according to law.

7. JUDGMENT in cases of impeachment shall not extend further than to removal from office, and disqualification to hold and enjoy any office of honor, trust, or profit, under the United States; but the party convicted shall nevertheless be liable and subject to indictment, trial, judgment, and punishment, according to law.

### Section 4.

Times, &c. of holding elections for senators and representatives, regulated by the states or by congress.

1. THE times, places, and manner of holding elections for senators and representatives, shall be prescribed in each state by the legislature thereof; but the congress may, at any time, by law, make or alter such regulations, except as to the places of choosing senators.

Congress to assemble annually on the first Monday in December, &c.

2. THE congress shall assemble at least once in every year, and such meeting shall be on the first Monday in December, unless they shall by law appoint a different day.

### Section 5.

Each house judge of the election of its own members.
Quorum.

1. EACH house shall be the judge of the elections, returns, and qualifications, of its own members; and a majority of each shall constitute a quorum to do business; but a smaller number may adjourn from day to day, and may be authorised to compel the attendance of absent members, in such manner and under such penalties as each house may provide.

Each house to determine its own rules, &c.

2. EACH house may determine the rules of its proceedings, punish its members for disorderly behaviour, and with the concurrence of two thirds, expel a member.

Journals to be kept by each house, and published, &c.

3. EACH house shall keep a journal of its proceedings, and from time to time publish the same, excepting such parts as may in their judgment require secrecy; and the yeas and nays of the members of either house on any question, shall, at the desire of one fifth of those present, be entered on the journal.

Adjournment of both houses.

4. NEITHER house, during the session of congress, shall, without the consent of the other, adjourn for more than three days, nor to any other place than that in which the two houses shall be sitting.

### Section 6.

Senators and representatives to be paid, &c.
Privileged from arrest, &c.

1. THE senators and representatives shall receive a compensation for their services, to be ascertained by law, and paid out of the treasury of the United States. They shall, in all cases, except treason, felony, and breach of the peace, be privileged from arrest during their attendance at the session of their respective houses, and in going to or returning from the same; and for any speech or debate in either house, they shall not be questioned in any other place.

Concerning the holding of offices by senators and representatives.

2. No senator or representative shall, during the time for which he was elected, be appointed to any civil office under the authority of the United States, which shall have been created, or the emoluments whereof shall have been increased during such time; and no person holding any office under the United States shall be a member of either house during his continuance in office.

20                                    *Federal Constitution.*

A. C. 1788—9.
A. R. C. 13.
define and punish piracies and felonies committed on the high seas, and offences against the law of nations:

To declare war.
10. To declare war, grant letters of marque and reprisal, and make rules concerning captures on land and water:

To raise armies.
11. To raise and support armies; but no appropriation of money to that use, shall be for a longer term than two years:

To provide a navy.
12. To provide and maintain a navy:

To make rules for governing army and navy.
13. To make rules for the government and regulation of the land and naval forces:

To provide for calling forth the militia.
14. To provide for calling forth the militia to execute the laws of the union, suppress insurrections, and repel invasions:

To provide for organizing the militia, &c.
15. To provide for organizing, arming, and disciplining the militia, and for governing such part of them as may be employed in the service of the United States: reserving to the states respectively, the appointment of the officers, and the authority of training the militia according to the discipline prescribed by congress:

To exercise exclusive jurisdiction over a territorial district not exceeding ten miles square, &c.
16. To exercise exclusive legislation in all cases whatsoever, over such district (not exceeding ten miles square) as may, by cession of particular states, and the acceptance of congress, become the seat of government of the United States: and to exercise like authority over all places purchased, by the consent of the legislature of the state in which the same shall be, for the erection of forts, magazines, arsenals, dock-yards, and other needful buildings:—and,

To make all laws necessary to the execution of their powers.
17. To make all laws which shall be necessary and proper for carrying into execution the foregoing powers, and all other powers vested by this constitution in the government of the United States, or in any department or officer thereof.

### Section 9.

Importation of certain persons not to be prohibited until after 1808.
[*See art. 5, cl. 1.]
1. THE migration or importation of such persons as any of the states now existing shall think proper to admit, shall not be prohibited by the congress prior to the year one thousand eight hundred and eight; but a tax or duty may be imposed on such importation, not exceeding ten dollars for each person.*

The writ of habeas corpus recognized, &c.
2. THE privilege of the writ of habeas corpus shall not be suspended, unless when, in cases of rebellion or invasion, the public safety may require it.

No bills of attainder, or ex post facto laws.
3. No bill of attainder or ex post facto law shall be passed.

Direct taxes according to census.
4. No capitation, or other direct tax shall be laid, unless in proportion to the census or enumeration herein-before directed to be taken.

No export duty, nor preference of one state to another in commerce.
5. No tax or duty shall be laid on articles exported from any state. No preference shall be given by any regulation of commerce or revenue to the ports of one state over those of another; nor shall vessels bound to, or from, one state, be obliged to enter, clear, or pay duties in another.

Money to be expended by legal appropriation only.
6. No monies shall be drawn from the treasury but in consequence of appropriations made by law; and a regular statement and account of the receipts and expenditures of all public money shall be published from time to time.

No titles of nobility can be conferred by the United
7. No title of nobility shall be granted by the United States; and no person holding any office of profit or trust under them,

...no Western Regional Library
Research Center
EM RO 1011

22                                    *Federal Constitution.*

A. D. 1788—9.   house shall, in like manner, choose the president.   But in
A. R. C. 13.    choosing the president, the votes shall be taken by states, the
                representation from each state having one vote : a quorum for
                this purpose shall consist of a member or members from two-
                thirds of the states, and a majority of all the states shall be
                necessary to a choice.   In every case, after the choice of the
                president, the person having the greatest number of votes of
                the electors, shall be the vice-president.   But if there should

[*Annulled.   See   remain two or more who have equal votes, the senate shall
amendments, art.   choose from them, by ballot, the vice-president.*
12.]

Congress may de-     4. THE congress may determine the time of choosing the
termine the time   electors, and the day on which they shall give their votes;
of choosing electors   which day shall be the same throughout the United States.
of president, &c.
The president to     5. No person except a natural born citizen, or a citizen of
be natural born, or   the United States at the time of the adoption of this constitu-
a citizen in 1788 ;   tion, shall be eligible to the office of president : neither shall
aged 35 ; and 14   any person be eligible to that office, who shall not have attained
years a resident of   to the age of thirty-five years, and been fourteen years a resi-
the United States.   dent within the United States.

In case of vacancy     6. IN case of the removal of the president from office, or of
in the office of pre-   his death, resignation, or inability to discharge the powers and
sident, the vice-   duties of the said office, the same shall devolve on the vice-
president to act,   president; and the congress may by law provide for the case of
&c.                removal, death, resignation, or inability, both of the president
                and vice-president, declaring what officer shall then act as pre-
                sident, and such officer shall act accordingly, until the disa-
                bility be removed, or a president shall be elected.

Compensation of     7. THE president shall, at stated times, receive for his ser-
the president.   vices, a compensation, which shall neither be increased nor
                diminished during the period for which he shall have been
                elected, and he shall not receive within that period any other
                emolument from the United States or any of them.

The president to     8. BEFORE he enter on the execution of his office, he shall
take an oath.   take the following oath or affirmation :

Form of the oath.   "I DO solemnly swear (or affirm) that I will faithfully exe-
                cute the office of president of the United States, and will to
                the best of my ability, preserve, protect and defend the consti-
                tution of the United States."

                                    *Section 2.*

The president is     1. THE president shall be commander in chief of the army
commander in   and navy of the United States, and of the militia of the seve-
chief, &c.   ral states, when called into the actual service of the United

He may require   States : he may require the opinion, in writing, of the principal
written opinions   officer in each of the executive departments, upon any subject
from principal ex-   relating to the duties of their respective offices; and he shall
ecutive officers.   have power to grant reprieves and pardons for offences against
He can reprieve   the United States, except in cases of impeachment.
and pardon.

He may, in con-     2. HE shall have power, by and with the advice and consent
junction with the   of the senate, to make treaties, provided two-thirds of the
senate, make trea-   senators present concur : and he shall nominate, and by and
ties, appoint am-   with the advice and consent of the senate, shall appoint ambas-
bassadors, &c.   sadors, other public ministers and consuls, judges of the su-
                preme court, and all other officers of the United States, whose

24

*Federal Constitution.*

A. D. 1789—9.
A. R. C. 13.

Original and appellate jurisdiction of the supreme court.

2. In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be a party, the supreme court shall have original jurisdiction. In all the other cases before mentioned, the supreme court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the congress shall make.

Trial of crimes to be by jury, &c.

3. The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any state, the trial shall be at such place or places as the congress may by law have directed.

## Section 3.

Definition of treason.

1. Treason against the United States shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason, unless on the testimony of two witnesses to the same overt act, or on confession in open court.

Congress to declare the punishment of treason, &c.

2. The congress shall have power to declare the punishment of treason, but no attainder of treason shall work corruption of blood, or forfeiture, except during the life of the person attainted.

## ARTICLE 4.

## Section 1.

Credit to be given in one state to the public acts, &c. of another, &c.

1. Full faith and credit shall be given in each state to the public acts, records and judicial proceedings of every other state. And the congress may by general laws prescribe the manner in which such acts, records and proceedings shall be proved, and the effect thereof.

## Section 2.

Reciprocity of citizenship throughout the states.

1. The citizens of each state shall be entitled to all privileges and immunities of citizens in the several states.

Criminals flying from one state to another, to be delivered up on demand.

2. A person charged in any state with treason, felony, or other crime, who shall flee from justice, and be found in another state, shall, on demand of the executive authority of the state from which he fled, be delivered up, to be removed to the state having jurisdiction of the crime.

Runaway slaves, &c. to be delivered up.

3. No person held to service or labor in one state, under the laws thereof, escaping into another, shall, in consequence of any law or regulation therein, be discharged from such service or labor, but shall be delivered up, on claim of the party to whom such service or labor may be due.

## Section 3.

New states may be admitted into the union, &c.

1. New states may be admitted by the congress into this union; but no new state shall be formed or erected within the jurisdiction of any other state; nor any state be formed by the junction of two or more states, or parts of states, without the

26                                   *Federal Constitution.*

A. D. 1788—9.
A. R. C. 13.

Ratification of nine
states sufficient,
&c.

ARTICLE 7.

1. The ratification of the conventions of nine states, shall be sufficient for the establishment of this constitution between the states so ratifying the same.

Done in convention, by the unanimous consent of the states present, the seventeenth day of September, in the year of our Lord one thousand seven hundred and eighty-seven, and of the independence of the United States of America, the twelfth.   In witness whereof, we have hereunto subscribed our names.

GEORGE WASHINGTON,

President, and deputy from Virginia.

NEW HAMPSHIRE.
John Langdon,
Nicholas Gilman.

MASSACHUSETTS.
Nathaniel Gorham,
Rufus King.

CONNECTICUT.
William Samuel Johnson,
Roger Sherman.

NEW YORK.
Alexander Hamilton.

NEW JERSEY.
William Livingston,
David Brearly,
William Patterson,
Jonathan Dayton.

PENNSYLVANIA.
Benjamin Franklin,
Thomas Mifflin,
Robert Morris,
George Clymer,
Thomas Fitzsimmons,
Jared Ingersoll,
James Wilson,
Gouverneur Morris.

DELAWARE.
George Read,
Gunning Bedford, jun.
John Dickinson,
Richard Bassett,
Jacob Broom.

MARYLAND.
James M'Henry,
Daniel of St. Thomas Jenifer,
Daniel Carrol.

VIRGINIA.
John Blair,
James Madison, jun.

NORTH CAROLINA.
William Blount,
Richard Dobbs Spaight,
Hugh Williamson.

SOUTH CAROLINA.
John Rutledge,
Charles Cotesworth Pinckney,
Charles Pinckney,
Pierce Butler.

GEORGIA.
William Few,
Abraham Baldwin.

*Attest,*

WILLIAM JACKSON, *Secretary.*

---

IN CONVENTION,

Monday, September 17, 1787.

Present, the states of New Hampshire, Massachusetts, Connecticut, Mr. Hamilton from New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, North Carolina, South Carolina and Georgia.

Constitution to be
laid before con-
gress, &c.

1. *Resolved,* That the preceding constitution be laid before the United States, in congress assembled, and that it is the opinion of this convention, that it should afterwards be submitted to a convention of delegates chosen in each state by the people thereof, under the recommendation of its legislature, for their assent and ratification; and that each convention assenting to, and ratifying the same, should give notice thereof to the United States in congress assembled.

Congress to fix a
day for appointing 2. *Resolved,* That it is the opinion of this convention, that as soon as the conventions of nine states shall have ratified this

A. D. 1788—9.
A. R. C. 13.

impressed on our minds, led each state in the convention to be less rigid on points of inferior magnitude, than might have been otherwise expected; and thus the constitution which we now present, is the result of a spirit of amity, and of that mutual deference and concession, which the peculiarity of our political situation rendered indispensible.

THAT it will meet the full and entire approbation of every state, is not, perhaps, to be expected; but each will doubtless consider, that, had her interests been alone consulted, the consequences might have been particularly disagreeable or injurious to others: that it is liable to as few exceptions as could reasonably have been expected, we hope and believe: that it may promote the lasting welfare of that country so dear to us all, and secure her freedom and happiness, is our most ardent wish.

WITH great respect, we have the honor to be, Sir, your excellency's most obedient and humble servants,

By unanimous order of the convention,

### GEORGE WASHINGTON, *President.*

His Excellency, the President of Congress.

---

## AMENDMENTS TO THE CONSTITUTION.

### ARTICLE 1.

Congress prohibited from interfering with religion, with freedom of speech, of the press, and the right of petition.

CONGRESS shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

### ARTICLE 2.

Right of the people to keep and bear arms, &c.

A WELL regulated militia being necessary to the security of a free state, the right of the people to keep and bear arms shall not be infringed.

### ARTICLE 3.

No soldier to be quartered in any house, during peace, without consent, &c.

No soldier shall, in time of peace, be quartered in any house without the consent of the owner; nor in time of war, but in a manner to be prescribed by law.

### ARTICLE 4.

No search warrant to issue, except on probable cause, oath, &c.

THE right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated; and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

50

*Federal Constitution.*

San Houston Regional Library
Research Center
FM RD 1011
P.O. Box 310
Liberty, Tx 77575

A. D. 1788—9.
A. R. C. 13.

[* See ante, art. 2, § 1, cl. 3.]
Actual mode of electing the president and vice president of the United States.

### ARTICLE 12.*

1. THE electors shall meet in their respective states, and vote by ballot for president and vice president, one of whom, at least, shall not be an inhabitant of the same state with themselves; they shall name in their ballots the person voted for as president, and in distinct ballots the person voted for as vice president; and they shall make distinct lists of all persons voted for as president, and of all persons voted for as vice president, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the president of the senate; the president of the senate shall, in the presence of the senate and house of representatives, open all the certificates, and the votes shall then be counted; the person having the greatest number of votes for president, shall be the president, if such number be a majority of the whole number of electors appointed; and if no person have such majority, then, from the persons having the highest number, not exceeding three, on the list of those voted for as president, the house of representatives shall choose immediately, by ballot, the president. But in choosing the president, the votes shall be taken by states, the representation from each state having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the states, and a majority of all the states shall be necessary to a choice. And if the house of representatives shall not choose a president whenever the right of choice shall devolve upon them, before the fourth day of March next following, then the vice president shall act as president, as in the case of the death or other constitutional disability of the president.

2. THE person having the greatest number of votes as vice president, shall be the vice president, if such number be a majority of the whole number of electors appointed; and if no person have a majority, then, from the two highest numbers on the list, the senate shall choose the vice president: a quorum for the purpose shall consist of two thirds of the whole number of senators; and a majority of the whole number shall be necessary to a choice.

3. BUT no person constitutionally ineligible to the office of president, shall be eligible to that of vice president of the United States.

### ARTICLE 13.

Citizenship forfeited by the acceptance, from a foreign power, of any title of nobility, office, or emolument of any kind, &c. [See ante, art. 1, § 9, cl. 2.]

IF any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honor, or shall, without the consent of congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them.

523

By Registered Mail # **RA 351 949 693 US**

## DEMAND LETTER

From:                                                     1 October, 2007
Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas [76135]
united States of America

To:
Thomas Matkin
Matkin Law Office
P.O. Box 1209
Cardston, Alberta T0K 0K0
Canada

Ref: Title Number 051 260 554

Dear Mr. Matkin:

My mother says that you completed the land transfer transaction for My home on the land of Alberta, near the Village of Glenwood, a true copy of the Certificate of Title is attached hereto, and incorporated herein by reference in its entirety. If that is not the case, please accept my apologies for this letter.

If you were the lawyer who conducted the land transaction, I have a few questions regarding the transaction;

1)   Please provide any evidence that you may have, of any disclosures that were made about the fact that I only received a colorable title, and not a lawful Title.

2)   Please provide any evidence you may have that I agreed, with full knowledge and intent, to pay any so-called taxes on My property.

3)   Please provide any evidence you may have, of any disclosures that were made that because I did not get a lawful title, that thieves in the corporation called THE VILLAGE OF GLENWOOD, could extort money from me under the guise of so-called taxes, under threat of the theft of My property.

4)   Please provide any evidence you may have, of any disclosures that were made, that the land in question was in fact in Indian Territory as defined by the Treaty of 1763, and that the Indians had never granted the land to anyone, therefore the so-called title to the property, colorable or not, was a complete fraud.

5)   Please provide any evidence you may have that I authorized you to convert My lawful name into GLENN WINNINGHAM FEARN, by which you created an unincorporated corporation pursuant to 15 USC § 44 in THE UNITED STATES OF AMERICA4, CORP., and a different statute in ALBERTA, LTD., and CANADA, LTD., for the specific purpose of causing Me injury and harm.

6)   Please provide any evidence you may have the I authorized you to convert My wife's lawful name into CONSTANCE IVE FEARN, by which you created an unincorporated corporation pursuant to 15 USC § 44 in THE UNITED STATES OF AMERICA4, CORP.,

1

CERTIFIED COPY OF

# Certificate of Title



S

LINC
0020 506 664

SHORT LEGAL
1222AY;22;2,3

TITLE NUMBER: 051 260 554
TRANSFER OF LAND
DATE: 21/07/2005

T THE TIME OF THIS CERTIFICATION

ENN WINNINGHAM FEARN

D
NSTANCE IVE FEARN

D
SSICA DOREEN FEARN
L OF:
77 EAST FLORENCE BLVD, #147-166
SA GRANDE, ARIZONA
S.A., 85222

L AS JOINT TENANTS

E THE OWNERS OF AN ESTATE IN FEE SIMPLE
AND IN

AN 1222AY
OCK 22
E ST WESTERLY 66.25 FEET OF LOTS 2 AND 3
EPTING THEREOUT THE SOUTH 12 FEET OF THE WEST
25 FEET OF THE SAID LOT 3

EPTING THEREOUT ALL MINES AND MINERALS

JECT TO THE ENCUMBRANCES,LIENS AND INTERESTS NOTIFIED BY MEMORANDUM UNDER-
TTEN OR ENDORSED HEREON,OR WHICH MAY HEREAFTER BE MADE IN THE REGISTER.

ENCUMBRANCES, LIENS & INTERESTS

ISTRATION
UMBER          DATE (D/M/Y)  PARTICULARS

BDK    .        24/09/1925  IRRIGATION ORDER/NOTICE
                            THIS PROPERTY IS INCLUDED IN THE UNITED IRRIGATION
                            DISTRICT

FB     .        17/09/1941  RESTRICTIVE COVENANT

GISTRAR OF TITLES CERTIFIES THIS TO BE AN ACCURATE REPRODUCTION OF THE CERTIFICATE OF TITLE
ENTED HEREIN THIS 21 DAY OF JULY     ,2005





326



Title Holder: Glenn Winningham; house of Fearn          Minister for Service Alberta Non-Negotiable Notice and Demand 061907



Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 1377 E. Florence Blvd., #151-166
Casa Grande, Arizona

**OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
LAURA DEAN-LYTLE**

**By Registered Mail <u>RA 351 948 035 US</u>**
To:
Lloyd Snelgrove, Minister for Service Alberta
Room #204 Legislature Building
10800-97th Ave.
Edmonton, Alberta T5K 2B6
Canada

```
DATE/TIME: 06/22/07 1236
FEE:              $20.00
PAGES:                 6
FEE NUMBER:  2007-073074
```

**NON-NEGOTIABLE**                               **NON-NEGOTIABLE**

### NOTICE AND DEMAND

I, Me, My, Myself, a man, a living soul, a sovereign, with an address correction, Glenn Winningham; house of Fearn, Non-Domestic Mail, C/O 1377 E. Florence Blvd., #151-166, Casa Grande, Arizona, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1.      Lloyd Snelgrove, Minister for Service Alberta, I accept your Oath of Office. Please find attached hereto, an Oath of Office Acceptance.

2.      Lloyd Snelgrove, Minister for Service Alberta equality under the Law is paramount and mandatory by Law.

3.      Lloyd Snelgrove, Minister for Service Alberta, et al, I did not give you, the authority for making a legal determination for Me.

4.      Lloyd Snelgrove, Minister for Service Alberta, et al, if you think or assume that you are representing Me, you are FIRED!

5.      Lloyd Snelgrove, Minister for Service Alberta, et al, neither you, nor any other person, is competent in dealing with any of My affairs.

6.      Lloyd Snelgrove, Minister for Service Alberta, et al, I am competent for dealing in all of My affairs.

7.      You, Lloyd Snelgrove, Minister for Service Alberta, et al, are hereby notified that I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn am not a second class US Citizen, 14th Amendment citizen, citizen of CANADA, corporation or other fictitious entity as found in the Corporate Denial Affidavit as Corporate Denial Affidavit recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-107494 and the Zip Code corporate Denial Affidavit recorded with the PINAL COUNTY     *Seal*

Page 1 (plus attachments)                          Minister for Service Alberta Non-Negotiable Notice and Demand 061907
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of
the Title Holder.————————————————————————————————Title Holder Glenn Winningham; house of Fearn
                                                                                              With the Copy-Claim

15.    Lloyd Snelgrove, Minister for Service Alberta, et al, please find attached an Affidavit of Criminal Complaint involving your Lieutenant Governor for Alberta who was appointed by you, and who works for you. As a titled sovereign, I hereby DEMAND, and ORDER you to regulate your subordinates, and remove these criminals from their office, and have them prosecuted to the fullest extent of the law for the common law offense of Extortion under color of Office, Criminal Conversion of My Name and Address, Dereliction of Duty, and Conspiracy to commit the above mentioned crimes, and anything else that would apply.

16.    Lloyd Snelgrove, Minister for Service Alberta, if you fail to regulate your subordinates, it will be evidence of your dereliction of duty, perjury of Oath, and TREASON, but I sincerely hope we do not have to go there.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

### Notice for the principal is notice for the agent and notice for the agent is notice for the principal.

This instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN, and all derivatives thereof
CONSTANCE IVY LACEY FEARN, and all derivatives thereof
My Copyrights

I, Me, by

I, Me, Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the people"

### Notice

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

### ACKNOWLEDGEMENT

As Notary Public for the State of Texas, I hereby certify that Glenn Winningham; house of Fearn, who is known to me, appeared before me and executed the foregoing document on this the 20TH day of June, 2007.

Notary Public in and for Texas

Clifford F Lichtenberger
Notary Public, State of Texas
My Commission Expires:
February 14, 2008

Seal



**FOR THE RECORD; at Law**



## ***OFFICIAL NOTICE/DEMAND by an American Sovereign!***

**FOR: The living Man or Woman of God so named below offering We the People of God your OATH OR AFFIRMATION FOR SERVICE UNDER WE THE PEOPLE'S CONSTITUTIONS, FOR SERVING AS A ELECTED, EMPLOYED AND/OR APPOINTED SERVANT AS AN OFFICIAL ADMINISTRATOR OR AGENT is now NOTICED that who so ever acts with DISHONOR regarding his/her OATH OF OFFICE standing unto God is in Violation(s) of His one Natural Law and contract breech with me being one We the People of God for not upholding my organic Constitutional superior declared Sovereign Rights of God and is therefore impersonating without standing;**

In the name of God, Amen; I, me, my, myself, a living soul sui juris Arizonian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES, formally accept your contract offer for value being your Oath and/or Affirmation(s) for Office without the Corporatism UNITED STATES by affirming (swearing), "so help me God". I formally accept your offer with lawful conditions with your constitutional, legislated, delegated, regulatory authority and your timely public declaration for fiduciary officeholder by Oath and/or Affirmation by limiting your all enforcement claims brought forth, "UNDER PENALTIES with PERJURY". Further, I formally accept your Oath offers with conditions that all RETURNS must be signed Under Penalties with Perjury upholding and notwithstanding all your Oath offering(s) and/or Affirmation(s). I formally accept your Oath offers or Affirmation(s) for Office beholding unto our Creator God as being truth. KJV: Leviticus 19:12, Deuteronomy 23:23, I Kings 8:31-32, Ecclesiastes 5:3-6, Mathew 23:11-30, James 1:6-7.

It is now written that you and I have joinder standing under God in a firm binding private contract ab initio, I demand you uphold your private contract part, non ultra vires, as laid down by our Creator in His Holy Word and declared in the one We the People's organic Constitution for Arizona a republic and with all other Oath offering(s) and Affirmation(s) notwithstanding. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Whereas the above private contract now being in force, you are personally liable for the protection for my entire Arizonian American Sovereignty standing in God's Kingdom without the Corporatism UNITED STATES, or CANADA, therefore I demand you honor my reserved declared rights imbedded in our Constitution and protected with God's Superior common law and commercial law which is created within imprescriptibility as mine and are inalienable in their entirety. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Absent the above private contract involving my Sovereign private affairs that are arrived at without recourse and dishonor with you and whereas your Corporatist Title being one PERSON created by CANADA is fired from assigning or appointing any 3rd party legal representation for making legal determinations involving me. Doing otherwise initiates Dishonor unto Him our Creator and good faith breach with me of God and in International Maritime Law voids your fiduciary worthiness.

I further declare I am confident for handling my own affairs. I do not own or reside on or in any water body on planet earth. I declare by Affidavit "I am of God not a Corporatism UNITED STATES, CANADA, OR STATE created Corporatist". If you insist on pursuing, standing against me of God without Venue or proper geographical Jurisdiction you are in Alberta State Corporatism violation "Law with Color", Nation's Laws, International Laws and the most superior law over all, our creator God's one Royal law.

**KJV/Gal: 5-14; <u>all law is fulfilled in one word; Thou shall love thy neighbor as thyself.</u> James 2:8-10**

**THEREFORE, *YOU ARE NOTICED* that you may be knowingly or unknowingly COMMITTING CRIMINAL ACTS by criminally converting Civil Statutes and my inalienable rights. These acts are being Created by simulating Court Processes using Corporatism "LAWS WITH COLOR" while being INFERIOR with We the People's Superior created organic Constitutional Jurisdiction and Venue. Therefore you**
Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

With the Copy-Claim BY _____ Seal



**PINAL COUNTY RECORDER**
**LAURA DEAN-LYTLE**
**31 N PINAL ST - BLDG E**
**PO BOX 848**
**FLORENCE AZ  85232**
**PHONE: 520-866-6830   FAX: 520-866-6831**

**STATE OF ARIZONA)**
              ) SS
**COUNTY OF PINAL   )**

I hereby certify that this is a true copy of the official records on file in the office of the Recorder of Pinal County located in

DKT/PG or Fee No:   **2007-073074**

Pages:   **1**   thru   **6**   of   **6**

Date:   **June 22, 2007**

Witness my hand and official seal:

**Laura Dean-Lytle,**
**Recorder of Pinal County**

BY: _____
                Deputy Recorder

DO NOT REMOVE FROM DOCUMENT; THIS IS NOW PART OF THE DOCUMENT.

334



Title Holder: Glenn Winningham; house of Fearn                    Alberta Premier Ed Stelmach, NOTICE AND DEMAND 061907



From:
Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas



**OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
LAURA DEAN-LYTLE**

By Registered Mail **RA 351 948 018 US**
To:
Ed Stelmach, Premier of Alberta
Office of the Premier,
Room 307, Legislature Building
10800-97th Ave.
Edmonton, Alberta T5K 2B6
CANADA

DATE/TIME: 06/22/07 1236
FEE:                    $20.00
PAGES:                       6
FEE NUMBER:   2007-073073

**NON-NEGOTIABLE**                                          **NON-NEGOTIABLE**

## NOTICE AND DEMAND

     I, Me, My, Myself, a man, a living soul, a sovereign, with an address correction: C/O Glenn Winningham; house of Fearn, Non-Domestic Mail, C/O 6340 Fort Worth Blvd., #437, Fort Worth, Texas, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1.    Ed Stelmach, Premier of Alberta, I accept your Oath of Office, and I hereby appoint you to protect My rights in this matter. Please find your Oath of Office acceptance attached hereto, and incorporated herein by reference in its entirety.

2.    Ed Stelmach, Premier of Alberta, equality under the Law is paramount and mandatory by Law.

3.    Ed Stelmach, Premier of Alberta, I am competent for dealing in all of My affairs, and the matters set forth herein.

4.    Ed Stelmach, Premier of Alberta, you are not competent in dealing in any of My affairs.

5.    Ed Stelmach, Premier of Alberta, et al, I did not give you, the authority for making a legal determination for Me.

6.    Ed Stelmach, Premier of Alberta, et al, if you think or assume that you are representing Me, you are FIRED!

7.    Ed Stelmach, Premier of Alberta, et al, you are NOTICED that it is My intent, **NEVER** to act as SURETY, or in any way a guarantor, for any of the government's FRAUDULENTLY created fictitious entities.

8.    You, Ed Stelmach, Premier of Alberta, et al, are NOTICED that if you make, or attempt to make, a legal determination about Me, without My **prior express written permission**, it

Page 1 (plus attachments)                                    Alberta Premier Ed Stelmach, NOTICE AND DEMAND 061907
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title
Holder.————————————————————————————————————Title Holder Glenn Winningham; house of Fearn
                                                    With the Copy-Claim

Title Holder: Glenn Winningham; house of Fearn          Alberta Premier Ed Stelmach, NOTICE AND DEMAND 06-1907

16.    Ed Stelmach, Premier of Alberta, et al, criminals who work for you have organized an extortion racket and they have criminally converted My name and address to facilitate their theft of My property. Please find attached hereto, an extortion notice from the Registrar for the Land titles Office at Alberta Registries, which is incorporated herein by reference in its entirety.

17.    Ed Stelmach, Premier of Alberta, et al, please find attached an Affidavit of Criminal Complaint involving your Lieutenant Governor for Alberta and your so-called Minister of Justice, who was appointed by you, and who works for you. As a titled sovereign, I hereby DEMAND, and ORDER you to regulate your subordinates, and remove these criminals from their office, and have them prosecuted to the fullest extent of the law for the common law offense of Extortion under color of Office, Criminal Conversion of My Name and Address, Dereliction of Duty, and Conspiracy to commit the above mentioned crimes, and anything else that would apply.

18.    Ed Stelmach, Premier of Alberta, if you fail to regulate your subordinates, it will be evidence of your dereliction of duty, perjury of Oath, and TREASON, but I sincerely hope we do not have to go there.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

**Notice for the principal is notice for the agent and
notice for the agent is notice for the principal.**

This instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN, and all derivatives thereof
My Copyright

I, Me, By _____

I, Me, Glenn Winningham; house of Fearn, *sui juris*
sovereign living soul, holder of the office of "the people"

**Notice**

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

**ACKNOWLEDGEMENT**

As Notary Public for the State of Texas, I hereby certify that Glenn Winningham; house of Fearn, who is known to me, appeared before me and executed the foregoing document on this the 20TH day of June, 2007.

_____
Notary Public in and for Texas

Clifford F Lichtenberger
Notary Public, State of Texas
My Commission Expires:
February 14, 2008

Sea

Page 3 (plus attachments)          Alberta Premier Ed Stelmach, NOTICE AND DEMAND 061907
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.——————————————————————————————————————————
————————————————————————————Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

338



**FOR THE RECORD; at Law**



## *OFFICIAL NOTICE/DEMAND by an American Sovereign!*

**FOR: The living Man or Woman of God so named below offering We the People of God your OATH OR AFFIRMATION FOR SERVICE UNDER WE THE PEOPLE'S CONSTITUTIONS, FOR SERVING AS A ELECTED, EMPLOYED AND/OR APPOINTED SERVANT AS AN OFFICIAL ADMINISTRATOR OR AGENT is now NOTICED that who so ever acts with DISHONOR regarding his/her OATH OF OFFICE standing unto God is in Violation(s) of His one Natural Law and contract breech with me being one We the People of God for not upholding my organic Constitutional superior declared Sovereign Rights of God and is therefore impersonating without standing;**

In the name of God, Amen; I, me, my, myself, a living soul sui juris Arizonian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES, formally accept your contract offer for value being your Oath and/or Affirmation(s) for Office without the Corporatism UNITED STATES by affirming (swearing), "so help me God". I formally accept your offer with lawful conditions with your constitutional, legislated, delegated, regulatory authority and your timely public declaration for fiduciary officeholder by Oath and/or Affirmation by limiting your all enforcement claims brought forth, "UNDER PENALTIES with PERJURY". Further, I formally accept your Oath offers with conditions that all RETURNS must be signed Under Penalties with Perjury upholding and notwithstanding all your Oath offering(s) and/or Affirmation(s). I formally accept your Oath offers or Affirmation(s) for Office beholding unto our Creator God as being truth. KJV: Leviticus 19:12, Deuteronomy 23:23, I Kings 8:31-32, Ecclesiastes 5:3-6, Mathew 23:11-30, James 1:6-7.

It is now written that you and I have joinder standing under God in a firm binding private contract ab initio, I demand you uphold your private contract part, non ultra vires, as laid down by our Creator in His Holy Word and declared in the one We the People's organic Constitution for Arizona a republic and with all other Oath offering(s) and Affirmation(s) notwithstanding. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Whereas the above private contract now being in force, you are personally liable for the protection for my entire Arizonian American Sovereignty declared rights standing in God's Kingdom without the Corporatism UNITED STATES, or CANADA, therefore I demand you honor my reserved declared rights imbedded in our Constitution and protected with God's Superior common law and commercial law which is created within imprescriptibility as mine and are inalienable in their entirety. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Absent the above private contract involving my Sovereign private affairs that are arrived at without recourse and dishonor with you and whereas your Corporatist Title being one PERSON created by CANADA is fired from assigning or appointing any 3rd party legal representation for making legal determinations involving me. Doing otherwise initiates Dishonor unto Him our Creator and good faith breach with me of God and in International Maritime Law voids your fiduciary worthiness.

I further declare I am confident for handling my own affairs. I do not own or reside on or in any water body on planet earth. I declare by Affidavit "I am of God not a Corporatism UNITED STATES, CANADA, OR STATE created Corporatist". If you insist on pursuing, standing against me of God without Venue or proper geographical Jurisdiction you are in Alberta State Corporatism violation "Law with Color", Nation's Laws, International Laws and the most superior law over all, our creator God's one Royal law.

**KJV/Gal: 5-14; all law is fulfilled in one word; Thou shall love thy neighbor as thyself. James 2:8-10**

**THEREFORE, *YOU ARE NOTICED* that you may be knowingly or unknowingly COMMITTING CRIMINAL ACTS by criminally converting Civil Statutes and my inalienable rights. These acts are being Created by simulating Court Processes using Corporatism "LAWS WITH COLOR" while being INFERIOR with We the People's Superior created organic Constitutional Jurisdiction and Venue. Therefore you**

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

With the Copy-Claim BY _____ Seal



**PINAL COUNTY RECORDER**
**LAURA DEAN-LYTLE**
**31 N PINAL ST - BLDG E**
**PO BOX 848**
**FLORENCE AZ 85232**
**PHONE: 520-866-6830   FAX: 520-866-6831**

**STATE OF ARIZONA)**
                    ) SS
**COUNTY OF PINAL   )**

I hereby certify that this is a true copy of the official records on file
in the office of the Recorder of Pinal County located in

      DKT/PG or Fee No: _____**2007-073073**_____

      Pages: ___**1**___thru_____**6**__of___**6**_____

      Date: _____**June 22, 2007**_____

Witness my hand and official seal:

**Laura Dean-Lytle,**
**Recorder of Pinal County**

BY: _____
              Deputy Recorder

DO NOT REMOVE FROM DOCUMENT; THIS IS NOW PART OF THE DOCUMENT.

342

Title Holder: Glenn Winningham; house of Fearn                     Queen Elizabeth II Non-Negotiable Notice and Demand 061907

Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 1377 E. Florence Blvd., #151-166
Casa Grande, Arizona



**OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
LAURA DEAN-LYTLE**

**By Registered Mail RA 351 948 021 US**
To:
Queen Elizabeth II
Buckingham Palace
London, SW1A 1AA
United Kingdom

```
DATE/TIME: 06/22/07 1236
FEE:            $20.00
PAGES:              6
FEE NUMBER:   2007-073072
```

**NON-NEGOTIABLE**                                      **NON-NEGOTIABLE**

## NOTICE AND DEMAND

I, Me, My, Myself, a man, a living soul, a sovereign, with an address correction, Glenn Winningham; house of Fearn, Non-Domestic Mail, C/O 1377 E. Florence Blvd., #151-166, Casa Grande, Arizona, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1.      Queen Elizabeth II, I accept your Oath of Office. Please find attached hereto a copy of some parts of your Coronation Ceremony, including part of your Oath of Office which is incorporated herein by reference in its entirety.

2.      Queen Elizabeth II. equality under the Law is paramount and mandatory by Law.

3.      Queen Elizabeth II, et al, I did not give you, the authority for making a legal determination for Me.

4.      Queen Elizabeth II, et al, if you think or assume that you are representing Me, you are FIRED!

5.      Queen Elizabeth II, et al, neither you, nor any other person, is competent in dealing with any of My affairs.

6.      Queen Elizabeth II, et al, I am competent for dealing in all of My affairs.

7.      You, Queen Elizabeth II, et al, are hereby notified that I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn am not a second class US Citizen, 14th Amendment citizen, citizen of CANADA, corporation or other fictitious entity as found in the Corporate Denial Affidavit as Corporate Denial Affidavit recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-107494 and the Zip Code corporate Denial Affidavit recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-120448, both of which are now public policy. You may view any recorded document at; http://apps.co.pinal.az.us/Recorder/Search/

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.————————————————————————————————————————Title Holder Glenn Winningham; house of Fearn
Queen Elizabeth II Non-Negotiable Notice and Demand 061907
With the Copy-Claim

prosecuted to the fullest extent of the law for the common law offense of Extortion under color of Office, Criminal Conversion of My Name and Address, Dereliction of Duty, and Conspiracy to commit the above mentioned crimes, and anything else that would apply.

16.     Queen Elizabeth II, if you fail to regulate your subordinates, it will be evidence of your dereliction of duty, perjury of Oath, and TREASON, but I sincerely hope we do not have to go there.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

**Notice for the principal is notice for the agent and
notice for the agent is notice for the principal.**

This instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN, and all derivatives thereof
CONSTANCE IVY LACEY FEARN, and all derivatives thereof
My Copyrights

I, Me, by _____

I, Me, Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the people"

**Notice**

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

**ACKNOWLEDGEMENT**

As Notary Public for the State of Texas, I hereby certify that Glenn Winningham; house of Fearn, who is known to me, appeared before me and executed the foregoing document on this the ____day of June, 2007.

_____
Notary Public in and for Texas

> Clifford F Lichtenberger
> Notary Public, State of Texas
> My Commission Expires:
> February 14, 2008

Seal

Page 3 (plus attachments)          Queen Elizabeth II Non-Negotiable Notice and Demand 061907
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of
the Title Holder.————————————————————————————Title Holder Glenn Winningham; house of Fearn
                                                                        With the Copy-Claim

346

**Part IV , V , and IX of the Coronation Ceremony of Elizabeth II,**
**Being the Oath and Presenting of the Holy Bible and Delivery of the Orb**

## IV. The Oath

*The Queen having returned to her Chair (her Majesty having already on Tuesday, the fourth day of November, 1952, in the presence of the two Houses of Parliament, made and signed the Declaration prescribed by Act of Parliament), the Archbishop standing before her shall administer the Coronation Oath, first asking the Queen,*

Madam, is your Majesty willing to take the Oath?

*And the Queen answering,*
I am willing,

*The Archbishop shall minister these questions; and the Queen, having a book in her hands, shall answer each question severally as follows:*

*Archbishop:* Will you solemnly promise and swear to govern the Peoples of the United Kingdom of Great Britain and Northern Ireland, Canada, Australia, New Zealand, the Union of South Africa, Pakistan and Ceylon, and of your Possessions and other Territories to any of them belonging or pertaining, according to their respective laws and customs?

*Queen:* I solemnly promise so to do.

*Archbishop:* Will you to your power cause Law and Justice, in Mercy, to be executed in all your judgements?

*Queen:* I will.

*Archbishop:* Will you to the utmost of your power maintain the Laws of God and the true profession of the Gospel?

Will you to the utmost of your power maintain in the United Kingdom the Protestant Reformed Religion established by law?

Will you maintain and preserve inviolably the settlement of the Church of England, and the doctrine, worship, discipline, and government thereof, as by law established in England?

And will you preserve unto the Bishops and Clergy of England, and to the Churches there committed to their charge, all such rights and privileges, as by law do or shall appertain to them or any of them?

*Queen:* All this I promise to do.

*Then the Queen arising out of her Chair, supported as before, the Sword of State being carried before her, shall go to the Altar, and make her solemn Oath in the sight of*

*[The Bible to be brought.]* all the people to observe the premisses: laying her right hand upon the Holy Gospel in the great Bible (which was before carried in the procession and is now brought from the altar by the Archbishop, and tendered to her as she kneels upon the steps), and saying these words:

The things which I have here promised, I will perform, and keep. So help me God.

*[And a Silver Standish.]* Then the Queen shall kiss the Book and sign the Oath.

*The Queen having thus taken her Oath, shall return again to her Chair, and the Bible shall be delivered to the Dean of Westminster.*

## V. The Presenting of the Holy Bible



**PINAL COUNTY RECORDER**
**LAURA DEAN-LYTLE**
**31 N PINAL ST - BLDG E**
**PO BOX 848**
**FLORENCE AZ  85232**
**PHONE: 520-866-6830   FAX: 520-866-6831**

STATE OF ARIZONA)
                  ) SS
COUNTY OF PINAL   )

I hereby certify that this is a true copy of the official records on file
in the office of the Recorder of Pinal County located in

      DKT/PG or Fee No: ____**2007-073072**____

      Pages: ___1___thru____6__of___6_____

      Date: _____**June 22, 2007**_____

Witness my hand and official seal:

**Laura Dean-Lytle,**
**Recorder of Pinal County**

BY: _____
              Deputy Recorder

DO NOT REMOVE FROM DOCUMENT; THIS IS NOW PART OF THE DOCUMENT.

350

**BY FACSIMILE**

and

**BY REGISTERED MAIL RA 351 949 225 US**

September 10th., 2007

Jerry Zucker
(Private, Liable Man)
Carrying on Business as
Governor
Hudson's Bay Company
401 Bay Street, Suite 500
Toronto, Ontario
M5H 2Y4

**ATTENTION:**     **Addressee Only to Answer This Letter**

Reference:     ***Rupert's Land/Autochthonous ("Indian") Men and Women..***

Dear Jerry;

I am writing to you seeking information regarding the divers Treaties entered into by your firm, the *Hudson's Bay Company*, successor to the *Governor and Company of Adventurers Trading into Hudson's Bay*, as well Treaties obtained with the merging of the *North-west Company* into the *Hudson's Bay Company*.

What I am specifically interested in is proof the Autochthonous People of Turtle Island entered into agreements with the principles of the *Hudson's Bay Company* releasing the *Hudson's Bay Company* of its duties, obligations and responsibilities under Treaty at or prior to the alleged surrender of the *Hudson's Bay Company Charter* at or prior to 1870.

The reason for writing to you is founded in an extortion campaign being carried on against me by certain criminals employed by the corporation of Glenwood, Alberta and the corporation known as the Province of Alberta. The issue is these corporations are attempting to lay claim to land not belonging to them, or you and your firm for that matter but you and your firm does have the authority, under Treaties, to resolve this situation.

Considering the aforementioned corporations appear to be separate entities not commissioned by the *Hudson's Bay Company* seems sufficient proof of criminal activity within the land I am writing to you about. I am sustaining damages consequent to this criminal activity.

I researched and have found the *Royal Proclamation 1763* describes all lands other than the Thirteen Colonies as being Indian, or Autochthonous, Land. Since the *Royal Proclamation* has not been amended, or repealed, it would stand to reason that you and

352


**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: RA35 1949 225U S
Status: **Delivered Abroad**

Your item was delivered in CANADA at 8:47 AM on September 19, 2007.

**Track & Confirm**

Enter Label/Receipt Number.

*Additional Details >*    Return to USPS.com Home

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

government services  jobs  **National & Premier Accounts**
2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**PS Form 3806, February 1997 (Reverse)**

Completed at destination:
*(A compléter à destination.)*

Completed by the office of origin:
*(A remplir par le bureau d'origine.)*

| Registered No. | | | Date Stamp |
|---|---|---|---|
| RA351949225US | | | |
| Reg. Fee $10.15 | | | 0108 |
| Handling Charge $0.00 | Return Receipt $2.15 | | 11 |
| Postage $0.60 | Restricted Delivery $0.00 | | 09/11/07 |
| Received by | | | |

Customer Must Declare
Full Value $ 0.00

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse.)

**OFFICIAL USE**

FROM  Glen Winningham house of Fearn
NON-DOMESTIC MAIL
Ch6540 Lake Worth Blvd #437
Fort Worth, Texas

TO  JERRY ZUCKER GOVERNOR
HUDSON'S BAY COMPANY
401 BAY ST, SUITE 500
TORONTO ONTARIO M5H 2Y4 CANADA

**PS Form 3806,**  Receipt for Registered Mail  Copy 1 - Customer
May 2004  (7530-02-000-9051)  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

Handwritten receipt fields:
Place and Country (Localité et pays): TORONTO ONTARIO M5H 2Y4 CANADA
Street and No. (Rue et No.): 401 BAY ST SUITE 500
Addressee Name or Firm (Nom ou raison sociale du destinataire): JERRY ZUCKER GOVERNOR HUDSON'S BAY COMPANY
Item Description / Registered: ✓
Article Number: RA 351 949 225 US

Office of Destination Employee Signature / Date: 9/19/07

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                9/19/2007

354



3          *The Queen's*          {LORDS}          *Speech.*          4

lead to the Establishment of a durable Peace in *Europe*.

"I HAVE suggested to the Government of the *United States* a Mode by which Questions pending between the Two Countries arising out of the late Civil War may receive amicable Solution, and which, if met, as I trust it will be, in a corresponding Spirit, will remove all Grounds of possible Misunderstanding, and promote Relations of cordial Friendship.

"THE War between *Spain* and the Republics of *Chili* and *Peru* still continues, the good Offices of My Government, in conjunction with that of The Emperor of the *French*, having failed to effect a Reconciliation. If either by Agreement between the Parties themselves, or by the Mediation of any other friendly Power, Peace shall be restored, the Object which I have had in view will equally be attained.

"DISCONTENT prevailing in some Provinces of the *Turkish* Empire has broken out in actual Insurrection in *Crete*. In common with My Allies, The Emperor of the *French* and The Emperor of *Russia*, I have abstained from any active Interference in these internal Disturbances, but Our joint Efforts have been directed to bringing about improved Relations between the Porte and its Christian Subjects, not inconsistent with the sovereign Rights of The Sultan.

"THE protracted Negotiations which arose out of the Acceptance by Prince *Charles* of *Hohenzollern* of the Government of the *Danubian* Principalities have been happily terminated by an Arrangement to which the Porte has given its ready Adhesion, and which

has been sanctioned by the Concurrence of all the Powers, Signataries of the Treaty of 1856.

"RESOLUTIONS in favour of a more intimate Union of the Provinces of *Canada*, *Nova Scotia*, and *New Brunswick* have been passed by their several Legislatures; and Delegates duly authorized and representing all Classes of Colonial Party and Opinion have concurred in the Conditions upon which such an Union may be best effected. In accordance with their Wishes a Bill will be submitted to you, which, by the Consolidation of Colonial Interests and Resources, will give Strength to the several Provinces as Members of the same Empire, and animated by Feelings of Loyalty to the same Sovereign.

"I HAVE heard with deep Sorrow that the Calamity of Famine has pressed heavily on My Subjects in some Parts of *India*. Instructions were issued to My Government in that Country to make the utmost Exertions to mitigate the Distress which prevailed during the Autumn of last Year. The Blessing of an abundant Harvest has since that Time materially improved the Condition of the suffering Districts.

"THE persevering Efforts and unscrupulous Assertions of treasonable Conspirators abroad have, during the last Autumn, excited the Hopes of some disaffected Persons in *Ireland*, and the Apprehensions of the loyal Population; but the firm, yet temperate Exercise of the Powers entrusted to the Executive, and the Hostility manifested against the Conspiracy by Men of all Classes and Creeds, have greatly tended to restore Public Con-

355

**In the united States supreme Court**

| | |
|---|---|
| Glenn Winningham; house of Fearn ] | Case # _____ |
| Petitioner ] | |
| ] | MOTION TO |
| ] | |
| ] | PROCEED IN |
| v. ] | |
| ] | FORMA |
| ] | |
| ] | PAUPERIS |
| The United States of America 4, Inc. et al, ] | |
| Respondents ] | |

1. I, Me, My, or Myself, also known as Glenn Winningham; house of

Fearn, a sovereign living soul, hereby Petition this Court and hereby demand that

they let this case proceed in forma pauperis as found in the attached affidavit.

All of the above is respectfully submitted "UNDER PENALTIES with

PERJURY" (28 USC § 1746(1)).

Date: 6 JULY 07

Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the people"
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
Telephone: 480-213-0897

356