c) the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies... Title 1 U.S.C. Chapter 1 – Rules of Construction, Section 1

and a sovereign living soul is not a "person" because;

c) " 'in common usage, the term 'person' does not include the sovereign, [and] statutes employing the [word] are normally construed to exclude it.' Wilson v Omaha Tribe, 442 US653 667, 61 L Ed 2d 153, 99 S Ct 2529 (1979) (quoting United States v Cooper Corp. 312 US 600, 604, 85 L Ed 1071, 61 S Ct 742 (1941). See also United States v Mine Workers, 330 US 258, 275, 91 L Ed 884, 67 S Ct 677 (1947)" Will v Michigan State Police, 491 US 58, 105 L. Ed. 2d 45, 109 S.Ct. 2304

e) "a sovereign is not a person in a legal sense" In re Fox, 52 N. Y. 535, 11 Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192

and I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, am not an "employee" because an employee; " is a person. . . . . " Black's Law Dictionary, 5th Edition, and since I am not an "employee", then it also holds true that I do not have an "employer". I am not saying that I don't get compensation for labor because I do get compensation for labor, which is a common right, and not a taxable event.

3. I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, do not receive "wages" according to the following definitions:

Federal Register, Tuesday, September 7, 1943, 404, 104 pg 12267: Employee: "The term employee specifically includes officer and employees whether elected or appointed of the United States, a State, territory, or a political subdivision thereof or the District of Columbia or any agency or instrumentality or any one or more of the foregoing."

26 USC 3401 (c) EMPLOYEE. "For purposes of this chapter, [Chapter 24, Collection of Income Tax at Source on Wages], The term employee includes an officer, employee or elected official of the United States, a State or any political subdivision thereof, or the District of Columbia, or any agency or instrumentality or one or more of the foregoing. The term employee also includes an officer of a corporation."

3401(a) WAGES. For the purposes of this chapter, [Chapter 24, Collection of Income Tax at Source on Wages], the term "wages" means all renumeration (other than fees paid to a public





The emphasis was in the original, and therefore, income is corporate profits, and as a sovereign living soul, I am not, a US citizen, 14th Amendment citizen, corporation, or other fictitious entity, therefore, I have no income.

5. I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, do not have any assets. Persons and corporations have assets and I am neither. Assets are listed on a balance sheet, which shows assets and liabilities for accounting purposes for a corporation. The same holds true for income and expenses, which are also for corporations, and are part of bookkeeping by accountants where they show income versus expenses for the corporation. I am not saying I do not have property, because I do have property, but the property I have is not an asset, and I have no income or expenses because I am not a US Citizen, 14th Amendment citizen, corporation, or other fictitious entity as defined by your current and FRAUDULENT Fourteenth Amendment.

6. I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, am not a US citizen, 14th Amendment citizen, corporation, or other fictitious entity, but I am a sovereign living soul as described in the Petition. I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, am not a vessel of any kind, or a knowing, willing, intentional surety or accommodation party for any entity.

One sovereign does not need to tell another sovereign that they are sovereign, they is sovereign by their very existence. "The rule in America is that the American people are the sovereigns, and in them is lodged all power, and the agencies of government possess no authority save that which is delegated to them by the people in the written compact entered into between the people, which is styled the 'Constitution,' and the laws adopted by the representatives of the people.....consistent therewith." Kemper v. State, 138 Southwest 1025 (1911), page 1043.

12. Furthermore, pursuant to HJR 192 dated June 5, 1933, it is against public policy to pay a debt, therefore this Court could not accept payment if it was tendered, and it would be a felony for the Clerk to accept Federal Reserve Notes as a tender in the payment of a debt, therefore, even if I was subject to said taxes/fees, it is impossible to pay the fees/taxes as requested.

13. For all of the foregoing reasons, this court should ORDER the Clerk of the Court to file the Petition, and let it proceed without the payment of any fees/taxes.

All of the above is respectfully submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

Date: 3 JUL 4 07

Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the people"
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
Telephone: 480-213-0897

Notice

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

ACKNOWLEDGEMENT

Having witnessed the signing and sealing of the forgoing SOLEMN ASSERVATION, by Glenn Winningham; house of Fearn, I place my hand and seal hereon as an authentic act as a Notary Public.
Subscribed and affirmed before me this 3 RD day for the month of July, in the year of our Lord and Savior, Two Thousand and Seven, A.D.

Notary

Clifford F Lichtenberger
Notary Public, State of Texas
My Commission Expires:
February 14, 2008

**Case No.** ______________________________

**In the**
**united States supreme Court**

Glenn Winningham; house of Fearn - Petitioner

The United States of America 4, Corp., et al, - RESPONDENTS

MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, a sovereign living soul, hereby Petition this Court and hereby demand that they file the attached PETITION FOR A WRIT OF CERTIORARI without the prepayment of fees and costs and too proceed *in forma pauperis* as found in the attached affidavits which are attached hereto, and incorporated herein by reference in their entirety.

I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, the Petitioner have previously been granted leave to proceed *in forma pauperis* in the Arizona Superior Court, Pinal County, on several occasions.

All of the above is respectfully submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

Date: ____________ ______________________________

Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the people"
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
Telephone: 480-213-0897

PLEASE SEE AFFADAVIT WHICH IS ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE IN ITS ENTIRETY

2. List your employment history for the past two years, most recent first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| N/A | | | $ |
| N/A | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| N/A | | | $ |
| N/A | | | $ |

4. How much cash do you and your spouse have? $ I HAVE NO LAWFUL MONEY. Below, state any money you or your spouse have in bank accounts or in any other financial institution. N/A

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |

THESE SYMBOLS ARE NOT FOR LAWFUL MONEY WHICH IS EVIDENCE OF YOUR TREASON.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

☐ Home
Value N/A

☐ Other real estate
Value N/A

☐ Motor Vehicle #1
Year, make & model N/A
Value

☐ Motor Vehicle #2
Year, make & model N/A
Value

☐ Other assets
Description CORPORATIONS HAVE ASSETS, I DO NOT!
Value

TRAITORS!

365

A SPOUSE IS A "PERSON" READ THE AFFIDAVIT TRAITORS

| | You | Your spouse |
|---|---|---|
| Transportation (not including ~~motor vehicle payments~~) | $ 150.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 100.00 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's | $ | $ |
| Life | $ | $ |
| Health | $ | $ |
| Motor Vehicle | $ | $ |
| Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) | | |
| (specify): | $ | $ |
| Installment payments | | |
| Motor Vehicle | $ N/A | $ |
| Credit card(s) | $ N/A | $ |
| Department store(s) | $ N/A | $ |
| Other: | $ N/A | $ |
| Alimony, maintenance, and support paid to others | $ N/A | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
| **Total monthly expenses:** | $ | $ |

PLEASE SEE AFFIDAVIT WHICH IS ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE IN ITS ENTIRETY

YOU TRAITORS ARE CONVERTING A RIGHT INTO A PRIVILEGE. READ THE AFFIDAVIT ATTACHED MORONS. IT IS OBVIOUS THAT YOUR INTENT IS TO DEPRIVE ME OF MY RIGHTS + MAKE YOUR SO CALLED JUSTICE AS EXPENSIVE AS POSSIBLE, BY FORCING ME TO EFFECT SERVICE TWICE! YOU ARE THIEVES + PERJURERS + I WILL BE ADDING YOU TO MY NEXT CRIMINAL COMPLAINT

[signature]

PLEASE SEE THE AFFADAVIT WHICH IS ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE IN ITS ENTIRETY.

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**William K. Suter**
Clerk of the Court
(202) 479-3011

August 3, 2007

Mr. Glenn Winningham
6340 Lake Worth Blvd.
#437
Forth Worth, TX 76135

Re: Glenn Winningham
v. United States, et al.
No. 07-5674

Dear Mr. Winningham:

The petition for a writ of certiorari in the above entitled case was filed on July 6, 2007 and placed on the docket August 3, 2007 as No. 07-5674.

A form is enclosed for notifying opposing counsel that the case was docketed.

Sincerely,

**William K. Suter**, Clerk

by Erik A Fossum

Erik A. Fossum
Case Analyst

Enclosures

370






Home > Government

**Henry M. Paulson, Jr.**
**Secretary of the Treasury**
**www.ustreas.gov**

President George W. Bush nominated Henry M. Paulson, Jr. to be the 74th Secretary of the Treasury on June 19, 2006. The United States Senate unanimously confirmed Paulson to the position on June 28, 2006 and he was sworn into office on July 10, 2006 by Supreme Court Chief Justice John Roberts. As Treasury Secretary, Paulson is the President's leading policy advisor on a broad range of domestic and international economic issues.

Before coming to Treasury, Paulson was Chairman and Chief Executive Officer of Goldman Sachs. He joined Goldman Sachs in 1974 in the Chicago Office and became a partner in 1982. From 1983 until 1988, Paulson headed up Investment Banking Services for the Midwest Region and became Managing Partner of the Chicago Office in 1988. In 1990, he was named Co-head of the firm's investment Banking Division, and in 1994 he rose to the position of President and Chief Operating Officer. In 1998, he was named Co-Senior partner, and with the firm's public offering in 1999, became Chairman and CEO.

Prior to joining Goldman Sachs, Paulson was a member of the White House Domestic Council, serving as Staff Assistant to the President from 1972 to 1973, and as Staff Assistant to the Assistant Secretary of Defense at the Pentagon from 1970 to 1972.

Paulson graduated from Dartmouth in 1968, where he was a member of Phi Beta Kappa and All Ivy, All East, and honorable mention All American for football. He received an M.B.A. from Harvard in 1970. He and his wife, Wendy, have two children, Amanda and Merritt.









## Presidential Nomination

Henry Merritt Paulson

| | |
|---|---|
| **Position:** | United States Governor<br>Intl Monetary Fund (2ft, 2pt) Department of State |
| **Status:** | Appointed |
| **Date of Announcement:** | July 11, 2006 |
| **Date Nomination Sent to the Senate:** | July 12, 2006 |
| **Date of Confirmation by the Senate:** | August 3, 2006 |






## Presidential Nomination

Henry Merritt Paulson

| | |
|---|---|
| **Position:** | United States Governor<br>African Development Fund (2) |
| **Status:** | Appointed |
| **Date of Announcement:** | July 11, 2006 |
| **Date Nomination Sent to the Senate:** | July 12, 2006 |
| **Date of Confirmation by the Senate:** | August 3, 2006 |






## Presidential Nomination

Henry Merritt Paulson

| | |
|---|---|
| **Position:** | United States Governor<br>European Bank for Reconstruction & Dev |
| **Status:** | Appointed |
| **Date of Announcement:** | July 11, 2006 |
| **Date Nomination Sent to the Senate:** | July 12, 2006 |
| **Date of Confirmation by the Senate:** | August 3, 2006 |






## Presidential Nomination

Henry Merritt Paulson

| | |
|---|---|
| **Position:** | United States Governor<br>African Development Bank(3) |
| **Status:** | Appointed |
| **Date of Announcement:** | July 11, 2006 |
| **Date Nomination Sent to the Senate:** | July 12, 2006 |
| **Date of Confirmation by the Senate:** | August 3, 2006 |



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

July 10, 2007

Glenn Winningham
House of Fearn
c/o 6340 Lake Worth Blvd., #437
Fort Worth, TX 85222

Dear Mr. Winningham:

This is in response to your request of May 4, 2007 for information under the Freedom of Information Act.

A search was made for the requested Oath of Office for Secretary Henry M. Paulson, Jr. However, no records responsive to your request were located.

The FOIA provides that you may consider this response a denial of your request which you may appeal within 35 days from the date of this letter. Your appeal must be in writing, signed by you and sent to:

FOIA Appeal
Disclosure Services
Department of the Treasury
Washington, D.C. 20220

We regret your request did not have a more favorable result.

Sincerely,

Jim Hyland
Director, Office of Human Resources

380



# WIAVER OF TORT

November 26th, 2007

TO: Brad Salmon, Manager, The Village of Glenwood
By Registered Mail # **RA 351 949 818 US**

AND TO: Ardell Hartley, Mayor, The Village of Glenwood
By Registered Mail # **RA 351 949 821 US**

AND TO: Gordon B. Hinkley, President, The Church of Jesus Christ of Latter-Day Saints
By Registered Mail # **RA 351 949 835 US**

AND TO: Dallin H. Oaks, Quorum of the Twelve Apostles, The Church of Jesus Christ of Latter-Day Saints
By Registered Mail # **RA 351 949 849 US**

Reference: **Taxation, Property Known As; Short Legal 1222AY; 22, 2, 3**

Dear Sirs;

As you well know, there has been a misunderstanding, on your parts, regarding the above reference.

In order to dispel any misconceptions I am writing to you in order we all understand the nature of my administrative action against you. You have claimed that I have somehow been engaged in commercial activity at the above noted property but you have not provided proof of such activity. You have presumed this commercial activity, which may have justified your attempts to have me make property tax payments on the property.

Since the commencement of my administrative action I have found other information which clearly proves your lack of jurisdiction to make any claim whatsoever on this property and other properties. It is now clear to me the only authority who might be entitled to order the payment of any type of taxes within the area in question would fall to the Autochthonous and each of you are not attempting this undertaking on their behalf, rather, you are attempting to have me join your "franchise" of usurious taxation.

This is my last attempt to instill upon you your lack of jurisdiction over the property in question and I refuse to give you such jurisdiction. I view your attempts to enjoin me to your money laundering scheme as nothing more and nothing less than extortion under color of office, with the underlying theme of constructive genocide.

Accordingly, please find attached a draft copy of a statement of claim I have been working on in the event you proceed in seizing my property for my "disobedience" in not participating in your tax and genocide schemes.

381




Home | Help

Track & Confirm

# Track & Confirm

Label/Receipt Number: **RA35 1949 818U S**
Status: **Delivered Abroad**

Your item was delivered in CANADA at 6:00 PM on December 12, 2007.

Enter Label/Receipt Number.

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.

Item Description (Nature de l'envoi): ☒ Registered Article (Envoi recommandé) ☐ Letter (Lettre) ☐ Printed Matter (Imprimé) ☐ Other (Autre) ☐ Recorded Delivery (Envoi à livraison attestée) ☐ Express Mail International

☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) $25.00 | Article Number RA 351949818US

Office of Mailing (Bureau de dépôt) | Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire): BRAD SALMON, MGR THE VILLAGE OF GLENWOOD

Street and No. (Rue et No.): P.O. BOX 1084

Place and Country (Localité et pays): GLENWOOD, ALBERTA CANADA T0K 2R0

Completed by the office of origin. (A remplir par le bureau d'origine.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.) | Date

Signature of Addressee (Signature du destinataire) | Office of Destination Employee Signature (Signature de l'agent du bureau de destination)

Postmark of the office of destination (Timbre du bureau de destination): GLENWOOD AB T0K 2R0

Completed at destination. (A compléter à destination.)

PS Form 2865, February 1997 (Reverse)

Registered No. RA351949818US | Date Stamp

| To Be Completed By Post Office | | | | |
|---|---|---|---|---|
| Reg. Fee | $10.15 | | | 0257 |
| Handling Charge | $0.00 | Return Receipt | $2.15 | 02 |
| Postage | $9.16 | Restricted Delivery | $0.00 | 11/25/07 |
| Received by | | | | |
| Customer Must Declare Full Value $25.00 | 25.00 | ☒ With Postal Insurance ☐ Without Postal Insurance | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: Glen Winningham house of Fears, NON-DOMESTIC MAIL, c/o 6340 Lake Worth Blvd #437, Fort Worth, Texas

TO: BRAD SALMON, VILLAGE MGR, VILLAGE OF GLENWOOD, P.O. BOX 1084, GLENWOOD, ALBERTA CANADA T0K 2R0

PS Form 3806, Receipt for Registered Mail — Copy 1 - Customer
May 2004 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®



383




Home | Help

Track & Confirm

# Track & Confirm

Label/Receipt Number: **RA35 1949 849U S**
Status: **Delivered**

Your item was delivered at 9:21 AM on November 29, 2007 in SALT LAKE CITY, UT 84150.

Enter Label/Receipt Number.

Track & Confirm **by email**

Get current event information or updates for your item sent to you or others by email.

Registered No. RA351949849US

Date Stamp

| Reg. Fee | $10.15 | | | 0257 |
|---|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $0.00 | 02 |
| Postage | $8.25 | Restricted Delivery | $0.00 | 11/25/07 |
| Received by | | | | |

To Be Completed By Post Office

Customer Must Declare Full Value $25.00 #25.00

☒ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: Glen Winingham, house of Fears NON-DOMESTIC MAIL c/o 6340 Lake Worth Blvd #457 Fort Worth, Texas

TO: SALT LAKE CITY UT 84150 DALLIN H. OAKES, APOSTLE CHURCH OF JESUS CHRIST of LDS 50 EAST NORTH TEMPLE ST SALT LAKE CITY UTAH 84150

PS Form 3806, Receipt for Registered Mail Copy 1 - Customer
May 2004 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DALLIN H. OAKES, APOSTLE
THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS
50 EAST NORTH TEMPLE ST
SALT LAKE CITY, UTAH 84150

2. Article Number (Transfer from service label) RA 351 949 849 US

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☒ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes



385

From:
Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
ZIP: Code: EXEMPT: DMM A010.1.2

**By Registered Mail: RA 351 950 144 US**
To:
Thomas S. Monson, President
THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS
50 East North Temple Street
Salt Lake City, UT 84150

**NON-NEGOTIABLE** **NON-NEGOTIABLE**

**NOTICE AND DEMAND**

I, Me, My, Myself, a man, a living soul, a sovereign, with an address correction: C/O Glenn Winningham; house of Fearn, Non-Domestic Mail, C/O 6340 Lake Worth Blvd., #437, Fort Worth, Texas, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1. Thomas S. Monson, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, equality under the Law is paramount and mandatory by Law.

2. Thomas S. Monson, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al, I did not give you, the authority for making a legal determination for Me.

3. Thomas S. Monson, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al, if you think or assume that you are representing Me, you are FIRED!

4. Thomas S. Monson, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al, neither you, nor any other person, is competent in dealing with any of My affairs.

5. Thomas S. Monson, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, I am competent for dealing in all of My affairs.

6. You, Thomas S. Monson, President, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al, are Noticed of My copyrights on the name(s) **Glenn W. Fearn©, GLENN WINNINGHAM FEARN©, FEARN, GLENN WINNINGHAM©, Jessica D. Fearn©, JESSICA DOREEN FEARN©, FEARN, JESSICA DOREEN©, Nelson C. Fearn©, NELSON CHARLES FEARN©, FEARN, NELSON CHARLES©, Wilson M. Fearn©, WILSON MURRAY FEARN©, FEARN, WILSON MURRAY©, Tayler C. Fearn©, TAYLER CONSTANCE FEARN©, FEARN, TAYLER CONSTANCE©, Hunter P. Fearn©, HUNTER PIERRE FEARN©, FEARN, HUNTER PIERRE©, Constance I. L. Fearn©, CONSTANCE IVY LACEY FEARN©, FEARN, CONSTANCE IVY LACEY©**, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety.


This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------------------------------Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

387

j) Affidavit of Criminal Complaint 04/03/06 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-047733;

k) Affidavit of Criminal Complaint 03/21/06 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-040378;

l) NON-NEGOTIABLE NOTICE AND DEMAND 031406 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-039691;

m) NON-NEGOTIABLE NOTICE AND DEMAND 031406 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-036140;

n) Affidavit of Criminal Complaint 03/08/06 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-033323;

o) Affidavit of Criminal Complaint 02/23/06 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-033322;

p) Chief Judge, Supreme Court of Arizona, NOTICE AND DEMAND 030106 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-029954;

q) Pinal County Justice Court, Precinct 2, NOTICE AND DEMAND 030105 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-029453;

r) Affidavit of Criminal Complaint 02/23/06 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-029239;

s) Kristy Youtsey Ruiz NON-NEGOTIABLE NOTICE AND DEMAND 020606 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-023773;

t) Kevin D. White NON-NEGOTIABLE NOTICE AND DEMAND 020606 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-017720;

u) Kevin D. White NON-NEGOTIABLE NOTICE AND DEMAND 011506 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-008259;

v) Stephen F. McCarville NON-NEGOTIABLE NOTICE AND DEMAND 010505 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-003087;

w) Kevin D. White NON-NEGOTIABLE NOTICE AND DEMAND 010505 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-003086;

x) Stephen F. McCarville NON-NEGOTIABLE NOTICE AND DEMAND 122605 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-180326;

y) Pinal County Justice Court, Precinct 2, NOTICE AND DEMAND 121905 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-176347;

Z) Florence Municipal Court, NON-NEGOTIABLE NOTICE AND DEMAND 110105 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-152331;

aa) Non-Negotiable Notice and Demand 072005 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-090378;

ab) Affidavit of Criminal Complaint 07/14/05 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-088067;

ac) Notice and Demand which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-03005;

ad) Affidavit of Criminal Complaint 05/01/07 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-059086;

ae) Affidavit of Criminal Complaint 08/10/07 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-094397;

af) Affidavit of Criminal Complaint 09/19/05 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-125336;

ag) Affidavit of Criminal Complaint 2/14/08 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-026906;

ah) Affidavit of Criminal Complaint 05/19/05 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-058905;

ai) Affidavit of Criminal Complaint 06/06/05 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-088066;


This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.——Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

389



Home | Help

Track & Confirm

# Track & Confirm

Label/Receipt Number: **RA35 1950 144U S**
Status: **Delivered**

Your item was delivered at 9:03 AM on April 4, 2008 in SALT LAKE CITY, UT 84150.

Enter Label/Receipt Number.

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.

Contact Us Jobs

Registered No. RA351950144US

Date Stamp

| | | | |
|---|---|---|---|
| Reg. Fee | $10.15 | | |
| Handling Charge | $0.00 | Return Receipt | $0.00 |
| Postage | $16.95 | Restricted Delivery | $0.00 |
| Received by | | | |

0161
14
03/31/08

To Be Completed By Post Office

Customer Must Declare Full Value $ $25.00 25.00

☒ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: Glenn Winningham; house of Fearn
NON-DOMESTIC MAIL
c/o 6340 Lake Worth Blvd #437
Fort Worth, Texas

TO: SALT LAKE CITY UT 84150 MONSON, PRESIDENT
[illegible]
50 EAST NORTH TEMPLE ST
SALT LAKE CITY [illegible]

PS Form [illegible], Receipt for Registered Mail Copy 1 - Customer
May 2004 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

*For Bishop and Membership Clerk Use Only*

**The Church of Jesus Christ of Latter-day Saints**
**Membership Record - 20 Mar 2005**

**Constance Ivy Fearn**
**Record Number: 000-3795-1750**

## Personal and Ordinance Information

Full name: Fearn, Constance Ivy
Maiden name: Lacey, Constance Ivy
Birth date: 14 Apr 1960
Birth place: Churchill, Manitoba
Birth country: Canada
Sex: Female
Baptism date: 18 Oct 1980
Confirmation date: 18 Oct 1980
Sealed to parents date/temple or BIC:
Endowed date and temple: 08 May 1986 Oakland California

## Parents

| Name (maiden name if applicable) | Birth Date | Record Number |
|---|---|---|
| LACEY, CHARLES EARL | 05 Feb 1923 | 000-6842-9541 |
| MASTIN, DOREEN IVY | 14 Apr 1930 | 000-6842-955A |

## Current Spouse

Name (maiden name if applicable): FEARN, GLENN WINNINGHAM
Birth date: 04 Sep 1957
Member/record number: Yes, 000-2986-5980
Marriage date: 09 May 1986
Marriage place: Oakland, Alameda, California
Sealed to current spouse date/temple: 09 May 1986 Oakland California

## All Children of Constance Ivy Fearn

| Name (maiden name if applicable) | Sex | Birth Date | Confirm Date | Record Number |
|---|---|---|---|---|
| FEARN, JESSICA DOREEN | F | 26 Jun 1988 | 14 Dec 1996 | 000-5160-1605 |
| FEARN, NELSON CHARLES | M | 16 Aug 1990 | 28 Mar 1999 | 000-5508-3978 |
| FEARN, WILSON MURRAY | M | 14 Apr 1992 | 28 Nov 2000 | 000-5742-5663 |
| FEARN, TAYLER CONSTANCE | F | 01 Jan 1999 | | 000-7309-563A |

## Residing With

Name: Glenn Winningham Fearn
Birth Date: 04 Sep 1957
Record number: 000-2986-5980

## Residential Address

1137 E Delano
Casa Grande, AZ 85222
USA

## Phone Numbers and E-mail Address

Primary telephone: (520) 836-4240
Secondary telephone:
E-mail address:

## Mailing Address

(Same as residential)

## Current Unit

Casa Grande 3rd Ward (256226)
Casa Grande Arizona Stake (520861)
Date moved from prior unit: 20 Mar 2005

## Prior Unit

CASA GRANDE 1ST (33383)
CASA GRANDE ARIZONA (520861)



392

Internal Revenue Service

Internal Revenue Service Center
Mid-Atlantic Region
Philadelphia, Pa.

Department of the Treasury

P.O. Box 145, Bensalem, Pa 19020

Person to Contact:

Telephone Number:

Refer Reply to:

Date:

JORNN N. HOVERALE
BEACHWOOD CT

Dear Mrs. Hoverale:

This is in response to your Privacy Act request dated December 12, 1995.

The Internal Revenue Code is not positive law, it is special law. It applies to specific persons in the United States, who choose to make themselves subject to the requirements of the special laws in the Internal Revenue Code by entering into an employment agreement within the U.S. Government.

The law is that income from sources not effectively connected with the conduct of a trade or business within the U.S. Government is not subject to any tax under Subtitle " A " of the Internal Revenue Code.

This concludes our response to your request.

Sincerely yours,

Cynthia J. Mills
Disclosure Officer

Enclosure

393

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Glenn Winningham; house of Fearn

**DEFENDANTS**
THE CROWN
THE QUEEN IN RIGHT OF Inc

(b) County of Residence of First Listed Plaintiff: Robertson county, Te
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Glenn Winningham; house of Fearn
Non-Domestic Mail

Attorneys (If Known)

RECEIVED
JUL 16 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**): 18 USC 241, 242, 42 USC 1983

Brief description of cause: Extortion Under Color of Office

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE DOCKET NUMBER

DATE: 07/03/2008 SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE