**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **GLENN WINNINGHAM,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:08-CV-1204-G** |
| | ) | |
| **THE CROWN, ET AL.,** | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

Before the court for consideration is Plaintiff's declaration in support of request to proceed *in forma pauperis*. The information is not sufficient for the Court to determine whether Plaintiff should be allowed to proceed *in forma pauperis*.

IT IS THEREFORE ORDERED that within twenty days of the date of filing of this order, Plaintiff shall complete and file the enclosed affidavit, unless prior to that date Plaintiff pays the $350.00 filing fee. Failure to pay the $350 filing fee or timely return the completed affidavit will result in a recommendation that the case be dismissed.

The clerk will MAIL a copy of this order and of the attached affidavit to Plaintiff.

Signed this 2nd day of September, 2008.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **GLENN WINNINGHAM,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:08-CV-1204-G** |
| | ) | |
| **THE CROWN, ET AL.,** | ) | |
| **Defendants.** | ) | |

### AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED *IN FORMA PAUPERIS*

INSTRUCTIONS: Complete all questions in this affidavit and then sign it.  Do not leave any blanks.  If the answer to a question is "0," "none," or not applicable (N/A)," write in that response.  If you need more space to answer a question or to explain our answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1.    List your employment history, most recent employer first.  (Gross monthly pay is before taxes or other deductions).

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

2.    If you are married (even if separated), list your spouse's employment history, most recent employer first.  (Gross monthly pay is before taxes or other deductions).

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|

_____

_____

_____

3.    For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months.  Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annual to show the monthly rate.  Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

|  | Average monthly amount during the past 12 months. | Amount expected next month |
|---|---|---|
| Employment | $_____ | $_____ |
| Self-employment | $_____ | $_____ |
| Income from real property (such as rental income) | $_____ | $_____ |
| Interests and dividends | $_____ | $_____ |
| Gifts | $_____ | $_____ |
| Alimony | $_____ | $_____ |
| Child support | $_____ | $_____ |
| Retirement (such as social security, pensions, annuities insurance) | $_____ | $_____ |
| Disability (such as social security, insurance payments) | $_____ | $_____ |
| Unemployment payments | $_____ | $_____ |
| Public-assistance (such as welfare) | $_____ | $_____ |
| Other (specify):_____ _____ | $_____ | $_____ |

2

Total monthly income          $_____                    $_____

4.      How much cash do you and your spouse have?        $_____
        State any money you or your spouse have in a bank account or in any other financial
        institution.

| Financial Institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| _____ | | $_____ | $_____ |
| _____ | | $_____ | $_____ |
| _____ | | $_____ | $_____ |

5.      List the assets, and their values, that you own or that your spouse owns.  Do not list
        clothing and ordinary household furnishings.

Home                            (Value)              Other Real Estate            (Value)

_____              _____

_____              _____

_____              _____

Motor Vehicle #1                (Value)              Motor Vehicle #2             (Value)

_____              _____

_____              _____

_____              _____

Other Assets                    (Value)              Other Assets                 (Value)

_____              _____

_____              _____

_____              _____

6.   State every person, business, or organization owing you or your spouse money, and the amount owed.

| Persons owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | | |
| | | |
| | | |

7.   State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

8.   Estimate your family's average monthly expenses.  Show separately the amounts paid by your spouse.  Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $_____ | $_____ |
|     Are real estate taxes included? ___Yes ___No | | |
|     Is property insurance included? ___Yes ___No | | |
| Utilities (electricity, heat fuel, water, sewer, and telephone) | $_____ | $_____ |
| Home maintenance (repairs and upkeep) | $_____ | $_____ |
| Food | $_____ | $_____ |
| Clothing | $_____ | $_____ |
| Laundry and dry-cleaning | $_____ | $_____ |

Medical and dental expenses        $_____        $_____

Recreation, entertainment, newspapers,     $_____        $_____
magazines, etc.

Transportation (not including motor      $_____        $_____
vehicle payments)

Insurance (not deducted from wages or
included in mortgage payments)
        Homeowner's or renter's      $_____        $_____
        Life                     $_____        $_____
        Health                $_____        $_____
        Motor Vehicle         $_____        $_____
        Other:_____   $_____        $_____

Taxes (not deducted from wages or
included in mortgage payments)
Specify:_____      $_____        $_____

Installment payments:
        Motor Vehicle         $_____        $_____
        Credit Card (name):_____ $_____        $_____
        Department store (name):_____ $_____        $_____
        _____
        Other:_____ $_____        $_____

Alimony, maintenance, and support paid to   $_____        $_____
others

Regular expenses for operation of business,   $_____        $_____
profession, or farm (attach detailed statement)

Other (specify):_____ $_____        $_____


        Total monthly expenses:      $_____        $_____

6

9.      Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
_____          Yes            _____ No
If your answer is "yes," describe on an attached sheet.


10.     Have you paid, or will you be paying, an attorney any money for services in connection with this case, including the completion of this form?
_____          Yes            _____ No
If your answer is "yes,"state how much $_____ and state the attorney's name, address, and telephone number:

_____

_____

_____


11.     Have you paid, or will you be paying, anyone other than an attorney (such as a paralegal or typist) any money for services in connection with this case, including the completion of this form?
_____          Yes            _____ No

If your answer is "yes,"state how much $_____ and state the person's name, address, and telephone number:

_____

_____

_____


12.     Provide any other information that will help explain why you cannot pay the filing fee for this case.

7

13.     State the address for your legal residence.

_____

_____


14.     Provide the following information:
        Your daytime phone number: (___) _____
        Your age: _____
        Your years of schooling: _____


I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fee for this action.  I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.  28 U.S.C. § 1746 and 18 U.S.C. § 1621.


_____        _____
            (Signature)                                    (date)

8