ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

SEP 10 2008

CLERK, U.S. DISTRICT COURT
By_____
Deputy

GLENN WINNINGHAM, )
~~Plaintiff,~~ DEMANDANT )
)
v. )                No. 3:08-CV-1204-G
)
THE CROWN, ET AL., )
~~Defendants.~~ RESPONDENTS )

**AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED _IN FORMA PAUPERIS_**

INSTRUCTIONS: Complete all questions in this affidavit and then sign it.  Do not leave any blanks.  If the answer to a question is "0," "none," or not applicable (N/A)," write in that response.  If you need more space to answer a question or to explain our answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

I DO GET COMPENSATION FOR LABOR BUT NOT AS AN EMPLOYE

1.  List your employment history, most recent employer first.  (Gross monthly pay is before taxes or other deductions).

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | I AM NOT EMPLOYED, BECAUSE | | |
| N/A | I AM NOT A PERSON | | |
| N/A | THIS PROOF OF YOUR | | |
| | TREASON + SEDICTION | | |

2.  If you are married (even if separated), list your spouse's employment history, most recent employer first.  (Gross monthly pay is before taxes or other deductions).

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|

I HAVE A WIFE, BUT SHE IS NOT A ~~BE~~ "SPOUSE" WHICH IS A PERSON

*MY WIFE CONSIDERS IT A FULLTIME JOB RAISING OUR FIVE CHILDREN.*

3.    For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months.  Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annual to show the monthly rate.  Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

*AS A SOVEREIGN LIVING SOUL I AM NOT REQUIRED TO PAY YOUR EXTORTION*

|  | Average monthly amount during the past 12 months. | Amount expected next month |
|---|---|---|
| Employment | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A |
| Interests and dividends | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities insurance) | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A |

*INCOME IS CORPORATE PROFITS + I AM NOT A CORPORATION*

*THIS FURTHER PROOF OF YOUR TREASON + SEDITION.*

Total monthly income        $ _____0_____        $ _____0_____

THIS IS FURTHER PROOF
OF YOUR TREASON +
SEDITION. I THINK I
AM GOING TO BRING AN
INDICTMENT AGAINST
YOUR CRIMINAL ENTERPRISE

PLEASE SEE AFFADAVIT
WHICH IS ATTACHED
HERETO + INCORPORATED
HERE IN BY REFERENCE IN
ITS ENTIRETY. THIS HAS
ALREADY BEEN DECIDED BY THE
US SUPREME COURT IN CASE 07-671

*NEITHER ME NOR MY WIFE ARE PERSONS — SO WHO DO YOU MEAN?*

4. How much cash do you and your spouse have? $ *N/A* *I DON'T KNOW WHO YOU ARE TALKING ABOUT.*
State any money you or your spouse have in a bank account or in any other financial institution.

| Financial Institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| *N/A* | | $ *N/A* | $ *N/A* |
| *N/A* | | $ *N/A* | $ *N/A* |
| *N/A* | | $ *N/A* | $ *N/A* |

*WHO IS THIS?*

5. List the assets, and their values, that you own or that your spouse owns. Do not list clothing and ordinary household furnishings.

*ASSETS ARE PART OF A CORPORATE BALANCE SHEET. I HAVE PROPERTY BUT IT IS NOT AN ASSET.*

| Home | (Value) | Other Real Estate | (Value) |
|---|---|---|---|

| Motor Vehicle #1 | (Value) | Motor Vehicle #2 | (Value) |
|---|---|---|---|

*N/A THIS A COMMERCIAL THING + I AM NOT INVOLVED IN YOUR FOREIGN COMMERCIAL CRIMINAL SYSTEM*

| Other Assets | (Value) | Other Assets | (Value) |
|---|---|---|---|

*NOT A CORPORATION — NO ASSETS*

*ONLY PROPERTY*

6.    State every person, business, or organization owing you or your spouse money, and the
      amount owed.

| Persons owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|

UNITED STATES $40, 000, 000, 000.0
FORTY BILLION DOLLARS

7.    State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|

I RELY ON NO PERSON & NO
PERSONS RELY ON ME
I HAVE FIVE WONDERFUL CHILDREN
BUT THEY ARE NOT PERSON

8.    Estimate your family's average monthly expenses.  Show separately the amounts paid by
      your spouse.  Adjust any payments that are made weekly, biweekly, quarterly,
      semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |

    Are real estate taxes included?
    ___Yes    ___No
    Is property insurance included?
    ___Yes    ___No

| Utilities (electricity, heat fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |

5

Medical and dental expenses $ N/A       $ N/A

Recreation, entertainment, newspapers, $ N/A       $ N/A
magazines, etc.

Transportation (not including motor $ N/A       $ N/A
vehicle payments)

Insurance (not deducted from wages or
included in mortgage payments)
    Homeowner's or renter's $ N/A       $ N/A
    Life $ N/A       $ N/A
    Health $ N/A       $ N/A
    Motor Vehicle $ N/A       $ N/A
    Other:_____ $ N/A       $ N/A

Taxes (not deducted from wages or
included in mortgage payments)
Specify:_____ $ N/A       $ N/A

Installment payments:
    Motor Vehicle $ N/A       $ N/A
    Credit Card (name):_____ $ N/A       $ N/A
    Department store (name):_____ $ N/A       $ N/A
    _____
    Other:_____ $ N/A       $ N/A

Alimony, maintenance, and support paid to $ N/A       $ N/A
others

Regular expenses for operation of business, $ N/A       $ N/A
profession, or farm (attach detailed statement)

Other (specify):_____ $ N/A       $ N/A

    Total monthly expenses: $ N/A       $ N/A

9.  Do you expect any major changes to your monthly income or expenses or in your assets
    or liabilities during the next 12 months?

    _____ Yes          _____ No

    If your answer is "yes," describe on an attached sheet.

*I HAVE NO INCOME & I WILL NEVER HAVE INCOME*

10. Have you paid, or will you be paying, an attorney any money for services in connection
    with this case, including the completion of this form?

    _____ Yes          _____ No

    If your answer is "yes,"state how much $_____ and state the attorney's name,
    address, and telephone number:

*ATTORNEYS ARE FOREIGN AGENT OF THE CROWN - WHY WOULD I EVER WANT TO USE A LYING, THIEVING, TREASONOUS FOREIGN AGENT OF THE CROWN*

11. Have you paid, or will you be paying, anyone other than an attorney (such as a paralegal
    or typist) any money for services in connection with this case, including the completion
    of this form?

    _____ Yes          _____ No

    If your answer is "yes,"state how much $_____ and state the person's name, address,
    and telephone number:

*N/A*

12. Provide any other information that will help explain why you cannot pay the filing fee for
    this case.

*PLEASE SEE THE AFFAVIT WHICH IS ATTACHED HERETO & INCORPORATED HEREIN BY REFERENCE IN ITS ENTIRETY.*

7

I HAVE NO "RESIDENCE"

13.    State the address for your legal residence.

MY MAILING ADDRESS IS
ON THE AFFIDAVIT WHICH IS
ATTACHED HERETO AND INCORPORATED

14.    Provide the following information: HERE IN BY REFERENCE IN
        Your daytime phone number: (___) _____ ITS ENTIRETY
        Your age: ____
        Your years of schooling: _____

SIGNED & SEALED IN RED INK ON TH
LAND OF TEXAS. I AM NOT REQUIRED TO

I swear or affirm under penalty of perjury that, ~~because of my poverty, I cannot~~ prepay ~~the filing~~ AN y
fee for this action.  I swear or affirm under penalty of perjury under United States laws that my
answers on this form are true and correct. ~~28 U.S.C. § 1746 and~~ 18 U.S.C. § 1621. 28 USC 1746(

_____                    4 SEP 08
(Signature)                                        (date)

Glenn Winningham; house of Fearon, sui juris
SOVEREIGN LIVING SOUL
HOLDER OF THE OFFICE OF THE PEOPLE
INHABITANT OF THE LAND OF TEXAS

4 SEP 08                    _____

DATE                       Glenn Winningham; house of Fe
                           sui juris, SOVEREIGN LIVING SO
                           HOLDER OF THE OFFICE OF THE
                                                    PEOPL
                           INHABITANT OF THE LAND OF TE

8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| GLENN WINNINGHAM, | ) | |
| ~~Plaintiff,~~ DEMANDANT | ) | |
| | ) | |
| v. | ) | No. 3:08-CV-1204-G |
| | ) | |
| THE CROWN, ET AL., | ) | |
| ~~Defendants.~~ RESPONDENTS | ) | |

## ORDER

Before the court for consideration is Plaintiff's declaration in support of request to proceed *in forma pauperis*. The information is not sufficient for the Court to determine whether Plaintiff should be allowed to proceed *in forma pauperis*.

IT IS THEREFORE ORDERED that within twenty days of the date of filing of this order, Plaintiff shall complete and file the enclosed affidavit, unless prior to that date Plaintiff pays the $350.00 filing fee. Failure to pay the $350 filing fee or timely return the completed affidavit will result in a recommendation that the case be dismissed.

The clerk will MAIL a copy of this order and of the attached affidavit to Plaintiff.

Signed this 2nd day of September, 2008.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

**In the united States supreme Court**

| | | |
|---|---|---|
| Glenn Winningham; house of Fearn | ] | Case # _____ |
| Petitioner | ] | |
| | ] | MOTION TO |
| | ] | |
| | ] | PROCEED IN |
| v. | ] | |
| | ] | FORMA |
| | ] | |
| | ] | PAUPERIS |
| The United States of America 4, Inc. et al, | ] | |
| Respondents | ] | |

1.  I, Me, My, or Myself, also known as Glenn Winningham; house of

Fearn, a sovereign living soul, hereby Petition this Court and hereby demand that

they let this case proceed in forma pauperis as found in the attached affidavit.

All of the above is respectfully submitted "UNDER PENALTIES with

PERJURY" (28 USC § 1746(1)).

Date: 6 JULY 07

Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the people"
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
Telephone: 480-213-0897

AFFIDAVIT

COMES NOW, I, Me, My, or Myself, also known as Glenn Winningham; house of

Fearn, a sovereign living soul, with this solemn asservation to the foreign corporate commercial

court for Me to proceed with My appeal without having to prepay any fees/costs, give any

sureties or be compelled to fill out any ritualistic forms under Fifth Amendment Due Process of

Law clause of the Constitution for these united States of America, Title 28 United States Code,

and pursuant to My right as one of "the people" to Petition the government for a redress of My

grievances as affirmed in the First Amendment to the Constitution for the united States of

America where it says;

> "Congress shall make no law .... abridging ..... the right of the people.... to petition the
> government for a redress of grievances."

1.      If Congress shall make no laws abridging the right of the people to Petition the

government for a redress of their grievances, then it would be equally wrong for the Courts to

make regulations (fees), which operate to do the same thing.  Furthermore, for the Courts to

charge a fee for "we the people" to file a petition, it would be turning our right into a privilege,

because filing fees are really a tax and are sometimes referred to as such by the Courts, and I

have not agreed this tax.


2.      I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, am not a

"person" because a person is:

> a)     "a variety of entities other than human beings." Church of Scientology v U.S.
>         Department of Justice, 612 F2d 417 (1979) at pg 418
>
> b)     "...foreigners, not citizens...." United States v Otherson, 480 F. Supp. 1369 (1979)
>         at pg 1373.

    c)     the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies...
Title 1 U.S.C. Chapter 1 – Rules of Construction, Section 1

and a sovereign living soul is not a "person" because;

    c)     " 'in common usage, the term 'person' does not include the sovereign, [and] statutes employing the [word] are normally construed to exclude it.'  Wilson v Omaha Tribe, 442 US653 667, 61 L Ed 2d 153, 99 S Ct 2529 (1979) (quoting United States v Cooper Corp. 312 US 600, 604, 85 L Ed 1071, 61 S Ct 742 (1941). See also United States v Mine Workers, 330 US 258, 275, 91 L Ed 884, 67 S Ct 677 (1947)" Will v Michigan State Police, 491 US 58, 105 L. Ed. 2d 45, 109 S.Ct. 2304

    e)     "a sovereign is not a person in a legal sense"  In re Fox, 52 N. Y. 535, 11 Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192

and I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, am not an

"employee"  because an employee; " is a person. . . . . " Black's Law Dictionary, 5th

Edition, and since I am not an "employee", then it also holds true that I do not have an

"employer". I am not saying that I don't get compensation for labor because I do get

compensation for labor, which is a common right, and not a taxable event.


3.     I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, do not receive

"wages" according to the following definitions:

Federal Register, Tuesday, September 7, 1943, 404, 104 pg 12267: Employee: "The term employee specifically includes officer and employees whether elected or appointed of the United States, a State, territory, or a political subdivision thereof or the District of Columbia or any agency or instrumentality or any one or more of the foregoing."

26 USC 3401 (c) EMPLOYEE. "For purposes of this chapter, [Chapter 24, Collection of Income Tax at Source on Wages], The term employee includes an officer, employee or elected official of the United States, a State or any political subdivision thereof, or the District of Columbia, or any agency or instrumentality or one or more of the foregoing. The term employee also includes an officer of a corporation."

3401(a) WAGES. For the purposes of this chapter, [Chapter 24, Collection of Income Tax at Source on Wages], the term "wages" means all renumeration (other than fees paid to a public

official) for services performed by an employee [of the United States, a State or any political subdivision thereof, or the District of Columbia or any agency or instrumentality of any of the foregoing or an officer of a corporation...."

4.      Furthermore, I, Me, My, or Myself, also known as Glenn Winningham; house of

Fearn, have never received any "income". According to U.S. v Ballard, 535 F. 2d 400,

404, the word "income" has not been defined in Title 26, Internal Revenue Code. The

definition, therefore is limited to the meaning of the word at the time it was enacted. In

Merchant's Loan & Trust Company v Smietanka, 255 U.S. 509 at pgs 518, 519 (1921),

the Supreme Court held,

There would seem to be no room to doubt that the word (income) must be given the same meaning in all Income Tax Acts of Congress that was given to it in the Corporation Excise Tax Act and what meaning is has now become definitely settled by decisions of the court.

That definition of income was clearly given in 1918 in the Supreme Court decision of Doyle vs.

Mitchell, 247 U.S. 179, at pg 185;

"Whatever difficulty there may be about a precise and scientific definition of 'income,' it imports, as used here [in the Internal Revenue Code] ....the idea of gain or increase arising from corporate activities...." We must reject in this case... the broad contention submitted in behalf of the Government that all receipts, everything that comes in -- are income within the proper definition of the term 'gross income'.

The Supreme Court in Eisner v Macomber, 252 U.S. 189 ruled:

"...it becomes essential to distinguish between what is and what is not "income," according to truth and substance without regard to form. Congress cannot, by any definition it may adopt, conclude the matter, since it cannot by legislation, alter the Constitution, from which it derives its power to legislate, and which within those limitations alone, that power can be unlawfully exercised... [Income is] Derived -- from -- capital -- the -- gain -- derived -- from -- capital, etc. Here we have the essential matter -- not gain accruing to capital, not a growth or increment of value in the investment; but a gain, a profit, something of exchangeable value ... severed from the capital however invested or employed, and coming in, being "derived," that is received or drawn by the recipient for his separate use, benefit and disposal -- that is the income derived from property. Nothing else answers the description...."

The emphasis was in the original, and therefore, income is corporate profits, and as a sovereign living soul, I am not, a US citizen, 14th Amendment citizen, corporation, or other fictitious entity, therefore, I have no income.

5.      I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, do not have any assets. Persons and corporations have assets and I am neither. Assets are listed on a balance sheet, which shows assets and liabilities for accounting purposes for a corporation. The same holds true for income and expenses, which are also for corporations, and are part of bookkeeping by accountants where they show income versus expenses for the corporation. I am not saying I do not have property, because I do have property, but the property I have is not an asset, and I have no income or expenses because I am not a US Citizen, 14th Amendment citizen, corporation, or other fictitious entity as defined by your current and FRAUDULENT Fourteenth Amendment.

6.      I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, am not a US citizen, 14th Amendment citizen, corporation, or other fictitious entity, but I am a sovereign living soul as described in the Petition. I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, am not a vessel of any kind, or a knowing, willing, intentional surety or accommodation party for any entity.

One sovereign does not need to tell another sovereign that they are sovereign, they is sovereign by their very existence. "The rule in America is that the American people are the sovereigns, and in them is lodged all power, and the agencies of government possess no authority save that which is delegated to them by the people in the written compact entered into between the people, which is styled the 'Constitution,' and the laws adopted by the representatives of the people.....consistent therewith." Kemper v. State, 138 Southwest 1025 (1911), page 1043.

7.      I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, do not have

firsthand knowledge of the day I was given birth, therefore, any mention of any birthday would

be hearsay and inadmissible as evidence in Court. I can only say what I have heard, which is

hearsay, which is that I was born of a woman on or about the year 1957 on the land of North

America, and no commercial transactions were involved. No vessel was created.


8.      I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, do not have a

Social Security Number. Only US Citizens, 14th Amendment citizens, vessels and corporations

have social security numbers, or any sort of identifying number which is issued by their master,

the government. My master is God, and the government is My servant, and all of My servants

have an Oath of Office that says they will protect Me.


9.      I do not have a spouse, since a spouse is a person, and my wife is not a person either. I

am married and have five (5) wonderful children but none of them are persons, and I do not have

a spouse. We are all sovereign living souls.


10.     Pursuant to HJR 192 dated June 5, 1933, there is no money, and it is against public policy

to use money, therefore, no financial institution has any money. The only thing that financial

institutions have is credit on account belonging to the people, or non-redeemable federal reserve

notes, which are worthless paper, and none of that is money.


11.     Therefore, I am not an entity that is subject to any filing fees/taxes.

12.     Furthermore, pursuant to HJR 192 dated June 5, 1933, it is against public policy to pay a

debt, therefore this Court could not accept payment if it was tendered, and it would be a felony

for the Clerk to accept Federal Reserve Notes as a tender in the payment of a debt, therefore,

even if I was subject to said taxes/fees, it is impossible to pay the fees/taxes as requested.


13.     For all of the foregoing reasons, this court should ORDER the Clerk of the Court to file

the Petition, and let it proceed without the payment of any fees/taxes.


All of the above is respectfully submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

Date: 3 JULY 07

_____

Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the people"
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
Telephone: 480-213-0897

### Notice

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The
purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

### ACKNOWLEDGEMENT

Having witnessed the signing and sealing of the forgoing SOLEMN ASSERVATION, by Glenn
Winningham; house of Fearn, I place my hand and seal hereon as an authentic act as a Notary
Public.
Subscribed and affirmed before me this 3 RD day for the month of July, in the year of our
Lord and Savior, Two Thousand and Seven, A.D.

_____
Notary

**Clifford F Lichtenberger**
Notary Public, State of Texas
My Commission Expires:
**February 14, 2008**

Solemn Asservation Page 6

Case No. _____

## In the
## united States supreme Court

Glenn Winningham; house of Fearn - Petitioner

The United States of America 4, Corp., et al, - RESPONDENTS

## MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, a sovereign living soul, hereby Petition this Court and hereby demand that they file the attached PETITION FOR A WRIT OF CERTIORARI without the prepayment of fees and costs and too proceed *in forma pauperis* as found in the attached affidavits which are attached hereto, and incorporated herein by reference in their entirety.

I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, the Petitioner have previously been granted leave to proceed *in forma pauperis* in the Arizona Superior Court, Pinal County, on several occasions.

All of the above is respectfully submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

Date: _____          _____
                                Glenn Winningham; house of Fearn, sui juris
                                sovereign living soul, holder of the office of "the people"
                                Non-Domestic Mail
                                C/O 6340 Lake Worth Blvd., #437
                                Fort Worth, Texas
                                Telephone: 480-213-0897

## AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, _Glen Winningham house of fearn_, am the petitioner in the above-entitled case.   In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months.   Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.   Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

N/A

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child Support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): _____ | $ N/A | $ N/A | $ N/A | $ N/A |
| **Total monthly income:** | $ N/A | $ N/A | $ N/A | $ N/A |

IF YOU MORONS WOULD HAVE READ YOU WOULAN'T HAVE ENGAGED IN TREASON BY CONVERTING A RIGHT INTO A PRIVILEGE.

PLEASE SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE IN ITS ENTIRETY.

*(left margin, handwritten vertical)* PLEASE SEE AFFADAVIT WHICH IS ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE IN ITS ENTIRETY

2. List your employment history for the past two years, most recent first.   (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| N/A | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first.   (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| N/A | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ *(handwritten)* I HAVE NO LAWFUL MONEY.
Below, state any money you or your spouse have in bank accounts or in any other financial institution. *(handwritten)* N/A

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |

*(handwritten)* THESE SYMBOLS ARE NOT FOR LAWFUL MONEY

5. List the assets, and their values, which you own or your spouse owns.  Do not list clothing and ordinary household furnishings.

*(handwritten)* WHICH IS EVIDENCE OF YOUR TREASON

☐ Home
Value  N/A

☐ Other real estate
Value  N/A

☐ Motor Vehicle #1
Year, make & model  N/A
Value _____

☐ Motor Vehicle #2
Year, make & model  N/A
Value _____

☐ Other assets
Description  *(handwritten)* CORPORATIONS HAVE ASSETS,
Value  *(handwritten)* I DO NOT !

*(handwritten, large)* TRAITORS!

*[handwritten in left margin, vertical:]* PLEASE AFFADVIT WHICH IS ATTACHED HERETO + INCORPORATED HEREIN BY REFERENCE

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| *UNITED STATES* | $ *YES, 000,000.00* | $ *AND NINETY FIVE* |
| | $ *FOUR HUNDRED* | $ *DOLLARS IN GOLD* |
| | *MILLIONS* | $ *PLUS ADDITIONAL DAMAGES* |
| *TRAITORS* | $ *NO "PERSONS" RELY ON ME FOR* | |

7. State the persons who rely on you or your spouse for support.  *SUPPORT BUT*

| Name | Relationship | Age |
|---|---|---|
| | | *I HAVE 5 CHILDREN* |
| | | *AND A WIFE* |
| | | *THAT DOESN'T WORK.* |

8. Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse.  Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

*I HAVE NO SPOUSE*

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) Are real estate taxes included? ☐ Yes ☒ No Is property insurance included? ☐ Yes ☒ No | $ *400.00* | $ *A SPOUSE IS A PERSON* |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ *300.00* | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ *500.00* | $ |
| Clothing | $ *100.00* | $ |
| Laundry and dry-cleaning | $ *50.00* | $ |
| Medical and dental expenses | $ *200.00* | $ |

*YOU ARE ALL TRAITORS! ENGAGED IN TREASON + THIS IS EVIDENCE*

A SPOUSE IS A PERSON
TRAITORS

|  | You | Your spouse |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ 600.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 100.00 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's | $ | $ |
| Life | $ | $ |
| Health | $ | $ |
| Motor Vehicle | $ | $ |
| Other: _____ | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) | | |
| (specify): _____ | $ | $ |
| Installment payments | | |
| Motor Vehicle | $ N/A | $ |
| Credit card(s) | $ N/A | $ |
| Department store(s) | $ N/A | $ |
| Other: _____ | $ N/A | $ |
| Alimony, maintenance, and support paid to others | $ N/A | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): _____ | $ | $ |
| **Total monthly expenses:** | $ | $ |

(READ THE AFFIDAVIT)

PLEASE SEE ATTACHED AFFADAVIT WHICH IS ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE IN ITS ENTIRETY

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes   ☒No      If yes, describe on an attached sheet.

*I HAVE NO INCOME OR ASSETS + I NEVER WILL TRAITORS!*

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☐ No

If yes, how much? _____

If yes, state the attorney's name, address, and telephone number:

*I KNOW HOW YOU TRAITORS WOULD LOVE IT IF I CONVERTED MYSELF INTO AN IMBICILE WARD OF THE COURT*

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ Yes   ☒ No

If yes, how much? _____

If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.

*READ THE AFFIDAVIT WHICH IS ATTACHED HERETO AND INCORPORATED HEREBY REFERENCE IN ITS ENTIRETY. TRAITORS!*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *24 JULY* _____, 20*07*

_____
(Signature)

*OVER ————————➔*

PLEASE SEE THE AFFIDAVIT WHICH IS ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE IN ITS ENTIRETY.

YOU TRAITORS ARE CONVERTING A RIGHT INTO A PRIVILEGE. READ THE AFFIDAVIT ATTACHED MORONS. IT IS OBVIOUS THAT YOUR INTENT IS TO DEPRIVE ME OF MY RIGHTS + MAKE YOUR SO-CALLED JUSTICE AS EXPENSIVE AS POSSIBLE, BY FORCING ME TO EFFECT SERVICE TWICE! YOU ARE THIEVES + PERJURERS + I WILL BE ADDING YOU TO MY NEXT CRIMINAL COMPLAINT

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

August 3, 2007

Mr. Glenn Winningham
6340 Lake Worth Blvd.
#437
Forth Worth, TX  76135

      Re:  Glenn Winningham
           v. United States, et al.
           No. 07-5674

Dear Mr. Winningham:

    The petition for a writ of certiorari in the above entitled case was filed on July 6, 2007 and placed on the docket August 3, 2007 as No. 07-5674.

    A form is enclosed for notifying opposing counsel that the case was docketed.

                    Sincerely,

                    **William K. Suter**, Clerk

                    by

                    Erik A. Fossum
                    Case Analyst

Enclosures

## AFFIDAVIT

COMES NOW, I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, a sovereign living soul, a holder of the office of "the people", and an inhabitant of the land of Texas, with this solemn asseveration to the foreign corporate commercial court for Me to proceed with My PETITION without having to prepay any fees/costs, give any sureties or be compelled to fill out any ritualistic forms under Fifth Article in Amendment Due Process of Law clause of the Constitution for these united States of America, Title 28 United States Code, and pursuant to My right as one of "the people" to Petition the government for a redress of My grievances as affirmed in the First Article in Amendment to the Constitution for the united States of America where it says;

> **"Congress shall make no law .... abridging ..... the right of the people.... to petition the government for a redress of grievances."**

1.      If Congress shall make no laws abridging the right of the people to Petition the government for a redress of their grievances, then it would be equally wrong for the Courts to make regulations (fees), which operate to do the same thing.  Furthermore, for the Courts to charge a fee for "we the people" to file a petition, it would be converting a right into a privilege, because filing fees are really a tax and are sometimes referred to as such by the Courts, and I have not agreed this tax.

2.      I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, am not a "person" because a person is:

   a)      **"a variety of entities other than human beings." Church of Scientology v U.S. Department of Justice, 612 F2d 417 (1979) at pg 418**

   b)      **"...foreigners, not citizens...." United States v Otherson, 480 F. Supp. 1369 (1979) at pg 1373.**

   c)      **the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies... Title 1 U.S.C. Chapter 1 – Rules of Construction, Section 1**

and a sovereign living soul is not a "person" because;

c)      " 'in common usage, the term 'person' does not include the sovereign, [and] statutes employing the [word] are normally construed to exclude it.'  Wilson v Omaha Tribe, 442 US653 667, 61 L Ed 2d 153, 99 S Ct 2529 (1979) (quoting United States v Cooper Corp. 312 US 600, 604, 85 L Ed 1071, 61 S Ct 742 (1941). See also United States v Mine Workers, 330 US 258, 275, 91 L Ed 884, 67 S Ct 677 (1947)" Will v Michigan State Police, 491 US 58, 105 L. Ed. 2d 45, 109 S.Ct. 2304

e)      "a sovereign is not a person in a legal sense"  In re Fox, 52 N. Y. 535, 11 Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192

and I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, am not an **"employee"** because an employee; **"** is a person. . . . . **"** Black's Law Dictionary, 5th Edition, and since I am not an **"employee"**, then it also holds true that I do not have an **"employer"**. I am not saying that I don't get compensation for labor because I do get compensation for labor, which is a common right, and not a taxable event.

3.      I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, do not receive **"wages" according to the following definitions:**

**Federal Register, Tuesday, September 7, 1943, 404, 104 pg 12267: Employee: "The term employee specifically includes officer and employees whether elected or appointed of the United States, a State, territory, or a political subdivision thereof or the District of Columbia or any agency or instrumentality or any one or more of the foregoing."**

**26 USC 3401 (c) EMPLOYEE. "For purposes of this chapter, [Chapter 24, Collection of Income Tax at Source on Wages], The term employee includes an officer, employee or elected official of the United States, a State or any political subdivision thereof, or the District of Columbia, or any agency or instrumentality or one or more of the foregoing. The term employee also includes an officer of a corporation."**

**3401(a) WAGES. For the purposes of this chapter, [Chapter 24, Collection of Income Tax at Source on Wages], the term "wages" means all renumeration (other than fees paid to a public official) for services performed by an employee [of the United States, a State or any political subdivision thereof, or the District of Columbia or any agency or instrumentality of any of the foregoing or an officer of a corporation...."**

4.      Furthermore, I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, have never received any **"income"**. According to U.S. v Ballard, 535 F. 2d 400, 404, the word **"income"** has not been defined in Title 26, Internal Revenue Code. The definition, therefore is limited to the meaning of the word at the time it was enacted. In

Merchant's Loan & Trust Company v Smietanka, 255 U.S. 509 at pgs 518, 519 (1921),

the Supreme Court held,

**There would seem to be no room to doubt that the word (income) must be given the same meaning in all Income Tax Acts of Congress that was given to it in the Corporation Excise Tax Act and what meaning is has now become definitely settled by decisions of the court.**

That definition of income was clearly given in 1918 in the Supreme Court decision of Doyle vs.

Mitchell, 247 U.S. 179, at pg 185;

**"Whatever difficulty there may be about a precise and scientific definition of 'income,' it imports, as used here [in the Internal Revenue Code] ....the idea of gain or increase arising from corporate activities...." We must reject in this case... the broad contention submitted in behalf of the Government that all receipts, everything that comes in -- are income within the proper definition of the term 'gross income'.**

The Supreme Court in Eisner v Macomber, 252 U.S. 189 ruled:

**"...it becomes essential to distinguish between what is and what is not "income," according to truth and substance without regard to form. Congress cannot, by any definition it may adopt, conclude the matter, since it cannot by legislation, alter the Constitution, from which it derives its power to legislate, and which within those limitations alone, that power can be unlawfully exercised... [Income is] <u>Derived -- from -- capital -- the -- gain -- derived -- from -- capital,</u> etc. Here we have the essential matter -- <u>not</u> gain <u>accruing to</u> capital, not a <u>growth</u> or <u>increment</u> of value <u>in</u> the investment; but a <u>gain,</u> a profit, something of exchangeable value ... <u>severed from</u> the capital however invested or employed, and <u>coming in,</u> being <u>"derived,"</u> that is <u>received</u> or <u>drawn by</u> the recipient for his <u>separate</u> use, benefit and disposal -- that is the income derived from property. Nothing else answers the description...."**

The emphasis was in the original, and therefore, income is corporate profits, and as a sovereign living soul, I am not, a US citizen, 14th Amendment citizen, corporation, or other fictitious entity, therefore, I have no income.

5.      I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, do not have any assets. Persons and corporations have assets and I am neither. Assets are listed on a balance sheet, which shows assets and liabilities for accounting purposes for a corporation. The same holds true for income and expenses, which are also for corporations, and are part of bookkeeping by accountants where they show income versus expenses for the corporation. I am not saying I do not have property, because I do have property, but the property I have is not an asset, and I

have no income or expenses because I am not a US Citizen, 14th Amendment citizen, corporation, or other fictitious entity as defined by your current and FRAUDULENT Fourteenth Amendment.

6.     I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, am not a US citizen, 14th Amendment citizen, corporation, or other fictitious entity, but I am a sovereign living soul as described in the Petition. I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, am not a vessel of any kind, or a knowing, willing, intentional surety or accommodation party for any entity.

**One sovereign does not need to tell another sovereign that they are sovereign, they is sovereign by their very existence. "The rule in America is that the American people are the sovereigns, and in them is lodged all power, and the agencies of government possess no authority save that which is delegated to them by the people in the written compact entered into between the people, which is styled the 'Constitution,' and the laws adopted by the representatives of the people.....consistent therewith."** <u>Kemper v. State</u>, **138 Southwest 1025 (1911), page 1043.**

7.     I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, do not have firsthand knowledge of the day I was given birth, therefore, any mention of any birthday would be hearsay and inadmissible as evidence in Court. I can only say what I have heard, which is hearsay, which is that I was born of a woman on or about the year 1957 on the land of North America, and no commercial transactions were involved. No vessel was created.

8.     I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, do not have a Social Security Number. Only US Citizens, 14th Amendment citizens, vessels and corporations have social security numbers, or any sort of identifying number which is issued by their master, the government. My master is God, and the government is My servant, and all of My servants have an Oath of Office that says they will protect Me.

9.     I do not have a spouse, since a spouse is a person, and my wife is not a person either. I am married and have five (5) wonderful children but none of them are persons, and I do not have a spouse. We are all sovereign living souls.

10.     I have no "residence", and I do not "reside". I am an inhabitant of the land of Texas. I am not corporation, or other fictitious entity, but I am a sovereign living soul. It was previously decided in the US Supreme Court case 07-5764 when the US Department of (so-called) Justice waived their right to respond, that a US citizen is a 15 USC § 44 unincorporated corporation.

11.     It was also previously decided in the US Supreme Court Case 07-5764 that the war of independence never did end, that the War of 1812 was orchestrated to facilitate the disappearance of the true Article Thirteen in Amendment which prohibited any BAR member from holding a position of trust (requiring an oath of office) and revoked their US citizenship, because the only major battle was when the British burned the Capitol and the National Archives. The Crown wanted their BAR members to infiltrate our government, and they have orchestrated a fraudulent Thirteenth Amendment and Fourteenth Amendment, and are still in power today. Therefore, any attempt to impose the status of a US citizen upon Me is giving aid and comfort to the enemy, which is the prosecutable form of TREASON as found in the US Constitution.

12.     On the tenth day of January, in the year of our Lord two thousand and eight I sent to Condoleeza Rice, US Secretary of State a US Secretary of State Notice and Demand 012508, a true copy of which, together with proof of service, is attached hereto, and incorporated herein by reference in its entirety, but I remain an American National, and a Texas citizen. I also renounced the US citizen, prior to the US Secretary of State Notice and Demand 012508, in the Petition that I sent to the US Supreme Court in case number 07-5764.

13.     Pursuant to HJR 192 dated June 5, 1933, there is no money, and it is against public policy to use money, therefore, no financial institution has any money. The only thing that financial institutions have is credit on account belonging to the people, or non-redeemable federal reserve notes, which are worthless paper, and none of that is money.

14.     Therefore, I am not an entity that is subject to any filing fees/taxes.

15.     Furthermore, pursuant to HJR 192 dated June 5, 1933, it is against public policy to pay a debt, therefore this Court could not accept payment if it was tendered, and it would be a felony for the Clerk to accept Federal Reserve Notes as a tender in the payment of a debt, therefore, even if I was subject to said taxes/fees, it is impossible to pay the fees/taxes as requested.

16.     Furthermore, Congress told the US Supreme Court that they could only hear a Petition for a Writ or Certiorari, therefore, the US Supreme Court is not supreme, and since the US Constitution calls out one Supreme court, it is My One Supreme court, and I hereby ORDER this Court to accept and docket this PETITION without the payment of any fees or taxes.

17.     The citation of state and federal statutes within this document is only to notice my servants that which is applicable to them and is not intended, not shall it be construed, to mean that I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn confers, submits to, or has entered into any jurisdiction alluded to thereby.

18.     For all of the foregoing reasons, this court should ORDER the Clerk of the Court to file the Petition, and let it proceed without the payment of any fees/taxes.

19.     All of this was previously decided in the US Supreme Court case 07-5764, and is now *res judicata*, and *stare decisis,* a true copy of the Motion, Affidavit, Questionaire, and ORDER of the Court are attached hereto, and incorporated herein by reference in their entirety. This Court has no choice but to let the case proceed.

20.     All of which is signed and sealed in red ink on the land of Texas.

All of the above is respectfully submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

Date: SEP 08

_____
Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the people"
Inhabitant of the land of Texas
with a postal address of;
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
Telephone: 480-213-0897


### ACKNOWLEDGEMENT

As an *ex officio* Notary Public and an officer of the Court for the Republic of Texas, I, Henry Norman; house of Suhl, hereby certify that **Glenn Winningham; house of Fearn,** who is known to me, who is a sovereign living soul, an inhabitant of the land of Texas, and a holder of the office of "the people", appeared before me and executed the foregoing **Solemn Asservation,** on this ____ day of September, in the PAPAL year, Two Thousand and Eight.


_____
Notary



By Registered Mail **RA 351 949 910 US**

To:

Condoleezza Rice, US Secretary of State
2201 C Street NW
Washington, D.C. 20520

From:

Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas

**NON-NEGOTIABLE**                                                      **NON-NEGOTIABLE**

### NOTICE AND DEMAND

    I, Me, My, Myself, a man, a living soul, a sovereign, with an address correction: C/O Glenn Winningham; house of Fearn, Non-Domestic Mail, C/O 6340 Lake Worth Blvd., #437, Fort Worth, Texas, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1.    Condoleezza Rice, US Secretary of State, I accept your Oath of Office. Please find attached an Oath of Office acceptance which is incorporated herein by reference in its entirety.

2.    Condoleezza Rice, US Secretary of State, equality under the Law is paramount and mandatory by Law.

3.    Condoleezza Rice, US Secretary of State, I am competent for dealing in all of My affairs, and the matters set forth herein.

4.    Condoleezza Rice, US Secretary of State, you are not competent in dealing in any of My affairs.

5.    Condoleezza Rice, US Secretary of State, et al, I did not give you, the authority for making a legal determination for Me.

6.    Condoleezza Rice, US Secretary of State, et al, if you think or assume that you are representing Me, you are FIRED!

7.    Condoleezza Rice, US Secretary of State, et al, you are NOTICED that it is My intent, **NEVER** to act as SURETY, or in any way a guarantor, for any of the government's FRAUDULENTLY created fictitious entities.

8.    You, Condoleezza Rice, US Secretary of State, et al, are NOTICED that if you make, or attempt to make, a legal determination about Me, without My **prior express written permission**, it will be a Commercial Crime, and an agreement to the terms described in Paragraph 12 below.

9.    You, Condoleezza Rice, US Secretary of State, et al, are NOTICED that I am not a second class UNITED STATES citizen, 14th Amendment Citizen, corporation or other fictitious entity as found in CORPORATE DENIAL AFFIDAVIT, recorded with the Pinal County Recorder at FEE NUMBER 2005-107494, and ZIP CODE CORPORATE DENIAL AFFIDAVIT recorded with the Pinal County Recorder at FEE NUMBER 2005-

120448, true copies of both of which are attached hereto, and incorporated herein by reference in their entirety.

10.   You, Condoleezza Rice, US Secretary of State, et al, are NOTICED of My copyright on the government's fraudulently created fictitious entities names; Glenn W. Fearn, GLENN WINNINGHAM FEARN, or any derivative(s) thereof, and others, as found in NON-NEGOTIABLE Copyright NOTICE 091005 recorded with Pinal County Recorder FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety. If you, or any of your subordinates violate any of My copyrighted properties, without My **prior express written permission**, it will be an agreement to the terms described in Paragraph 12 below.

11.   You, Condoleezza Rice, US Secretary of State, et al, are NOTICED that the use by Me, of any of My copyrighted properties, **ANYWHERE,** including but not limited to, **Application Forms of ANY sort,** is **NOT** PRIOR EXPRESS WRITTEN PERMISSION for anything.

12.   You, Condoleezza Rice, US Secretary of State, were NOTICED that any violation My copyright(s), or making a legal determination for Me, representing Me, or communicating with Me in any manner not "under penalty of perjury" would constitute an agreement to the fee of;
      a)    ten thousand dollars ($10,000.00), minimum; or
      b)    one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or
      c)    ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,
      for each and every violation, payable only in U.S. Constitution Article 1, Section 10, Clause 1, gold or silver specie pursuant to 31 USC 5112, and the Coinage Act of 1792.

13.   Condoleezza Rice, US Secretary of State, you are NOTICED that My wife, Constance Ivy Lacey; of the house of Fearn travels to the land of British Columbia to visit her family, and then home again to the land of Arizona, and the land of Texas, from time to time.

14.   Condoleezza Rice, US Secretary of State, et al, since I am a Texian, and a US national, my wife and infant children are also Texians, and US nationals.
      *"It is however, true that in all common-law countries it has always and consistently been held that the wife and minor children take the nationality of the husband and father. This is common-law doctrine." In Re Page, 12 F.(2d) 135*

15.   Condoleezza Rice, US Secretary of State, you are further NOTICED that I am not a low life scumbag US citizen and there is no such thing as a US citizen;
      **"...it might be correctly said that there is no such thing as a citizen of the United States. ..... A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing."** Ex Parte Frank Knowles, 5 Cal. Rep. 300

*Seal*

and a US citizen is, in fact, an unincorporated corporation as found in 15 USC § 44 which is consistent with the fact that a US citizens name is always spelled in all block capital letters and at common law a proper name is never spelled in all block capital letters.

16.  Condoleezza Rice, US Secretary of State, you are further noticed that lying, thieving, murdering TREASONOUS, SEDITIOUS criminals in Congress and the Whitehouse have criminally converted citizenship in America with their fraudulent Thirteenth Amendment and Fourteenth Amendment scams and imposed it on all of the states through martial law as described in Paragraph 17 below.

17.  Condoleezza Rice, US Secretary of State, your recent demands that all US Citizens have a passport to travel to and from the American states is nothing more than an extortion racket, because you are demanding hundreds of dollars for your passports, making them mandatory, and it applies to nobody. You are using authority under a fraudulent Fourteenth Amendment and martial law, as found in the Expose on the NON-RATIFICATION OF THE FOURTEENTH AMENDMENT by Judge A.H. Ellett of the Utah Supreme Court, in the case, Dyett v Turner 439 P2d 266, which is attached hereto, and incorporated herein by reference in its entirety. You are using it as a mechanism to violate the rights of every living soul in America, and make millions of dollars for your handlers in the City of London and The Vatican. Your hired thugs at the border are using it to harass and intimidate every living soul they deal with, and it is criminal harassment. You have no authority whatsoever, and are operating in TREASON and SEDITION to the Constitution. Furthermore, since it could be argued that the War of Independence never ended because the War of 1812 was orchestrated to facilitate the disappearance of the true Thirteenth Amendment, (because the only major battle was when they burned the Capitol and the national archives) which resulted on foreign agents of the crown (BAR members) infiltrating our government, and bringing about the fraudulent Thirteenth and Fourteenth Amendments, and the resulting martial law, if you continue with this TREASON and SEDITION, you will be giving aid and comfort to the enemy, which is the prosecutable form of TREASON that is found in the US Constitution.

18.  Condoleezza Rice, US Secretary of State, et al, as a titled sovereign, and a holder of the office of "the people", I hereby ORDER you, and your subordinates, to protect My constitutional rights, and the constitutional rights of My family.

19.  Since hired thugs who work for you and the lying thieves in Congress and the Whitehouse keep insisting on shoving their fraudulently created 15 USC § 44 unincorporated corporation/US citizen down my throat whether I like it or not, I hereby renounce your enemy of the state/US citizen, but I remain a US national, and a holder of the office of "the people".
In order to capture your fraudulently created strawman/vessel called a US citizen it is necessary to become the authorized agent with a Security Agreement, a Power of Attorney in Fact, and provide public notice with a UCC-1 financing statement.
Condoleezza Rice, US Secretary of State, I keep getting trouble from Secretary's of

State in the various states when I try to file UCC-1's for your fraudulently created Title 15 USC § 44 unincorporated corporation/US citizen and they regularly claim that it is because of instructions they get from your office, which are obviously issued under your fraudulent martial law authority. Your office is saying that only a Title 15 USC § 44 unincorporated corporation/US citizen spelled with all block capital letters can file a UCC-1 and a UCC-1 cannot be filed by a living soul spelled in upper and lower case. The reason I am telling you this is because if you continue with this, it is proof of your Perjury of Oath, TREASON and SEDITION.

20.   Condoleezza Rice, US Secretary of State, et al, My wife and children are under My protection, and if there is any molestation, harassment, intimidation, or coercion, or any undue delay, because of the actions of any of your hired thugs at the border, or anywhere else, I will hold them, and their superiors up to and including YOU, personally responsible, and I will not rest until I have all of those responsible in jail. Furthermore, if I ever get turned away from another state Secretary of State's UCC filing office because they refuse to accept a sovereign living soul's filing, I will make up a special Affidavit of Criminal Complaint, very similar to the Affidavit of Criminal Complaint 041407 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2007-073069, which is attached hereto, except that it will be personalized for you, and I will get it recorded, and then after it has seasoned for 30 days and become public policy, and the un-rebutted truth, I will bring it to a grand jury and get an indictment against you for TREASON, SEDITION, PERJURY of OATH, Misprison of Felony, and anything else I can think of! ! Then I will pursue you to the ends of the earth to make sure you have lots of time to think about it,...... in jail!

Under I, Me, My, Myself, sui juris Texian American Sovereign by Glenn Winningham; house of Fearn Hand and Seal on this date in January, in the year of our Lord two thousand and eight, and I, Me, My, Myself, signature needs no Government Notary Approval because I do not know what perjury is.  It is only the perjurers and liars and deceivers who demand Notaries, because lies they know well, defraud and perjure them selves. Unless my signature is contested, timely, my signature stands as fact, needing no notary, no government approval, only two witnesses is sufficient as stated in the His Holy word, with My word as My bond. I am also being one with My natural right, being trusted at My word until proven false --- for natural is common law!

### Notice for the principal is notice for the agent and notice for the agent is notice for the principal.

This instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN, and all derivatives thereof
My Copyright

_____
Glenn Winningham; house of Fearn, *sui juris*
sovereign living soul, holder of the office of "the people"

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.-------------------------------------------------------------------------------Title Holder Glenn Winningham; house of Fearn
                                                                                                        With the Copy-Claim

Title Holder: Glenn Winningham; house of Fearn                    US Secretary of State, NOTICE AND DEMAND 012508

## <u>Witnesses</u>

We, the undersigned witnesses, who are sovereign living souls, each and everyone of us, inhabitants of the land of Texas, and holders of the office of "the people", do hereby certify that we witnessed the signature of Glenn Winningham; house of Fearn, who is also a sovereign living soul, an inhabitant of the land of Texas, and a holder of the office of "the people".

| **Signature** | **Date** | **Name** | **City nearest abode** |
|---|---|---|---|
| By _Robert Taylor_ | -3-08. | Robert Taylor | Yoxxx. |
| By _____ | | | |
| By _H.N. Suhl_ | 01-03-08 | H.N.Suhl | Azle, Texas |
| By _Jam Franklin_ | 01-03, 08 | | Fort Worth, T |
| By _____ | | | |
| By _____ | | | |
| By _____ | | | |
| By _____ | | | |

*Seal*

Page 5 (plus attachments)                                          US Secretary of State, NOTICE AND DEMAND 012508
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------Title Holder Glenn Winningham; house of Fearn
                                                                                                    With the Copy-Claim

 **FOR THE RECORD** 

## *OFFICIAL NOTICE/DEMAND by an American Sovereign!*

**FOR: The living Man or Woman of God so named below offering We the People of God your OATH OR AFFIRMATION FOR SERVICE UNDER WE THE PEOPLE'S CONSTITUTIONS, FOR SERVING AS A ELECTED, EMPLOYED AND/OR APPOINTED SERVANT AS AN OFFICIAL ADMINISTRATOR OR AGENT is now NOTICED that who so ever acts with DISHONOR regarding his/her OATH OF OFFICE standing unto God is in Violation(s) of His one Natural Law and contract breech with me being one We the People of God for not upholding my organic Constitutional superior declared Sovereign Rights of God and is therefore impersonating without standing;**

In the name of God, Amen; I, me, my, myself, a living soul sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES, formally accept your contract offer for value being your Oath and/or Affirmation(s) for Office without the Corporatism UNITED STATES by affirming (swearing), "so help me God". I formally accept your offer with lawful conditions with your constitutional, legislated, delegated, regulatory authority and your timely public declaration for fiduciary officeholder by Oath and/or Affirmation by limiting your all enforcement claims brought forth, "UNDER PENALTIES with PERJURY". Further, I formally accept your Oath offers with conditions that all RETURNS must be signed Under Penalties with Perjury upholding and notwithstanding all your Oath offering(s) and/or Affirmation(s). I formally accept your Oath offers or Affirmation(s) for Office beholding unto our Creator God as being truth. KJV: Leviticus 19:12, Deuteronomy 23:23, I Kings 8:31-32, Ecclesiastes 5:3-6, Mathew 23:11-30, James 1:6-7.

It is now written that you and I have joinder standing under God in a firm binding private contract ab initio, I demand you uphold your private contract part, non ultra vires, as laid down by our Creator in His Holy Word and declared in the one We the People's organic Constitution for Texas a republic and with all other Oath offering(s) and Affirmation(s) notwithstanding. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Whereas the above private contract now being in force, you are personally liable for the protection for my entire Texian American Sovereignty declared rights standing in God's Kingdom without the Corporatism UNITED STATES, therefore I demand you honor my reserved declared rights imbedded in our Constitution and protected with God's Superior common law and commercial law which is created within imprescriptibility as mine and are inalienable in their entirety. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Absent the above private contract involving my Sovereign private affairs that are arrived at without recourse and dishonor with you and whereas your Corporatist Title being one PERSON created by THE STATE OF TEXAS /UNITED STATES is fired from assigning or appointing any 3rd party legal representation for making legal determinations involving me. Doing otherwise initiates Dishonor unto Him our Creator and good faith breach with me of God and in International Maritime Law voids your fiduciary worthiness.

I further declare I am confident for handling my own affairs. I do not own or reside on or in any water body on planet earth. I declare by Affidavit "I am of God not a Corporatism UNITED STATES OR STATE created Corporatist". If you insist on pursuing, standing against me of God without Venue or proper geographical Jurisdiction you are in Texas State Corporatism violation "Law with Color", Nation's Laws, International Laws and the most superior law over all, our creator God's one Royal law.

**KJV/Gal: 5-14; all law is fulfilled in one word; Thou shall love thy neighbor as thyself. James 2:8-10**

**THEREFORE, *YOU ARE NOTICED* that you may be knowingly or unknowingly COMMITTING CRIMINAL ACTS by criminally converting Civil Statutes and my inalienable rights. These acts are being Created by simulating Court Processes using Corporatism "LAWS WITH COLOR" while being INFERIOR with We the People's Superior created organic Constitutional Jurisdiction and Venue. Therefore you** Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

Page 1 of 3                              With the Copy-Claim BY _____ Seal

 **FOR THE RECORD** 

may be standing in DISHONOR our OATH(S) OF OFFICE by dishonoring God the one Organic Creator Superior over all and myself a declared sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES. If found you have knowledge in COMMITTING such CRIMINAL ACTS and dishonoring your OATH(S) OF OFFICE as an Elected, Appointed, Assigned, and/or Employed official servant for We the People of God, claims may be brought against you PERSONALLY for you are operating outside the bounds for your constitutional, legislated, delegated, and regulatory authority. THE STATE OF TEXAS /UNITED STATES Corporatism offers no protection for its administrators, agents, employees that are elected, contracted, employed or appointed when they operate outside their jurisdictional bounds and against God's Superior created mankind.

I demand acknowledgement and receipt with attached *NOTICE/DEMAND* including any charging, billing, inquiry, summons and/or any other simulated Court process with related instrument(s) certified copies being sought against me that may require a fine, pleading, subpoena or arrest and/or causing myself injury and/or my private property. If you refuse in signing said OFFICIAL NOTICE/DEMAND then any fraudulent actions by you against me will be declared tendered and dishonored by affidavit and describing you as being an unlawful official administrator/agent/employee impersonator. I demand your signature hereon and returned within three days from receipt as an acknowledgement which may be introduced as evidence for initiated claim(s) and your signature hereon is not a guilt admission:

Official man/woman's living Name: Condoleezza Rice; Signature: _____

Official's Corporatism d.b.a./Title: CONDOLEEZZA RICE, UNITED STATES SECRETARY OF STATE;

Official's Corporatist Bar Card No: _____   Official's Office No.: _____

Official's Elected and/or Appointed Bonding Co. name and number: _____

Regards:

me By _____of God;
**I, me, my, myself By Glenn Winningham; house of Fearn, a Sui Juris Living-Soul, Claimant; holder of the office of "the people", By Affidavit I am of God standing in God's Kingdom without the Corporatism UNITED STATES as a Private-Texian-American-Sovereign and all my rights standing reserved in God's Kingdom, without Recourse**

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

With the Copy-Claim BY _____ Seal



## FOR THE RECORD

### Witnesses

We, the undersigned witnesses, who are sovereign living souls, each and everyone of us, inhabitants of the land of Texas, and holders of the office of "the people", do hereby certify that we witnessed the signature of Glenn Winningham; house of Fearn, who is also a sovereign living soul, an inhabitant of the land of Texas, and a holder of the office of "the people".

| Name | Signature | Date | City nearest abode; |
|------|-----------|------|---------------------|
| Robert Taylor | Robert Taylor | 1-3-08 | Yoakum |
| Jerry Cohn | | 1-3-08 | West Point |
| H. Norman Suhl | H.N. Suhl | 01-03-08 | Azle, Texas |
| By Tom Franklin | | 1-03-08 | Fort Worth, Tex |
| | | 01-03-08 | Ft Worth, Tx |

Return for me, By Glenn Winningham; house of Fearn
Non-Domestic Mail
c/o 6340 Lake Worth Blvd., #437
Fort Worth, Texas republic

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

Page 3 of 3

With the Copy-Claim BY _____ Seal



**UNITED STATES POSTAL SERVICE**.

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **RA35 1949 910U S**
Status: **Delivered**

Your item was delivered at 5:49 AM on January 14, 2008 in
WASHINGTON, DC 20520.

**Track & Confirm**

Enter Label/Receipt Number.

*Additional Details >*   *Return to USPS.com Home >*

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   *Go >*

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

| — **Registered No.** RA351949910US | | | | **Date Stamp** — |
| Reg. Fee | $10.1▊ | | | 0480 |
| Handling Charge | $0.00 | Return Receipt | $0.00 | 02 |
| Postage | $6.55 | Restricted Delivery | $0.00 | 01/10/08 |
| Received by: | | | | |

Domestic Insurance up to
$25,000 is included in the fee.
International Indemnity
is limited.
*(See Reverse).*

Customer Must Declare
Full Value $ **25.00**   ☒ With Postal Insurance   ☐ Without Postal Insurance

76148

**OFFICIAL USE**

To Be Completed By Post Office

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

FROM   Glenn Winningham; house of Fearn
NON-DOMESTIC MAIL
c/o 6340 Lake Worth Blvd #437
Fort Worth, Texas
WASHINGTON DC 20520

TO   Condolezza Rice, SECRETARY
US STATE DEPARTMENT
C201 C STREET, NW
WASHINGTON, DC 20520

PS Form **3806**,   **Receipt for Registered Mail**   Copy 1 - Customer
May 2004 (7530-02-000-9051)   *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com*

**PRIORITY MAIL**

**UNITED STATES POSTAL SERVICE**

Flat Rate
Mailing Envelope

*For Domestic and International Use*

*Visit us at usps.com*



$4.80

SAVE MORE $ BY SHIPPING ONLINE
visit usps.com

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.

**INTERNATIONAL RESTRICTIONS APPLY:**

**4-POUND WEIGHT LIMIT ON INTERNATIONAL APPLIES**

Customs forms are required. Consult the *International Mail Manual* (IMM) at pe.usps.gov or ask a retail associate for details.

From:/Expéditeur:

**Glenn Winningham; house of Fearn**
**Non-Domestic Mail**
**C/O 6340 Lake Worth Blvd., #437**
**Fort Worth, Texas**

To:/Destinataire:

US DISTRICT COURT FOR NORTH TEXAS
1100 COMMERCE ST
DALLAS, TEXAS
75242

Country of Destination:/Pays de destination:



RECEIVED
SEP 10 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

USPS packaging products have been awarded Cradle to Cradle Certification™ for their ecologically-intelligent design. For more information go to mbdc.com/usps

Please recycle.

Recycled Paper