From:
Glenn Winningham; house of Fearn
with a postal address of;
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas

ORIGINAL



**By Registered Mail** <u>RA 351 951 198 US</u>
To:
Paul D. Stickney, Magistrate Judge
United States District Court for the Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

**3:08 CV 1204G**

**NON-NEGOTIABLE**                                **NON-NEGOTIABLE**

### NOTICE AND DEMAND

    I, Me, My, Myself, a man, a living soul, a sovereign, an inhabitant of the land of Texas, and a holder of the office of "the people", with an address correction: C/O Glenn Winningham; house of Fearn, Non-Domestic Mail, C/O 6340 Lake Worth Blvd., #437, Fort Worth, Texas, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1. Paul D. Stickney, Magistrate Judge, I accept your Oath of Office. Please find an Oath of Office acceptance document attached hereto, and incorporated herein by reference in its entirety.

2. Paul D. Stickney, Magistrate Judge, equality under the Law is paramount and mandatory by Law.

3. Paul D. Stickney, Magistrate Judge, I did not give you, the authority for making a legal determination for Me.

4. Paul D. Stickney, Magistrate Judge, et al, if you think or assume that you are representing Me, you are FIRED!

5. Paul D. Stickney, Magistrate Judge, et al, neither you, nor any other person, is competent in dealing with any of My affairs.

6. Paul D. Stickney, Magistrate Judge, I am competent for dealing in all of My affairs.

7. You, Paul D. Stickney, Magistrate Judge, were Noticed of My copyrights on the name(s) **Glenn W. Fearn©, GLENN WINNINGHAM FEARN©, FEARN, GLENN WINNINGHAM©,** or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety.

*Seal*

Page 1 (plus attachments)                                   Paul D. Stickney, Magistrate Judge, Notice and Demand 091108
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.————————————————————————————————————————————————————————————
————————————————————Title Holder Glenn Winningham; house of Fearn
                                                                              With the Copy-Claim

8. You, Paul D. Stickney, Magistrate Judge, et al, were ORDERED that any communication with me is to be signed "under the penalty of perjury".

9. You, Paul D. Stickney, Magistrate Judge, et al, were Noticed that any violation My copyright(s), or making a legal determination for Me, representing Me, or communicating with Me in any manner not "under penalty of perjury" would constitute an agreement to the fee of;
   a) ten thousand dollars ($10,000.00), minimum; or
   b) one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or
   c) ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,
   for each and every violation, payable only in lawful money.

10. You, Paul D. Stickney, Magistrate Judge, et al, were also noticed that any violation as described in paragraph 9 above would constitute an agreement that I could seek relief from all of your corporate officers and directors as well as your parent corporation(s), and its officers and directors, jointly, severally, and personally.

11. You, Paul D. Stickney, Magistrate Judge, et al, if you wish to communicate with Me, the sovereign living soul, you are required to address the letter EXACTLY as shown above and if you must use a ZIP code, put it in square brackets, because it takes it off the page, otherwise, additional damages and injuries will accrue.

12. Paul D. Stickney, Magistrate Judge, et al, you are NOTICED that it is My intent, **NEVER** to act as SURETY, or in any be the guarantor, or an accommodation party for the fictitious entities created by government officials through FRAUD, COERCION, INTIMIDATION, and PERJURY OF OATH.

13. Paul D. Stickney, Magistrate Judge, et al, are NOTICED that because of criminal conversion of My name and the names of My family members, I have seized control of the fraudulently created entities, and copyrighted the names, and therefore, I am the authorized representative for the 15 USC § 44 entity called GLENN WINNINGHAM FEARN, pursuant to Power of Attorney in Fact recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-159374, which is incorporated herein by reference in its entirety.

14. You, Paul D. Stickney, Magistrate Judge, et al, are NOTICED that I am not a second class UNITED STATES citizen, 14th Amendment Citizen, corporation or other fictitious entity as found in CORPORATE DENIAL AFFIDAVIT, recorded with the Pinal County Recorder at FEE NUMBER 2005-107494, and ZIP CODE CORPORATE DENIAL AFFIDAVIT recorded with the Pinal County Recorder at FEE NUMBER 2005-120448, both of which are incorporated herein by reference in their entirety.

15. You, Paul D. Stickney, Magistrate Judge, are NOTICED that all documents that are recorded with the PINAL COUNTY RECORDER may be viewed at their website at; http://pinalcountyaz.gov/Departments/Recorder/Pages/DocumentSearch.aspx

*Seal*

16. You, Paul D. Stickney, Magistrate Judge, are NOTICED that you are not authorized to serve commercial process on Me.

17. As a titled sovereign, I hereby DEMAND that you Paul D. Stickney, Magistrate Judge, protect Me from all foreign agents like agents from the FBI, the DEA, the INS, the IRS, the IMF, the CIA, and any other agents of foreign governments.

18. As you already know, Paul D. Stickney, Magistrate Judge, neither the Texas Transportation code, nor the Texas Business or Commerce code, also known as the Uniform Commercial code, are positive law, therefore, you have no authority whatsoever to impose anything in either of them on Me.

19. You, Paul D. Stickney, Magistrate Judge, are NOTICED that because I am a sovereign living soul, and a holder of the office of "the people", and an inhabitant of the land of Texas, that it also holds true that I am not a "person" as found in any of your corporate commercial codes, rules, and regulations, and therefore, your law merchant, a/k/a private international law, a/k/a martial law, a/k/a canon law, a/k/a ecclesiastical law, **does not apply to Me**, and if you or one of your subordinates attempts to impose one of your law merchant so-called contracts upon Me, your subordinate and you will be engaging in Perjury of Oath, Sedition to the Constitution, and giving aid and comfort to the enemy in a time of war, which is the prosecutable form of Treason as found in the constitutions for the united States of America, as well as the Republic of Texas.

20. Finally, Paul D. Stickney, Magistrate Judge, et al, as a titled sovereign, I hereby DEMAND that you, and your subordinates, protect My unalienable rights.

21. Signed and Sealed in red ink on the land of Texas.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

**Notice for the principal is notice for the agent and
notice for the agent is notice for the principal.**

This instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN, and all derivatives thereof
My Copyright

_____
Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the people"
inhabitant of the land of Texas

Seal

## ACKNOWLEDGEMENT

As an *ex officio* Notary Public and an officer of the Court for the Republic of Texas, I, Henry Norman; house of Suhl, hereby certify that **Glenn Winningham; house of Fearn,** who is known to me, who is a sovereign living soul, an inhabitant of the land of Texas, and a holder of the office of "the people", appeared before me and executed the foregoing **NOTICE AND DEMAND 091108,** on this ___ day of September, in the year of our Lord, Two Thousand and Eight.

*H. N. Suhl*
Notary



Seal

 

# FOR THE RECORD

## *OFFICIAL NOTICE/DEMAND by an American Sovereign!*

**FOR:** The living Man or Woman of God Licensed within the Corporatism THE UNITED STATES OF AMERICA 4, CORP./THE STATE OF TEXAS and/or Corporatism STATE BAR OF TEXAS/AMERICAN BAR ASSOCIATION doing business under the Official Oath(s) for Office as mandated and given for public service.

The oath for the Corporatism so called THE UNITED STATES OF AMERICA 4, CORP./THE STATE OF TEXAS LICENSED BAR ATTORNEY serving as an officer in any non-record court and/or 3rd party debt collector must be affirmed (sworn) with the Corporatism STATE BAR OF TEXAS/AMERICAN BAR ASSOCIATION and another affirmed (sworn) for upholding the Certified Texas Constitution and the United States of America Constitution. Your Oath of Office for the so called Corporatism STATE BAR OF TEXAS/AMERICAN BAR ASSOCIATION and your related duty for supporting the Corporatism statutes, ordinances, and rules for the so called Corporatism THE UNITED STATES OF AMERICA 4, CORP./THE STATE OF TEXAS is eminently graver and inferior with superior standing being your Oath for Office in the organic Constitution(s). Forever reserving the imbedded people's Declaration (Bill) of Rights and you bearing by Oath the obligation in your duty and service for the people and protecting the rights for each Texian American Sovereign man or woman of God whereas you serve in the Official Corporatism capacity for THE UNITED STATES OF AMERICA 4, CORP./THE STATE OF TEXAS/ LICENSED BAR ATTORNEY and/or ESQUIRE. Therefore serving honestly as an employee whether employed, elected, appointed and/or assigned as an Administrator and/or Agent. Let it be known as herein written that who ever acts with Dishonor regarding his/her OATH OF OFFICE unto God is offending with Violation(s) my American Sovereign Rights of God and is impersonating.

In the name of God, Amen; I, Me, My, Myself, a living soul sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism THE UNITED STATES OF AMERICA 4, CORP./THE STATE OF TEXAS formally accept your contract offer for value being your Oath and/or Affirmation(s) for Office without the Corporatism THE UNITED STATES OF AMERICA 4, CORP./THE STATE OF TEXAS by affirming (swearing), "so help me God". I formally accept your offer with lawful conditions with your constitutional, legislated, delegated, regulatory authority and your timely public declaration for fiduciary officeholder by Oath and/or Affirmation by limiting your all enforcement claims brought forth, "UNDER PENALTIES with PERJURY". Further, I formally accept your Oath offers with conditions that all RETURNS must be signed Under Penalties with Perjury upholding and notwithstanding all your Oath offering(s) and/or Affirmation(s). I formally accept your Oath offers or Affirmation(s) for Office beholding unto our Creator God as being truth. KJV: Leviticus 19:12, Deuteronomy 23:23, I Kings 8:31-32, Ecclesiastes 5:3-6, Mathew 23:11-30, James 1:6-7.

Absent the above private binding contract involving my sui juris Sovereign private affairs that are arrived at without recourse and dishonor with you and whereas your Corporatism Title being one PERSON created and licensed within THE UNITED STATES OF AMERICA 4, CORP./THE STATE OF TEXAS/AMERICAN BAR ASSOCIATION/ STATE BAR OF TEXAS as Corporation(s) is fired from any legal representation and/or making legal determinations involving me. Doing otherwise initiates Dishonor unto Him our Creator and good faith breach with Me and the International Maritime Laws voids your fiduciary worthiness.

I further declare I am confident for handling my own affairs. I do not own or reside on or in any water body on planet earth. I declare by Affidavit "I am of God not a Corporatism UNITED STATES OR STATE created Corporatist". If you insist on pursuing, standing against me of God without Venue or proper geographical Jurisdiction you are in Texas State Corporatism violation "Laws with Color", Nation's Laws, International Laws and the most superior law over all, our creator God's one Royal law.

KJV/Gal: 5-14; <u>all law is fulfilled in one word</u>; <u>Thou shall love thy neighbor as thyself. Jam. 2:8-10</u>

THEREFORE, <u>YOU ARE NOTICED</u> that you may be knowingly or unknowingly COMMITTING CRIMINAL ACTS by criminally converting Civil Statutes and my inalienable rights. These acts are being Created by simulating Court Processes using Corporatism "LAWS WITH COLOR" while being INFERIOR

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God
Page 1 of 3
With the Copy-Claim By

 

# FOR THE RECORD

with We the People's Superior created organic Constitutional Jurisdiction and Venue. Therefore you may be standing in DISHONOR our OATH(S) OF OFFICE by dishonoring God the one Organic Creator Superior over all and myself a declared sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism THE UNITED STATES OF AMERICA 4, INC. If found you have knowledge in COMMITTING such CRIMINAL ACTS and dishonoring your OATH(S) OF OFFICE as an Elected, Appointed, Assigned, and/or Employed official servant for We the People of God, claims may be brought against you **PERSONALLY** for you are operating outside the bounds for your constitutional, legislated, delegated, and regulatory authority. THE UNITED STATES OF AMERICA 4, INC., Corporatism offers <u>no protection for its administrators, agents, employees that are elected, contracted, employed or appointed</u> when they operate outside their jurisdictional bounds and against God's Superior created mankind.

I demand acknowledgement and receipt with <u>attached *NOTICE/DEMAND*</u> including any charging, billing, inquiry, summons and/or any other simulated Court process with related instrument(s) certified copies being sought against me that may require a fine, pleading, subpoena or arrest and/or causing myself injury and/or my private property. If you refuse in signing said OFFICIAL NOTICE/DEMAND then any fraudulent actions by you against me will be declared tendered and dishonored by affidavit and describing you as being an unlawful official administrator/agent/employee impersonator. I demand your signature hereon and returned within three days from receipt as an acknowledgement which may be introduced as evidence for initiated claim(s) and your signature hereon <u>is not a guilt admission</u>.

**All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).**

Agent man/woman's living Name: Paul D. Stickney; Signature: _____

Agent's Elected, Hired and/or Appointed d.b.a./Title: Paul D. STICKNEY, MAGISTRATE JUDGE, US DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, AMERICAN BAR ASSOCIATION, STATE BAR OF TEXAS;

Agent's Bar Card No: _____. Agent's Office No: _____

Agent's Elected and/or Appointed Bonding Co. name and number: _____

Signed and sealed in red ink on the land of Texas

Regards;

_____ of God;
I, Me, My, Myself By Glenn Winningham; house of Fearn, a Sui Juris Living-Soul, Claimant. By Affidavit I am of God standing in God's Kingdom without the Corporatism THE UNITED STATES OF AMERICA 4, CORP., as a Private-Texian-American-Sovereign

Seal

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God
Page 2 of 3
                                                                    With the Copy-Claim By

 

## FOR THE RECORD

As an *ex officio* Notary Public and an officer of the court for the Republic of Texas, I, Henry Norman; house of Suhl, hereby certify that **Glenn Winningham; house of Fearn,** who is known to me, who is a sovereign living soul, an inhabitant of the land of Texas, and a holder of the office of "the people", appeared before me and executed the foregoing on this ⎯10ᵀᴴ⎯ day of ~~April,~~ September In the year of our Lord, Two Thousand and Eight.

_H. N. Suhl_
Notary



Return for me,  Glenn Winningham; house of Fearn
c/o united States Post Office
Non-Domestic Mail
[6340 Lake Worth Blvd., #437]
Fort Worth, Texas republic

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God
Page 3 of 3
With the Copy-Claim By _Seal_




Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd, #437
Fort Worth, Texas

WRAY

PAUL D. STICKNEY, MAGISTRATE JUDGE
US DIST COURT FOR NORTHERN TEXAS
1100 E COMMERCE ST
DALLAS, TX 75242

RECEIVED SEP 16 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. POSTAGE PAID
FT. WORTH, TX 76161
SEP 12, '08
AMOUNT $11.39
0002077905