ORIGINAL

Glenn Winningham; house of Fearn
with a postal address of;
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
Phone 480-213-0897

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 5 2008
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Glenn Winningham; house of Fearn | ] | Case # **3-08CV1204-G** |
| Demandant | ] | |
| v | ] | |
| THE CROWN, et al, | ] | |
| Respondents | ] | |

### NOTICE OF OBJECTION

I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn hereby make DEMAND and OBJECT in the strongest possible manner to the FINDINGS AND CONCLUSIONS of PAUL D. STICKNEY, UNITED STATES MAGISTRATE JUDGE, for the following reasons;

1    I am a beneficiary of the trust created by the Constitution for the united States of America, 1787, and therefore, this Court, and all of its employees are My servants, and have an oath of office to protect My rights.

2    On the twelfth day of September, in the year two thousand and eight, I sent a Paul D. Stickney, Magistrate Judge, Notice and Demand 091108 to My servant PAUL D STICKNEY, UNITED STATES MAGISTRATE JUDGE by Registered Mail RA 351 951 198 US, a true copy of which, together with proof of service, is attached hereto, and incorporated herein by reference in its entirety.

3    In paragraph 1 of the Paul D. Stickney, Magistrate Judge, Notice and Demand 091108 I told him that I accepted his oath of office, and I sent him an oath of office to return to Me, by which he could acknowledge his oath towards Me, but he dishonored that oath.

4    In paragraphs 2 and 3 of the Paul D. Stickney, Magistrate Judge, Notice and Demand 091108 I told him that he had no right to represent Me, or make a legal determination for Me, and if he thought he was representing Me, he was FIRED!

5        In paragraphs 7 and 9 of the Paul D. Stickney, Magistrate Judge, Notice and Demand 091108 I noticed him about My copyright on the strawman/vessel's name GLENN WINNINGHAM FEARN, and all derivatives thereof, and the fees associated therewith.

6        PAUL D STICKNEY, UNITED STATES MAGISTRATE JUDGE, gets a royalty for every case that he deals with and his royalty is much more than his salary as a MAGISTRATE JUDGE, therefore he has demonstrated that he will perjure his oath of office at the drop of a hat if there is money to be made.

7        PAUL D. STICKNEY knows that a US citizen doesn't exist, and there is no such thing, but PAUL D STICKNEY was more interested in getting his royalty and he couldn't care less if he perjured his oath of office in the process. PAUL CLEMENTS, former US SOLICITOR GENERAL, admitted, in My case # 07-5674 with the US Supreme Court, that a US citizen is a 15 USC § 44 unincorporated corporation and that the entity GLENN WINNINGHAM FEARN is a 15 USC § 44 unincorporated corporation which doesn't exist and that is consistent with what the California Supreme Court said,
"...it might be correctly said that there is no such thing as a citizen of the United States. ..... A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing."
Ex Parte Frank Knowles, 5 Cal. Rep. 300

8        PAUL D STICKNEY, UNITED STATES MAGISTRATE JUDGE has used My private copyrighted property, by putting GLENN WINNINGHAM in the heading of his paperwork, and since he is busy trying to coerce Me into his foreign corporate commercial jurisdiction by falsely accusing Me of being a US citizen, in furtherance of one of his martial law so-called commercial transactions, therefore he is doing it for profit or gain, and PAUL D STICKNEY, UNITED STATES MAGISTRATE JUDGE, his boss, the Chief Judge, the Court, and the foreign municipal corporation UNITED STATES OF AMERICA4, CORP., now owes me one million dollars in lawful money, and I demand payment!

9        In paragraphs 13 and 14 of the Paul D. Stickney, Magistrate Judge, Notice and Demand 091108 I told him that I am not a US citizen, 14th Amendment citizen, corporation, or other fictitious entity, that I was the authorized representative for the fictitious entity, but I am not a surety, guarantor, or accommodation party for the fictitious entity created by criminals in the government through fraud, coercion, intimidation and perjury of oath.

10.      In the Paul D. Stickney, Magistrate Judge, Notice and Demand 091108 I signed it as a "sovereign living soul", a "holder of the office of the people", and "an inhabitant of the land of Texas".

11       In the FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, he criminally converted My citizenship by falsely accusing me of being a Plaintiff, numerous times, because a Plaintiff is a "person".

A Plaintiff is; *"A person who brings an action;..."* Black's Law Dictionary 5th Edition

12     In my recent US Supreme Court case 07-5674, the US Department of Justice admitted that US citizen is a 15 USC § 44 unincorporated corporation, and they further admitted that the US citizen GLENN WINNINGHAM FEARN is a 15 USC § 44 unincorporated corporation, and that it is an unlawfully converted version of My name which is done specifically to cause Me injury and harm. To be more specific, they admitted that it was created by criminals for the specific purpose of engaging in the theft of My property.

13     According to the fraudulent Fourteenth Amendment, a "person" is a US citizen, therefore, in spite of My DEMANDS, PAUL D STICKNEY, has chosen to make legal determinations for Me, by falsely accusing Me of being a US citizen. You cannot make a legal determination for anybody without representing them, therefore, he also represented Me without any authority, after I told him he was FIRED!

14     PAUL D STICKNEY, UNITED STATES MAGISTRATE JUDGE has deliberately criminally converted My name for the specific purpose of violating My rights because a US citizen has no rights.
*"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government."*
Maxwell v Dow, 20 S.C.R. 448, at pg 455;

*"The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States,"* US vs. Valentine 288 F. Supp. 957

15     PAUL D STICKNEY, UNITED STATES MAGISTRATE JUDGE knows that I can be a citizen of a state without being a US citizen;
*"...that there was a citizenship of the United States and a citizenship of the states, which were distinct from each other, depending upon different characteristics and circumstances in the individual; that it was only privileges and immunities of the citizens of the United States that were placed by the amendment under the protection of the Federal Constitution, and that the privileges and immunities of a citizen of a state, whatever they might be, were not intended to have any additional protection by the paragraph in question, but they must rest for their security and protection where they have heretofore rested."*     Maxwell v Dow, 20 S.C.R. 448, at pg 451

*"One may be a citizen of a State and yet not a citizen of the United States. Thomasson v State, 15 Ind. 449; Cory v Carter, 48 Ind. 327 (17 Am. R. 738); McCarthy v. Froelke, 63 Ind. 507; In Re Wehlitz, 16 Wis. 443."* McDonel v State, 90 Ind. Rep. 320 at pg 323;

*"Privileges and immunities clause of the Fourteenth Amendment protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship. 14,§ 1."*
Jones v Temmer, 829 F.Supp. 1226 (D.Colo. 1993);

16      In the Petition, the Motion to Proceed without the Prepayment of Fees that I submitted, and the Affidavit that was attached, and even the questionnaire that I filled out, I told the Court that I am a Petitioner, which is not a "person";
Petitioner - "*One who presents a petition to a court, officer, or legislative body.*"
Black's Law Dictionary 5th Edition pg 1031.

17      In the Affidavit I also told the court that I am not a corporation, and according to the US Supreme Court, only corporations have income, therefore, I put N/A in all of the blocks for income or the money substitute delineated by "$", because it is for corporations, not sovereign living souls.
"*...it becomes essential to distinguish between what is and what is not "income," according to truth and substance without regard to form. Congress cannot, by any definition it may adopt, conclude the matter, since it cannot by legislation, alter the Constitution, from which it derives its power to legislate, and which within those limitations alone, that power can be unlawfully exercised... [Income is] Derived -- from -- capital -- the -- gain -- derived -- from -- capital, etc. Here we have the essential matter -- not gain accruing to capital, not a growth or increment of value in the investment; but a gain, a profit, something of exchangeable value ... severed from the capital however invested or employed, and coming in, being "derived," that is received or drawn by the recipient for his separate use, benefit and disposal -- that is the income derived from property. Nothing else answers the description....*" [emphasis is in the original]
Eisner v Macomber, 252 U.S. 189

18      When the Petition for this case was sent to the court it included a MOTION TO PROCEED WITHOUT THE PREPAYMENT OF FEES OR COSTS, and attached to that MOTION was attached an Affidavit. Nowhere in that MOTION or Affidavit does it say anything about impecuniosity, or *in forma pauperis*.

19      In the MOTION TO PROCEED WITHOUT THE PREPAYMENT OF FEES OR COSTS, I said the same things described above, I am not a "person", I am not a corporation, I am not an "employee", I am not a "US citizen", I have no "income" because it is corporate profits, I have no "residence", I have no "spouse", and all of this was admitted by the US Department of Justice in My recent case 07-5674 with the US Supreme Court.

20      Article Eleven in Amendment to the Constitution for the united States of America says that no judge in the United States has the authority to make a legal determination about one of "the people".

21      PAUL D STICKNEY, UNITED STATES MAGISTRATE JUDGE chose to perjure his oath of office by making an unlawful legal determination by falsely accusing Me of being a US citizen when he sent his questionnaire because the questionnaire is for "residents", "US citizens", "corporations", "spouses", "employees", and "persons" ONLY.

4

22      Article One in Amendment to the Constitution for the united States of America, says that the right of "the people" to Petition the government for a redress of grievances is unlimited, and not subject to regulation in any way, and I am one of "the people".

23      PAUL D STICKNEY, UNITED STATES MAGISTRATE JUDGE chose to perjure his oath of office by attempting to convert a right into a privilege.

24      PAUL D STICKNEY, UNITED STATES MAGISTRATE JUDGE, could have simply denied the MOTION, but he chose to clearly demonstrate his perjury of oath by recommending dismissal of the case and therefore, he was being vindictive about it. He knows that My available remedies in this case are limited, because of the foreign respondents involved, but he wants to help out his handlers in the City of London and show where his true allegiance lies, with the Crown. He wants to make sure they know that they have his permission to engage in theft, murder, and extortion as much as they want because he will deny any proceedings initiated by anyone who thinks they have any rights.

25      I am sorry that PAUL D STICKNEY, UNITED STATES MAGISTRATE JUDGE was offended by how I filled out the questionnaire, and that he chose to perjure his oath of office, and engage in treason, and sedition to the constitution, by sending it to Me, ....but I have to say that criminals offend Me, and I will assert My God given rights to My last dying breath, and if he doesn't like it, then My suggestion to him is to send his hired thugs over to My house and have them take Me out back and blow My brains out, because by the time I am done with him, he will wish he did, and I will do it all within the law, and by the law of the land. This is not a threat, it is a promise, and My word is My bond. He has no immunity from Me whatsoever.

26      Furthermore, any officer of the Court who reads this and does not initiate felony charges against PAUL D STICKNEY, UNITED STATES MAGISTRATE JUDGE will be guilty of Misprison of Felony, and operating as an accomplice to his crimes.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1), without the UNITED STATES.

Signed and sealed in red ink and dated, on the land of Texas this 31 ST day of October, 2008.

Glenn Winningham; house of Fearn, sui juris
Sovereign living soul, holder of the office of "the people"
Inhabitant of the land of Texas
with a Postal address of
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort, Worth, Texas

5

## ACKNOWLEDGEMENT

As an *ex officio* Notary and an officer of the Court for the republic of Texas, I, Henry Norman; house of Suhl, hereby certify that **Glenn Winningham; house of Fearn,** who is known to me, who is a sovereign living soul, an inhabitant of the land of Texas, and a holder of the office of "the people", appeared before me and executed the foregoing **PETITION,** on this 31 ST day of October, in the year, Two Thousand and Eight.

*H. Norman Suhl*
Notary

(Seal: Republic of Texas, Chief Justice Robertson County)

From:
Glenn Winningham; house of Fearn
with a postal address of;
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas

**By Registered Mail RA 351 951 198 US**
To:
Paul D. Stickney, Magistrate Judge
United States District Court for the Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

**NON-NEGOTIABLE**                                            **NON-NEGOTIABLE**
**NOTICE AND DEMAND**

I, Me, My, Myself, a man, a living soul, a sovereign, an inhabitant of the land of Texas, and a holder of the office of "the people", with an address correction: C/O Glenn Winningham; house of Fearn, Non-Domestic Mail, C/O 6340 Lake Worth Blvd., #437, Fort Worth, Texas, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1.  Paul D. Stickney, Magistrate Judge, I accept your Oath of Office. Please find an Oath of Office acceptance document attached hereto, and incorporated herein by reference in its entirety.

2.  Paul D. Stickney, Magistrate Judge, equality under the Law is paramount and mandatory by Law.

3.  Paul D. Stickney, Magistrate Judge, I did not give you, the authority for making a legal determination for Me.

4.  Paul D. Stickney, Magistrate Judge, et al, if you think or assume that you are representing Me, you are FIRED!

5.  Paul D. Stickney, Magistrate Judge, et al, neither you, nor any other person, is competent in dealing with any of My affairs.

6.  Paul D. Stickney, Magistrate Judge, I am competent for dealing in all of My affairs.

7.  You, Paul D. Stickney, Magistrate Judge, were Noticed of My copyrights on the name(s) **Glenn W. Fearn©, GLENN WINNINGHAM FEARN©, FEARN, GLENN WINNINGHAM©**, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety.

*Seal*

Page 1 (plus attachments)                         Paul D. Stickney, Magistrate Judge, Notice and Demand 091108
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------------------------------------------------------------------------Title Holder Glenn Winningham; house of Fearn
                                                                                              With the Copy-Claim

8. You, Paul D. Stickney, Magistrate Judge, et al, were ORDERED that any communication with me is to be signed "under the penalty of perjury".

9. You, Paul D. Stickney, Magistrate Judge, et al, were Noticed that any violation My copyright(s), or making a legal determination for Me, representing Me, or communicating with Me in any manner not "under penalty of perjury" would constitute an agreement to the fee of;
    a)   ten thousand dollars ($10,000.00), minimum; or
    b)   one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or
    c)   ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,
    for each and every violation, payable only in lawful money.

10. You, Paul D. Stickney, Magistrate Judge, et al, were also noticed that any violation as described in paragraph 9 above would constitute an agreement that I could seek relief from all of your corporate officers and directors as well as your parent corporation(s), and its officers and directors, jointly, severally, and personally.

11. You, Paul D. Stickney, Magistrate Judge, et al, if you wish to communicate with Me, the sovereign living soul, you are required to address the letter EXACTLY as shown above and if you must use a ZIP code, put it in square brackets, because it takes it off the page, otherwise, additional damages and injuries will accrue.

12. Paul D. Stickney, Magistrate Judge, et al, you are NOTICED that it is My intent, **NEVER** to act as SURETY, or in any be the guarantor, or an accommodation party for the fictitious entities created by government officials through FRAUD, COERCION, INTIMIDATION, and PERJURY OF OATH.

13. Paul D. Stickney, Magistrate Judge, et al, are NOTICED that because of criminal conversion of My name and the names of My family members, I have seized control of the fraudulently created entities, and copyrighted the names, and therefore, I am the authorized representative for the 15 USC § 44 entity called GLENN WINNINGHAM FEARN, pursuant to Power of Attorney in Fact recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-159374, which is incorporated herein by reference in its entirety.

14. You, Paul D. Stickney, Magistrate Judge, et al, are NOTICED that I am not a second class UNITED STATES citizen, 14th Amendment Citizen, corporation or other fictitious entity as found in CORPORATE DENIAL AFFIDAVIT, recorded with the Pinal County Recorder at FEE NUMBER 2005-107494, and ZIP CODE CORPORATE DENIAL AFFIDAVIT recorded with the Pinal County Recorder at FEE NUMBER 2005-120448, both of which are incorporated herein by reference in their entirety.

15. You, Paul D. Stickney, Magistrate Judge, are NOTICED that all documents that are recorded with the PINAL COUNTY RECORDER may be viewed at their website at; http://pinalcountyaz.gov/Departments/Recorder/Pages/DocumentSearch.aspx

16. You, Paul D. Stickney, Magistrate Judge, are NOTICED that you are not authorized to serve commercial process on Me.

17. As a titled sovereign, I hereby DEMAND that you Paul D. Stickney, Magistrate Judge, protect Me from all foreign agents like agents from the FBI, the DEA, the INS, the IRS, the IMF, the CIA, and any other agents of foreign governments.

18. As you already know, Paul D. Stickney, Magistrate Judge, neither the Texas Transportation code, nor the Texas Business or Commerce code, also known as the Uniform Commercial code, are positive law, therefore, you have no authority whatsoever to impose anything in either of them on Me.

19. You, Paul D. Stickney, Magistrate Judge, are NOTICED that because I am a sovereign living soul, and a holder of the office of "the people", and an inhabitant of the land of Texas, that it also holds true that I am not a "person" as found in any of your corporate commercial codes, rules, and regulations, and therefore, your law merchant, a/k/a private international law, a/k/a martial law, a/k/a canon law, a/k/a ecclesiastical law, **does not apply to Me**, and if you or one of your subordinates attempts to impose one of your law merchant so-called contracts upon Me, your subordinate and you will be engaging in Perjury of Oath, Sedition to the Constitution, and giving aid and comfort to the enemy in a time of war, which is the prosecutable form of Treason as found in the constitutions for the united States of America, as well as the Republic of Texas.

20. Finally, Paul D. Stickney, Magistrate Judge, et al, as a titled sovereign, I hereby DEMAND that you, and your subordinates, protect My unalienable rights.

21. Signed and Sealed in red ink on the land of Texas.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

**Notice for the principal is notice for the agent and
notice for the agent is notice for the principal.**

This instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN, and all derivatives thereof
My Copyright

_____
Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the people"
inhabitant of the land of Texas

Seal

## ACKNOWLEDGEMENT

As an *ex officio* Notary Public and an officer of the Court for the Republic of Texas, I, Henry Norman; house of Suhl, hereby certify that **Glenn Winningham; house of Fearn,** who is known to me, who is a sovereign living soul, an inhabitant of the land of Texas, and a holder of the office of "the people", appeared before me and executed the foregoing **NOTICE AND DEMAND 081108,** on this _____ day of September, in the year of our Lord, Two Thousand and Eight.

_____
Notary



Seal

 

## FOR THE RECORD

## <u>OFFICIAL NOTICE/DEMAND by an American Sovereign!</u>

**FOR:** The living Man or Woman of God Licensed within the Corporatism THE UNITED STATES OF AMERICA 4, CORP./THE STATE OF TEXAS and/or Corporatism STATE BAR OF TEXAS/AMERICAN BAR ASSOCIATION doing business under the Official Oath(s) for Office as mandated and given for public service.

The oath for the Corporatism so called THE UNITED STATES OF AMERICA 4, CORP./THE STATE OF TEXAS LICENSED BAR ATTORNEY serving as an officer in any non-record court and/or 3rd party debt collector must be affirmed (sworn) with the Corporatism STATE BAR OF TEXAS/AMERICAN BAR ASSOCIATION and another affirmed (sworn) for upholding the Certified Texas Constitution and the United States of America Constitution. Your Oath of Office for the so called Corporatism STATE BAR OF TEXAS/AMERICAN BAR ASSOCIATION and your related duty for supporting the Corporatism statutes, ordinances, and rules for the so called Corporatism THE UNITED STATES OF AMERICA 4, CORP./THE STATE OF TEXAS is eminently graver and inferior with superior standing being your Oath for Office in the organic Constitution(s). Forever reserving the imbedded people's Declaration (Bill) of Rights and you bearing by Oath the obligation in your duty and service for the people and protecting the rights for each Texian American Sovereign man or woman of God whereas you serve in the Official Corporatism capacity for THE UNITED STATES OF AMERICA 4, CORP./THE STATE OF TEXAS/ LICENSED BAR ATTORNEY and/or ESQUIRE. Therefore serving honestly as an employee whether employed, elected, appointed and/or assigned as an Administrator and/or Agent. Let it be known as herein written that who ever acts with Dishonor regarding his/her OATH OF OFFICE unto God is offending with Violation(s) my American Sovereign Rights of God and is impersonating.

In the name of God, Amen; I, Me, My, Myself, a living soul sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism THE UNITED STATES OF AMERICA 4, CORP./THE STATE OF TEXAS formally accept your contract offer for value being your Oath and/or Affirmation(s) for Office without the Corporatism THE UNITED STATES OF AMERICA 4, CORP./THE STATE OF TEXAS by affirming (swearing), "so help me God". I formally accept your offer with lawful conditions with your constitutional, legislated, delegated, regulatory authority and your timely public declaration for fiduciary officeholder by Oath and/or Affirmation by limiting your all enforcement claims brought forth, "UNDER PENALTIES with PERJURY". Further, I formally accept your Oath offers with conditions that all RETURNS must be signed Under Penalties with Perjury upholding and notwithstanding all your Oath offering(s) and/or Affirmation(s). I formally accept your Oath offers or Affirmation(s) for Office beholding unto our Creator God as being truth. KJV: Leviticus 19:12, Deuteronomy 23:23, I Kings 8:31-32, Ecclesiastes 5:3-6, Mathew 23:11-30, James 1:6-7.

Absent the above private binding contract involving my sui juris Sovereign private affairs that are arrived at without recourse and dishonor with you and whereas your Corporatism Title being one PERSON created and licensed within THE UNITED STATES OF AMERICA 4, CORP./THE STATE OF TEXAS/AMERICAN BAR ASSOCIATION/ STATE BAR OF TEXAS as Corporation(s) is fired from any legal representation and/or making legal determinations involving me. Doing otherwise initiates Dishonor unto Him our Creator and good faith breach with Me and the International Maritime Laws voids your fiduciary worthiness.

I further declare I am confident for handling my own affairs. I do not own or reside on or in any water body on planet earth. I declare by Affidavit "I am of God not a Corporatism UNITED STATES OR STATE created Corporatist". If you insist on pursuing, standing against me of God without Venue or proper geographical Jurisdiction you are in Texas State Corporatism violation "Laws with Color", Nation's Laws, International Laws and the most superior law over all, our creator God's one Royal law.

KJV/Gal: 5-14; <u>all law is fulfilled in one word</u>; <u>Thou shall love thy neighbor as thyself. Jam. 2:8-10</u>

THEREFORE, <u>*YOU ARE NOTICED*</u> that you may be knowingly or unknowingly COMMITTING CRIMINAL ACTS by criminally converting Civil Statutes and my inalienable rights. These acts are being Created by simulating Court Processes using Corporatism "LAWS WITH COLOR" while being INFERIOR

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God
Page 1 of 3                                                                                                   With the Copy-Claim By

 

## FOR THE RECORD

with We the People's Superior created organic Constitutional Jurisdiction and Venue. Therefore you may be standing in DISHONOR our OATH(S) OF OFFICE by dishonoring God the one Organic Creator Superior over all and myself a declared sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism THE UNITED STATES OF AMERICA 4, INC. If found you have knowledge in COMMITTING such CRIMINAL ACTS and dishonoring your OATH(S) OF OFFICE as an Elected, Appointed, Assigned, and/or Employed official servant for We the People of God, claims may be brought against you PERSONALLY for you are operating outside the bounds for your constitutional, legislated, delegated, and regulatory authority. THE UNITED STATES OF AMERICA 4, INC., Corporatism offers <u>no protection for its administrators, agents, employees that are elected, contracted, employed or appointed</u> when they operate outside their jurisdictional bounds and against God's Superior created mankind.

I demand acknowledgement and receipt with attached *NOTICE/DEMAND* including any charging, billing, inquiry, summons and/or any other simulated Court process with related instrument(s) certified copies being sought against me that may require a fine, pleading, subpoena or arrest and/or causing myself injury and/or my private property. If you refuse in signing said OFFICIAL NOTICE/DEMAND then any fraudulent actions by you against me will be declared tendered and dishonored by affidavit and describing you as being an unlawful official administrator/agent/employee impersonator. I demand your signature hereon and returned within three days from receipt as an acknowledgement which may be introduced as evidence for initiated claim(s) and your signature hereon is not a guilt admission.

**All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).**

Agent man/woman's living Name: Paul D. Stickney; Signature: _____

Agent's Elected, Hired and/or Appointed d.b.a./Title: Paul D. STICKNEY, MAGISTRATE JUDGE, US DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, AMERICAN BAR ASSOCIATION, STATE BAR OF TEXAS;

Agent's Bar Card No: _____. Agent's Office No: _____

Agent's Elected and/or Appointed Bonding Co. name and number: _____

Signed and sealed in red ink on the land of Texas

Regards;

_____ of God;
I, Me, My, Myself By Glenn Winningham; house of Fearn, a Sui Juris Living-Soul, Claimant. By Affidavit I am of God standing in God's Kingdom without the Corporatism THE UNITED STATES OF AMERICA 4, CORP., as a Private-Texian-American-Sovereign

 

## FOR THE RECORD

As an *ex officio* Notary Public and an officer of the court for the Republic of Texas, I, Henry Norman; house of Suhl, hereby certify that **Glenn Winningham; house of Fearn,** who is known to me, who is a sovereign living soul, an inhabitant of the land of Texas, and a holder of the office of "the people", appeared before me and executed the foregoing on this ___ day of April, in the year of our Lord, Two Thousand and Eight.

_September_

_____
Notary



Return for me,   Glenn Winningham; house of Fearn
                 c/o united States Post Office
                 Non-Domestic Mail
                 [6340 Lake Worth Blvd., #437]
                 Fort Worth, Texas republic

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God
Page 3 of 3                                                                   With the Copy-Claim By



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **RA35 1951 198U S**
Status: **Delivered**

Your item was delivered at 11:09 AM on September 16, 2008 in DALLAS, TX 75242.

Additional Details >   Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

| Registered No. RAJ51951198US | | | Date Stamp |
|---|---|---|---|
| Reg. Fee $10.80 | | | 0161 |
| Handling Charge $0.00 | Return Receipt $0.00 | | 05 |
| Postage $0.59 | Restricted Delivery $0.00 | | 09/12/08 |
| Received by | | | |
| Customer Must Declare Full Value $21.00 | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). | | |

FROM: Glen Winningham house of Fearn
NON-DOMESTIC MAIL
c/o 6340 Lake Worth Blvd #437
Fort Worth, Texas
DALLAS TX 75242   STICKNEY

TO: US DIST COURT FOR NORTH TX
1100 E COMMERCE ST
DALLAS TEXAS 75242

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2007 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com



Envelope from: Glenn Winningham; house of Fearn, Non-Domestic Mail, c/o 6340 Lake Worth Blvd., #437, Fort Worth, Texas

Addressed to: US District Court for North Texas, 1100 Commerce St, Dallas, Texas 75242

Registered Mail: RA 351 951 873 US

RECEIVED NOV 5 2008 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

U.S. Postage Paid, Fort Worth, TX, Nov 03 '08, Amount $12.31