ORIGINAL

Glenn Winningham; house of Fearn
with a postal address of;
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
Phone 480-213-0897

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV - 7 2008

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Glenn Winningham; house of Fearn | ] | Case # **3-08CV1204-G** |
| Demandant | ] | |
| v | ] | |
| THE CROWN, et al, | ] | |
| Respondents | ] | |

## NOTICE OF OBJECTION - SUPPLEMENT

I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn hereby make DEMAND and OBJECT in the strongest possible manner to the FINDINGS AND CONCLUSIONS of PAUL D. STICKNEY, UNITED STATES MAGISTRATE JUDGE, and offer the following additional comments to the NOTICE OF OBJECTION that was sent by Registered Mail RA 351 951 873 US on the third day of November, in the year two thousand and eight;

1    Pursuant to 18 USC 1342, My proper name is Glenn Winningham; house of Fearn and My proper address is;
with a postal address of;
Non-Domestic Mail,
C/O 6340 Lake Worth Blvd., #437,
Fort Worth, Texas,
as My name and address are shown at the top of this page.

2    The use of state and federal statutes, codes, rules, regulations or any court citations within any document submitted to any court, in this case, at any time, is only to notice My servants in that court, that which is applicable to them and is not intended, not shall it be construed, to mean that the I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, have conferred, submitted to, or entered into any jurisdiction alluded to thereby.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1), without the UNITED STATES.

Signed, sealed and dated in red ink, on the land of Texas this  fifth  day of November, in the year two thousand and eight.

                                  Glenn Winningham; house of Fearn, sui juris
                          Sovereign living soul, holder of the office of "the people"
                                           Inhabitant of the land of Texas
                                              with a Postal address of
                                                Non-Domestic Mail
                                      C/O 6340 Lake Worth Blvd., #437
                                                  Fort, Worth, Texas

Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas

US DISTRICT COURT FOR NORTHERN TEXAS
1100 COMMERCE ST
DALLAS, TEXAS
75242

RECEIVED
NOV - 7 2008
DISTRICT COURT
OF TEXAS

REGISTERED MAIL
RA 351 951 434 US
Label 200, July 1999
(102595) 99-M-1904

U.S. POSTAGE
PAID
FORT WORTH, TX
76135
NOV 05 08
AMOUNT
$11.22
0007647305

75242

LAKE WORTH BR FORT WORTH TX 76135 USPS NOV -5 2008 (postmarks)