UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLENN WINNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:08-CV-1204-G (BF) |
| THE CROWN, ET AL., | ) | |
| | ) | **ECF** |
| Defendants. | ) | |

## **JUDGMENT**

The court has entered its order accepting the findings, conclusions and recommendation of the United States Magistrate Judge in this case.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that plaintiff's complaint is **DISMISSED** without prejudice for want of prosecution pursuant to FED. R. CIV. P. 41(b).

It is further **ORDERED** that the clerk shall transmit a true copy of this judgment, together with a true copy of the order accepting the findings, conclusions, and recommendation of the United States Magistrate Judge, to the parties.

November 17, 2008.

*[signature: A. Joe Fish]*
A. JOE FISH
**Senior United States District Judge**