# CLOSED

**CIVIL NUMBER: 3:08-CV-1204-G(BF)**

**DATE:  11/17/2008**

**TRIAL:  YES _____     NO   X_____**