ORIGINAL

united States Court of Appeals
for the Fifth Circuit

FILED
JAN 26 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
By_____ Deputy

Glenn Winningham; house of Fearn ]
                                  ]  Demandant
                                  ]
                                  ]                    NOTICE OF APPEAL
vs.                               ]
                                  ]
                                  ]
THE CROWN, et al,                 ]
                                  ]
                                  ]  Respondents

Notice is hereby given that I, Me, My, or Myself, also known as Glenn winningham; house of Fearn hereby appeal the ORDER dated November, 17, 2008 by A. Joe Fish in the case 3:08-CV-1204-G to the united States Court of Appeals for the Fifth Circuit.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1), without the UNITED STATES.

Signed and sealed in red ink and dated, this sixteenth day of January, in the year two thousand and nine.

_____
Glenn Winningham; house of Fearn, sui juris
Sovereign living soul, holder of the office of "the people"
Inhabitant of the land of Texas with full liability
with a Postal address of:
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort, Worth, Texas

