UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLENN WINNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:08-CV-1204-G |
| THE CROWN, ET AL., | ) | |
| | ) | **ECF** |
| Defendants. | ) | |

## ORDER OF REFERENCE

Under the authority of 28 U.S.C. § 636(b), plaintiff's motion for leave to proceed *in forma pauperis* on appeal (docket entry 15) is hereby **REFERRED** to **United States Magistrate Judge Paul D. Stickney** for a hearing, if necessary, and for determination.

   **SO ORDERED**.

February 3, 2009.

               _____
               A. JOE FISH
               **Senior United States District Judge**