**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| GLENN WINNINGHAM, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:08-CV-1204-G |
| ) | ECF |
| THE CROWN, ET AL., ) | |
|     Defendants. ) | |

## RECOMMENDATION REGARDING MOTION TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

Before the court is plaintiff's Motion for Leave to Proceed *In Forma Pauperis* on Appeal.

( )    The motion for leave to proceed *in forma pauperis* on appeal should be GRANTED.  28 U.S.C. § 1915.

( **X** )    The motion for leave to proceed *in forma pauperis* on appeal should be DENIED for the following reasons:

    ( )    The plaintiff is not a pauper.

    ( )    The plaintiff has not complied with the requirements of 28 U.S.C. § 1915(a)(1) or (a)(2).  *See* Notice of Deficiency and Order filed on _____.

    ( **X** )    Pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), the court should certify that the appeal is not taken in good faith.

    **Although this appeal should be certified as not taken in good faith under 28 U.S.C. § 1915(a)(3) and FED. R. APP. P. 24(a)(3), the plaintiff may challenge this finding by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order.**

DATE: February 4, 2009

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE