ORIGINAL

united States District Court
for the Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 19 2009
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Glenn Winningham; house of Fearn         ]
                                          ]  Demandant
                                          ]
                                          ]   NOTICE OF REFUSAL
vs.                                       ]
                                          ]   3:08CV1204-G
THE CROWN, et al,                         ]
                                          ]
                                          ]  Respondents


Notice is hereby given that I, Me, My, or Myself, also known as Glenn winningham; house of Fearn hereby REFUSE the ORDER of A JOE FISH, to have UNITED STATES MAGISTRATE JUDGE PAUL STICKNEY review the so-called Motion to Proceed Informa Pauperis, for the following reasons;

1     The criminal, perjuror, PAUL STICKNEY has already demonstrated very ably that he has no problem perjuring his Oath of Office, and engaging in TREASON , and SEDITION to the Constitution and the Articles of Confederation, therefore, I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, hereby REFUSE to have this criminal involved in this case again.

2     I, Me, My, or Myself hereby DEMAND to have a different judge hear this case. I have filed an Affidavit of Criminal Complaint 02/14/08 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-026906, and an Affidavit of Criminal Complaint 06/14/08 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-054356 against the criminal A. JOE FISH, for

TREASON, SEDITION, PERJURY OF OATH, MISPRISON OF FELONY, and other crimes, both of which are attached hereto, and incorporated herein by reference in their entirety. Both of these criminal complaints have been served on A. JOE FISH, and he has been given ample opportunity to rebut any of the allegations in them and he has not responded, in any way, therefore he has admitted all of the allegations, and they are the un-rebutted truth.

3   It is not a Motion to proceed informa pauperis. I have over twenty-one dollars in silver eagles, which means I have more money than the UNITED STATES has, because all they use is worthless commercial paper, therefore, I am not a pauper, it is the UNITED STATES that is a bankrupt pauper. It is a Motion to Proceed without the prepayment of fees or costs, and it is because this court has no right to charge Me any fees. Their attempt to convert it to a Motion to Proceed informa pauperis, nothing more than converting a right to a privilege, and is further proof of the PERJURY OF OATH, TREASON and SEDITION, by A JOE FISH and PAUL STICKNEY, and an overt attempt to convert a right into a privilege by A JOE FISH and PAUL STICKNEY. Furthermore, they have no problem at all perjuring their oath so they can get me to pay for their errors and omissions insurance. That way they can continue to perjure their oath of office. I find it interesting that these so-called public servants (who serve themselves) who create a problem, and then step forward and say they will solve the problem – for a fee. I would not be here if it wasn't for these criminals, and I take no joy in dealing with them to get these issues resolved, but I am not going away. I am not quitting, I am not giving up, and I am going to get some real

justice, either in this life or the next, but I am going to get some justice. It is my patriotic duty to leave no stone unturned, and I intend to do exactly that. Either that or they can do us both a favor, and send their hired thugs over to my house, and have them take me out back and blow my brains out. That is the ONLY way I will ever stop, and even then it will be in this life only, it is my duty. I will be waiting for them at judgment day in the hereafter.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1), without the UNITED STATES.

Signed and sealed in red ink and dated, this thirteenth day of February, in the year two thousand and nine.

_____
Glenn Winningham; house of Fearn, sui juris
Sovereign living soul, holder of the office of "the people"
Inhabitant of the land of Texas with full liability
with a Postal address of:
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort, Worth, Texas
Zip Code Exempt







US DISTRICT COURT FOR
NORTH TEXAS
1100 COMMERCE ST
DALLAS TEXAS
75242



RECEIVED
FEB 19 2009
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas